IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REIYN KEOHANE,

    *Plaintiff*,

v.       Case No. 4:24-cv-434

RICKY D. DIXON, in his official capacity as Secretary of the Florida Department of Corrections; CLAYTON WEISS in his official capacity as Health Services Director of the Florida Department of Corrections; GARY HEWETT, in his official capacity as Warden of Wakulla Correctional Institution,

    *Defendants*.

## NOTICE OF A PRIOR OR SIMILAR CASE

Plaintiff files this notice of a prior or similar case.

Local Rule 5.6 states that a party "must file a notice" if:

(A) a case in this District that includes an identical claim—or a similar claim—between some or all of the same or related parties was previously terminated by any means; or (B) the new case involves issues of fact or law in common with the issues in another case pending in the District.

N.D. Fla. L. R. 5.6.

Pursuant to Local Rule 5.6(A), Plaintiff notifies this Court that a case in this District that includes an identical claim between the same parties was previously terminated: *Keohane v. Jones*, 4:16-cv-511-MW-CAS (N.D. Fla.).

Pursuant to Local Rule 5.6(B), Plaintiff notifies this Court that the new case involves issues of fact or law in common with the issues in another case pending in the District: *Dekker v. Weida*, 4:22-cv-325-RH-MAF (N.D. Fla.).

Respectfully submitted,

/s/ Daniel B. Tilley
Daniel B. Tilley (Florida Bar No. 102882)
Samantha J. Past (Florida Bar No. 1054519)
**American Civil Liberties Union Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
spast@aclufl.org

Li Nowlin-Sohl (Admitted in Washington only)
Leslie Cooper
**American Civil Liberties Union Foundation**
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org