## PART B - RESPONSE

| KEOHANE, REIYN | Y55036 | 2410-118-045 | WAKULLA ANNEX | J4110U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed, and evaluated. An investigation reveals the following:

403.012 Identification and Management of Inmates Diagnosed with Gender Dysphoria was recently rescinded. However, protocols set forth in HSB 15.05.23 which went into effect on 9/30/2024 exist to ensure the continued appropriate assessment, therapy, and monitoring of your physical and mental health needs.

As appropriate services are being provided to you, your grievance/appeal is denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by Chapter 33-103, and forwarding to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399-2500.

Responding Employee: L. Robison, Grievance Coordinator

Signature of Representative: W. Rummel, Assistant Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/10/24 DATE |
|---|---|---|

MAILED
OCT 14 2024
ASSISTANT WARDEN

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Keohane | Reyn | J | Y55036 | Wakulla CI Annex |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

2410-118-045

### Part A – Inmate Grievance

Chief Medical Officer

The FDOC's announced change to policy for treatment of Gender Dysphoria is unconstitutional, in violation of the 8th Amendment prohibiting Cruel and Unusual Punishment; it is a blanket denial not only with no medical basis, but flying in the face of all established medical standards, which require a considered individual plan for each individual based on their specific needs.

I personally have been evaluated for Gender Dysphoria multiple times, and at all times it has been determined that I have a serious medical need for the exact treatment I have already been receiving for over five years; specifically, Hormone Therapy, Social Transition by manner of female gender expression in accordance with the FDOC's policies for hair length, clothing, and canteen items for female inmates; and it has already been determined by both the Federal Court, and by the FDOC's own medical and psychological experts, that denial of this necessary treatment constitutes willful indifference to a serious medical need.

These are established facts. There is no medical basis for any change of treatment, and denial of medical treatment for non-medical reasons is unconstitutional; in fact the FDOC has previously been ordered by the Federal Court (Keohane vs FDOC secretary) that it is unconstitutional, and the FDOC voluntarily complied and ceased their illegal behavior by establishing a legally sufficient policy for treatment of Gender Dysphoria that is in accord with established medical standards.

This change of policy is an attempt to intentionally violate their own sworn testimony to the court on this issue; all persons responsible for making this policy or enforcing it are therefore acting in bad faith with full subjective knowledge of the unconstitutionality of their actions, and the direct harm it will cause. They must cease and desist immediately.

10-3-24                                                Y55036

DATE                                     SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  0 / ___
                                                                        #   Signature

## INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
OCT 07 2024

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:_____  Institutional Mailing Log #:_____

/s/ Vakulhate Assistant Warden
Program/Grievance
(Received By)

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)             INMATE
INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)      Incorporated by Reference in Rule 33-103.006, F.A.C.