UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE**,

    **Plaintiff**,

v.                                               Case No. 4:24cv434-TKW-MAF

**RICKY D DIXON**,
et al.,

    **Defendants**.
_____/

## ORDER

This case should have been assigned to a district judge in the Tallahassee Division. Accordingly, it is

**ORDERED** that the Clerk shall randomly reassign this case to a district judge in the Tallahassee Division.

**DONE and ORDERED** this 28th day of October, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**