IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    *Plaintiff*,

v.                                          Case No. 4:24-cv-434

**RICKY D. DIXON, et al.,**

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

The undersigned counsel, Samantha J. Past, enters her appearance in this matter on behalf of Plaintiff.

Dated: October 28, 2024                    Respectfully submitted,

                                                          /*s*/ Samantha J. Past
                                                           Samantha J. Past (FBN 1054519)
                                                           American Civil Liberties Union
                                                           Foundation of Florida, Inc.
                                                           4343 West Flagler Street, Suite 400
                                                          Miami, FL 33134
                                                          Tel.: (786) 363-2738
                                                          spast@aclufl.org