UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REIYN KEOHANE,

    Plaintiff,

v().                                              4:24cv434–WS/MAF

RICKY D. DIXON,
et al.,

    Defendants.

_____

ORDER OF DISQUALIFICATION

I hereby disqualify myself from participation as a judge in this case.

DONE AND ORDERED this   29th   day of   October  , 2024.

                                                s/ William Stafford
                                                WILLIAM STAFFORD
                                                SENIOR UNITED STATES DISTRICT JUDGE