# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    *Plaintiff*,

v.                                                            **Case No. 4:24-cv-434**

**RICKY D. DIXON, et al.,**

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

The undersigned counsel, Leslie Cooper, enters her appearance in this matter on behalf of Plaintiff.

Dated: October 29, 2024            Respectfully submitted,

/s/ Leslie Cooper
Leslie Cooper
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2584
lcooper@aclu.org