# RETURN OF SERVICE

**State of Florida**  **County of NORTHERN**  **DISTRICT Court**

Case Number: 4:24-CV-00434-WS-MAF

Plaintiffs:
**REIYN KEOHANE**

vs.

Defendant:
**RICKY D. DIXON (OFFICE CAPACITY); CLAYTON WEISS (OFFICIAL CAPACITY)**

For:
DANIEL TILLEY
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 WEST FLAGLER STREET
SUITE 4000
MIAMI, FL 33134

Received by AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA on the 28th day of October, 2024 at 1:35 pm to be served on **RICKY D. DIXON SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FL 32399.**

I, MARY GREEN, do hereby affirm that on the **29th day of October, 2024** at **11:41 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS; PROOF OF SERVICE; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, WITH COUNT(S); CIVIL COVER SHEET; NOTICE OF A PRIOR OR SIMILAR CASE; PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM OF LAW; DECLARATION OF DANIEL B. TILLEY; PART B - RESPONSE; HEALTH SERVICES BULLETIN NO: 15.05.23; DECLARATION OF REIYN KEOHANE; MARK S. INCH SECRETARY; JULIE L. JONES SECRETARY; BRIEF OF APPELLANT** with the date and hour of service endorsed thereon by me, to: **CHARLES MARTIN** as **ASSISTANT GENERAL COUNSEL**, who stated they are authorized to accept service for: **RICKY D. DIXON SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS** at the address of: **501 SOUTH CALHOUN STREET, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 37+, Sex: M, Race/Skin Color: WHITE, Height: 5'7", Weight: 165, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MARY GREEN
Certified Process Server #243

NOLAN PROCESS SERVERS LL
7498 ANGLEWOOD LANE
TALLAHASSEE, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2024015550

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida


RUSH!

| | |
|---|---|
| REIYN KEOHANE<br><br>*Plaintiff(s)*<br>v.<br>RICKY D. DIXON (official capacity); CLAYTON WEISS (official capacity); GARY HEWETT (official capacity)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 4:24-cv-00434-WS-MAF

Date: 10/29/24  Time: 11:41a
MOG # 243
is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ricky D. Dixon
Secretary, Florida Department of Corrections
501 South Calhoun Street
Tallahassee, FL 32399-2500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel B. Tilley
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
dtilley@aclufl.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: 10/28/2024

s/Ronnie Barker, Deputy Clerk
*Signature of Clerk or Deputy Clerk*