IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| REIYN KEOHANE, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Case No. 4:24-cv-434-AW-MAF |
| | : | |
| RICKY D. DIXON, in his official capacity as Secretary of the Florida Department of Corrections; CLAYTON WEISS in his official capacity as Health Services Director of the Florida Department of Corrections; GARY HEWETT, in his official capacity as Warden of Wakulla Correctional Institution, | : | |
| | : | |
| *Defendants*. | : | |

## NOTICE REGARDING SERVICE

Plaintiff provides notice that Defendants Dixon and Weiss were served today, October 29, 2024, by a certified process server. Service was attempted on Defendant Hewett but was unsuccessful and will be attempted again tomorrow. Plaintiff also notes that, given the emergency posture of the litigation, copies of the initial filings (ECF Nos. 1, 2, 3, and 4, with attachments) were provided to the General Counsel of the Florida Department of Corrections via email last Friday, October 25, 2024.

Date: October 29, 2024

Respectfully submitted,

/s/ Daniel B. Tilley
**Daniel B. Tilley** (Florida Bar No. 102882)
**Samantha J. Past** (Florida Bar No. 1054519)
American Civil Liberties Union
Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
spast@aclufl.org

**Li Nowlin-Sohl** (Admitted only in Washington)
**Leslie Cooper**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2627
lnowlin-sohl@alcu.org
lcooper@aclu.org