IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REIYN KEOHANE, | : |
| *Plaintiff*, | : |
| v. | : Case No. 4:24cv434 |
| RICKY D. DIXON, in his official capacity as Secretary of the Florida Department of Corrections; CLAYTON WEISS in his official capacity as Health Services Director of the Florida Department of Corrections; GARY HEWETT, in his official capacity as Warden of Wakulla Correctional Institution, | : |
| *Defendants*. | : |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Li Nowlin-Sohl respectfully moves this Court for leave to appear pro hac vice on behalf of Reiyn Keohane ("Plaintiff") and the proposed class members, and states as follows:

1. Plaintiff has retained the law firm of the American Civil Liberties Union Foundation of Florida ("ACLU-FL") to represent her in this matter, together with the American Civil Liberties Union Foundation ("ACLU").

1

2. I reside in the State of Washington, I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3. I am an attorney with the ACLU, and regularly practice law out of the ACLU's office in New York, NY.

4. I am licensed to practice law in the State of Washington and am an active member in good standing of the Washington State Bar (Member No. 51512). A Certificate of Current Status is attached as Exhibit A.

5. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND17301463612192.

6. I have reviewed the CM/ECF Attorney User's Guide.

7. I have paid the required pro hac vice fee concurrent with the filing of this motion.

WHEREFORE, Li Nowlin-Sohl respectfully moves this Court for leave to appear pro hac vice on behalf of Plaintiff.

Dated: October 29, 2024                American Civil Liberties Union Foundation

/s/ Li Nowlin-Sohl

Li Nowlin-Sohl
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
lnowlin-sohl@aclu.org
Counsel for Plaintiff