## RETURN OF SERVICE

State of Florida            County of NORTHERN            DISTRICT Court

Case Number: 4:24-CV-00434-WS-MAF

Plaintiffs:
**REIYN KEOHANE**

vs.

Defendant:
**RICKY D. DIXON (OFFICE CAPACITY); CLAYTON WEISS (OFFICIAL CAPACITY)**

For:
DANIEL TILLEY
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA
4343 WEST FLAGLER STREET
SUITE 4000
MIAMI, FL 33134

Received by NOLAN PROCESS SERVERS, LLC on the 28th day of October, 2024 at 1:35 pm to be served on **GARY HEWETT C/O WARDEN, WAKULLA CORRECTIONAL INSTITUTION, 110 MELALEUCA DRIVE, CRAWFORDVILLE, FL 32327**.

I, MARY GREEN, do hereby affirm that on the **30th day of October, 2024** at **1:30 pm**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS; PROOF OF SERVICE; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, WITH COUNT(S); CIVIL COVER SHEET; NOTICE OF A PRIOR OR SIMILAR CASE; PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM OF LAW; DECLARATION OF DANIEL B. TILLEY; PART B - RESPONSE; HEALTH SERVICES BULLETIN NO: 15.05.23; DECLARATION OF REIYN KEOHANE; MARK S. INCH SECRETARY; JULIE L. JONES SECRETARY; BRIEF OF APPELLANT** to: **GARY HEWETT** at the address of: **110 MELALEUCA DRIVE, CRAWFORDVILLE, FL 32327** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
10/29/2024  12:30 pm  Spoke with Kaitlyn McCown, HR consultant, and she advised the Warden and his Exec. Secretary were offsite today. They should be back in the office Wednesday, 10/30. Server will re-attempt tomorrow morning

**Description** of Person Served: Age: 54+, Sex: M, Race/Skin Color: WHITE, Height: 5'8, Weight: 175, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MARY GREEN
Certified Process Server #243

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2024015549

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

**RUSH!**
Date: 10/28/24   Time: 1:30 pm
MOG # 243 is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

| | |
|---|---|
| REIYN KEOHANE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:24-cv-00434-WS-MAF |
| RICKY D. DIXON (official capacity); CLAYTON WEISS (official capacity); GARY HEWETT (official capacity) | ) |
|  | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gary Hewett
Warden, Wakulla Correctional Institution
110 Melaleuca Drive
Crawfordville, Florida 32327-4963

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel B. Tilley
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
dtilley@aclufl.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/28/2024

s/Ronnie Barker, Deputy Clerk
*Signature of Clerk or Deputy Clerk*