IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA TALLAHASSEE DIVISION

REIYN KEOHANE,

    Plaintiff,

v.

RICKY D. DIXON, in his official capacity as Secretary of the Florida Department of Corrections; CLAYTON WEISS in his official capacity as Health Services Director of the Florida Department of Corrections; GARY HEWETT, in his official capacity as Warden of Wakulla Correctional Institution,

    Defendants.

Case No. 4:24-CV-434

## NOTICE OF APPEARANCE

Please take notice that Kenneth S. Steely hereby enters an appearance as counsel for Defendants Ricky D. Dixon, in his official capacity as Secretary of the Florida Department of Corrections ("FDC"), Clayton Weiss, in his official capacity as Health Services Director of the Florida Department of Corrections ("Weiss"), and Gary Hewett, in his official capacity as Warden of Wakulla Correctional Institution ("Hewett" and, together with FDC and Weiss, the "State") in the above-styled action.

Dated: October 30, 2024

/s/*Kenneth S. Steely*
Kenneth S. Steely (Florida Bar #84714)
*One of the Attorneys for the State*

William R. Lunsford
Kenneth S. Steely
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
kenneth.steely@butlersnow.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 30th day of October, 2024.

    Daniel B. Tilley (Florida Bar No. 102882)
    Samantha J. Past (Florida Bar No. 1054519)
    **American Civil Liberties Union Foundation of Florida**
    4343 West Flagler Street, Suite 400
    Miami, FL 33134
    Tel: (786) 363-2714
    dtilley@aclufl.org
    spast@aclufl.org

    Li Nowlin-Sohl (Admitted in Washington only – *Pro Hac Vice* Admission Pending)
    Leslie Cooper
    **American Civil Liberties Union Foundation**
    125 Broad St.
    New York, NY 10004
    Tel: (212) 549-2584
    lnowlin-sohl@aclu.org
    lcooper@aclu.org

    *Attorneys for Plaintiffs*

                                          */s/Kenneth S. Steely*
                                          *Of Counsel*