IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    Plaintiff,

v.                                        Case No.: 4:24-cv-434-AW-MAF

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

    Defendants.

_____/

## NOTICE OF APPEARANCE

The undersigned counsel files this Notice of Appearance as counsel for **Defendants Ricky D. Dixon, Clayton Weiss,** and **Gary Hewett**.

                                                 Respectfully Submitted,

                                                 /s/ Daniel A. Johnson
                                                 Daniel A. Johnson
                                                 General Counsel
                                                 Florida Bar No.: 91175
                                                 Florida Department of Corrections
                                                 501 South Calhoun Street
                                                 Tallahassee, Florida 32399-2500
                                                 Telephone: 850-717-3605
                                                 Dan.Johnson@fdc.myflorida.com
                                                 ***Counsel for Defendants***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Northern District of Florida, via the CM/ECF system, which will also serve a copy to all counsel of record, on October 31, 2024.

                                                /s/ Daniel A. Johnson
                                                Daniel A. Johnson, Esq.