# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| **REIYN KEOHANE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:24-CV-434-AW-MAF |
| **RICKY D. DIXON**, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## MOTION TO APPEAR PRO HAC VICE
## OF WILLIAM J. CRANFORD, III

The undersigned, William J. Cranford, III, pursuant to Local Rule 11.1(C), hereby moves this Court for the admission *Pro Hac Vice* of William J. Cranford, III in the above case style as additional counsel for Defendants Ricky D. Dixon, Clayton Weiss, and Gary Hewett. As grounds for this motion, the undersigned shows as follows:

1. Mr. Cranford's residence information is:

    1407 Governor's Pl. S.E.
    Huntsville, AL 35801

2. Mr. Cranford's office information is:

    Butler Snow LLP
    200 West Side Square
    Suite 100
    Huntsville, AL 35801

Telephone: (256) 936-5650
Facsimile: (256) 936-5651
will.cranford@butlersnow.com

3. Mr. Cranford is admitted to practice in and in good standing with the Alabama Supreme Court, where he resides and regularly practices law. (Alabama State Bar Certificate of Good Standing attached as **EXHIBIT A**).

4. Mr. Cranford completed the Attorney Admission Tutorial on October 31, 2024, confirmation number FLND17303834212208.

5. Mr. Cranford certifies that he has read and understands the local rules for the Northern District of Florida.

6. Mr. Cranford certifies that he reviewed the online CM/ECF Attorney User's Guide.

7. Mr. Cranford will pay the *pro hac vice* filing fee in the amount of $219.00 to this court using the CM/ECF system simultaneously with filing of this motion.

8. William J. Cranford III respectfully requests the Court admit him to practice *pro hac vice* before the Court in this matter.

Dated: October 31, 2024.

/s/ William J. Cranford

*One of the Attorneys for Ricky D. Dixon, Clayton Weiss, and Gary Hewett*

Kenneth S. Steely (*Pro Hac Vice)*
William R. Lunsford (*Pro Hac Vice application pending)*
Matthew B. Reeves (*Pro Hac Vice application pending)*
William J. Cranford (*Pro Hac Vice*)
Andrew T. Toler (*Pro Hac Vice application pending*)
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
kenneth.steely@butlersnow.com
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com
andrew.toler@butlersnow.com

*Attorneys for Ricky D. Dixon, Clayton Weiss, and Gary Hewett*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 31st day of October 2024:

Leslie J. Cooper
**AMERICAN CIVIL LIBERTIES UNION**
125 Broad Street
18th Floor
New York, NY 10004
Telephone 212-549-2584
Fax: 212-549-2650
lcooper@aclu.org

Li Nowlin-Sohl
**AMERICAN CIVIL LIBERTIES UNION**
125 Broad Street
18th Floor
New York, NY 10004
Telephone: 206-348-3163
lnowlin-sohl@aclu.org

Samantha J. Past
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street
Suite 400
Miami, FL 33134
Telephone: 786-363-2738
spast@aclufl.org

Daniel B. Tilley
**ACLU FOUNDATION OF FLORIDA**
4343 West Flagler Street
Suite 400
Miami, FL 33134
Telephone 786-363-2714
Fax: 786-363-1257
dtilley@aclufl.org