Start: 3:05 p.m.
Stop: 3:41 p.m.

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No: 4:24-cv-434-AW | Date: 10/31/2024 |
| Title: Keohane v Dixon et al | |

DOCKET ENTRY:

Telephonic Hearing

PRESENT: Honorable ALLEN C WINSOR, District Judge

| | |
|---|---|
| TiAnn Stark | Dawn Savino (USDC-Tallahassee) |
| Deputy Clerk | Court Reporter |
| | |
| Daniel Tilly | Daniel Johnson |
| L Nowlin-Sohl, Samantha Past | Kenneth Steely, William Cranford |
| Attorney for Plaintiff(s) | Attorneys for Defendant(s) |

PROCEEDINGS:

**3:05 p.m.**    **Court called to order**

Deadline to respond to Motion for Reconsideration to be set for 11/4/24

Deadline to respond to Motion for Preliminary Injunction is set for 11/14/24 - Reply due by 11/27/24

Hearing to be set for 12/9/24 at 9:00 a.m.

Written order to follow

**3:41 p.m.**    **Court adjourned**

Case 4:24-cv-00434-AW-MAF   Document 21   Filed 10/31/24   Page 2 of 2