IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

v.                                                 Case No. 4:24-cv-434-AW-MAF

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING SCHEDULE

This order confirms the rulings from today's telephonic hearing.

1. Defendants' deadline to respond to the motion for reconsideration (ECF No. 16) is November 4.

2. Defendants' deadline to respond to the motion for preliminary injunction (ECF No. 4) is November 14, 2024. Defendants must attach affidavits from any witness (expert or lay) they intend to rely upon at the hearing.

3. Plaintiff may file a reply no later than November 27, 2024. The reply must include affidavits from any rebuttal witness (expert or lay) Plaintiff intends to rely upon at the hearing.

4. The hearing will be on December 9, at 9:00 a.m. at the Joseph Woodrow Hatchett United States Courthouse and Federal Building in Tallahassee.

1

5. If any party submits an expert affidavit with the response or reply, that party must make the expert available for deposition within seven days of the affidavit's filing. The deposition may be by video, and the parties may present the depositions at the hearing. The parties may also present their experts live if they wish.

6. The parties may conduct non-expert depositions before the hearing only by consent of all parties.

7. The parties may engage in limited and targeted written discovery before the hearing. This discovery should be minimally burdensome based on the compressed schedule.

SO ORDERED on October 31, 2024.

s/ *Allen Winsor*  
United States District Judge
