# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

**vs.**                                                   Case No. 4:24-cv-434-AW-MAF

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

# O R D E R

Attorney Li Nowlin-Sohl with the American Civil Liberties Union filed a motion for leave to appear *pro hac vice* as counsel for Plaintiff. ECF No. 13. The motion and attached exhibit demonstrate Attorney Nowlin-Sohl is a member in good standing of the bar of the State of Washington where she resides, has completed the tutorials for the Local Rules of this Court and CM/ECF, and has paid the required admission fee. The motion complies with N.D. Fla. Loc. R. 11.1(C).

Accordingly, it is

**ORDERED**:

The Motion for Leave to Appear *Pro Hac Vice*, ECF No. 13, is **GRANTED.** Li Nowlin-Sohl of the American Civil Liberties Union is admitted

*pro hac vice* to represent the Plaintiff pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** on November 4, 2024.

>  **s/   Martin A. Fitzpatrick**
> **MARTIN A. FITZPATRICK**
> **UNITED STATES MAGISTRATE JUDGE**