IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

vs.                                        Case No. 4:24-cv-434-AW-MAF

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

# O R D E R

Attorney William J. Cranford, III with the law firm of Butler Snow LLP filed a motion for leave to appear *pro hac vice* as counsel for each of the Defendants (Dixon, Weiss, and Hewett). ECF No. 20. The motion and attached exhibit demonstrate Attorney Cranford III is a member in good standing of the bar of the State of Alabama where he resides and regularly practices law, has completed the tutorials for the Local Rules of this Court and CM/ECF, and has paid the required admission fee. The motion complies with N.D. Fla. Loc. R. 11.1(C).

Accordingly, it is

**ORDERED**:

The Motion for Leave to Appear *Pro Hac Vice*, ECF No. 20, is **GRANTED**. Attorney William J. Cranford, III with the law firm of Butler Snow

LLP is admitted *pro hac vice* to represent Defendants Dixon, Weiss, and Hewett pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** on November 4, 2024.

<u>s/   Martin A. Fitzpatrick</u>
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**