IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA TALLAHASSEE DIVISION

| | |
|---|---|
| REIYN KEOHANE, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 4:24-CV-434 |
| ) | |
| RICKY D. DIXON, *et al.,* ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF APPEARANCE**

Please take notice that William R. Lunsford hereby enters an appearance as counsel for Defendants Ricky D. Dixon ("Dixon"), in his official capacity as Secretary of the Florida Department of Corrections ("FDC"), Clayton Weiss, in his official capacity as Health Services Director of the Florida Department of Corrections ("Weiss"), and Gary Hewett, in his official capacity as Warden of Wakulla Correctional Institution ("Hewett" and, together with FDC and Weiss, the "State") in the above-styled action.

Dated: November 8, 2024

*/s/ William R. Lunsford*
William R. Lunsford
*One of the Attorneys for the State*

William R. Lunsford

1

Kenneth S. Steely  
William J. Cranford III*  
**BUTLER SNOW LLP**  
200 West Side Square  
Suite 100  
Huntsville, Alabama 35801  
Telephone: (256) 936-5650  
Facsimile: (256) 936-5651  
bill.lunsford@butlersnow.com  
kenneth.steely@butlersnow.com  
will.cranford@butlersnow.com  
*Admitted Pro Hac Vice*

Daniel A. Johnson (Florida Bar No. 91175)  
**FLORIDA DEPARTMENT OF CORRECTIONS**  
501 South Calhoun Street  
Tallahassee, FL 32399-2500  
Telephone: (850) 717-3605  
dan.johnson@fdc.myflorida.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 8th day of November 2024.

Daniel B. Tilley (Florida Bar No. 102882)
Samantha J. Past (Florida Bar No. 1054519)
**American Civil Liberties Union Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org spast@aclufl.org

Li Nowlin-Sohl* (Admitted in Washington only)
Leslie Cooper
**American Civil Liberties Union Foundation**
125 Broad St.
New York, NY 10004 Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

                                      /s/William R. Lunsford
                                      *Of Counsel*