IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

v.    Case No. 4:24-cv-434-AW-MAF

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

    **Defendants.**

_____/

## ORDER SETTING TELEPHONIC HEARING

Defendants have moved to stay discovery and postpone the preliminary injunction hearing until the court rules on the motion to dismiss. ECF No. 30. The motion suggests Plaintiff would not be prejudiced by a stay because Defendants would maintain the status quo as to Plaintiff's receipt of hormones and ability to wear women's clothing and hairstyle until resolution of the motion to dismiss or the motion for preliminary injunction. *Id.* ¶ 8. Although the specifics of this commitment are unclear, if the representation is that there will be no change until the resolution of both motions—meaning if the motion to dismiss is denied, the status quo would continue until after the preliminary injunction motion is resolved on some extended schedule—then it does seem the stay would not prejudice Plaintiff. If the commitment is something less, then the prejudice analysis would be different.

1

The clerk will set a telephonic hearing for this Friday, November 15, to address the request for a stay. The court will also address the request for expedited briefing on the motion to dismiss. The parties must confer before the hearing. At the very least, the court anticipates that it will require an expedited response as to the exhaustion arguments. But as before, the hearing will be about procedures only and will not concern the merits.

SO ORDERED on November 13, 2024.

s/ *Allen Winsor*
United States District Judge
