IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **REIYN KEOHANE,** | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 4:24-cv-00434-AW-MAF |
| **RICKY D. DIXON,** *et al.*, | ) |
| *Defendants*. | ) |

## EMERGENCY MOTION FOR EXTENSION OF TIME

Defendants Ricky D. Dixon ("Dixon"), in his official capacity as Secretary of the Florida Department of Corrections ("FDC"), Clayton Weiss, in his official capacity as Health Services Director of the Florida Department of Corrections ("Weiss"), and Gary Hewett, in his official capacity as Warden of Wakulla Correctional Institution ("Hewett" and, together with Dixon and Weiss, the "FDC Officials"), move this Court to extend the FDC Officials deadline for responding to the Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. 4, the "Motion for Preliminary Injunction") for at least one (1) day, pending the Parties' status conference set for Friday, November 15, 2024, or in the alternative until resolution of the Motion to Stay. (Doc. 30). In support of this motion the FDC Officials state:

1.      Plaintiff filed the Complaint and a Motion for Preliminary Injunction on October 25, 2024. (Doc. Nos. 1, 4).

2.      On October 29, 2024, this Court denied Plaintiff's motion for a temporary restraining order. (Doc. 14). The Court also set "an expedited hearing to address procedures for resolving the request for a preliminary injunction" for October 31, 2024. (Id.).

3.      On October 30, 2024, Plaintiff filed a Motion to Reconsider the Court's Order Denying the Motion for Temporary Restraining Order ("Motion to Reconsider"). (Doc. 16).

4.      At the hearing on October 31, 2024, the FDC Officials agreed to preserve the status quo as to Plaintiff's hormone therapy and access to female grooming and clothing standards for at least thirty (30) days or until the conclusion of the evidentiary hearing on the Motion for Preliminary Injunction. The Court ordered the FDC Officials to respond to Plaintiff's Motion to Reconsider by November 4, 2024. (Doc. 22). The Court ordered the FDC Officials to respond to Plaintiff's Motion for Preliminary Injunction by November 14, 2024, as well as limited discovery. (Id.). The Court ordered Plaintiff to submit a reply in support of the Motion for Preliminary Injunction by November 27, 2024, and the Court set a hearing on the Motion for Preliminary Injunction on December 9, 2024. (Id.).

5.      The FDC Officials submitted a Response in Opposition to Plaintiff's Motion to Reconsider on November 4, 2024. (Doc. 26).

6.      On November 12, 2024, the FDC Officials filed a Motion to Dismiss and a Motion to Stay the proceedings pending resolution of the Motion to Dismiss. (Docs. 28, 30).

7.      The Court set a status conference for November 15, 2024, to discuss the briefing schedules for the Motion to Dismiss and the Motion to Stay.[1] (Doc. 31). As part of the stay, the FDC Officials agree to maintain the *status quo* as to Plaintiff's receipt of hormones and the FDC Officials' enforcement of grooming and canteen policies applicable to male inmates against Plaintiff until resolution of the Motion to Dismiss, and, if denied, the Motion for Preliminary Injunction.

8.      Under the current scheduling order, the FDC Officials must file their response to Plaintiff's motion for preliminary injunction (Doc. 4) by November 14, 2024.

9.      The FDC Officials request the Court to briefly extend the deadline for filing a response to the Motion for Preliminary Injunction for at least one (1) day pending the status conference set for November 15, 2024, or, in the alternative, until resolution of the Motion to Stay.

---

[1] Counsel for the FDC Officials contacted the Courtroom Deputy to confirm the FDC Officials response to the Motion for Preliminary Injunction remained November 14, 2024, following the Court setting a status conference, and the Courtroom Deputy confirmed deadline remained.

3

10. Plaintiff will not be prejudiced by the brief extension and the Parties will have an opportunity to address the issues in relation to the briefing schedules on the pending motions.

11. The FDC Officials will be prejudiced because if the Court grants them Motion to Stay, without an extension the FDC Officials response to the Preliminary Injunction will be submitted for an extended period of time prior to any reply from Plaintiff, and, upon restarting litigation, the Court will not have evidence of the current and ongoing nature of the FDC Official's implementation of policies concerning treatment of gender dysphoria.

12. The FDC Officials file this emergency motion based on the expedited nature of this litigation concerning Plaintiff's Motion for Preliminary Injunction.

13. Counsel for the FDC Officials conferred with Plaintiff's counsel regarding an extension of time to file the response to Plaintiff's Motion for Preliminary Injunction and Plaintiff's counsel opposes an extension.

WHEREFORE, premises considered, the FDC Officials respectfully request the Court enter an order extending the deadline for filing the response to the Motion for Preliminary Injunction for at least one (1) day pending the status conference set for November 15, 2024, or in the alternative until the resolution of the Motion to Stay.

Dated: November 14, 2024

/s/     *Kenneth S. Steely*
Kenneth S. Steely
*One of the Attorneys for the State*

William R. Lunsford
Kenneth S. Steely
William J. Cranford III (*pro hac vice*)
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
kenneth.steely@butlersnow.com
will.cranford@butlersnow.com

Daniel A. Johnson (Florida Bar No. 91175)
**FLORIDA DEPARTMENT OF CORRECTIONS**
501 South Calhoun Street
Tallahassee, FL 32399-2500
Telephone: (850) 717-3605
dan.johnson@fdc.myflorida.com

5

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 14th day of November, 2024:

Daniel B. Tilley (Florida Bar No. 102882)
Samantha J. Past (Florida Bar No. 1054519)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
spast@aclufl.org

Li Nowlin-Sohl (Admitted in Washington only)*
Leslie Cooper
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org
*Pro Hac Vice admission granted*

*Attorneys for Plaintiffs*

/s/   Kenneth S. Steely
*Of Counsel*