**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**REIYN KEOHANE,**

      **Plaintiff,**

**v.**                                    **Case No. 4:24-cv-434-AW-MAF**

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

      **Defendants.**

_____/

## ORDER GRANTING EXTENSION

Defendants' motion for extension (ECF No. 33) is GRANTED to this extent: The deadline to respond to the preliminary injunction motion (ECF No. 4) is extended until tomorrow. The court will further address the extension during tomorrow's hearing. Defendants should not anticipate a further extension of this deadline if their motion to stay is denied.

SO ORDERED on November 14, 2024.

                                      s/ *Allen Winsor*
                                      United States District Judge