Start: 10:01 a.m.
Stop: 10:20 a.m.

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES - GENERAL

Case No:    4:24-cv-434-AW                                            Date: 11/15/2024
Title:      Keohane v Dixon et al.

---

DOCKET ENTRY:

Telephonic Motion Hearing
ECF No. 30, Motion to Stay

---

PRESENT:    Honorable ALLEN C WINSOR, District Judge

| TiAnn Stark | Dawn Savino (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |

| Li Nowlin-Sohl, Samantha Past, Leslie Cooper | Kenneth Steely, William Cranford |
|---|---|
| Attorney for Plaintiff(s) | Attorneys for Defendant(s) |

---

PROCEEDINGS:

**10:01 a.m.**   **Court called to order**

Defendants' position on Motion to Stay

Plaintiff's position on Motion to Stay

Motion to Stay to be denied

Expedited response on Motion to Dismiss ordered

Written order to follow

**10:20 a.m.**   **Court adjourned**