IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

v.                                                        Case No. 4:24-cv-434-AW-MAF

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING SCHEDULE

As stated on the record during today's telephonic hearing, Defendants' motion for stay (ECF No. 30) is DENIED.

Plaintiff's deadline to respond to the motion to dismiss is expedited and is now November 19. Defendants may file a reply no later than November 22.

SO ORDERED on November 15, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge