IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REIYN KEOHANE,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　Case No. 4:24-cv-00434-AW-MAF
　　　　　　　　　　　　　　　　　　)
RICKY D. DIXON, et al.,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　Defendants.　　　　　　　　　　　)

### DECLARATION OF DR. SUZONNE KLEIN, Psy.D.

I, Suzonne Kline, Psy.D., pursuant to 28 U.S.C. § 1746, hereby make the following Declaration under penalty of perjury, declare that the statements made below are true, and state as follows:

1.　I am over the age of eighteen (18) years and make this Declaration based on personal knowledge.

2.　I currently serve as the Chief of Mental Health for the Florida Department of Corrections ("FDC" or the "Department"). In my role as Chief of Mental Health, I bear responsibility for overseeing the mental-health treatment provided to all inmates in FDC custody, including those inmates diagnosed with gender dysphoria and other similar conditions.

3.　I began working for FDC in May 2022. I have personal knowledge of the facts and circumstances surrounding the recission of former Procedure 403.012,

as well as the development and eventual issuance of Health Services Bulletin ("HSB") 15.05.23. I, along with the Chief of Medical Services Dr. Danny Martinez, and the Director of Health Services Clayton Weiss, all personally played roles in the development of HSB 15.05.23.

4. I also have personal knowledge of the facts and circumstances surrounding FDC's medical and mental-health treatment of Reiyn Keohane for gender dysphoria. As of the date of this declaration, Keohane continues to receive cross-sex hormones as part of treatment for gender dysphoria. Further, as required under HSB 15.05.23, Keohane met with the multi-disciplinary services team ("MDST"), and FDC received preliminary indications that the MDST will recommend continuing hormone treatment. Upon receipt of the final recommendation from the MDST, Keohane's case will be reviewed by the variance team.

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Date: 11/14/24

_____
Suzonne Kline, Psy.D.