IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REIYN KEOHANE, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. 4:24-cv-00434-AW-MAF |
| RICKY D. DIXON, *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

## DECLARATION OF CLAYTON WEISS

I, Clayton Weiss, pursuant to 28 U.S.C. § 1746, hereby make the following Declaration under penalty of perjury, declare that the statements made below are true, and state as follows:

1. I am over the age of eighteen (18) years and make this Declaration based on personal knowledge.

2. I currently serve as the Director of the Office of Health Services for the Florida Department of Corrections ("FDC"). In my role as Director, I bear responsibility for overseeing the Office of Health Services ("OHS"), including final approval of Health Services Bulletins and procedures related to the OHS. I have served as the Director since June 16, 2023.

3. As part of my duties and responsibilities, I have knowledge of the creation and implementation of all policies and procedures for OHS, procedures for

review and revision of OHS policies and procedures, and implementation of OHS policies and procedures through FDC staff and contracted medical and mental health providers.

4. Additionally, I have knowledge and understanding of OHS's reasoning for revisions of policies and procedures related to inmates diagnosed with gender dysphoria, the process for review of FDC procedure 403.12 "Identification and Management of Inmates Diagnosed with Gender Dysphoria", and knowledge of the process for developing and implementing OHS Health Services Bulletin ("HSB") 15.05.23 "Mental Health Treatment of Inmates With Gender Dysphoria."

5. OHS began developing HSB 15.05.23 prior to my arrival with FDC. Upon taking on the role as Director, I oversaw the development of HSB 15.05.23. On September 30, 2024, FDC withdrew Procedure 403.012, and HSB 15.05.023 became the operative policy for treatment of inmates with gender dysphoria.

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Date: 11/14/2024

_____
Clayton Weiss