AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00434-WS-MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Gary Hewett__

was received by me on *(date)* __10/30/2024__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by process server for the Second judicial Circuit. 10/30/2024  MOG#243

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/30/2024__

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

FILED USDC FLND TL
NOV 21 '24 AM10:33
bf

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

Date: 10/30/24 Time: 1:30p

MOG # 243 is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

| | |
|---|---|
| REIYN KEOHANE | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:24-cv-00434-WS-MAF |
| RICKY D. DIXON (official capacity); CLAYTON WEISS (official capacity); GARY HEWETT (official capacity) | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gary Hewett
Warden, Wakulla Correctional Institution
110 Melaleuca Drive
Crawfordville, Florida 32327-4963

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel B. Tilley
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
786-363-2714
dtilley@aclufl.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:  10/28/2024

s/Ronnie Barker, Deputy Clerk
*Signature of Clerk or Deputy Clerk*