IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **REIYN KEOHANE,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) )  Case No. 4:24-cv-00434-AW-MAF |
| **RICKY DIXON,** *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Reiyn Keohane ("Plaintiff"), Ricky D. Dixon ("Dixon"), in his official capacity as Secretary of the Florida Department of Corrections ("FDC"), Clayton Weiss ("Weiss"), in his official capacity as Health Services Director of the FDC, and Gary Hewett in his official capacity as Warden of Wakulla Correctional Institution ("Hewett" and, together with Dixon and Weiss, the "FDC Officials" and collectively with Plaintiff, the "Parties"), hereby jointly move this Court to enter the proposed and agreed upon Protective Order, attached as Exhibit A. In support of this Motion, the Parties state as follows:

1. This Court has broad authority to regulate discovery and to enter in protective orders pursuant to Federal Rule of Civil Procedure 26.

1

2. The Parties agree that discovery in this matter will involve the disclosure or production of certain documents, things, and information, by one or more parties, that constitute or contain confidential information, trade secrets, or other priority information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure, and which should be protected by way of an appropriate protective order.

3. The Parties desire to prevent unnecessary dissemination or disclosure of the confidential information.

4. Based upon the foregoing, the Parties agree to abide by the provisions and protections forth in the proposed Protective Order attached as Exhibit A.

WHEREFORE, the Parties respectfully request this Court to grant their Motion and enter the proposed Protective Order attached as Exhibit A.

Dated: November 22, 2024.

/s/ Kenneth S. Steely
Kenneth S. Steely
*One of the Attorneys for the FDC Officials*

William R. Lunsford*
Kenneth S. Steely (Florida Bar No. 84714)
William J. Cranford III*
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651

kenneth.steely@butlersnow.com
will.cranford@butlersnow.com
*Admitted Pro Hac Vice*

Daniel A. Johnson (Florida Bar No. 91175)
**FLORIDA DEPARTMENT OF CORRECTIONS**
501 South Calhoun Street
Tallahassee, FL 32399-2500
Telephone: (850) 717-3605
dan.johnson@fdc.myflorida.com

*Counsel for the FDC Officials*

/s/ Samantha J. Past
Samantha J. Past (Florida Bar No. 1054519)
Daniel B. Tilley (Florida Bar No. 102882)
**American Civil Liberties Union Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
spast@aclufl.org

Li Nowlin-Sohl (Admitted in Washington only)
Leslie Cooper
**American Civil Liberties Union Foundation**
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org

*Counsel for Plaintiff*

3