IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REIYN KEOHANE, :
:
   *Plaintiff*, :
:
v. : Case No. 4:24-cv-00434-AW-MAF
:
RICKY D. DIXON, et al., :
:
   *Defendants*. :

**MOTION TO EXTEND WORD LIMIT
FOR PLAINTIFF'S REPLY IN SUPPORT OF HER MOTION FOR A
PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**

    Plaintiff moves to expand the word limit for her reply in support of a motion for preliminary injunction and class certification to 4,200 words. Pursuant to Local Rule, a reply memorandum "must not exceed 3200 words (counted and certified as under Local Rule 7.1(F)) unless the Court sets a higher limit." Local Rule 7.1(I).

    Although Plaintiff has endeavored to write a reply as concisely as possible, Plaintiff requests an expansion of the 3,200 limit by 1,000 words to ensure that she is afforded the opportunity to adequately address the numerous arguments made by Defendants in opposition to Plaintiff's motion.

    Defendants do not object to the expansion of the word limit by 1,000 words.

    For the reasons stated above, Plaintiff respectfully requests an expansion of the word limit for her reply brief to 4,200 words.

## Certificate of Compliance

The parties conferred, and Defendants do not object to the requested relief. *See* Local Rule 7.1(B). The relevant parts of this motion contain 134 words. *See* Local Rule 7.1(F).

Dated: November 25, 2024

Respectfully submitted,

/s/ Samantha J. Past
Samantha J. Past (Florida Bar No. 1054519)
Daniel B. Tilley (Florida Bar No. 102882)
**American Civil Liberties Union Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
spast@aclufl.org

Li Nowlin-Sohl (Admitted in Washington only)
Leslie Cooper
**American Civil Liberties Union Foundation**
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org

*Counsel for Plaintiff*