# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

**v.**                                                        **Case No. 4:24-cv-434-AW-MAF**

**RICKY D. DIXON, in his official capacity as Secretary of the Florida Department of Corrections, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION TO EXPAND WORD LIMIT

Plaintiff's unopposed motion to expand the word limit (ECF No. 43) is GRANTED. Plaintiff's reply may include up to 4,200 words.

SO ORDERED on November 25, 2024.

                                                    s/ *Allen Winsor*
                                                    United States District Judge