IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

**v.**                                                           Case No. 4:24-cv-434-AW-MAF

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

The parties' joint motion for protective order (ECF No. 42) is GRANTED. The parties' Confidentiality Stipulation and Protective Order (ECF No. 42-1) is adopted and incorporated into this order.

Nothing in this order authorizes the filing of anything under seal. If a party wishes to file a paper under seal, that party must first seek leave to do so, consistent with the court's local rules.

SO ORDERED on November 25, 2024.

                                                                     s/ *Allen Winsor*
                                                                     United States District Judge