IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REIYN KEOHANE, | : |
| *Plaintiff*, | : |
| v. | : Case No. 4:24-cv-434-AW-MAF |
| RICKY D. DIXON, et al., | : |
| *Defendants*. | : |

## DECLARATION OF DANIEL B. TILLEY

1. I, Daniel B. Tilley, am over the age of 18 and am fully competent to testify regarding the contents of this Declaration, which I make based upon my personal knowledge.

2. I am an attorney for the ACLU Foundation of Florida representing Plaintiff Reiyn Keohane in this matter.

3. The documents attached to this declaration are attached in support of Plaintiff's Reply in Support of her Motion for a Preliminary Injunction and Class Certification, ECF 46.

4. The documents attached to this declaration, with the exception of Exhibit 5, were obtained from FDC as part of the limited discovery permitted by the Court prior to the hearing on the motion for preliminary injunction. *See* ECF 22

("Order Regarding Schedule") at 2 ("The parties may engage in limited and targeted written discovery before the hearing. This discovery should be minimally burdensome based on the compressed schedule.").

5. Attached as Exhibit 2 is FDC's "Script Regarding Undergarments, Hair, and Alternate Canteen Items." Bates 3772.

6. Attached as Exhibit 3 is FDC's "FAQ" (frequently-asked-questions document) for non-healthcare staff concerning the change in policy concerning inmates with gender dysphoria. Bates 3769.

7. Attached as Exhibit 4 is a portion of Plaintiff's FDC medical record dated October 9, 2024. Bates 62.

8. Attached as Exhibit 5 is Plaintiff's "GD Accommodations Pass." This document was provided to me by Plaintiff from her records.

9. Attached as Exhibit 6 is the "Action Plan" for Health Services Bulletin 15.05.23. Bates 3768.

10. Attached as Exhibit 7 are FDC's responses to Plaintiff's interrogatories.

11. Attached as Exhibit 8 are FDC's responses to Plaintiff's responses to Plaintiff's requests for admission.

12. Attached as Exhibit 9 are FDC's responses to Plaintiff's requests for production.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Dated: <u>11/26/24</u>　　　　　　　　　　<u>/s/ Daniel B. Tilley</u>
　　　　　　　　　　　　　　　　　　**Daniel B. Tilley**