# Script Regarding
# Undergarments, Hair, and Alternate Canteen Items

Date of Notice: _____

Inmate _____, as a result of a policy revision, you are expected to comply with each of the following:

**Regarding state-issued undergarments**
You must exchange any undergarments in your possession for those authorized for use at your assigned institution per Rule 33-602.101, F.A.C., Care of Inmates, no later than 30 calendar days from the date of this notice.  Failure to do so will result in formal disciplinary action and confiscation of the unauthorized items.

**Regarding hair**
You must bring your hair into compliance with Rule 33-602.101, F.A.C., Care of Inmates paragraph (4), to align with your assigned institution no later than 30 calendar days from the date of this notice.  Failure to do so will result in you being ordered to cut your hair.  Non-compliance will result in formal disciplinary action and may result in force being used to bring you into compliance with the established grooming standards per Rule 33-602.101, F.A.C., Care of Inmates paragraphs (5), (5)(a) and (b), and (6).

**Regarding alternative canteen items**
You must consume or mail home (at the Department's expense) the alternate canteen items listed below that you obtained via an "Alternate Canteen Menu" no later than 30 calendar days from the date of this notice.  Failure to do so will result in formal disciplinary action and confiscation of the unauthorized items.
- Personal undergarments (e.g., boxers, panties, and bras)
- Vented short handle Cardinal comb/Hairbrush
- Goody combs
- Goody ponytail holders
- Good hair net
- Luster's pink oil
- Makeup bag
- Trim tweezers
- Hairbrush (no handle/wood-look)
- All makeup products

_____   _____   _____
Inmate Printed Name                         DC#                   Signature

_____   _____
Staff Witness (Printed Name)         Signature

_____   _____
Staff Witness (Printed Name)         Signature

FDC_OFFICIALS_003772