**122-WAKULLA ANNEX**  10/31/2024
110 Melaleuca Dr.
CRAWFORDVILLE , FL 32327   Removed GD accommodations pass
Main: 8504101895 Fax: 8504145830   Date of Service: 10/9/2024

**REIYN J KEOHANE**
DC#: Y55036
Race/Sex: White / Male
DOB: Feb 11, 1994
Facility: All
FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**Chronological Record of Health Care**
Outpatient

Other- Incidental Note
**Other Service:** Removed GD accommodations pass **Note:** Removed GD accommodations pass to bring into compliance with HSB 15.05.23

DC4-701 Chronological Record of Health Care (Revised 8/1/17)
This form is not to be amended, revised, or altered without     approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

Signed By: Warren, MH TRANSFER COORDINATOR, FDC, Lisa at 10/9/2024 2:42:23 PM