TB122-WAKULLA ANNEX                                                       April 11, 2023
110 Melaleuca Dr.   CRAWFORDVILLE , FL 32327                                      Page 1
8504101895  Fax: 8504145830                                          FL MH Psychologist

**REIYN J KEOHANE**
DC#: Y55036
Race/Sex: White / Male
DOB: 02/11/1994
Facility: 122-WAKULLA ANNEX

04/11/2023 - FL MH Psychologist: GD Accomodations Pass and Disposition Form 2/8/21
Provider: Lisa Warren, MH TRANSFER COORDINATOR, FDC
Location of Care: All
This document contains external references

**Weight**
199 (02/27/2023 8:33:25 AM)

## Baseline
FLORIDA DEPARTMENT OF CORRECTIONS  OFFICE OF HEALTH SERVICES
**ACCOMMODATION PASS:**
**1. Hair length:** YES
In accordance with the female hair standards as stated in 33-602.101

**2. Alternate canteen items:** YES

**3. Under garments:** FEMALE

INMATES FOUND ALTERING OR COPYING THIS PASS MAY BE SUBJECT TO DISCIPLINARY ACTION IN ACCORDANCE WITH
RULES 33-601.301-.314, F.A.C.

DC4-643G Accomodation(s) Pass (Revised 11/13/19)
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.

**Disclaimer: All EMR timestamps are Eastern Time Zone**

```
External Attachment:

    Type:      Image
    Comment:   keohane Y55036
```

**Filed automatically (without signature) on 04/11/2023 at 8:00 AM**

**Electronically signed by Lisa Warren, MH TRANSFER COORDINATOR, FDC on 04/11/2023 at 8:01 AM**
**Electronically signed by Anthony McCoy, PhD, Psychologist, Centurion on 04/11/2023 at 8:07 AM**

# Florida Department of Corrections
## Accommodation(s) Pass

E1301

**Inmate: KEOHANE, REIYN**                              **DC#: Y55036**

1. Hair length:                                  ☒ YES        ☐ NO
   In accordance with the female hair standards as stated in 33-602.101

2. Alternate canteen items:                      ☒ YES        ☐ NO

3. Under garments:                               ☐ MALE       ☒ FEMALE

Date: 6/23/20

**INMATES FOUND ALTERING OR COPYING THIS PASS MAY BE SUBJECT TO DISCIPLINARY ACTION IN ACCORDANCE WITH RULES 33-601.301-.314, F.A.C.**

Page 1 of 1

DC4-643G (Issued 11/13/19)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.