## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**REIYN KEOHANE,**

     **Plaintiff,**

**v.**                                  **Case No. 4:24-cv-434-AW-MAF**

**RICKY D. DIXON, in his official capacity**
**as Secretary of the Florida Department of**
**Corrections, et al.,**

     **Defendants.**

_____/

## ORDER REGARDING HEARING

At the December 9 hearing, the parties should be prepared to argue not only the preliminary injunction motion but also the motion to dismiss.

Defendants' emergency motion (ECF No. 47) is GRANTED in part and DENIED in part. The motion is denied to the extent it seeks an order striking Plaintiff's affidavits before the hearing. The parties may argue at the hearing whether the court should or should not consider the referenced affidavits. The motion is denied to the extent it seeks leave to file a surreply with argument. Defendants may present the proposed supplemental argument at the hearing. The motion is granted to the extent it seeks leave to file surreply affidavits responding to Plaintiff's contested affidavits. The deadline to do so is December 5. If Defendants file supplemental affidavits, the court will hear argument at the hearing about whether it should consider those affidavits in ruling on the preliminary injunction motion.

1

To the extent Defendants' emergency motion seeks any other relief, it is denied.

SO ORDERED on December 4, 2024.

s/ *Allen Winsor*
United States District Judge