Start: 9:01 a.m.
Stop: 12:47 p.m.

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No: | 4:24-cv-434-AW | Date: 12-09-2024 |
| Title: | Keohane v Dixon et al. | |

**DOCKET ENTRY:**
Motion Hearing
ECF No. 4    Emergency Motion for Temporary Restraining Order and Preliminary Injunction
ECF No. 16   Motion for Reconsideration

**PRESENT:** Honorable ALLEN WINSOR, District Judge

| TiAnn Stark | Dawn Savino (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |

| Leslie Cooper, Samantha Past | Daniel Johnson |
|---|---|
| Daniel Tilley, Li Nowlin-Sohl | Kenneth Steely, William Cranford |
| Attorney for Plaintiff | Attorney for Defendant |

**PROCEEDINGS:**

**9:01 a.m.   Court called to order**

9:04 a.m.    Statement by plaintiff (Tilley)

9:05 a.m.    Statement by defendant (Steely)

9:07 a.m.    Arguments presented regarding testimony of Dr. Martinez - objections by defendant overruled

9:12 a.m.    Plaintiff's Witness, <u>DANIEL MARTINEZ</u>, sworn, direct (Cooper)

**11:00 a.m.   Recess**

**11:15 a.m.   Court reconvenes**

11:15 a.m.   Direct continues

11:44 a.m.   Cross (Cranford)

11:54 a.m.   Plaintiff's Exhibits 3, 8, 9, 12, 13, marked and admitted - other exhibits presented during hearing were previously placed on the docket

| | |
|---|---|
| 11:55 a.m. | Arguments presented by plaintiff (Nowlin-Sohl) |
| 12:33 p.m. | Arguments presented by defendant (Steely) |
| 12:44 p.m. | Rebuttal (Nowlin-Sohl) |
| 12:46 p.m. | Motions taken under advisement; written order to follow |
| **12:47 p.m.** | **Court adjourned** |