# EXHIBIT AND WITNESS LIST

| Keohane v Dixon et al. | | 4:24-cv-434-AW |
|---|---|---|
| | | *Docket Number* |

| Leslie Cooper, Samantha Past | Kenneth Steely, William Cranford | 12/09/2024 |
|---|---|---|
| *Plaintiff's Attorney* | *Defendant's Attorney* | *Date(s)* |

| Allen Winsor | Dawn Savino  [USDC-FLND] | TiAnn Stark |
|---|---|---|
| *Presiding Judge* | *Court Reporter* | *Courtroom Deputy* |

| PLA # | DEF # | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESSES |
|---|---|---|---|---|---|---|
| 3 | | 12/09/24 | X | X | HSB 15.05.23 Operational Plan | Martinez |
| 8 | | 12/09/24 | X | X | Email dated 1/23/23 | Martinez |
| 9 | | 12/09/24 | X | X | Medical Articles | Martinez |
| 12 | | 12/09/24 | X | X | DOC Record of Health | Martinez |
| 13 | | 12/09/24 | X | X | DOC PschoED Group Notes | Martinez |
| | | | | | | |