

| HSB 15.05.23 | Office of Health Services |
| --- | --- |
| **Operational Plan** | |
| **Updated 9/24/2024** | |

**CONFIDENTIAL**

## PURPOSE

Due to recent changes in medical consensus, the Florida Department of Corrections is required to change some of its policies regarding treatment of Gender Dysphoria. The purpose of this briefing document is to provide the operational plan to ensure inmates diagnosed with Gender Dysphoria receive timely, appropriate mental health services and individualized treatment programming as clinically indicated. Treatment interventions shall target psychological distress/dysphoria, as well as any co-occurring mental health disorders, and be tailored to the unique needs of the inmate.

The facility Warden in coordination with mental health and medical services will develop an institution-specific plan utilizing the guidelines below:

## PHASE ONE: GROUP MEETING AND NEW POLICY ROLL OUT (DAYS 1-90)

Prior to Day One, OHS will provide each facility Warden with an updated roster of inmates who are currently diagnosed with Gender Dysphoria in order to ensure that all of these inmates are placed on a call-out for a group meeting with institutional health services staff and security staff. It will be the responsibility of the Warden and Chief of Security to designate the appropriate meeting place/time and ensure all required inmates are in attendance. Prior to Day One, the Warden will meet with the department heads of medical and mental health to ensure adequate staffing for Day One. Centurion staff to be notified of the new policy and to determine who will attend the meeting with the inmates on Day One. The Warden will also ensure that Centurion has a staff meeting scheduled the morning of Day One to discuss HSB 15.05.23, prior to the group meeting with the inmates (a representative of the Duty Warden staff will be present for the Centurion meeting).

The following guidelines should be considered when developing your institutional plan.

- Day One- The Warden will meet with relevant medical and mental health staff at approximately 8:15 am to brief them on the Operational plan for Day One.

- Day One - Meet with every inmate who is currently diagnosed with Gender Dysphoria/currently receiving treatment. Duty Warden staff will be present (Chief or higher)
    - Utilizing the Gender Dysphoria roster provided by OHS, institutional staff will conduct a group meeting with all inmates currently diagnosed with Gender Dysphoria/currently receiving treatment.
    - Each inmate will be provided information regarding HSB 15.05.23. This will be accomplished by a member of the mental health staff (licensed mental health provider) reading the OHS script titled "Update Regarding Hormone Treatment for Inmate Patients."
    - The Chief of Security will read their designated security script.

**PLAINTIFF'S EXHIBIT**
CASE NO. 4:24cv434
EXHIBIT NO. 3

1   CONFIDENTIAL                                        FDC_OFFICIALS_003765

3



**HSB 15.05.23**
**Operational Plan**
**Updated 9/24/2024**

Office of Health Services

CONFIDENTIAL

- Day One/Thirty- MDST Meetings
  - Each inmate currently diagnosed with Gender Dysphoria/currently receiving treatment for Gender Dysphoria will meet with their MDST team to answer any questions they may have and to discuss their individualized treatment plan.
  - At S-3/S-2 camps it is expected that the inmate will attend this MDST meeting; mental health staff will coordinate with institutional security to ensure this occurs.

- Day One/180
  - Every inmate who is currently diagnosed with Gender Dysphoria/currently receiving treatment for Gender Dysphoria will be fully re-evaluated by the MDST to determine if the diagnosis is still warranted and, if applicable, whether the use of cross-sex hormones is recommended to treat the inmate's Gender Dysphoria. The treating physician must be present at any MDST meeting where hormone therapy is being considered for initiation, continuation, or discontinuation. For all MDST meetings, the treating physician will review the decisions, relevant psychological testing, and recommendations of the MDST when determining their medical plan of treatment.
  - S-2 inmates currently diagnosed with Gender Dysphoria/currently receiving treatment for Gender Dysphoria will remain at their current facility until they have been fully re-evaluated according to HSB 15.05.23. If their Gender Dysphoria diagnosis is continued, they will, at that time, be raised to S-3 status and a transfer will be initiated to an S-3 institution.

- New Gains at Reception Centers/Ongoing and Within Ninety Days
  - If an inmate presents with a reported or documented history of Gender Dysphoria prior to incarceration, the inmate will complete a DC4-711B, Consent and Authorization for Use and Disclosure, Inspection, and Release of Confidential Information to authorize the Department to obtain the inmate's prior mental health records from community providers who diagnosed or treated the inmate.
  - Inmates with self-reported history of Gender Dysphoria must be identified at the initial physical examination at the reception center. A referral to Mental Health for Gender Dysphoria screening should be submitted at the initial physical examination.
  - The MDST, or if not available, a provider credentialed to diagnose and treat Gender Dysphoria will enter the provisional diagnosis into the electronic medical record and notify the Regional Mental Health Director via e-mail for evaluation and approval of the assessment. The Regional Mental Health Director will notify the Mental Health Transfer Coordinator via e-mail of the need for transfer to a designated Gender Dysphoria facility.
  - If the inmate arrives at the reception center with a current prescription for hormones specifically for treatment of Gender Dysphoria, the hormones will be continued while the MDST completes



| | | |
|---|---|---|
| | **HSB 15.05.23**<br>**Operational Plan**<br>**Updated 9/24/2024**<br><br>CONFIDENTIAL | Office of Health Services |

a full psychodiagnositic assessment per the new policy. These inmates must be fully evaluated within 90 days after their transfer to their permanent institution.

## DAY ONE TEAM CONSIDERATIONS

A Day One team should be divided into four sub-groups with specific tasks to facilitate a safe and efficient notification of HSB 15.05.23.

**Group #1** – Information Team (supported by a Duty Warden level staff)
    A. The primary task is to inform the inmate population of HSB 15.05.23.
    B. Schedule the time and place of the meeting.
    C. Assist in maintaining an orderly environment within the meeting.

**Group #2** – Data Collectors
    A. Primary task is to confirm attendance at the meeting by checking off those inmates who are in attendance and locating any inmates who are not present.

**Group #3** – Security Support Staff
    A. Primary task is to provide a security presence.

**Group #4** – Mental Health Support Staff
    A. Primary task is to provide a mental health presence and be available for any inmate or staff declared mental health emergency. (See Procedure 404.001, *Suicide and Self-Injury Prevention*.)

## PHASE TWO: IMPLEMENTATION OF HSB 15.05.23 (DAYS 1-180)

The established goal is to complete a re-evaluation of all inmates statewide within 180 days. Timely completion of each facility is paramount during this process.

- Designate and make available a minimum of two security staff members to conduct daily escorts for MDST meetings.
- The Warden will need to predesignate a secure location for the outpatient MDST meetings, if one is not already available.
- Institutional leadership should debrief with the mental health/medical team daily to ensure appropriate resources are available the next day. The FDC Regional Directors of Institutions and the FDC Director of Health Services shall be notified of any notable issues.