**From:** Martinez, Danny
**To:** Kline, Suzonne; Santiago, Kalem
**Subject:** RE: Gender Dysphoria program
**Date:** Monday, January 23, 2023 11:50:07 AM
**Attachments:** Transexual_Endocrine_Society_Practice_Guidelines.pdf
GenderDysphoria_Position_Statement_Transgender_Health_PES.pdf
Gender Dysphoria References.docx
image003.png
image002.png

Dr. Kline,

After a brief search I am providing you with the Endocrine Society clinical practice guidelines for the treatment of transsexual persons. The second document is the position statement on transgender health from the Pediatric Endocrine Society. Lastly, the third document is a list of scholarly references lending support to treating transgender patients.

Danny Martinez MD, MPH
Chief of Medical Services
Florida Department of Corrections
Danny.martinez@fdc.myflorida.com



PLAINTIFF'S EXHIBIT
CASE NO. 4:24cv434
EXHIBIT NO. 8

**From:** Kline, Suzonne <Suzonne.Kline@fdc.myflorida.com>
**Sent:** Monday, January 23, 2023 11:03 AM
**To:** Martinez, Danny <Danny.Martinez@fdc.myflorida.com>; Santiago, Kalem <Kalem.Santiago@fdc.myflorida.com>
**Subject:** Fwd: Gender Dysphoria program

FYSA

Dr. Kline
Chief of Mental Health Services
Get Outlook for iOS

**From:** Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Sent:** Wednesday, January 18, 2023 5:10:42 PM
**To:** Kline, Suzonne <Suzonne.Kline@fdc.myflorida.com>
**Cc:** Neff, Lance <Lance.Neff@fdc.myflorida.com>; Burnsed, Dorothy <Dorothy.Burnsed@fdc.myflorida.com>; Comerford, Richard <Richard.Comerford@fdc.myflorida.com>; Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Subject:** RE: Gender Dysphoria program

Ma'am,

Please see link to ACHA report. There are a number of hyperlinks in the report. There Acting General Counsel Andrew Sharen would be the POC to

start the conversation.

ACHA is in current litigation on the Florida official position and their rule of using state funds for gender affirming care for adults. I believe we should work with them and their experts as we update our policy in this area.

Please see me if you have more questions on the matter.

https://ahca.myflorida.com/Executive/Communications/Press_Releases/pdf/6-2-22_AHCA_GAPMS_Press_Release_FINAL.pdf


**Timothy S. Fitzgerald**
Chief of Staff
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office: 850-717-3922

**Inspiring Success by Transforming One Life at a Time**

Respect * Integrity * Courage * Selfless Service * Compassion

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

**From:** Kline, Suzonne <Suzonne.Kline@fdc.myflorida.com>
**Sent:** Friday, January 13, 2023 3:53 PM
**To:** Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Subject:** FW: Gender Dysphoria program

Good afternoon Chief,

As a follow-up to our discussion:

1. We currently have 209 inmates diagnosed with Gender Dysphoria and approved to received accommodation by the GDRT

2. 147 inmates are currently approved to receive hormones
3. My understanding in consulting with legal is that █████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Hope this helps. Let me know if you need anything else at this time.

All the best,

**Suzonne M. Kline, Psy.D.**
Chief of Mental Health
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office: (850) 717-3281
Fax: (850) 922-6015



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential health and/or privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

**From:** Fabian, Katy <Katy.Fabian@fdc.myflorida.com>
**Sent:** Friday, January 13, 2023 2:39 PM
**To:** Kline, Suzonne <Suzonne.Kline@fdc.myflorida.com>; Crawford, Stephanie <Stephanie.Crawford@fdc.myflorida.com>

**Subject:** Gender Dysphoria program

Dr. Kline,

Please see the stats below for the inmates in the Gender Dysphoria program:

209 inmates diagnosed with Gender Dysphoria and approved to received accommodation by the GDRT
147 inmates currently approved to receive hormones by the GDRT


**Katy Fabian, LMHC**
Mental Health Quality Assurance Manager
Office of Health Services - Mental Health
Florida Department of Corrections
501 S. Calhoun St.
Tallahassee, FL 32399
Office: 850-717-3176
Cell: 850-518-9635
Fax: 850-922-6015



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.