SPECIAL FEATURE

Clinical Practice Guideline

# Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline

Wylie C. Hembree, Peggy Cohen-Kettenis, Henriette A. Delemarre-van de Waal, Louis J. Gooren, Walter J. Meyer III, Norman P. Spack, Vin Tangpricha, and Victor M. Montori*

Columbia University and New York Presbyterian Hospital (W.C.H.), New York, New York 10032; VU Medical Center (P.C.-K., H.A.D.-v.d.W.), 1007 MB Amsterdam, The Netherlands; Leiden University Medical Center (H.A.D.-v.d.W.), 2300 RC Leiden, The Netherlands; Andro-consult (L.J.G.) ChaingMai 50220, Thailand; University of Texas Medical Branch (W.J.M.), Galveston, Texas 77555; Harvard Medical School (N.P.S.), Boston, Massachusetts 02115; Emory University School of Medicine (V.T.), Atlanta, Georgia 30322; and Mayo Clinic (V.M.M.), Rochester, Minnesota 55905

**Objective:** The aim was to formulate practice guidelines for endocrine treatment of transsexual persons.

**Evidence:** This evidence-based guideline was developed using the Grading of Recommendations, Assessment, Development, and Evaluation (GRADE) system to describe the strength of recommendations and the quality of evidence, which was low or very low.

**Consensus Process:** Committees and members of The Endocrine Society, European Society of Endocrinology, European Society for Paediatric Endocrinology, Lawson Wilkins Pediatric Endocrine Society, and World Professional Association for Transgender Health commented on preliminary drafts of these guidelines.

**Conclusions:** Transsexual persons seeking to develop the physical characteristics of the desired gender require a safe, effective hormone regimen that will 1) suppress endogenous hormone secretion determined by the person's genetic/biologic sex and 2) maintain sex hormone levels within the normal range for the person's desired gender. A mental health professional (MHP) must recommend endocrine treatment and participate in ongoing care throughout the endocrine transition and decision for surgical sex reassignment. The endocrinologist must confirm the diagnostic criteria the MHP used to make these recommendations. Because a diagnosis of transsexualism in a prepubertal child cannot be made with certainty, we do not recommend endocrine treatment of prepubertal children. We recommend treating transsexual adolescents (Tanner stage 2) by suppressing puberty with GnRH analogues until age 16 years old, after which cross-sex hormones may be given. We suggest suppressing endogenous sex hormones, maintaining physiologic levels of gender-appropriate sex hormones and monitoring for known risks in adult transsexual persons. (*J Clin Endocrinol Metab* 94: 3132–3154, 2009)

## Summary of Recommendations

### 1.0 Diagnostic procedure

1.1 We recommend that the diagnosis of gender identity disorder (GID) be made by a mental health professional (MHP). For children and adolescents, the MHP should also have training in child and adolescent developmental psychopathology. (1 ⊕⊕○○)

1.2 Given the high rate of remission of GID after the onset of puberty, we recommend against a complete social

ISSN Print 0021-972X   ISSN Online 1945-7197
Printed in U.S.A.
Copyright © 2009 by The Endocrine Society
doi: 10.1210/jc.2009-0345  Received February 13, 2009. Accepted June 4, 2009.
First Published Online June 9, 2009

Abbreviations: BMD, Bone mineral density; FTM, female-to-male; GID, gender identity disorder; MHP, mental health professional; MTF, male-to-female; RLE, real-life experience.



PLAINTIFF'S EXHIBIT

CASE NO. 4:24cv434

EXHIBIT NO. 9

CONFIDENTIAL

FDC_OFFICIALS_003777

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

role change and hormone treatment in prepubertal children with GID. (1 ⊕⊕○○)

1.3 We recommend that physicians evaluate and ensure that applicants understand the reversible and irreversible effects of hormone suppression (*e.g.* GnRH analog treatment) and cross-sex hormone treatment before they start hormone treatment.

1.4 We recommend that all transsexual individuals be informed and counseled regarding options for fertility prior to initiation of puberty suppression in adolescents and prior to treatment with sex hormones of the desired sex in both adolescents and adults.

## 2.0 Treatment of adolescents

2.1. We recommend that adolescents who fulfill eligibility and readiness criteria for gender reassignment initially undergo treatment to suppress pubertal development. (1 ⊕○○○)

2.2. We recommend that suppression of pubertal hormones start when girls and boys first exhibit physical changes of puberty (confirmed by pubertal levels of estradiol and testosterone, respectively), but no earlier than Tanner stages 2–3. (1 ⊕⊕○○)

2.3. We recommend that GnRH analogs be used to achieve suppression of pubertal hormones. (1 ⊕⊕○○)

2.4. We suggest that pubertal development of the desired opposite sex be initiated at about the age of 16 yr, using a gradually increasing dose schedule of cross-sex steroids. (2 ⊕○○○)

2.5. We recommend referring hormone-treated adolescents for surgery when 1) the real-life experience (RLE) has resulted in a satisfactory social role change; 2) the individual is satisfied about the hormonal effects; and 3) the individual desires definitive surgical changes. (1 ⊕○○○)

2.6 We suggest deferring surgery until the individual is at least 18 yr old. (2 ⊕○○○)

## 3.0 Hormonal therapy for transsexual adults

3.1 We recommend that treating endocrinologists confirm the diagnostic criteria of GID or transsexualism and the eligibility and readiness criteria for the endocrine phase of gender transition. (1 ⊕⊕⊕○)

3.2 We recommend that medical conditions that can be exacerbated by hormone depletion and cross-sex hormone treatment be evaluated and addressed prior to initiation of treatment (see Table 11: Medical conditions that can be exacerbated by cross-sex hormone therapy). (1 ⊕⊕⊕○)

3.3 We suggest that cross-sex hormone levels be maintained in the normal physiological range for the desired gender. (2 ⊕⊕○○)

3.4 We suggest that endocrinologists review the onset and time course of physical changes induced by cross-sex hormone treatment. (2 ⊕⊕○○)

## 4.0 Adverse outcome prevention and long-term care

4.1 We suggest regular clinical and laboratory monitoring every 3 months during the first year and then once or twice yearly. (2 ⊕⊕○○)

4.2 We suggest monitoring prolactin levels in male-to-female (MTF) transsexual persons treated with estrogens. (2 ⊕⊕○○)

4.3 We suggest that transsexual persons treated with hormones be evaluated for cardiovascular risk factors. (2 ⊕⊕○○)

4.4 We suggest that bone mineral density (BMD) measurements be obtained if risk factors for osteoporosis exist, specifically in those who stop hormone therapy after gonadectomy. (2 ⊕⊕⊕○)

4.5 We suggest that MTF transsexual persons who have no known increased risk of breast cancer follow breast screening guidelines recommended for biological women. (2 ⊕⊕○○)

4.6 We suggest that MTF transsexual persons treated with estrogens follow screening guidelines for prostatic disease and prostate cancer recommended for biological men. (2 ⊕○○○)

4.7 We suggest that female-to-male (FTM) transsexual persons evaluate the risks and benefits of including total hysterectomy and oophorectomy as part of sex reassignment surgery. (2 ⊕○○○)

## 5.0 Surgery for sex reassignment

5.1 We recommend that transsexual persons consider genital sex reassignment surgery only after both the physician responsible for endocrine transition therapy and the MHP find surgery advisable. (1 ⊕○○○)

5.2 We recommend that genital sex reassignment surgery be recommended only after completion of at least 1 yr of consistent and compliant hormone treatment. (1 ⊕○○○)

5.3 We recommend that the physician responsible for endocrine treatment medically clear transsexual individuals for sex reassignment surgery and collaborate with the surgeon regarding hormone use during and after surgery. (1 ⊕○○○)

## Introduction

**M**en and women have experienced the confusion and anguish resulting from rigid, forced conformity to sexual dimorphism throughout recorded history. Aspects

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

FDC_OFFICIALS_003778

**3134**    Hembree *et al.*    Guidelines on the Endocrine Treatment of Transsexuals    J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

of gender variance have been part of biological, psychological, and sociological debates among humans in modern history. The 20th century marked the beginning of a social awakening for men and women "trapped" in the wrong body (1). Harry Benjamin and Magnus Hirschfeld, who met in 1907, pioneered the medical responses to those who sought relief from and resolution of their profound discomfort, enabling the "transsexual," a term coined by Hirschfeld in 1923, to live a gender-appropriate life, occasionally facilitated by surgery (2).

Endocrine treatment of transsexual persons [note: In the current psychiatric classification system, the Diagnostic and Statistical Manual of Mental Disorders-IV-TR (DSM-IV-TR), the term "gender identity disorder" is used instead of "transsexualism" (3)], previously limited to ineffective elixirs, creams, and implants, became reasonable with the availability of diethylstilbesterol in 1938 and after the isolation of testosterone in 1935. Personal stories of role models, treated with hormones and sex reassignment surgery, appeared in the press during the second half of the 20th century. The Harry Benjamin International Gender Dysphoria Association (HBIGDA) was founded in September 1979; it is now known as the World Professional Association of Transgender Health (WPATH). The Association's "Standards of Care" (SOC) was first published by HBIGDA in 1979, and its sixth edition is currently being revised. These carefully prepared documents have provided mental health and medical professionals with general guidelines for the evaluation and treatment of transsexual persons.

Before 1975, few peer-reviewed articles were published concerning endocrine treatment of transsexual persons. Since that time, more than 800 articles about various aspects of transsexual care have appeared. It is the purpose of this guideline to make detailed recommendations and suggestions, based on existing medical literature and clinical experience, that will enable endocrinologists to provide safe and effective endocrine treatment for individuals diagnosed with GID or transsexualism by MHPs. In the future, rigorous evaluation of the effectiveness and safety of endocrine protocols is needed. What will be required is the careful assessment of: 1) the effects of prolonged delay of puberty on bone growth and development among adolescents; 2) in adults, the effects on outcome of both endogenous and cross-sex hormone levels during treatment; 3) the requirement for and the effects of antiandrogens and progestins during treatment; and 4) long-term medical and psychological risks of sex reassignment. These needs can be met only by a commitment of mental health and endocrine investigators to collaborate in long-term, large-scale studies across countries that employ the same diagnostic

and inclusion criteria, medications, assay methods, and response assessment tools.

Terminology and its use vary and continue to evolve. Table 1 contains definitions of terms as they are used throughout the Guideline.

---

**TABLE 1.** Definitions of terms used in this guideline

*Sex* refers to attributes that characterize biological maleness or femaleness; the best known attributes include the sex-determining genes, the sex chromosomes, the H-Y antigen, the gonads, sex hormones, internal and external genitalia, and secondary sex characteristics

*Gender identity* is used to describe a person's fundamental sense of being a man, a woman, or of indeterminate sex.

*Gender identity disorder* (GID) is a DSM-IV-TR diagnosis. This psychiatric diagnosis is given when a strong and persistent cross-gender identification, combined with a persistent discomfort with one's sex or sense of inappropriateness in the gender role of that sex, causes clinically significant distress.

*Gender role* is used to refer to behaviors, attitudes, and personality traits that a society, in a given culture and historical period, designates as masculine or feminine, that is, more "appropriate" to, or typical of, the social role as men or as women.

*Gender dysphoria* is the distress and unease experienced if gender identity and sex are not completely congruent.

*Sexual orientation* can be defined by a person's relative responsiveness to sexual stimuli. The most salient dimension of sexual orientation is the sex of the person to whom one is attracted sexually; sexual orientation is not entirely similar to *sexual identity*; a person may, for example, be predominantly aroused by homoerotic stimuli, yet not regard himself or herself to be gay or lesbian.

*Sex reassignment* refers to the complete treatment procedure for those who want to adapt their bodies to the desired sex.

*Sex reassignment surgery* refers only to the surgical part of this treatment.

*Transsexual* people identify as, or desire to live and be accepted as, a member of the gender opposite to that assigned at birth; the term *male-to-female* (MTF) *transsexual person* refers to a biological male who identifies as, or desires to be, a member of the female gender; *female-to-male* (FTM) *transsexual person* refers to a biological female who identifies as, or desires to be, a member of the male gender.

*Transition* refers to the period of time during which transsexual persons change their physical, social, and legal characteristics to the gender opposite to that of their biological sex. Transition may also be regarded as an ongoing process of physical change and psychological adaptation.

Note: In this Guideline, we have chosen to use the term "transsexual" throughout as defined by the ICD-10 Diagnostic Code (see Table 3). We recognize that "transsexual" and "transgender" are terms often used interchangeably. However, because "transgender" may also be used to identify individuals whose gender identity does not conform to the conventional gender roles of either male or female and who may not seek endocrine treatment as described herein, we prefer to use "transsexual" as an adjective (*e.g.* when referring to persons, individuals, men, or women and, when appropriate, referring to subjects in research studies).

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154
jcem.endojournals.org    **3135**

## Etiology of Gender Identity Disorders

One's self-awareness as male or female evolves gradually during infant life and childhood. This process of cognitive and affective learning happens in interaction with parents, peers, and environment, and a fairly accurate timetable exists for the steps in this process (4). Normative psychological literature, however, does not address when gender identity becomes crystallized and what factors contribute to the development of an atypical gender identity. Factors that have been reported in clinical studies may well enhance or perpetuate rather than originate a GID (for an overview, see Ref. 5). Behavioral genetic studies suggest that, in children, atypical gender identity and role development has a heritable component (6, 7). Because, in most cases, GID does not persist into adolescence or adulthood, findings in children with GID cannot be extrapolated to adults.

In adults, psychological studies investigating etiology hardly exist. Studies that have investigated potential causal factors are retrospective and rely on self-report, making the results intrinsically unreliable.

Most attempts to identify biological underpinnings of gender identity in humans have investigated effects of sex steroids on the brain (functions) (for a review, see Ref. 8). Prenatal androgenization may predispose to development of a male gender identity. However, most 46,XY female-raised children with disorders of sex development and a history of prenatal androgen exposure do not develop a male gender identity (9, 10), whereas 46,XX subjects exposed to prenatal androgens show marked behavioral masculinization, but this does not necessarily lead to gender dysphoria (11–13). MTF transsexual individuals, with a male androgen exposure prenatally, develop a female gender identity through unknown mechanisms, apparently overriding the effects of prenatal androgens. There is no comprehensive understanding of hormonal imprinting on gender identity formation. It is of note that, in addition to hormonal factors, genetic mechanisms may bear on psychosexual differentiation (14).

Maternal immunization against the H-Y antigen has been proposed (15, 16). This hypothesis states that the repeatedly reported fraternal birth order effect reflects the progressive immunization of some mothers to Y-linked minor histocompatibility antigens (H-Y antigens) by each succeeding male fetus and the increasing effects of such immunization on the future sexual orientation of each succeeding male fetus. Sibling sex ratio studies have not been experimentally supported (17).

Studies have also failed to find differences in circulating levels of sex steroids between transsexual and nontranssexual individuals (18).

In summary, neither biological nor psychological studies provide a satisfactory explanation for the intriguing phenomenon of GIDs. In both disciplines, studies have been able to correlate certain findings to GIDs, but the findings are not robust and cannot be generalized to the whole population.

## Method of Development of Evidence-based Clinical Practice Guidelines

The Clinical Guidelines Subcommittee of The Endocrine Society deemed the diagnosis and treatment of transsexual individuals a priority area in need of practice guidelines and appointed a Task Force to formulate evidence-based recommendations. The Task Force followed the approach recommended by the Grading of Recommendations, Assessment, Development, and Evaluation (GRADE) group, an international group with expertise in development and implementation of evidence-based guidelines (19). A detailed description of the grading scheme has been published elsewhere (20). The Task Force used the best available research evidence that Task Force members identified and two commissioned systematic reviews (21, 22) to develop some of the recommendations. The Task Force also used consistent language and graphical descriptions of both the strength of a recommendation and the quality of evidence. In terms of the strength of the recommendation, strong recommendations use the phrase "we recommend" and the number 1, and weak recommendations use the phrase "we suggest" and the number 2. Cross-filled circles indicate the quality of the evidence, such that $\oplus\bigcirc\bigcirc\bigcirc$ denotes very low quality evidence, $\oplus\oplus\bigcirc\bigcirc$ denotes low quality, $\oplus\oplus\oplus\bigcirc$ denotes moderate quality, and $\oplus\oplus\oplus\oplus$ denotes high quality. The Task Force has confidence that persons who receive care according to the strong recommendations will derive, on average, more good than harm. Weak recommendations require more careful consideration of the person's circumstances, values, and preferences to determine the best course of action. Linked to each "recommendation" is a description of the "evidence" and the "values" that panelists considered in making the recommendation; in some instances, there are "remarks," a section in which panelists offer technical suggestions for testing conditions, dosing, and monitoring. These technical comments reflect the best available evidence applied to a typical person being treated. Often this evidence comes from the unsystematic observations of the panelists and their values and preferences; therefore, these remarks should be considered suggestions. Some statements in this guideline (1.3 and 1.4) are not graded. These are statements the task force felt it was necessary to make, and it considers them matters about which no sensible health-

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

FDC_OFFICIALS_003780

care professional could possibly consider advocating the contrary (*e.g.* clinicians should conduct an adequate history taking and physical examination, clinicians should educate patients about their condition). These statements have not been subject to structured review of the evidence and are thus not graded.

## 1.0 Diagnostic procedure

Sex reassignment is a multidisciplinary treatment. It requires five processes: diagnostic assessment, psychotherapy or counseling, RLE, hormone therapy, and surgical therapy. The focus of this Guideline is hormone therapy, although collaboration with appropriate professionals responsible for each process maximizes a successful outcome. It would be ideal if care could be given by a multidisciplinary team at one treatment center, but this is not always possible. It is essential that all caregivers be aware of and understand the contributions of each discipline and that they communicate throughout the process.

### Diagnostic assessment and psychotherapy

Because GID may be accompanied with psychological or psychiatric problems (see Refs. 23–27), it is necessary that the clinician making the GID diagnosis be able 1) to make a distinction between GID and conditions that have similar features; 2) to diagnose accurately psychiatric conditions; and 3) to undertake appropriate treatment thereof. Therefore, the SOC guidelines of the WPATH recommend that the diagnosis be made by a MHP (28). For children and adolescents, the MHP should also have training in child and adolescent developmental psychopathology.

MHPs usually follow the WPATH's SOC. The main aspects of the diagnostic and psychosocial counseling are described below, and evidence supporting the SOC guidelines is given, whenever available.

During the diagnostic procedure, the MHP obtains information from the applicants for sex reassignment and, in the case of adolescents, the parents or guardians regarding various aspects of their general and psychosexual development and current functioning. On the basis of this information the MHP:

- decides whether the applicant fulfills DSM-IV-TR or ICD-10 criteria (see Tables 2 and 3) for GID;
- informs the applicant about the possibilities and limitations of sex reassignment and other kinds of treatment to prevent unrealistically high expectations; and
- assesses potential psychological and social risk factors for unfavorable outcomes of medical interventions.

In cases in which severe psychopathology or circumstances, or both, seriously interfere with the diagnostic work or make

**TABLE 2.** DSM-IV-TR diagnostic criteria for GID (3)

A. A strong and persistent cross-gender identification (not merely a desire for any perceived cultural advantages of being the other sex).

  In children, the disturbance is manifested by four (or more) of the following:

  1. Repeatedly stated desire to be, or insistence that he or she is, the other sex.
  2. In boys, preference for cross-dressing or simulating female attire; in girls, insistence on wearing only stereotypical masculine clothing.
  3. Strong and persistent preferences for cross-sex roles in make-believe play or persistent fantasies of being the other sex.
  4. Intense desire to participate in the stereotypical games and pastimes of the other sex.
  5. Strong preference for playmates of the other sex.

  In adolescents and adults, the disturbance is manifested by symptoms such as a stated desire to be the other sex, frequent passing as the other sex, desire to live or be treated as the other sex, or the conviction that he or she has the typical feelings and reactions of the other sex.

B. Persistent discomfort with his or her sex or sense of inappropriateness in the gender role of that sex.

  In children, the disturbance is manifested by any of the following:

  1. In boys, assertion that his penis or testes is disgusting or will disappear, or assertion that it would be better not to have a penis, or aversion toward rough-and-tumble play and rejection of male stereotypical toys, games, and activities.
  2. In girls, rejection of urinating in a sitting position, assertion that she has or will grow a penis, assertion that she does not want to grow breasts or menstruate, or marked aversion toward normative feminine clothing.

  In adolescents and adults, the disturbance is manifested by symptoms such as preoccupation with getting rid of primary and secondary sex characteristics (*e.g.* request for hormones, surgery, or other procedures to physically alter sexual characteristics to simulate the other sex) or belief that he or she was born the wrong sex.

C. The disturbance is not concurrent with a physical intersex condition.

D. The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

Codes based on current age:
  302.6 GID in children
  302.85 GID in adolescents or adults

Specify whether (for sexually mature individuals):
  Sexually attracted to males
  Sexually attracted to females
  Sexually attracted to both
  Sexually attracted to neither

satisfactory treatment unlikely, management of the other issues should be addressed first. Literature on postoperative regret suggests that severe psychiatric comorbidity and lack of support may interfere with good outcome (30–33).

For adolescents, the diagnostic procedure usually includes a complete psychodiagnostic assessment (34) and,

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

jcem.endojournals.org    **3137**

---

**TABLE 3.** ICD-10 criteria for transsexualism and GID of childhood (29)

Transsexualism (F64.0) criteria:
1. The desire to live and be accepted as a member of the opposite sex, usually accompanied by the wish to make his or her body as congruent as possible with the preferred sex through surgery and hormone treatments.
2. The transsexual identity has been present persistently for at least 2 yr.
3. The disorder is not a symptom of another mental disorder or a genetic, intersex, or chromosomal abnormality.

GID of childhood (F64.2) has separate criteria for girls and for boys.
Criteria for girls:
1. The individual shows persistent and intense distress about being a girl and has a stated desire to be a boy (not merely a desire for any perceived cultural advantages of being a boy) or insists that she is a boy.
2. Either of the following must be present:
    a. Persistent marked aversion to normative feminine clothing and insistence on wearing stereotypical masculine clothing.
    b. Persistent repudiation of female anatomical structures, as evidenced by at least one of the following:
        i. An assertion that she has, or will grow, a penis.
        ii. Rejection of urination in a sitting position.
        iii. Assertion that she does not want to grow breasts or menstruate.
3. The girl has not yet reached puberty.
4. The disorder must have been present for at least 6 months.
Criteria for boys:
1. The individual shows persistent and intense distress about being a boy and has a desire to be a girl or, more rarely, insists that he is a girl.
2. Either of the following must be present:
    a. Preoccupation with stereotypic female activities, as shown by a preference for either cross-dressing or simulating female attire or by an intense desire to participate in the games and pastimes of girls and rejection of stereotypical male toys, games, and activities.
    b. Persistent repudiation of male anatomical structures, as evidenced by at least one of the following repeated assertions:
        i. That he will grow up to become a woman (not merely in the role).
        ii. That his penis or testes are disgusting or will disappear.
        iii. That it would be better not to have a penis or testes.
3. The boy has not reached puberty.
4. The disorder must have been present for at least 6 months.

---

preferably, a child psychiatric evaluation (by a clinician other than the diagnostician). Di Ceglie *et al.* (35) showed that 75% of the adolescents referred to their Gender Identity clinic in the United Kingdom reported relationship problems with parents. Therefore, a family evaluation to assess the family's ability to endure stress, give support, and deal with the complexities of the adolescent's situation should be part of the diagnostic procedure.

### The real-life experience

WPATH's SOC states that "the act of fully adopting a new or evolving gender role or gender presentation in everyday life is known as the real-life experience. The real-life experience is essential to the transition to the gender role that is congruent with the patient's gender identity. The real-life experience tests the person's resolve, the capacity to function in the preferred gender, and the adequacy of social, economic, and psychological supports. It assists both the patient and the MHP in their judgments about how to proceed" (28). During the RLE, the person should fully experience life in the desired gender role before irreversible physical treatment is undertaken. Living 12 months full-time in the desired gender role is recommended (28). Testing an applicant's ability to function in the desired gender assists the applicant, the MHP and the endocrinologist in their judgements about how to proceed. During the RLE, the person's feeling about the social transformation, including coping with the responses of others, is a major focus of the counseling. Applicants increasingly start the RLE long before they are referred for hormone treatment.

### Eligibility and readiness criteria

The WPATH SOC document requires that both adolescents and adults applying for hormone treatment and surgery satisfy two sets of criteria — eligibility and readiness — before proceeding (28). There are eligibility and readiness criteria for hormone therapy for adults (Table 4) and eligibility cri-

---

**TABLE 4.** Hormone therapy for adults

Adults are **eligible** for cross-sex hormone treatment if they (28):
1. Fulfill DSM IV-TR or ICD-10 criteria for GID or transsexualism (see Tables 2 and 3).
2. Do not suffer from psychiatric comorbidity that interferes with the diagnostic work-up or treatment.
3. Demonstrate knowledge and understanding of the expected outcomes of hormone treatment, as well as the medical and social risks and benefits; AND
4. Have experienced a documented RLE of at least 3-month duration OR had a period of psychotherapy (duration specified by the MHP after the initial evaluation, usually a minimum of 3 months).

Adults should fulfill the following **readiness criteria** before the cross-sex hormone treatment. The applicant:
1. Has had further consolidation of gender identity during a RLE or psychotherapy.
2. Has made some progress in mastering other identified problems leading to improvement or continuing stable mental health.
3. Is likely to take hormones in a responsible manner.

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324/ by guest on 23 January 2023

---

**TABLE 5.** Hormone therapy for adolescents

Adolescents are **eligible** and ready for GnRH treatment if they:
1. Fulfill DSM IV-TR or ICD-10 criteria for GID or transsexualism.
2. Have experienced puberty to at least Tanner stage 2.
3. Have (early) pubertal changes that have resulted in an increase of their gender dysphoria.
4. Do not suffer from psychiatric comorbidity that interferes with the diagnostic work-up or treatment.
5. Have adequate psychological and social support during treatment, AND
6. Demonstrate knowledge and understanding of the expected outcomes of GnRH analog treatment, cross-sex hormone treatment, and sex reassignment surgery, as well as the medical and the social risks and benefits of sex reassignment.

Adolescents are **eligible** for cross-sex hormone treatment if they:
1. Fulfill the criteria for GnRH treatment, AND
2. Are 16 yr or older.

---

Readiness criteria for adolescents eligible for cross-sex hormone treatment are the same as those for adults.

---

teria for adolescents (Table 5). Eligibility and readiness criteria for sex reassignment surgery in adults and adolescents are the same (see *Section 5.0*). Although the eligibility criteria have not been evaluated in formal studies, a few follow-up studies on adolescents who fulfilled these criteria and had started cross-sex hormone treatment from the age of 16 indicate good postoperative results (36–38).

One study on MTF transsexual subjects reports that outcome was not associated with minimum eligibility requirements of the WPATH's SOC. However, this study was performed among a group of individuals with a relatively high socioeconomic background (39). One study investigating the need for psychotherapy for sex-reassignment applicants, based on questionnaire scores, suggests that "classical" forms of psychotherapy before medical interventions are not needed in about two thirds of the applicants (40).

## Recommendations for those involved in the hormone treatment of applicants for sex reassignment

### 1.1 Recommendation

We recommend that the diagnosis of GID be made by a MHP. For children and adolescents, the MHP must also have training in child and adolescent developmental psychopathology. (1 ⊕⊕○○)

### 1.1 Evidence

GID may be accompanied with psychological or psychiatric problems (see Refs. 23–27). It is therefore necessary that the clinician making the GID diagnosis be able to make a distinction between GID and conditions that have similar features, to accurately diagnose psychiatric conditions, and to ensure that any such conditions are treated appropriately. One condition with similar features is body dysmorphic disorder or Skoptic syndrome, a condition in which a person is preoccupied with or engages in genital self-mutilation, such as castration, penectomy, or clitoridectomy (41).

### 1.1 Values and Preferences

The Task Force placed a very high value on avoiding harm from hormone treatment to individuals who have conditions other than GID and who may not be ready for the physical changes associated with this treatment, and it placed a low value on any potential benefit these persons believe they may derive from hormone treatment. This justifies the strong recommendation in the face of low-quality evidence.

### 1.2 Recommendation

Given the high rate of remission of GID after the onset of puberty, we recommend against a complete social role change and hormone treatment in prepubertal children with GID. (1 ⊕⊕○○)

### 1.2 Evidence

In most children with GID, the GID does not persist into adolescence. The percentages differ between studies, probably dependent upon which version of the DSM was used in childhood, ages of children, and perhaps culture factors. However, the large majority (75–80%) of prepubertal children with a diagnosis of GID in childhood do not turn out to be transsexual in adolescence (42–44); for a review of seven older studies see Ref. 45. Clinical experience suggests that GID can be reliably assessed only after the first signs of puberty.

This recommendation, however, does not imply that children should be entirely denied to show cross-gender behaviors or should be punished for exhibiting such behaviors.

### 1.2 Values and Preferences

This recommendation places a high value on avoiding harm with hormone therapy in prepubertal children who may have GID that will remit after the onset of puberty and places a relatively lower value on foregoing the potential benefits of early physical sex change induced by hormone therapy in prepubertal children with GID. This justifies the strong recommendation in the face of very low quality evidence.

### 1.3 Recommendation

We recommend that physicians evaluate and ensure that applicants understand the reversible and irreversible effects of hormone suppression (*e.g.* GnRH analog treat-

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

FDC_OFFICIALS_003783

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

ment) and of cross-sex hormone treatment before they start hormone treatment.

### 1.3 Remarks

In all treatment protocols, compliance and outcome are enhanced by clear expectations concerning the effects of the treatment. The lengthy diagnostic procedure (GnRH analog treatment included, because this reversible treatment is considered to be a diagnostic aid) and long duration of the period between the start of the hormone treatment and sex reassignment surgery give the applicant ample opportunity to make balanced decisions about the various medical interventions. Clinical evidence shows that applicants react in a variety of ways to this treatment phase. The consequences of the social role change are sometimes difficult to handle, increasing understanding of treatment aspects may be frightening, and a change in gender dysphoric feelings may lead to confusion. Significant adverse effects on mental health can be prevented by a clear understanding of the changes that will occur and the time course of these changes.

### 1.4 Recommendation

We recommend that all transsexual individuals be informed and counseled regarding options for fertility before initiation of puberty suppression in adolescents and before treatment with sex hormones of the desired sex in both adolescents and adults.

### 1.4 Remarks

Persons considering hormone use for sex reassignment need adequate information about sex reassignment in general and about fertility effects of hormone treatment in particular to make an informed and balanced decision about this treatment. Because early adolescents may not feel qualified to make decisions about fertility and may not fully understand the potential effects of hormones, consent and protocol education should include parents, the referring MHP(s), and other members of the adolescent's support group. To our knowledge, there are no formally evaluated decision aids available to assist in the discussion and decision regarding future fertility of adolescents or adults beginning sex reassignment treatment.

Prolonged pubertal suppression using GnRH analogs is reversible and should not prevent resumption of pubertal development upon cessation of treatment. Although sperm production and development of the reproductive tract in early adolescent biological males with GID are insufficient for cryopreservation of sperm, they should be counseled that sperm production can be initiated after prolonged gonadotropin suppression, before estrogen treatment. This sperm production can be accomplished by

spontaneous gonadotropin (both LH and FSH) recovery after cessation of GnRH analogs or by gonadotropin treatment and will probably be associated with physical manifestations of testosterone production. It should be noted that there are no data in this population concerning the time required for sufficient spermatogenesis to collect enough sperm for later fertility. In adult men with gonadotropin deficiency, sperm are noted in seminal fluid by 6–12 months of gonadotropin treatment, although sperm numbers at the time of pregnancy in these patients are far below the normal range (46, 47).

Girls can expect no adverse effects when treated with pubertal suppression. They should be informed that no data are available regarding timing of spontaneous ovulation or response to ovulation induction after prolonged gonadotropin suppression.

All referred subjects who satisfy eligibility and readiness criteria for endocrine treatment, at age 16 or as adults, should be counseled regarding the effects of hormone treatment on fertility and available options that may enhance the chances of future fertility, if desired (48, 49). The occurrence and timing of potentially irreversible effects should be emphasized. Cryopreservation of sperm is readily available, and techniques for cryopreservation of oocytes, embryos, and ovarian tissue are being improved (50).

In biological males, when medical treatment is started in a later phase of puberty or in adulthood, spermatogenesis is sufficient for cryopreservation and storage of sperm. Prolonged exposure of the testes to estrogen has been associated with testicular damage (51–53). Restoration of spermatogenesis after prolonged estrogen treatment has not been studied.

In biological females, the effect of prolonged treatment with exogenous testosterone upon ovarian function is uncertain. Reports of an increased incidence of polycystic ovaries in FTM transsexual persons, both before and as a result of androgen treatment, should be acknowledged (54, 55). Pregnancy has been reported in FTM transsexual persons who have had prolonged androgen treatment, but no genital surgery (56). Counsel from a gynecologist before hormone treatment regarding potential fertility preservation after oophorectomy will clarify available and future options (57).

## 2.0 Treatment of adolescents

Over the past decade, clinicians have progressively acknowledged the suffering of young transsexual adolescents that is caused by their pubertal development. Indeed, an adolescent with GID often considers the pubertal physical changes to be unbearable. Because early medical intervention may prevent this psychological harm, various clinics have decided to start treating young adolescents

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

FDC_OFFICIALS_003784

**3140**   Hembree *et al.*   Guidelines on the Endocrine Treatment of Transsexuals   J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

with GID with puberty-suppressing medication (a GnRH analog). As compared with starting sex reassignment long after the first phases of puberty, a benefit of pubertal suppression is relief of gender dysphoria and a better psychological and physical outcome.

The physical changes of pubertal development are the result of maturation of the hypothalamo-pituitary-gonadal axis and development of the secondary sex characteristics. Gonadotropin secretion increases with a day-night rhythm with higher levels of LH during the night. The nighttime LH increase in boys is associated with a parallel testosterone increase. Girls do not show a day-night rhythm, although in early puberty, the highest estrogen levels are observed during the morning as a result of a delayed response by the ovaries (58).

In girls the first physical sign of the beginning of puberty is the start of budding of the breasts, followed by an increase in breast and fat tissue. Breast development is also associated with the pubertal growth spurt, with menarche occurring approximately 2 yr later. In boys the first physical change is testicular growth. A testicular volume equal to or above 4 ml is seen as the first pubertal increase. From a testicular volume of 10 ml, daytime testosterone levels increase, leading to virilization (59).

### 2.1–2.2 Recommendations

2.1 We recommend that adolescents who fulfill eligibility and readiness criteria for gender reassignment initially undergo treatment to suppress pubertal development. (1 ⊕○○○)

2.2 We recommend that suppression of pubertal hormones start when girls and boys first exhibit physical changes of puberty (confirmed by pubertal levels of estradiol and testosterone, respectively), but no earlier than Tanner stages 2–3. (1 ⊕⊕○○)

### 2.1–2.2 Evidence

Pubertal suppression aids in the diagnostic and therapeutic phase, in a manner similar to the RLE (60, 61). Management of gender dysphoria usually improves. In addition, the hormonal changes are fully reversible, enabling full pubertal development in the biological gender if appropriate. Therefore, we advise starting suppression of puberty before irreversible development of sex characteristics.

The experience of full biological puberty, an undesirable condition, may seriously interfere with healthy psychological functioning and well-being. Suffering from gender dysphoria without being able to present socially in the desired social role or to stop the development of secondary sex characteristics may result in an arrest in emotional, social, or intellectual development.

Another reason to start sex reassignment early is that the physical outcome after intervention in adulthood is far

less satisfactory than intervention at age 16 (36, 38). Looking like a man (woman) when living as a woman (man) creates difficult barriers with enormous lifelong disadvantages.

Pubertal suppression maintains end-organ sensitivity to sex steroids observed during early puberty, enabling satisfactory cross-sex body changes with low doses and avoiding irreversible characteristics that occur by midpuberty.

The protocol of suppression of pubertal development can also be applied to adolescents in later pubertal stages. In contrast to effects in early pubertal adolescents, physical sex characteristics, such as breast development in girls and lowering of the voice and outgrowth of the jaw and brow in boys, will not regress completely.

Unlike the developmental problems observed with delayed puberty, this protocol requires a MHP skilled in child and adolescent psychology to evaluate the response of the adolescent with GID after pubertal suppression. Adolescents with GID should experience the first changes of their biological, spontaneous puberty because their emotional reaction to these first physical changes has diagnostic value. Treatment in early puberty risks limited growth of the penis and scrotum that may make the surgical creation of a vagina from scrotal tissue more difficult.

### 2.1–2.2 Values and Preferences

These recommendations place a high value on avoiding the increasing likelihood of an unsatisfactory physical change when secondary sexual characteristics have become manifest and irreversible, as well as a high value on offering the adolescent the experience of the desired gender. These recommendations place a lower value on avoiding potential harm from early hormone therapy.

### 2.1–2.2 Remarks

Tanner stages of breast and male genital development are given in Table 6. Blood levels of sex steroids during Tanner stages of pubertal development are given in Table 7. Careful documentation of hallmarks of pubertal development will ensure precise timing of initiation of pubertal suppression.

Irreversible and, for transsexual adolescents, undesirable sex characteristics in female puberty are large breasts and short stature and in male puberty are Adam's apple; low voice; male bone configuration such as large jaws, big feet, and hands; tall stature; and male hair pattern on the face and extremities.

### 2.3 Recommendation

We recommend that GnRH analogs be used to achieve suppression of pubertal hormones. (1 ⊕⊕○○)

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154
jcem.endojournals.org    **3141**

**TABLE 6.** Description of tanner stages of breast development and male external genitalia

For breast development:
1. Preadolescent.
2. Breast and papilla elevated as small mound; areolar diameter increased.
3. Breast and areola enlarged, no contour separation.
4. Areola and papilla form secondary mound.
5. Mature; nipple projects, areola part of general breast contour.

For penis and testes:
1. Preadolescent.
2. Slight enlargement of penis; enlarged scrotum, pink texture altered.
3. Penis longer, testes larger.
4. Penis larger, glans and breadth increase in size; testes larger, scrotum dark.
5. Penis and testes adult size.

Adapted from Ref. 62.

### 2.3 Evidence

Suppression of pubertal development and gonadal function is accomplished most effectively by gonadotropin suppression with GnRH analogs and antagonists. Analogs suppress gonadotropins after a short period of stimulation, whereas antagonists immediately suppress pituitary secretion (64, 65). Because no long-acting antagonists are available for use as pharmacotherapy, long-acting analogs are the currently preferred treatment option.

During treatment with the GnRH analogs, slight development of sex characteristics will regress and, in a later phase of pubertal development, will be halted. In girls, breast development will become atrophic, and menses will stop; in boys, virilization will stop, and testicular volume will decrease (61).

An advantage of using GnRH analogs is the reversibility of the intervention. If, after extensive exploring of his/

**TABLE 7.** Estradiol levels in female puberty and testosterone levels in male puberty during night and day

| Tanner stage | Nocturnal | Diurnal |
|---|---|---|
| Estradiol (pmol/liter)[a] | | |
| B1 | <37 | <37 |
| B2 | 38.5 | 56.3 |
| B3 | 81.7 | 107.3 |
| B4 | 162.9 | 132.3 |
| B5 | 201.6 | 196.7 |
| Testosterone (nmol/liter)[b] | | |
| G1 | <0.25 | <0.25 |
| G2 | 1.16 | 0.54 |
| G3 | 3.76 | 0.62 |
| G4 | 9.83 | 1.99 |
| G5 | 13.2 | 7.80 |
| Adult | 18.8 | 17.0 |

Data represent median of hourly measurements from 2400–0600 h (nocturnal) and 1200–1800 h (diurnal).

[a] Adapted from Ref. 63.
[b] Adapted from Ref. 59.

her reassignment wish, the applicant no longer desires sex reassignment, pubertal suppression can be discontinued. Spontaneous pubertal development will resume immediately (66).

Men with delayed puberty have decreased BMD. Treatment of adults with GnRH analogs results in loss of BMD (67). In children with central precocious puberty, bone density is relatively high for age. Suppressing puberty in these children using GnRH analogs will result in a further increase in BMD and stabilization of BMD SD scores (68). Initial data in transsexual subjects demonstrate no change of bone density during GnRH analog therapy (61). With cross-hormone treatment, bone density increases. The long-term effects on bone density and peak bone mass are being evaluated.

GnRH analogs are expensive and not always reimbursed by insurance companies. Although there is no clinical experience in this population, financial considerations may require treatment with progestins as a less effective alternative. They suppress gonadotropin secretion and exert a mild peripheral antiandrogen effect in boys. Depomedroxyprogesterone will suppress ovulation and progesterone production for long periods of time, although residual estrogen levels vary. In high doses, progestins are relatively effective in suppression of menstrual cycling in girls and women and androgen levels in boys and men. However, at these doses, side effects such as suppression of adrenal function and suppression of bone growth may occur (69). Antiestrogens in girls and antiandrogens in boys can be used to delay the progression of puberty (70, 71). Their efficacy, however, is far less than that of the GnRH analogs.

### 2.3 Values and Preferences

For persons who can afford the therapy, our recommendation of GnRH analogs places a higher value on the superior efficacy, safety, and reversibility of the pubertal hormone suppression achieved, as compared with the alternatives, and a relatively lower value on limiting the cost of therapy. Of the available alternatives, a depot progestin preparation may be partially effective, but it is not as safe (69, 72); its lower cost may make it an acceptable treatment for persons who cannot afford GnRH.

### 2.3 Remarks

Measurements of gonadotropin and sex steroid levels give precise information about suppression of the gonadal axis. If the gonadal axis is not completely suppressed, the interval of GnRH analog injections should be shortened. During treatment, adolescents should be monitored for negative effects of delaying puberty, including a halted growth spurt and impaired bone accretion. The clinical protocol to be used is shown in Table 8.

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

FDC_OFFICIALS_003786

3142    Hembree *et al.*    Guidelines on the Endocrine Treatment of Transsexuals    J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

**TABLE 8.** Follow-up protocol during suppression of puberty

Every 3 months
  Anthropometry: height, weight, sitting height, Tanner stages
  Laboratory: LH, FSH, estradiol/testosterone
Every year
  Laboratory: renal and liver function, lipids, glucose, insulin, glycosylated hemoglobin
  Bone density using dual-energy x-ray absorptiometry
  Bone age on x-ray of the left hand

Glucose and lipid metabolism, complete blood counts, and liver and renal function should be monitored during suppression and cross-sex hormone substitution. For the evaluation of growth, anthropometric measurements are informative. To assess bone density, dual energy x-ray absorptiometry scans can be performed.

### 2.4 Recommendation

We suggest that pubertal development of the desired, opposite sex be initiated at the age of 16 yr, using a gradually increasing dose schedule of cross-sex steroids. (2 ⊕○○○)

### 2.4 Evidence

In many countries, 16-yr-olds are legal adults with regard to medical decision making. This is probably because, at this age, most adolescents are able to make complex cognitive decisions. Although parental consent may not be required, obtaining it is preferred because the support of parents should improve the outcome during this complex phase of the adolescent's life (61).

For the induction of puberty, we use a similar dose scheme of induction of puberty in these hypogonadal transsexual adolescents as in other hypogonadal individuals (Table 9). We do not advise the use of sex steroid creams or patches because there is little experience for induction of puberty. The transsexual adolescent is hypogonadal and may be sensitive to high doses of cross-sex steroids, causing adverse effects of striae and abnormal breast shape in girls and cystic acne in boys.

In FTM transsexual adolescents, suppression of puberty may halt the growth spurt. To achieve maximum height, slow introduction of androgens will mimic a "pubertal" growth spurt. If the patient is relatively short, one may treat with oxandrolone, a growth-stimulating anabolic steroid also successfully applied in women with Turner syndrome (73–75).

In MTF transsexual adolescents, extreme tall stature is often a genetic probability. The estrogen dose may be increased by more rapid increments in the schedule. Estrogens may be started before the age of 16 (in exceptional cases), or estrogens can be prescribed in growth-inhibiting doses (61).

CONFIDENTIAL

**TABLE 9.** Protocol induction of puberty

Induction of female puberty with oral 17-β estradiol, increasing the dose every 6 months:
  5 μg/kg/d
  10 μg/kg/d
  15 μg/kg/d
  20 μg/kg/d
  Adult dose = 2 mg/d
Induction of male puberty with intramuscular testosterone esters, increasing the dose every 6 months:
  25 mg/m² per 2 wk im
  50 mg/m² per 2 wk im
  75 mg/m² per 2 wk im
  100 mg/m² per 2 wk im

We suggest that treatment with GnRH analogs be continued during treatment with cross-sex steroids to maintain full suppression of pituitary gonadotropin levels and, thereby, gonadal steroids. When puberty is initiated with a gradually increasing schedule of sex steroid doses, the initial levels will not be high enough to suppress endogenous sex steroid secretion (Table 7). The estrogen doses used may result in reactivation of gonadotropin secretion and endogenous production of testosterone that can interfere with the effectiveness of the treatment. GnRH analog treatment is advised until gonadectomy.

### 2.4 Values and Preferences

Identifying an age at which pubertal development is initiated will be by necessity arbitrary, but the goal is to start this process at a time when the individual will be able to make informed mature decisions and engage in the therapy, while at the same time developing along with his or her peers. Growth targets reflect personal preferences, often shaped by societal expectations. Individual preferences should be the key determinant, rather than the professional's deciding *a priori* that MTF transsexuals should be shorter than FTM transsexuals.

### 2.4 Remarks

Protocols for induction of puberty can be found in Table 9.
We recommend monitoring clinical pubertal development as well as laboratory parameters (Table 10). Sex

**TABLE 10.** Follow-up protocol during induction of puberty

Every 3 months
  Anthropometry: height, weight, sitting height, Tanner stages
  Laboratory: endocrinology, LH, FSH, estradiol/testosterone
Every year
  Laboratory: renal and liver function, lipids, glucose, insulin, glycosylated hemoglobin
  Bone density using dual-energy x-ray absorptiometry
  Bone age on x-ray of the left hand

These parameters should also be measured at long term. For bone development, they should be measured until the age of 25–30 yr or until peak bone mass has been reached.

FDC_OFFICIALS_003787

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

steroids of the desired sex will initiate pubertal development, which can be (partially) monitored using Tanner stages. In addition, the sex steroids will affect growth and bone development, as well as insulin sensitivity and lipid metabolism, as in normal puberty (76, 77).

### 2.5–2.6 Recommendations

2.5 We recommend referring hormone-treated adolescents for surgery when 1) the RLE has resulted in a satisfactory social role change, 2) the individual is satisfied about the hormonal effects, and 3) the individual desires definitive surgical changes. (1 ⊕○○○)

2.6 We suggest deferring for surgery until the individual is at least 18 yr old. (2 ⊕○○○)

### 2.5–2.6 Evidence

Surgery is an irreversible intervention. The WPATH SOC (28) emphasizes that the "threshold of 18 should be seen as an eligibility criterion and not an indication in itself for active intervention." If the RLE supported by sex hormones of the desired sex has not resulted in a satisfactory social role change, if the person is not satisfied with or is ambivalent about the hormonal effects, or if the person is ambivalent about surgery, then the applicant should not be referred for surgery (78, 79).

### 3.0 Hormonal therapy for transsexual adults

The two major goals of hormonal therapy are: 1) to reduce endogenous hormone levels and, thereby, the secondary sex characteristics of the person's biological (genetic) sex and assigned gender; and 2) to replace endogenous sex hormone levels with those of the reassigned sex by using the principles of hormone replacement treatment of hypogonadal patients. The timing of these two goals and the age at which to begin treatment with cross-sex hormones is codetermined in collaboration with both the person pursuing sex change and the MHP who made the diagnosis, performed psychological evaluation, and recommended sex reassignment. The physical changes induced by this sex hormone transition are usually accompanied by an improvement in mental well-being.

### 3.1–3.3 Recommendations

3.1 We recommend that treating endocrinologists confirm the diagnostic criteria of GID or transsexualism and the eligibility and readiness criteria for the endocrine phase of gender transition. (1 ⊕⊕⊕○)

3.2 We recommend that medical conditions that can be exacerbated by hormone depletion and cross-sex hormone treatment be evaluated and addressed before initiation of treatment (Table 11). (1 ⊕⊕⊕○)

**TABLE 11.** Medical conditions that can be exacerbated by cross-sex hormone therapy

Transsexual female (MTF): estrogen
   Very high risk of serious adverse outcomes
      Thromboembolic disease
   Moderate to high risk of adverse outcomes
      Macroprolactinoma
      Severe liver dysfunction (transaminases >3 × upper limit of normal)
      Breast cancer
      Coronary artery disease
      Cerebrovascular disease
      Severe migraine headaches
Transsexual male (FTM): testosterone
   Very high risk of serious adverse outcomes
      Breast or uterine cancer
      Erythrocytosis (hematocrit >50%)
   Moderate to high risk of adverse outcomes
      Severe liver dysfunction (transaminases >3 × upper limit of normal)

3.3 We suggest that cross-sex hormone levels be maintained in the normal physiological range for the desired gender. (2 ⊕⊕○○)

### 3.1–3.3 Evidence

Although the diagnosis of GID or transsexualism is made by an MHP, the referral for endocrine treatment implies fulfillment of the eligibility and readiness criteria (see *Section 1*) (28). It is the responsibility of the physician to whom the transsexual person has been referred to confirm that the person fulfills these criteria for treatment. This task can be accomplished by the physician's becoming familiar with the terms and criteria presented in Tables 1–5, taking a thorough history from the person recommended for treatment, and discussing these criteria with the MHP. Continued evaluation of the transsexual person by the MHP, in collaboration with the treating endocrinologist, will ensure that the desire for sex change is appropriate, that the consequences, risks, and benefits of treatment are well understood, and that the desire for sex change persists.

### FTM transsexual persons

Clinical studies have demonstrated the efficacy of several different androgen preparations to induce masculinization in FTM transsexual persons (80–84). Regimens to change secondary sex characteristics follow the general principle of hormone replacement treatment of male hypogonadism (85). Either parenteral or transdermal preparations can be used to achieve testosterone values in the normal male range (320–1000 ng/dl) (Table 12). Sustained supraphysiological levels of testosterone increase the risk of adverse reactions (see *Section 4.0*).

Similar to androgen therapy in hypogonadal men, testosterone treatment in the FTM individual results in increased

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

 FDC_OFFICIALS_003788

**3144** Hembree *et al.* Guidelines on the Endocrine Treatment of Transsexuals J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

**TABLE 12.** Hormone regimens in the transsexual persons

| | Dosage |
|---|---|
| MTF transsexual persons[a] | |
| Estrogen | |
| Oral: estradiol | 2.0–6.0 mg/d |
| Transdermal: estradiol patch | 0.1–0.4 mg twice weekly |
| Parenteral: estradiol valerate or cypionate | 5–20 mg im every 2 wk / 2–10 mg im every week |
| Antiandrogens | |
| Spironolactone | 100–200 mg/d |
| Cyproterone acetate[b] | 50–100 mg/d |
| GnRH agonist | 3.75 mg sc monthly |
| FTM transsexual persons | |
| Testosterone | |
| Oral: testosterone undecanoate[b] | 160–240 mg/d |
| Parenteral | |
| Testosterone enanthate or cypionate | 100–200 mg im every 2 wk or 50% weekly |
| Testosterone undecanoate[b,c] | 1000 mg every 12 wk |
| Transdermal | |
| Testosterone gel 1% | 2.5–10 g/d |
| Testosterone patch | 2.5–7.5 mg/d |

[a] Estrogens used with or without antiandrogens or GnRH agonist.
[b] Not available in the United States.
[c] 1000 mg initially, followed by an injection at 6 wk, then at 12-wk intervals.

muscle mass and decreased fat mass, increased facial hair and acne, male pattern baldness, and increased libido [86]. Specific to the FTM transsexual person, testosterone will result in clitoromegaly, temporary or permanent decreased fertility, deepening of the voice, and, usually, cessation of menses. Cessation of menses may occur within a few months with testosterone treatment alone, although high doses of testosterone may be required. If uterine bleeding continues, addition of a progestational agent or endometrial ablation may be considered [87, 88]. GnRH analogs or depot medroxyprogesterone may also be used to stop menses before testosterone treatment and to reduce estrogens to levels found in biological males.

### MTF transsexual persons

The hormone regimen for MTF transsexual individuals is more complex than the FTM regimen. Most published clinical studies report the use of an antiandrogen in conjunction with an estrogen [80, 82–84, 89].

The antiandrogens shown to be effective reduce endogenous testosterone levels, ideally to levels found in adult biological women, to enable estrogen therapy to have its fullest effect. Two categories of these medications are progestins with antiandrogen activity and GnRH agonists [90]. Spironolactone has antiandrogen properties by di-

rectly inhibiting testosterone secretion and by inhibiting androgen binding to the androgen receptor [83, 84]. It may also have estrogenic activity [91]. Cyproterone acetate, a progestational compound with antiandrogenic properties [80, 82], is widely used in Europe. Flutamide blocks binding of androgens to the androgen receptor, but it does not lower serum testosterone levels; it has liver toxicity, and its efficacy has not been demonstrated.

Dittrich [90], reporting on a series of 60 MTF transsexual persons who used monthly the GnRH agonist goserelin acetate in combination with estrogen, found this regimen to be effective in reducing testosterone levels with low incidence of adverse reactions.

Estrogen can be given orally as conjugated estrogens, or 17β-estradiol, as transdermal estrogen, or parenteral estrogen esters (Table 12).

Measurement of serum estradiol levels can be used to monitor oral, transdermal, and im estradiol or its esters. Use of conjugated estrogens or synthetic estrogens cannot be monitored by blood tests. Serum estradiol should be maintained at the mean daily level for premenopausal women (<200 pg/ml), and the serum testosterone level should be in the female range (<55 ng/dl). The transdermal preparations may confer an advantage in the older transsexual women who may be at higher risk for thromboembolic disease [92].

Venous thromboembolism may be a serious complication. A 20-fold increase in venous thromboembolic disease was reported in a large cohort of Dutch transsexual subjects [93]. This increase may have been associated with the use of ethinyl estradiol [92]. The incidence decreased upon cessation of the administration of ethinyl estradiol [93]. Thus, the use of synthetic estrogens, especially ethinyl estradiol, is undesirable because of the inability to regulate dose by measurement of serum levels and the risk of thromboembolic disease. Deep vein thrombosis occurred in 1 of 60 MTF transsexual persons treated with a GnRH analog and oral estradiol [90]. The patient was found to have a homozygous C677 T mutation. Administration of cross-sex hormones to 162 MTF and 89 FTM transsexual persons was not associated with venous thromboembolism despite an 8.0 and 5.6% incidence of thrombophilia, respectively [94]. Thombophilia screening of transsexual persons initiating hormone treatment should be restricted to those with a personal or family history of venous thromboembolism [94]. Monitoring D-dimer levels during treatment is not recommended [95].

### 3.1–3.3 Values and Preferences

Our recommendation to maintain levels of cross-sex hormones in the normal adult range places a high value on the avoidance of the long-term complications of pharma-

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

cological doses. Those receiving endocrine treatment who have relative contraindications to hormones (*e.g.* persons who smoke, have diabetes, have liver disease, *etc.*) should have an in-depth discussion with their physician to balance the risks and benefits of therapy.

### 3.1–3.3 Remarks

All endocrine-treated individuals should be informed of all risks and benefits of cross-sex hormones before initiation of therapy. Cessation of tobacco use should be strongly encouraged in MTF transsexual persons to avoid increased risk of thromboembolism and cardiovascular complications.

### 3.4 Recommendation

We suggest that endocrinologists review with persons treated the onset and time course of physical changes induced by cross-sex hormone treatment. (2 ⊕⊕○○)

### 3.4 Evidence

#### FTM transsexual persons

Physical changes that are expected to occur during the first 3 months of initiation of testosterone therapy include cessation of menses, increased libido, increased facial and body hair, increased oiliness of skin, increased muscle, and redistribution of fat mass. Changes that occur within the first year of testosterone therapy include deepening of the voice, clitoromegaly, and, in some individuals, male pattern hair loss (83, 96, 97) (Table 13).

#### MTF transsexual persons

Physical changes that may occur in the first 3–6 months of estrogen and antiandrogen therapy include decreased libido, decreased facial and body hair, decreased oiliness of skin, breast tissue growth, and redistribution of fat mass (82, 83, 84, 96, 97) (Table 14). Breast development is

**TABLE 13.** Masculinizing effects in FTM transsexual persons

| Effect | Onset (months)[a] | Maximum (yr)[a] |
|---|---|---|
| Skin oiliness/acne | 1–6 | 1–2 |
| Facial/body hair growth | 6–12 | 4–5 |
| Scalp hair loss | 6–12 | [b] |
| Increased muscle mass/strength | 6–12 | 2–5 |
| Fat redistribution | 1–6 | 2–5 |
| Cessation of menses | 2–6 | [c] |
| Clitoral enlargement | 3–6 | 1–2 |
| Vaginal atrophy | 3–6 | 1–2 |
| Deepening of voice | 6–12 | 1–2 |

[a] Estimates represent clinical observations. See Refs. 81, 92, and 93.
[b] Prevention and treatment as recommended for biological men.
[c] Menorrhagia requires diagnosis and treatment by a gynecologist.

CONFIDENTIAL

**TABLE 14.** Feminizing effects in MTF transsexual persons

| Effect | Onset[a] | Maximum[a] |
|---|---|---|
| Redistribution of body fat | 3–6 months | 2–3 yr |
| Decrease in muscle mass and strength | 3–6 months | 1–2 yr |
| Softening of skin/decreased oiliness | 3–6 months | Unknown |
| Decreased libido | 1–3 months | 3–6 months |
| Decreased spontaneous erections | 1–3 months | 3–6 months |
| Male sexual dysfunction | Variable | Variable |
| Breast growth | 3–6 months | 2–3 yr |
| Decreased testicular volume | 3–6 months | 2–3 yr |
| Decreased sperm production | Unknown | >3 yr |
| Decreased terminal hair growth | 6–12 months | >3 yr[b] |
| Scalp hair | No regrowth | [c] |
| Voice changes | None | [d] |

[a] Estimates represent clinical observations. See Refs. 81, 92, and 93.
[b] Complete removal of male sexual hair requires electrolysis, or laser treatment, or both.
[c] Familial scalp hair loss may occur if estrogens are stopped.
[d] Treatment by speech pathologists for voice training is most effective.

generally maximal at 2 yr after initiation of hormones (82, 83, 84). Over a long period of time, the prostate gland and testicles will undergo atrophy.

Although the time course of breast development in MTF transsexual persons has been studied (97), precise information about other changes induced by sex hormones is lacking. There is a great deal of variability between individuals, as evidenced during pubertal development.

### 3.4 Values and Preferences

Transsexual persons have very high expectations regarding the physical changes of hormone treatment and are aware that body changes can be enhanced by surgical procedures (*e.g.* breast, face, and body habitus). Clear expectations for the extent and timing of sex hormone-induced changes may prevent the potential harm and expense of unnecessary procedures.

### 4.0 Adverse outcome prevention and long-term care

Cross-sex hormone therapy confers the same risks associated with sex hormone replacement therapy in biological males and females. The risk of cross-sex hormone therapy arises from and is worsened by inadvertent or intentional use of supraphysiological doses of sex hormones or inadequate doses of sex hormones to maintain normal physiology (81, 89).

### 4.1 Recommendation

We suggest regular clinical and laboratory monitoring every 3 months during the first year and then once or twice yearly. (2 ⊕⊕○○)

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

FDC_OFFICIALS_003790

### 4.1 Evidence

Pretreatment screening and appropriate regular medical monitoring is recommended for both FTM and MTF transsexual persons during the endocrine transition and periodically thereafter (13, 97). Monitoring of weight and blood pressure, directed physical exams, routine health questions focused on risk factors and medications, complete blood counts, renal and liver function, lipid and glucose metabolism should be carried out.

#### FTM transsexual persons

A standard monitoring plan for individuals on testosterone therapy is found in Table 15. Key issues include maintaining testosterone levels in the physiological normal male range and avoidance of adverse events resulting from chronic testosterone therapy, particularly erythrocytosis, liver dysfunction, hypertension, excessive weight gain, salt retention, lipid changes, excessive or cystic acne, and adverse psychological changes (85).

Because oral 17-alkylated testosterone is not recommended, serious hepatic toxicity is not anticipated with the use parenteral or transdermal testosterone (98, 99). Still, periodic monitoring is recommended given that up to 15% of FTM persons treated with testosterone have transient elevations in liver enzymes (93).

#### MTF transsexual persons

A standard monitoring plan for individuals on estrogens, gonadotropin suppression, or antiandrogens is found in Table 16. Key issues include avoiding supraphysiological doses or blood levels of estrogen, which may lead to increased risk for thromboembolic disease, liver dysfunction, and development of hypertension.

### 4.2 Recommendation

We suggest monitoring prolactin levels in MTF transsexual persons treated with estrogens. (2 ⊕⊕○○)

### 4.2 Evidence

Estrogen therapy can increase the growth of pituitary lactotroph cells. There have been several reports of prolactinomas occurring after long-term estrogen therapy (100–102). Up to 20% of transsexual women treated with estrogens may have elevations in prolactin levels associated with enlargement of the pituitary gland (103). In most cases, the serum prolactin levels will return to the normal range with a reduction or discontinuation of the estrogen therapy (104).

The onset and time course of hyperprolactinemia during estrogen treatment are not known. Prolactin levels should be obtained at baseline and then at least annually during the transition period and biannually thereafter. Given that prolactinomas have been reported only in a few case reports and were not reported in large cohorts of estrogen-treated transsexual persons, the risk of prolactinoma is likely to be very low. Because the major presenting findings of microprolactinomas (hypogonadism and sometimes gynecomastia) are not apparent in MTF transsexual persons, radiological examination of the pituitary may be carried out in those whose prolactin levels persistently increase despite stable or reduced estrogen levels.

Because transsexual persons are diagnosed and followed throughout sex reassignment by an MHP, it is likely that some will receive psychotropic medications that can increase prolactin levels.

### 4.3 Recommendation

We suggest that transsexual persons treated with hormones be evaluated for cardiovascular risk factors. (2 ⊕⊕○○)

### 4.3 Evidence

#### FTM transsexual persons

Testosterone administration to FTM transsexual persons will result in a more atherogenic lipid profile with lowered high-density lipoprotein cholesterol and higher triglyceride values (21, 105–107). Studies of the effect of testosterone on insulin sensitivity have mixed results (106, 108). A recent randomized, open-label uncontrolled safety study of FTM transsexual persons treated with testosterone undecanoate demonstrated no insulin resistance after 1 yr (109). Numerous studies have demonstrated

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

**TABLE 15.** Monitoring of MTF transsexual persons on cross-hormone therapy

1. Evaluate patient every 2–3 months in the first year and then 1–2 times per year afterward to monitor for appropriate signs of feminization and for development of adverse reactions.
2. Measure serum testosterone and estradiol every 3 months.
   a. Serum testosterone levels should be <55 ng/dl.
   b. Serum estradiol should not exceed the peak physiological range for young healthy females, with ideal levels <200 pg/ml.
   c. Doses of estrogen should be adjusted according to the serum levels of estradiol.
3. For individuals on spironolactone, serum electrolytes (particularly potassium) should be monitored every 2–3 months initially in the first year.
4. Routine cancer screening is recommended in nontranssexual individuals (breasts, colon, prostate).
5. Consider BMD testing at baseline if risk factors for osteoporotic fracture are present (*e.g.* previous fracture, family history, glucocorticoid use, prolonged hypogonadism). In individuals at low risk, screening for osteoporosis should be conducted at age 60 and in those who are not compliant with hormone therapy.

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

**TABLE 16.** Monitoring of FTM transsexual persons on cross-hormone therapy

1. Evaluate patient every 2–3 months in the first year and then 1–2 times per year to monitor for appropriate signs of virilization and for development of adverse reactions.
2. Measure serum testosterone every 2–3 months until levels are in the normal physiological male range:[a]
   a. For testosterone enanthate/cypionate injections, the testosterone level should be measured midway between injections. If the level is >700 ng/dl or <350 ng/dl, adjust dose accordingly.
   b. For parenteral testosterone undecanoate, testosterone should be measured just before the next injection.
   c. For transdermal testosterone, the testosterone level can be measured at any time after 1 wk.
   d. For oral testosterone undecanoate, the testosterone level should be measured 3–5 h after ingestion.
   e. Note: During the first 3–9 months of testosterone treatment, total testosterone levels may be high, although free testosterone levels are normal, due to high SHBG levels in some biological women.
3. Measure estradiol levels during the first 6 months of testosterone treatment or until there has been no uterine bleeding for 6 months. Estradiol levels should be <50 pg/ml.
4. Measure complete blood count and liver function tests at baseline and every 3 months for the first year and then 1–2 times a year. Monitor weight, blood pressure, lipids, fasting blood sugar (if family history of diabetes), and hemoglobin A1c (if diabetic) at regular visits.
5. Consider BMD testing at baseline if risk factors for osteoporotic fracture are present (e.g. previous fracture, family history, glucocorticoid use, prolonged hypogonadism). In individuals at low risk, screening for osteoporosis should be conducted at age 60 and in those who are not compliant with hormone therapy.
6. If cervical tissue is present, an annual pap smear is recommended by the American College of Obstetricians and Gynecologists.
7. If mastectomy is not performed, then consider mammograms as recommended by the American Cancer Society.

[a] Adapted from Refs. 83 and 85.

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

effects of cross-sex hormone treatment on the cardiovascular system (107, 110–112). Long-term studies from The Netherlands found no increased risk for cardiovascular mortality (93). Likewise, a meta-analysis of 19 randomized trials examining testosterone replacement in men showed no increased incidence of cardiovascular events (113). A systematic review of the literature found that data were insufficient, due to very low quality evidence, to allow meaningful assessment of important patient outcomes such as death, stroke, myocardial infarction, or venous thromboembolism in FTM transsexual persons (21). Future research is needed to ascertain harms of hormonal therapies (21). Cardiovascular risk factors should be managed as they emerge according to established guidelines (114).

### MTF transsexual persons

A prospective study of MTF subjects found favorable changes in lipid parameters with increased high-density lipoprotein and decreased low-density lipoprotein concentrations (106). However, these favorable lipid changes were attenuated by increased weight, blood pressure, and markers of insulin resistance. The largest cohort of MTF subjects (with a mean age of 41 yr) followed for a mean of 10 yr showed no increase in cardiovascular mortality despite a 32% rate of tobacco use (93). Thus, there is limited evidence to determine whether estrogen is protective or detrimental in MTF transsexual persons (21). With aging there is usually an increase of body weight, and therefore, as with nontranssexual individuals, glucose and lipid metabolism and blood pressure should be monitored regularly and managed according to established guidelines (114).

### 4.4 Recommendation

We suggest that BMD measurements be obtained if risk factors for osteoporosis exist, specifically in those who stop sex hormone therapy after gonadectomy. (2 ⊕⊕⊕○)

### 4.4 Evidence

#### FTM transsexual persons

Adequate dosing of testosterone is important to maintain bone mass in FTM transsexual persons (115, 116). In one study (116), serum LH levels were inversely related to BMD, suggesting that low levels of sex hormones were associated with bone loss. Thus, LH levels may serve as an indicator of the adequacy of sex steroid administration to preserve bone mass. The protective effect of testosterone may be mediated by peripheral conversion to estradiol both systemically and locally in the bone.

#### MTF transsexual persons

Studies in aging genetic males suggest that serum estradiol more positively correlates with BMD than does testosterone (117–119) and is more important for peak bone mass (120). Estrogen preserves BMD in MTF transsexuals who continue on estrogen and antiandrogen therapies (116, 121, 122).

Fracture data in transsexual men and women are not available. Transsexual persons who have undergone gonadectomy may not continue consistent cross-sex steroid treatment after hormonal and surgical sex reassignment, thereby becoming at risk for bone loss.

### 4.5–4.6 Recommendations

4.5 We suggest that MTF transsexual persons who have no known increased risk of breast cancer follow breast

CONFIDENTIAL

FDC_OFFICIALS_003792

screening guidelines recommended for biological women. (2 ⊕⊕○○)

4.6 We suggest that MTF transsexual persons treated with estrogens follow screening guidelines for prostatic disease and prostate cancer recommended for biological men. (2 ⊕○○○)

### 4.5–4.6 Evidence

Breast cancer is a concern in transsexual women. A few cases of breast cancer in MTF transsexual persons have been reported in the literature (123–125). In the Dutch cohort of 1800 transsexual women followed for a mean of 15 yr (range, 1 to 30 yr), only one case of breast cancer was found. The Women's Health Initiative study reported that women taking conjugated equine estrogen without progesterone for 7 yr did not have an increased risk of breast cancer as compared with women taking placebo (126). Women with primary hypogonadism (XO) treated with estrogen replacement exhibited a significantly decreased incidence of breast cancer as compared with national standardized incidence ratios (127, 128). These studies suggest that estrogen therapy does not increase the risk of breast cancer in the short-term (<20–30 yr). Long-term studies are required to determine the actual risk and the role of screening mammograms. Regular exams and gynecological advice should determine monitoring for breast cancer.

Prostate cancer is very rare, especially with androgen deprivation therapy, before the age of 40 (129). Childhood or pubertal castration results in regression of the prostate, and adult castration reverses benign prostate hypertrophy (130). Although van Kesteren (131) reported that estrogen therapy does not induce hypertrophy or premalignant changes in the prostate of MTF transsexual persons, cases of benign prostate hypertrophy have been reported in MTF transsexual persons treated with estrogens for 20–25 yr (132, 133). Three cases of prostate carcinoma have been reported in MTF transsexual persons (134–136). However, these individuals initiated cross-hormone therapy after age 50, and whether these cancers were present before the initiation of therapy is unknown.

MTF transsexual persons may feel uncomfortable scheduling regular prostate examinations. Gynecologists are not trained to screen for prostate cancer or to monitor prostate growth. Thus, it may be reasonable for MTF transsexual persons who transitioned after age 20 to have annual screening digital rectal exams after age 50 and PSA tests consistent with the U.S. Preventive Services Task Force Guidelines (137).

### 4.7 Recommendation

We suggest that FTM transsexual persons evaluate the risks and benefits of including a total hysterectomy

and oophorectomy as part of sex reassignment surgery. (2 ⊕○○○)

### 4.7 Evidence

Although aromatization of testosterone to estradiol in FTM transsexual persons has been suggested as a risk factor for endometrial cancer (138), no cases have been reported. When FTM transsexual persons undergo hysterectomy, the uterus is small and there is endometrial atrophy (139, 140). The androgen receptor has been reported to increase in the ovaries after long-term administration of testosterone, which may be an indication of increased risk of ovarian cancer (141). Cases of ovarian cancer have been reported (142, 143). The relative safety of laparoscopic total hysterectomy argues for preventing the risks of reproductive tract cancers and other diseases through surgery (144).

### 4.7 Values and Preferences

Given the discomfort that FTM transsexual persons experience accessing gynecological care, our recommendation for total hysterectomy and oophorectomy places a high value on eliminating the risks of female reproductive tract disease and cancer and a lower value on avoiding the risks of these surgical procedures (related to the surgery and to the potential undesirable health consequences of oophorectomy) and their associated costs.

### 4.7 Remarks

The sexual orientation and type of sexual practices will determine the need and types of gynecological care required after transition. In addition, approval of birth certificate change of sex for FTM transsexual persons may be dependent upon having a complete hysterectomy; each patient should be assisted in researching and counseled concerning such nonmedical administrative criteria.

### 5.0 Surgery for sex reassignment

For many transsexual adults, genital sex reassignment surgery may be the necessary step toward achieving their ultimate goal of living successfully in their desired gender role. Although surgery on several different body structures is considered during sex reassignment, the most important issue is the genital surgery and removal of the gonads. The surgical techniques have improved markedly during the past 10 yr. Cosmetic genital surgery with preservation of neurological sensation is now the standard. The satisfaction rate with surgical reassignment of sex is now very high (22). In addition, the mental health of the individual seems to be improved by participating in a treatment program that defines a pathway of gender identity treatment that

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

FDC_OFFICIALS_003793

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

**TABLE 17.** Sex reassignment surgery eligibility and readiness criteria

Individuals treated with cross-sex hormones are considered eligible for sex reassignment surgery if they:
1. Are of the legal age of majority in their nation.
2. Have used cross-sex hormones continuously and responsibly during 12 months (if they have no medical contraindication).
3. Had a successful continuous full-time RLE during 12 months.
4. Have (if required by the MHP) regularly participated in psychotherapy throughout the RLE at a frequency determined jointly by the patient and the MHP.
5. Have shown demonstrable knowledge of all practical aspects of surgery (e.g. cost, required lengths of hospitalizations, likely complications, postsurgical rehabilitation, etc.).

Individuals treated with cross-sex hormones should fulfill the following readiness criteria prior to sex reassignment surgery:
1. Demonstrable progress in consolidating one's gender identity.
2. Demonstrable progress in dealing with work, family, and interpersonal issues, resulting in a significantly better state of mental health.

includes hormones and surgery (24). The person must be both eligible and ready for such a procedure (Table 17).

Sex reassignment surgeries available to the MTF transsexual persons consist of gonadectomy, penectomy, and creation of a vagina (145, 146). The skin of the penis is often inverted to form the wall of the vagina. The scrotum becomes the labia majora. Cosmetic surgery is used to fashion the clitoris and its hood, preserving the neurovascular bundle at the tip of the penis as the neurosensory supply to the clitoris. Most recently, plastic surgeons have developed techniques to fashion labia minora. Endocrinologists should encourage the transsexual person to use their tampon dilators to maintain the depth and width of the vagina throughout the postoperative period until the neovagina is being used frequently in intercourse. Genital sexual responsivity and other aspects of sexual function should be preserved after genital sex reassignment surgery (147).

Ancillary surgeries for more feminine or masculine appearance are not within the scope of this guideline. When possible, less surgery is desirable. For instance, voice therapy by a speech language pathologist is preferred to current surgical methods designed to change the pitch of the voice (148).

Breast size in genetic females exhibits a very broad spectrum. For the transsexual person to make the best-informed decision, breast augmentation surgery should be delayed until at least 2 yr of estrogen therapy has been completed, given that the breasts continue to grow during that time with estrogen stimulation (90, 97).

Another major effort is the removal of facial and masculine-appearing body hair using either electrolysis or laser treatments. Other feminizing surgery, such as that to feminize the face, is now becoming more popular (149–151).

Sex reassignment surgeries available to the FTM transsexual persons have been less satisfactory. The cosmetic appearance of a neopenis is now very good, but the surgery is multistage and very expensive (152, 153). Neopenile erection can be achieved only if some mechanical device is imbedded in the penis, e.g. a rod or some inflatable apparatus (154). Many choose a metaidoioplasty that exteriorizes or brings forward the clitoris and allows for voiding while standing. The scrotum is created from the labia majora with a good cosmetic effect, and testicular prostheses can be implanted. These procedures, as well as oophorectomy, vaginectomy, and complete hysterectomy, are undertaken after a few years of androgen therapy and can be safely performed vaginally with laparoscopy.

The ancillary surgery for the FTM transition that is extremely important is the mastectomy. Breast size only partially regresses with androgen therapy. In adults, discussion about mastectomy usually takes place after androgen therapy is begun. Because some FTM transsexual adolescents present after significant breast development has occurred, mastectomy may be considered before age 18.

### 5.1–5.3 Recommendations

5.1 We recommend that transsexual persons consider genital sex reassignment surgery only after both the physician responsible for endocrine transition therapy and the MHP find surgery advisable. (1 ⊕○○○)

5.2 We recommend that genital sex reassignment surgery be recommended only after completion of at least 1 yr of consistent and compliant hormone treatment. (1 ⊕○○○)

5.3 We recommend that the physician responsible for endocrine treatment medically clear transsexual individuals for sex reassignment surgery and collaborate with the surgeon regarding hormone use during and after surgery. (1 ⊕○○○)

### 5.1–5.3 Evidence

When a transsexual individual decides to have sex reassignment surgery, both the endocrinologist and the MHP must certify that he or she satisfies the eligibility and readiness criteria of the SOC (28) (Table 17).

There is some concern that estrogen therapy may cause an increased risk for venous thrombosis during or after surgery (21). For this reason, the surgeon and the endocrinologist should collaborate in making a decision about the use of hormones during the month before surgery.

FDC_OFFICIALS_003794

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

Although one study suggests that preoperative factors such as compliance are less important for patient satisfaction than are the physical postoperative results (39), other studies and clinical experience dictate that individuals who do not follow medical instructions and work with their physicians toward a common goal do not achieve treatment goals (155) and experience higher rates of postoperative infections and other complications (156, 157). It is also important that the person requesting surgery feel comfortable with the anatomical changes that have occurred during hormone therapy. Dissatisfaction with social and physical outcomes during the hormone transition may be a contraindication to surgery (78).

Transsexual individuals should be monitored by an endocrinologist after surgery. Those who undergo gonadectomy will require hormone replacement therapy or surveillance or both to prevent adverse effects of chronic hormone deficiency.

## Acknowledgments

Address all correspondences and requests for reprints to: The Endocrine Society, 8401 Connecticut Avenue, Suite 900, Chevy Chase, Maryland. E-mail: govt-prof@endo.society.org. Telephone: 301-941-0200.

Address all reprint requests for orders of 101 and more to: Reprint Sales Specialist, Cadmus Professional Communications, Telephone: 410-691-6214, Fax: 410-684-2789 or by E-mail: reprints2@cadmus.com.

Address all reprint requests for orders of 100 or less to Society Services, Telephone: 301-941-0210 or by E-mail: societyservices@endo-society.org.

Co-sponsoring Associations: European Society of Endocrinology (ESE), European Society of Pediatric Endocrinology (ESPE), Lawson Wilkins Pediatric Endocrine Society (LWPES), and World Professional Association for Transgender Health (WPATH).

Financial Disclosures of Task Force members: Wylie C. Hembree, M.D. (chair)—Financial or Business/Organizational Interests: Columbia University, New York Presbyterian Hospital; Significant Financial Interest or Leadership Position: Sperm Bank of New York. Peggy Cohen-Kettenis, Ph.D.—Financial or Business/Organizational Interests: none declared; Significant Financial Interest or Leadership Position: WPATH. Henriette A. Delemarre-van de Waal, M.D., Ph.D.—Financial or Business/Organizational Interests: none declared; Significant Financial Interest or Leadership Position: none declared. Louis J. Gooren, M.D., Ph.D.—Financial or Business/Organizational Interests: none declared; Significant Financial Interest or Leadership Position: none declared. Walter J. Meyer III, M.D.—Financial or Business/Organizational Interests: WPATH; Significant Financial Interest or Leadership Position: University of Texas Medical Branch, WPATH. Norman P. Spack, M.D.—Financial or Business/Organizational Interests: LWPES, American Diabetes Association; Significant Financial Interest or Leadership Position: none declared. Vin Tangpricha, M.D., Ph.D.—Financial or Business/Organizational Interests: Auxillium, Novartis, National In-stitutes of Health; Significant Financial Interest or Leadership Position: none declared.* Victor M. Montori, M.D.—Financial or Business/Organizational Interests: KER Unit (Mayo Clinic); Significant Financial Interest or Leadership Position: none declared.

*Evidence-based reviews for this guideline were prepared under contract with The Endocrine Society.

## References

1. Bullough VL 1975 Transsexualism in history. Arch Sex Behav 4:561–571
2. Meyerowitz J 2002 How sex changed: a history of transsexuality in the United States. Cambridge, MA: Harvard University Press
3. American Psychiatric Association 2000 Diagnostic and Statistical Manual of Mental Disorders, 4th ed. Text Revision (DSM-IV-TR). Washington, DC: American Psychiatric Publishing, Inc.
4. Ruble DN, Martin CL, Berenbaum SA 2006 Gender development. In: Damon W, Lerner RM, Eisenberg N, eds. Handbook of child psychology, 6th ed. Vol. 3. New York: John Wiley & Sons; 858–932
5. Zucker KJ 2004 Gender identity development and issues. Child Adolesc Psychiatr Clin N Am 13:551–568, vii
6. Coolidge FL, Thede LL, Young SE 2002 The heritability of gender identity disorder in a child and adolescent twin sample. Behav Genet 32:251–257
7. Knafo A, Iervolino AC, Plomin R 2005 Masculine girls and feminine boys: genetic and environmental contributions to atypical gender development in early childhood. J Pers Soc Psychol 88:400–412
8. Gooren L 2006 The biology of human psychosexual differentiation. Horm Behav 50:589–601
9. Meyer-Bahlburg HF 2005 Gender identity outcome in female-raised 46,XY persons with penile agenesis, cloacal exstrophy of the bladder, or penile ablation. Arch Sex Behav 34:423–438
10. Reiner WG 2005 Gender identity and sex-of-rearing in children with disorders of sexual differentiation. J Pediatr Endocrinol Metab 18:549–553
11. Dessens AB, Slijper FM, Drop SL 2005 Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. Arch Sex Behav 34:389–397
12. Meyer-Bahlburg HF, Dolezal C, Baker SW, Carlson AD, Obeid JS, New MI 2004 Prenatal androgenization affects gender-related behavior but not gender identity in 5–12-year-old girls with congenital adrenal hyperplasia. Arch Sex Behav 33:97–104
13. Meyer-Bahlburg HF, Dolezal C, Baker SW, Ehrhardt AA, New MI 2006 Gender development in women with congenital adrenal hyperplasia as a function of disorder severity. Arch Sex Behav 35:667–684
14. Bocklandt S, Vilain E 2007 Sex differences in brain and behavior: hormones versus genes. Adv Genet 59:245–266
15. Blanchard R 1997 Birth order and sibling sex ratio in homosexual versus heterosexual males and females. Annu Rev Sex Res 8:27–67
16. Blanchard R 2001 Fraternal birth order and the maternal immune hypothesis of male homosexuality. Horm Behav 40:105–114
17. Whitehead NE 2007 An antiboy antibody? Re-examination of the maternal immune hypothesis. J Biosoc Sci 39:905–921
18. Gooren L 1990 The endocrinology of transsexualism: a review and commentary. Psychoneuroendocrinology 15:3–14
19. Atkins D, Best D, Briss PA, Eccles M, Falck-Ytter Y, Flottorp S, Guyatt GH, Harbour RT, Haugh MC, Henry D, Hill S, Jaeschke R, Leng G, Liberati A, Magrini N, Mason J, Middleton P, Mrukowicz J, O'Connell D, Oxman AD, Phillips B, Schünemann HJ, Edejer TT, Varonen H, Vist GE, Williams Jr JW, Zaza S 2004 Grading quality of evidence and strength of recommendations. BMJ 328:1490

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

jcem.endojournals.org     **3151**

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

20. Swiglo BA, Murad MH, Schünemann HJ, Kunz R, Vigersky RA, Guyatt GH, Montori VM 2008 A case for clarity, consistency, and helpfulness: state-of-the-art clinical practice guidelines in endocrinology using the grading of recommendations, assessment, development, and evaluation system. J Clin Endocrinol Metab 93:666–673

21. Elamin MB, Garcia MZ, Murad MH, Erwin PJ, Montori VM 16 May 2009 Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analysis. Clin Endocrinol (Oxf) 10.1111/j.1365–2265.2009.03632.x

22. Murad MH, Elamin MB, Garcia MZ, Mullan RJ, Murad A, Erwin PJ, Montori VM 16 May 2009 Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf) 10.1111/j.1365–2265.2009.03625.x

23. Cohen-Kettenis PT, Owen A, Kaijser VG, Bradley SJ, Zucker KJ 2003 Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: a cross-national, cross-clinic comparative analysis. J Abnorm Child Psychol 31:41–53

24. Cole CM, O'Boyle M, Emory LE, Meyer 3rd WJ 1997 Comorbidity of gender dysphoria and other major psychiatric diagnoses. Arch Sex Behav 26:13–26

25. Hepp U, Kraemer B, Schnyder U, Miller N, Delsignore A 2005 Psychiatric comorbidity in gender identity disorder. J Psychosom Res 58:259–261

26. Kersting A, Reutemann M, Gast U, Ohrmann P, Suslow T, Michael N, Arolt V 2003 Dissociative disorders and traumatic childhood experiences in transsexuals. J Nerv Ment Dis 191:182–189

27. Wallien MS, Swaab H, Cohen-Kettenis PT 2007 Psychiatric comorbidity among children with gender identity disorder. J Am Acad Child Adolesc Psychiatry 46:1307–1314

28. Meyer 3rd WJ, Bockting W, Cohen-Kettenis P, Coleman E, DiCeglie D, Devor H, Gooren L, Hage JJ, Kirk S, Kuiper B, Laub D, Lawrence A, Menard Y, Monstrey S, Patton J, Schaefer L, Webb A, Wheeler CC 2001 Harry Benjamin International Gender Dysphoria Association's The Standards of Care for Gender Identity Disorders, 6th version. Int J Transgenderism, vol. 5, no. 1. Available at: http://www.symposion.com/ijt/soc_2001/index.htm

29. 1992 The ICD-10 classification of mental and behavioural disorders: clinical descriptions and diagnostic guidelines. Geneva: World Health Organization

30. Kuiper AJ, Cohen-Kettenis PT 1998 Gender role reversal among postoperative transsexuals. Int J Transgenderism, vol. 2, no. 3. Available at: http://www.symposion.com/ijt/ijtc0502.htm

31. Landén M, Wålinder J, Hambert G, Lundström B 1998 Factors predictive of regret in sex reassignment. Acta Psychiatr Scand 97:284–289

32. Olsson SE, Möller A 2006 Regret after sex reassignment surgery in a male-to-female transsexual: a long-term follow-up. Arch Sex Behav 35:501–506

33. Pfäfflin F, Junge A 1992 Geschlechtsumwandlung: Abhandlungen zur Transsexualität [Sex change: treatises on transsexualism]. Stuttgart, Germany: Schattauer

34. Cohen-Kettenis PT, Pfäfflin F 2003 Transgenderism and intersexuality in childhood and adolescence: making choices. Thousand Oaks, CA: Sage Publications

35. Di Ceglie D, Freedman D, McPherson S, Richardson P 2002 Children and adolescents referred to a specialist gender identity development service: clinical features and demographic characteristics. Int J Transgenderism, vol. 6, no. 1. Available at: http://www.symposion.com/ijt/ijtvo06no01_01.htm

36. Cohen-Kettenis PT, van Goozen SH 1997 Sex reassignment of adolescent transsexuals: a follow-up study. J Am Acad Child Adolesc Psychiatry 36:263–271

37. Smith YL, van Goozen SH, Cohen-Kettenis PT 2001 Adolescents with gender identity disorder who were accepted or rejected for sex

reassignment surgery: a prospective follow-up study. J Am Acad Child Adolesc Psychiatry 40:472–481

38. Smith YL, Van Goozen SH, Kuiper AJ, Cohen-Kettenis PT 2005 Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. Psychol Med 35:89–99

39. Lawrence AA 2003 Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav 32:299–315

40. Seikowski K 2007 Psychotherapy and transsexualism. Andrologia 39:248–252

41. Coleman E, Cesnik J 1990 Skoptic syndrome: the treatment of an obsessional gender dysphoria with lithium carbonate and psychotherapy. Am J Psychother 44:204–217

42. Cohen-Kettenis PT 2001 Gender identity disorder in DSM? J Am Acad Child Adolesc Psychiatry 40:391

43. Drummond KD, Bradley SJ, Peterson-Badali M, Zucker KJ 2008 A follow-up study of girls with gender identity disorder. Dev Psychol 44:34–45

44. Wallien MS, Cohen-Kettenis PT 2008 Psychosexual outcome of gender-dysphoric children. J Am Acad Child Adolesc Psychiatry 47:1413–1423

45. Zucker KJ, Bradley SJ 1995 Gender identity disorder and psychosexual problems in children and adolescents. New York: Guilford Press

46. Büchter D, Behre HM, Kliesch S, Nieschlag E 1998 Pulsatile GnRH or human chorionic gonadotropin/human menopausal gonadotropin as effective treatment for men with hypogonadotropic hypogonadism: a review of 42 cases. Eur J Endocrinol 139:298–303

47. Liu PY, Turner L, Rushford D, McDonald J, Baker HW, Conway AJ, Handelsman DJ 1999 Efficacy and safety of recombinant human follicle stimulating hormone (Gonal-F) with urinary human chorionic gonadotrophin for induction of spermatogenesis and fertility in gonadotrophin-deficient men. Hum Reprod 14:1540–1545

48. De Sutter P 2001 Gender reassignment and assisted reproduction: present and future reproductive options for transsexual people. Hum Reprod 16:612–614

49. De Sutter P 2007 Reproduction and fertility issues for transpeople. In: Ettner R, Monstrey S, Eyler AE, eds. Principles of transgender medicine and surgery. New York: Haworth Press; 209–221

50. Seli E, Tangir J 2005 Fertility preservation options for female patients with malignancies. Curr Opin Obstet Gynecol 17:299–308

51. Lübbert H, Leo-Rossberg I, Hammerstein J 1992 Effects of ethinyl estradiol on semen quality and various hormonal parameters in a eugonadal male. Fertil Steril 58:603–608

52. Schulze C 1988 Response of the human testis to long-term estrogen treatment: morphology of Sertoli cells, Leydig cells and spermatogonial stem cells. Cell Tissue Res 251:31–43

53. Thiagaraj D, Gunasegaram R, Loganath A, Peh KL, Kottegoda SR, Ratnam SS 1987 Histopathology of the testes from male transsexuals on oestrogen therapy. Ann Acad Med Singapore 16:347–348

54. Baba T, Endo T, Honnma H, Kitajima Y, Hayashi T, Ikeda H, Masumori N, Kamiya H, Moriwaka O, Saito T 2007 Association between polycystic ovary syndrome and female-to-male transsexuality. Hum Reprod 22:1011–1016

55. Spinder T, Spijkstra JJ, van den Tweel JG, Burger CW, van Kessel H, Hompes PG, Gooren LJ 1989 The effects of long-term testosterone administration on pulsatile luteinizing hormone secretion and on ovarian histology in eugonadal female to male transsexual subjects. J Clin Endocrinol Metab 69:151–157

56. Trebay G 2008 He's pregnant, you're speechless. New York Times, June 28, 2008; 18

57. De Sutter P 2003 Donor inseminations in partners of female-to-male transsexuals: should the question be asked? Reprod Biomed Online 6:382; author reply 282–283

58. Boyar RM, Wu RH, Roffwarg H, Kapen S, Weitzman ED, Hellman L, Finkelstein JW 1976 Human puberty: 24-hour estradiol in pubertal girls. J Clin Endocrinol Metab 43:1418–1421

CONFIDENTIAL

FDC_OFFICIALS_003796

Case 4:24-cv-00434-AW-MAF    Document 53-4    Filed 12/09/24    Page 21 of 45

3152    Hembree et al.    Guidelines on the Endocrine Treatment of Transsexuals    J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

59. Wennink JM, Delemarre-van de Waal HA, Schoemaker R, Schoemaker H, Schoemaker J 1989 Luteinizing hormone and follicle stimulating hormone secretion patterns in boys throughout puberty measured using highly sensitive immunoradiometric assays. Clin Endocrinol (Oxf) 31:551–564

60. Cohen-Kettenis PT, Delemarre-van de Waal HA, Gooren LJ 2008 The treatment of adolescent transsexuals: changing insights. J Sex Med 5:1892–1897

61. Delemarre-Van de Waal HA, Cohen-Kettenis PT 2006 Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. Eur J Endocrinol 155(Suppl 1):S131–S137

62. Tanner JM 1962 Growth at adolescence. 2nd ed. Oxford, UK: Blackwell Scientific Publications

63. Wennink JM, Delemarre-van de Waal HA, Schoemaker R, Schoemaker H, Schoemaker J 1990 Luteinizing hormone and follicle stimulating hormone secretion patterns in girls throughout puberty measured using highly sensitive immunoradiometric assays. Clin Endocrinol (Oxf) 33:333–344

64. Roth C 2002 Therapeutic potential of GnRH antagonists in the treatment of precocious puberty. Expert Opin Investig Drugs 11:1253–1259

65. Tuvemo T 2006 Treatment of central precocious puberty. Expert Opin Investig Drugs 15:495–505

66. Manasco PK, Pescovitz OH, Feuillan PP, Hench KD, Barnes KM, Jones J, Hill SC, Loriaux DL, Cutler Jr GB 1988 Resumption of puberty after long term luteinizing hormone-releasing hormone agonist treatment of central precocious puberty. J Clin Endocrinol Metab 67:368–372

67. Mittan D, Lee S, Miller E, Perez RC, Basler JW, Bruder JM 2002 Bone loss following hypogonadism in men with prostate cancer treated with GnRH analogs. J Clin Endocrinol Metab 87:3656–3661

68. Neely EK, Bachrach LK, Hintz RL, Habiby RL, Slemenda CW, Feezle L, Pescovitz OH 1995 Bone mineral density during treatment of central precocious puberty. J Pediatr 127:819–822

69. Raudrant D, Rabe T 2003 Progestogens with antiandrogenic properties. Drugs 63:463–492

70. Jain J, Dutton C, Nicosia A, Wajsczczuk C, Bode FR, Mishell Jr DR 2004 Pharmacokinetics, ovulation suppression and return to ovulation following a lower dose subcutaneous formulation of Depo-Provera. Contraception 70:11–18

71. Mieszczak J, Eugster EA 2007 Treatment of precocious puberty in McCune-Albright syndrome. Pediatr Endocrinol Rev 4(Suppl 4):419–422

72. Richman RA, Underwood LE, French FS, Van Wyk JJ 1971 Adverse effects of large doses of medroxyprogesterone (MPA) in idiopathic isosexual precocity. J Pediatr 79:963–971

73. Albanese A, Kewley GD, Long A, Pearl KN, Robins DG, Stanhope R 1994 Oral treatment for constitutional delay of growth and puberty in boys: a randomised trial of an anabolic steroid or testosterone undecanoate. Arch Dis Child 71:315–317

74. Nilsson KO, Albertsson-Wikland K, Alm J, Aronson S, Gustafsson J, Hagenäs L, Häger A, Ivarsson SA, Karlberg J, Kriström B, Marcus C, Moell C, Ritzen M, Tuvemo T, Wattsgård C, Westgren U, Westphal O, Aman J 1996 Improved final height in girls with Turner's syndrome treated with growth hormone and oxandrolone. J Clin Endocrinol Metab 81:635–640

75. Schroor EJ, van Weissenbruch MM, Knibbe P, Delemarre-van de Waal HA 1995 The effect of prolonged administration of an anabolic steroid (oxandrolone) on growth in boys with constitutionally delayed growth and puberty. Eur J Pediatr 154:953–957

76. Ball GD, Huang TT, Gower BA, Cruz ML, Shaibi GQ, Weigensberg MJ, Goran MI 2006 Longitudinal changes in insulin sensitivity, insulin secretion, and β-cell function during puberty. J Pediatr 148:16–22

77. Reinehr T, Kiess W, Andler W 2005 Insulin sensitivity indices of glucose and free fatty acid metabolism in obese children and adolescents in relation to serum lipids. Metabolism 54:397–402

78. Monstrey S, De Cuypere G, Ettner R 2007 Surgery: general principles. In: Ettner SR, Monstrey S, Eyler AE, eds. Principles of transgender medicine and surgery. New York: Haworth Press; 89–104

79. Monstrey S, Hoebeke P, Dhont M, De Cuypere G, Rubens R, Moerman M, Hamdi M, Van Landuyt K, Blondeel P 2001 Surgical therapy in transsexual patients: a multi-disciplinary approach. Acta Chir Belg 101:200–209

80. Gooren L 2005 Hormone treatment of the adult transsexual patient. Horm Res 64(Suppl 2):31–36

81. Gooren LJ, Giltay EJ 2008 Review of studies of androgen treatment of female-to-male transsexuals: effects and risks of administration of androgens to females. J Sex Med 5:765–776

82. Levy A, Crown A, Reid R 2003 Endocrine intervention for transsexuals. Clin Endocrinol (Oxf) 59:409–418

83. Moore E, Wisniewski A, Dobs A 2003 Endocrine treatment of transsexual people: a review of treatment regimens, outcomes, and adverse effects. J Clin Endocrinol Metab 88:3467–3473

84. Tangpricha V, Ducharme SH, Barber TW, Chipkin SR 2003 Endocrinologic treatment of gender identity disorders. Endocr Pract 9:12–21

85. Bhasin S, Cunningham GR, Hayes FJ, Matsumoto AM, Snyder PJ, Swerdloff RS, Montori VM 2006 Testosterone therapy in adult men with androgen deficiency syndromes: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 91:1995–2010

86. Boloña ER, Uraga MV, Haddad RM, Tracz MJ, Sideras K, Kennedy CC, Caples SM, Erwin PJ, Montori VM 2007 Testosterone use in men with sexual dysfunction: a systematic review and meta-analysis of randomized placebo-controlled trials. Mayo Clin Proc 82:20–28

87. Dickersin K, Munro MG, Clark M, Langenberg P, Scherer R, Frick K, Zhu Q, Hallock L, Nichols J, Yalcinkaya TM 2007 Hysterectomy compared with endometrial ablation for dysfunctional uterine bleeding: a randomized controlled trial. Obstet Gynecol 110:1279–1289

88. Prasad P, Powell MC 2008 Prospective observational study of Thermablate Endometrial Ablation System as an outpatient procedure. J Minim Invasive Gynecol 15:476–479

89. Gooren LJ, Giltay EJ, Bunck MC 2008 Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. J Clin Endocrinol Metab 93:19–25

90. Dittrich R, Binder H, Cupisti S, Hoffmann I, Beckmann MW, Mueller A 2005 Endocrine treatment of male-to-female transsexuals using gonadotropin-releasing hormone agonist. Exp Clin Endocrinol Diabetes 113:586–592

91. Levy J, Burshell A, Marbach M, Afllalo L, Glick SM 1980 Interaction of spironolactone with oestradiol receptors in cytosol. J Endocrinol 84:371–379

92. Toorians AW, Thomassen MC, Zweegman S, Magdeleyns EJ, Tans G, Gooren LJ, Rosing J 2003 Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. J Clin Endocrinol Metab 88:5723–5729

93. van Kesteren PJ, Asscheman H, Megens JA, Gooren LJ 1997 Mortality and morbidity in transsexual subjects treated with cross-sex hormones. Clin Endocrinol (Oxf) 47:337–342

94. Ott J, Kaufmann U, Bentz EK, Huber JC, Tempfer CB 5 February 2009 Incidence of thrombophilia and venous thrombosis in transsexuals under cross-sex hormone therapy. Fertil Steril 10.1016/j.fertnstert.2008.12.017

95. Righini M, Perrier A, De Moerloose P, Bounameaux H 2008 D-Dimer for venous thromboembolism diagnosis: 20 years later. J Thromb Haemost 6:1059–1071

96. Lapauw B, Taes Y, Simoens S, Van Caenegem E, Weyers S, Goemaere S, Toye K, Kaufman JM, T'Sjoen GG 2008 Body composition, volumetric and areal bone parameters in male-to-female transsexual persons. Bone 43:1016–1021

J Clin Endocrinol Metab, September 2009, 94(9):3132–3154

97. Meyer 3rd WJ, Webb A, Stuart CA, Finkelstein JW, Lawrence B, Walker PA 1986 Physical and hormonal evaluation of transsexual patients: a longitudinal study. Arch Sex Behav 15:121–138

98. Bird D, Vowles K, Anthony PP 1979 Spontaneous rupture of a liver cell adenoma after long term methyltestosterone: report of a case successfully treated by emergency right hepatic lobectomy. Br J Surg 66:212–213

99. Westaby D, Ogle SJ, Paradinas FJ, Randell JB, Murray-Lyon IM 1977 Liver damage from long-term methyltestosterone. Lancet 2:262–263

100. Gooren LJ, Assies J, Asscheman H, de Slegte R, van Kessel H 1988 Estrogen-induced prolactinoma in a man. J Clin Endocrinol Metab 66:444–446

101. Kovacs K, Stefaneanu L, Ezzat S, Smyth HS 1994 Prolactin-producing pituitary adenoma in a male-to-female transsexual patient with protracted estrogen administration: a morphologic study. Arch Pathol Lab Med 118:562–565

102. Serri O, Noiseux D, Robert F, Hardy J 1996 Lactotroph hyperplasia in an estrogen treated male-to-female transsexual patient. J Clin Endocrinol Metab 81:3177–3179

103. Asscheman H, Gooren LJ, Assies J, Smits JP, de Slegte R 1988 Prolactin levels and pituitary enlargement in hormone-treated male-to-female transsexuals. Clin Endocrinol (Oxf) 28:583–588

104. Gooren LJ, Harmsen-Louman W, van Kessel H 1985 Follow-up of prolactin levels in long-term oestrogen-treated male-to-female transsexuals with regard to prolactinoma induction. Clin Endocrinol (Oxf) 22:201–207

105. Berra M, Armillotta F, D'Emidio L, Costantino A, Martorana G, Pelusi G, Meriggiola MC 2006 Testosterone decreases adiponectin levels in female to male transsexuals. Asian J Androl 8:725–729

106. Elbers JM, Giltay EJ, Teerlink T, Scheffer PG, Asscheman H, Seidell JC, Gooren LJ 2003 Effects of sex steroids on components of the insulin resistance syndrome in transsexual subjects. Clin Endocrinol (Oxf) 58:562–571

107. Giltay EJ, Lambert J, Gooren LJ, Elbers JM, Steyn M, Stehouwer CD 1999 Sex steroids, insulin, and arterial stiffness in women and men. Hypertension 34:590–597

108. Polderman KH, Gooren LJ, Asscheman H, Bakker A, Heine RJ 1994 Induction of insulin resistance by androgens and estrogens. J Clin Endocrinol Metab 79:265–271

109. Meriggiola MC, Armillotta F, Costantino A, Altieri P, Saad F, Kalhorn T, Perrone AM, Ghi T, Pelusi C, Pelusi G 2008 Effects of testosterone undecanoate administered alone or in combination with letrozole or dutasteride in female to male transsexuals. J Sex Med 5:2442–2453

110. Giltay EJ, Hoogeveen EK, Elbers JM, Gooren LJ, Asscheman H, Stehouwer CD 1998 Effects of sex steroids on plasma total homocysteine levels: a study in transsexual males and females. J Clin Endocrinol Metab 83:550–553

111. Giltay EJ, Toorians AW, Sarabdjitsingh AR, de Vries NA, Gooren LJ 2004 Established risk factors for coronary heart disease are unrelated to androgen-induced baldness in female-to-male transsexuals. J Endocrinol 180:107–112

112. Giltay EJ, Verhoef P, Gooren LJ, Geleijnse JM, Schouten EG, Stehouwer CD 2003 Oral and transdermal estrogens both lower plasma total homocysteine in male-to-female transsexuals. Atherosclerosis 168:139–146

113. Calof OM, Singh AB, Lee ML, Kenny AM, Urban RJ, Tenover JL, Bhasin S 2005 Adverse events associated with testosterone replacement in middle-aged and older men: a meta-analysis of randomized, placebo-controlled trials. J Gerontol A Biol Sci Med Sci 60: 1451–1457

114. NCEP 2002 Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III) final report. Circulation 106:3143–3421

115. Turner A, Chen TC, Barber TW, Malabanan AO, Holick MF, Tangpricha V 2004 Testosterone increases bone mineral density in female-to-male transsexuals: a case series of 15 subjects. Clin Endocrinol (Oxf) 61:560–566

116. van Kesteren P, Lips P, Gooren LJ, Asscheman H, Megens J 1998 Long-term follow-up of bone mineral density and bone metabolism in transsexuals treated with cross-sex hormones. Clin Endocrinol (Oxf) 48:347–354

117. Amin S, Zhang Y, Sawin CT, Evans SR, Hannan MT, Kiel DP, Wilson PW, Felson DT 2000 Association of hypogonadism and estradiol levels with bone mineral density in elderly men from the Framingham study. Ann Intern Med 133:951–963

118. Gennari L, Khosla S, Bilezikian JP 2008 Estrogen and fracture risk in men. J Bone Miner Res 23:1548–1551

119. Gennari L, Khosla S, Bilezikian JP 2008 Estrogen effects on bone in the male skeleton. In: Bilezikian JP, Martin TJ, Raisz LG, eds. Principles of bone biology. 3rd ed. San Diego: Academic Press; 1801–1818

120. Khosla S, Melton 3rd LJ, Atkinson EJ, O'Fallon WM, Klee GG, Riggs BL 1998 Relationship of serum sex steroid levels and bone turnover markers with bone mineral density in men and women: a key role for bioavailable estrogen. J Clin Endocrinol Metab 83: 2266–2274

121. Mueller A, Dittrich R, Binder H, Kuehnel W, Maltaris T, Hoffmann I, Beckmann MW 2005 High dose estrogen treatment increases bone mineral density in male-to-female transsexuals receiving gonadotropin-releasing hormone agonist in the absence of testosterone. Eur J Endocrinol 153:107–113

122. Ruetsche AG, Kneubuehl R, Birkhaeuser MH, Lippuner K 2005 Cortical and trabecular bone mineral density in transsexuals after long-term cross-sex hormonal treatment: a cross-sectional study. Osteoporos Int 16:791–798

123. Ganly I, Taylor EW 1995 Breast cancer in a trans-sexual man receiving hormone replacement therapy. Br J Surg 82:341

124. Pritchard TJ, Pankowsky DA, Crowe JP, Abdul-Karim FW 1988 Breast cancer in a male-to-female transsexual. A case report. JAMA 259:2278–2280

125. Symmers WS 1968 Carcinoma of breast in trans-sexual individuals after surgical and hormonal interference with the primary and secondary sex characteristics. Br Med J 2:83–85

126. Anderson GL, Limacher M, Assaf AR, Bassford T, Beresford SA, Black H, Bonds D, Brunner R, Brzyski R, Caan B, Chlebowski R, Curb D, Gass M, Hays J, Heiss G, Hendrix S, Howard BV, Hsia J, Hubbell A, Jackson R, Johnson KC, Judd H, Kotchen JM, Kuller L, LaCroix AZ, Lane D, Langer RD, Lasser N, Lewis CE, Manson J, Margolis K, Ockene J, O'Sullivan MJ, Phillips L, Prentice RL, Ritenbaugh C, Robbins J, Rossouw JE, Sarto G, Stefanick ML, Van Horn L, Wactawski-Wende J, Wallace R, Wassertheil-Smoller S 2004 Effects of conjugated equine estrogen in postmenopausal women with hysterectomy: the Women's Health Initiative randomized controlled trial. JAMA 291:1701–1712

127. Bösze P, Tóth A, Török M 2006 Hormone replacement and the risk of breast cancer in Turner's syndrome. N Engl J Med 355: 2599–2600

128. Schoemaker MJ, Swerdlow AJ, Higgins CD, Wright AF, Jacobs PA 2008 Cancer incidence in women with Turner syndrome in Great Britain: a national cohort study. Lancet Oncol 9:239–246

129. Smith RA, Cokkinides V, Eyre HJ 2006 American Cancer Society guidelines for the early detection of cancer, 2006. CA Cancer J Clin 56:11–25; quiz 49–50

130. Wilson JD, Roehrborn C 1999 Long-term consequences of castration in men: lessons from the Skoptzy and the eunuchs of the Chinese and Ottoman courts. J Clin Endocrinol Metab 84:4324–4331

131. van Kesteren P, Meinhardt W, van der Valk P, Geldof A, Megens J, Gooren L 1996 Effects of estrogens only on the prostates of aging men. J Urol 156:1349–1353

132. Brown JA, Wilson TM 1997 Benign prostatic hyperplasia requiring transurethral resection of the prostate in a 60-year-old male-to-female transsexual. Br J Urol 80:956–957

133. Casella R, Bubendorf L, Schaefer DJ, Bachmann A, Gasser TC,

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324/ by guest on 23 January 2023

Sulser T 2005 Does the prostate really need androgens to grow? Transurethral resection of the prostate in a male-to-female transsexual 25 years after sex-changing operation. Urol Int 75:288–290

134. Dorff TB, Shazer RL, Nepomuceno EM, Tucker SJ 2007 Successful treatment of metastatic androgen-independent prostate carcinoma in a transsexual patient. Clin Genitourin Cancer 5:344–346

135. Thurston AV 1994 Carcinoma of the prostate in a transsexual. Br J Urol 73:217

136. van Haarst EP, Newling DW, Gooren LJ, Asscheman H, Prenger DM 1998 Metastatic prostatic carcinoma in a male-to-female transsexual. Br J Urol 81:776

137. 2008 Screening for prostate cancer: U.S. Preventive Services Task Force recommendation statement. Ann Intern Med 149:185–191

138. Futterweit W 1998 Endocrine therapy of transsexualism and potential complications of long-term treatment. Arch Sex Behav 27: 209–226

139. Miller N, Bédard YC, Cooter NB, Shaul DL 1986 Histological changes in the genital tract in transsexual women following androgen therapy. Histopathology 10:661–669

140. O'Hanlan KA, Dibble SL, Young-Spint M 2007 Total laparoscopic hysterectomy for female-to-male transsexuals. Obstet Gynecol 110:1096–1101

141. Chadha S, Pache TD, Huikeshoven JM, Brinkmann AO, van der Kwast TH 1994 Androgen receptor expression in human ovarian and uterine tissue of long-term androgen-treated transsexual women. Hum Pathol 25:1198–1204

142. Dizon DS, Tejada-Berges T, Koelliker S, Steinhoff M, Granai CO 2006 Ovarian cancer associated with testosterone supplementation in a female-to-male transsexual patient. Gynecol Obstet Invest 62:226–228

143. Hage JJ, Dekker JJ, Karim RB, Verheijen RH, Bloemena E 2000 Ovarian cancer in female-to-male transsexuals: report of two cases. Gynecol Oncol 76:413–415

144. Mueller A, Gooren L 2008 Hormone-related tumors in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol 159:197–202

145. Selvaggi G, Ceulemans P, De Cuypere G, Van Landuyt K, Blondeel P, Hamdi M, Bowman C, Monstrey S 2005 Gender identity disorder: general overview and surgical treatment for vaginoplasty in male-to-female transsexuals. Plast Reconstr Surg 116:135e–145e

146. Tugnet N, Goddard JC, Vickery RM, Khoosal D, Terry TR 2007 Current management of male-to-female gender identity disorder in the UK. Postgrad Med J 83:638–642

147. Green R 1998 Sexual functioning in post-operative transsexuals: male-to-female and female-to-male. Int J Impot Res 10 Suppl 1:S22–S24

148. McNeill EJ 2006 Management of the transgender voice. J Laryngol Otol 120:521–523

149. Becking AG, Tuinzing DB, Hage JJ, Gooren LJ 2007 Transgender feminization of the facial skeleton. Clin Plast Surg 34:557–564

150. Giraldo F, Esteva I, Bergero T, Cano G, González C, Salinas P, Rivada E, Lara JS, Soriguer F 2004 Corona glans clitoroplasty and urethropreputial vestibuloplasty in male-to-female transsexuals: the vulval aesthetic refinement by the Andalusia Gender Team. Plast Reconstr Surg 114:1543–1550

151. Goddard JC, Vickery RM, Terry TR 2007 Development of feminizing genitoplasty for gender dysphoria. J Sex Med 4:981–989

152. Hage JJ, de Graaf FH, Bouman FG, Bloem JJ 1993 Sculpturing the glans in phalloplasty. Plast Reconstr Surg 92:157–161; discussion 162

153. Monstrey S, De Cuypere G, Ettner R 2007 Surgery: female-to-male patient. In: Ettner SR, Monstrey S, Eyler AE, eds. Principles of transgender medicine and surgery. New York: The Haworth Press; 135–168

154. Chen HC, Gedebou TM, Yazar S, Tang YB 2007 Prefabrication of the free fibula osteocutaneous flap to create a functional human penis using a controlled fistula method. J Reconstr Microsurg 23: 151–154

155. Liberopoulos EN, Florentin M, Mikhailidis DP, Elisaf MS 2008 Compliance with lipid-lowering therapy and its impact on cardiovascular morbidity and mortality. Expert Opin Drug Saf 7:717–725

156. Davis PJ, Spady D, de Gara C, Forgie SE 2008 Practices and attitudes of surgeons toward the prevention of surgical site infections: a provincial survey in Alberta, Canada. Infect Control Hosp Epidemiol 29:1164–1166

157. Forbes SS, Stephen WJ, Harper WL, Loeb M, Smith R, Christoffersen EP, McLean RF 2008 Implementation of evidence-based practices for surgical site infection prophylaxis: results of a pre- and postintervention study. J Am Coll Surg 207:336–341

Downloaded from https://academic.oup.com/jcem/article/94/9/3132/2596324 by guest on 23 January 2023

  Pediatric Endocrine Society

Hormone Science to Health

# TRANSGENDER HEALTH

# POSITION STATEMENT

## INTRODUCTION

Over the last few decades, there has been a rapid expansion in the understanding of gender identity along with the implications for the care of transgender and gender diverse individuals. In parallel with the greater societal awareness of transgender individuals, evidence-based practices in caring for pediatric and adult transgender patients have been developed in response to scientific research. While there continue to be gaps in knowledge about the optimal care for transgender individuals, the framework for providing care is increasingly well-established as is the recognition of needed policy changes.

## BACKGROUND

The medical consensus in the late 20th century was that transgender and gender incongruent individuals suffered a mental health disorder termed "gender identity disorder." Gender identity was considered malleable and subject to external influences. Today, however, this attitude is no longer considered valid. Considerable scientific evidence has emerged demonstrating a durable biological element underlying gender identity.[1,2] Individuals may make choices due to other factors in their lives, but there do not seem to be external forces that genuinely cause individuals to change gender identity.

Although the specific mechanisms guiding the biological underpinnings of gender identity are not entirely understood, there is evolving consensus that being transgender is not a mental health disorder. Such evidence stems from scientific studies suggesting that: 1) attempts to change gender identity in intersex patients to match external genitalia or chromosomes are typically unsuccessful[1,2]; 2) identical twins (who share the exact same genetic background) are more likely to both experience transgender identity as compared to fraternal (non-identical) twins[3]; 3) among individuals with female chromosomes (XX), rates of male gender identity are higher for those exposed to higher

levels of androgens *in utero* relative to those without such exposure, and male (XY)-chromosome individuals with complete androgen insensitivity syndrome typically have female gender identity[4]; and 4) there are associations of certain brain scan or staining patterns with gender identity rather than external genitalia or chromosomes.[1,2]

## CONSIDERATIONS

Transgender individuals are often denied insurance coverage for appropriate medical and psychological treatment. Those gender diverse youth who have barriers to accessing adequate healthcare have poorer overall physical and mental health compared to their cisgender peers.[5] Over the last decade, there has been considerable research on and development of evidence-based standards of care that have proven to be both safe and efficacious for the treatment of gender dysphoria/gender incongruence in youth and adults. There is also a growing understanding of the positive impact that increased access to such treatments can have on the mental health of these individuals.

The Endocrine Society's Clinical Practice Guideline on gender dysphoria/gender incongruence[6] provides the standard of care for supporting transgender individuals. The guideline establishes a methodical, conservative framework for gender-affirming care, including pubertal suppression, hormones and surgery and standardizes terminology to be used by healthcare professionals. These recommendations include evidence that treatment of gender dysphoria/incongruence is medically necessary and should be covered by insurance.

Despite increased awareness, many barriers to improving the health and well-being of transgender youth and adults remain. Oftentimes, medical treatment for gender dysphoria/gender incongruence is considered elective by insurance companies, which fail to provide coverage for physician-prescribed treatment. Access to appropriately trained healthcare professionals can also be challenging as there

Saraswat A, Weinand JD, Safer JD. Evidence supporting the biologic nature of gender identity. *Endocr Pract*. Feb 2015;21(2):199-204. doi:10.4158/ep14351.ra

[2]Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. *J Clin Endocrinol Metab*. Dec 2014;99(12):4379-89. doi:10.1210/jc.2014-1919

[3]Heylens G, De Cuypere G, Zucker KJ, et al. Gender identity disorder in twins: a review of the case report literature. *J Sex Med*. Mar 2012;9(3):751-7. doi:10.1111/j.1743-6109.2011.02567.x

[4]Dessens AB, Slijper FM, Drop SL. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. *Arch Sex Behav*. Aug 2005;34(4):389-97. doi:10.1007/s10508-005-4338-5

[5]Rider GN, McMorris BJ, Gower AL, Coleman E, Eisenberg ME. Health and Care Utilization of Transgender and Gender Nonconforming Youth: A Population-Based Study. *Pediatrics*. 2018;141(3):e20171683. doi:10.1542/peds.2017-1683

[6]Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab*. Nov 1 2017;102(11):3869-3903. doi:10.1210/jc.2017-01658



is a lack of formal education on gender dysphoria/gender incongruence among clinicians trained in the United States. A 2016 survey of endocrinologists, the physicians most likely to care for these patients, found that over 80% have never received training on care of transgender patients.[7]

This can have an adverse impact on patient outcomes, particularly in rural and underserved areas. In fact, studies have indicated that 70% of transgender individuals have experienced maltreatment by medical providers, including harassment and violence.[7] Many transgender individuals have been subjected to conversion therapy, or efforts to change a transgender person's gender identity using psychological interventions; this is known to be associated with adverse mental health outcomes, including suicidality, and is banned in 20 states and the District of Columbia.[8]

Transgender individuals who have been denied care show an increased likelihood of dying by suicide and engaging in self-harm.[7] Transgender/gender incongruent youth who had access to pubertal suppression, a treatment which is fully reversible and prevents development of secondary sex characteristics not in alignment with their gender identity, have lower lifetime odds of suicidal ideation compared to those youth who desired pubertal suppression but did not have access to such treatment.[9] Youth who are able to access gender-affirming care, including pubertal suppression, hormones and surgery based on conservative medical guidelines and consultation from medical and mental health experts, experience significantly improved mental health outcomes over time, similar to their cis-gender peers.[10-12] Pre-pubertal youth who are supported and affirmed in their social transitions long before medical interventions are indicated, experience no elevation in depression compared to their cis-gender peers.[12] It is critical that transgender individuals have access to the appropriate treatment and care to ensure their health and well-being.

FUTURE CONSIDERATIONS
While the data are strong for both a biological underpinning to gender identity and the relative safety of hormone treatment (when appropriately monitored medically), there are gaps in knowledge that are necessary to address in order to optimize care. Comparative effectiveness research

in hormone regimens is needed to determine: the best endocrine and surgical protocols[13], as it is not yet known if certain regimens are safer or more effective than others; the degree of improvement as a result of the intervention (e.g. decrease in mental health diagnoses); the need for training of health care providers and the most effective training methods; and to build the body of evidence pertaining to cardiovascular, malignancy, or other long-term risks from hormone interventions, particularly as the transgender individual ages. Additional studies are needed to elucidate the biological processes underlying gender identity; such studies may lead to destigmatization and may also decrease health disparities for gender minorities. In addition, further studies are needed to determine strategies for fertility preservation and to investigate long-term outcomes of early medical intervention, including pubertal suppression, gender-affirming hormones and gender-affirming surgeries for transgender/gender incongruent youth. To successfully establish and enact these protocols requires long-term, large-scale studies across countries that employ similar care protocols.

POSITIONS
- There is a durable biological underpinning to gender identity that should be considered in policy determinations.

- Medical intervention for transgender youth and adults (including puberty suppression, hormone therapy and medically indicated surgery) is effective, relatively safe (when appropriately monitored), and has been established as the standard of care.[6] Federal and private insurers should cover such interventions as prescribed by a physician as well as the appropriate medical screenings that are recommended for all body tissues that a person may have.

- Increased funding for national pediatric and adult transgender health research programs is needed to close the gaps in knowledge regarding transgender medical care and should be made a priority.

[1]Davidge-Pitts C, Nippoldt TB, Danoff A, Radziejewski L, Natt N. Transgender Health in Endocrinology: Current Status of Endocrinology Fellowship Programs and Practicing Clinicians. *J Clin Endocrinol Metab.* Apr 1 2017;102(4):1286-1290. doi:10.1210/jc.2016-3007

[2]Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. *JAMA Psychiatry.* Sep 11 2019;77(1):1-9. doi:10.1001/jamapsychiatry.2019.2285

[3]Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics.* Feb 2020;145(2)doi:10.1542/peds.2019-1725

[4]de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics.* Oct 2014;134(4):696-704. doi:10.1542/peds.2013-2958

[5]Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics.* Apr 2020;145(4)doi:10.1542/peds.2019-3006

[6]Achille C, Taggart T, Eaton NR, et al. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *Int J Pediatr Endocrinol.* 2020;2020:8. doi:10.1186/s13633-020-0078-2

[7]Safer JD, Tangpricha V. Care of the Transgender Patient. *Ann Intern Med.* Jul 2 2019;171(1):Itc1-Itc16. doi:10.7326/aitc201907020

References

1.      Atkins D , Best D , Briss PA , Eccles M , Falck-Ytter Y , Flottorp S , Guyatt GH , Harbour RT , Haugh MC , Henry D , Hill S , Jaeschke R , Leng G , Liberati A , Magrini N , Mason J , Middleton P , Mrukowicz J , O'Connell D , Oxman AD , Phillips B , Schünemann HJ , Edejer T , Varonen H , Vist GE , Williams JW, Jr , Zaza S ; GRADE Working Group . Grading quality of evidence and strength of recommendations. BMJ. 2004;328(7454):1490.

2.      Swiglo BA , Murad MH , Schünemann HJ , Kunz R , Vigersky RA , Guyatt GH , Montori VM . A case for clarity, consistency, and helpfulness: state-of-the-art clinical practice guidelines in endocrinology using the grading of recommendations, assessment, development, and evaluation system. J Clin Endocrinol Metab. 2008;93(3):666–673.

3.      Bullough VL . Transsexualism in history. Arch Sex Behav. 1975;4(5):561–571.

4.      Benjamin H . The transsexual phenomenon. Trans N Y Acad Sci. 1967;29(4):428–430.

5.      Meyerowitz J . How Sex Changed: A History of Transsexuality in the United States. Cambridge, MA: Harvard University Press; 2002.

6.      Hirschfeld M. Was muss das Volk vom Dritten Geschlecht wissen. Verlag Max Spohr, Leipzig; 1901.

7.      Fisk NM . Editorial: Gender dysphoria syndrome—the conceptualization that liberalizes indications for total gender reorientation and implies a broadly based multi-dimensional rehabilitative regimen. West J Med. 1974;120(5):386–391.

8.      Diamond L . Transgender experience and identity. In: Schwartz SJ, Luyckx K, Vignoles VL, eds. Handbook of Identity Theory and Research. New York, NY: Springer; 2011:629–647.

9.      Queen C , Schimel L , eds. PoMoSexuals: Challenging Assumptions About Gender and Sexuality. San Francisco, CA: Cleis Press; 1997.

10.      Case LK , Ramachandran VS . Alternating gender incongruity: a new neuropsychiatric syndrome providing insight into the dynamic plasticity of brain-sex. Med Hypotheses. 2012;78(5):626–631.

11.      Johnson TW , Wassersug RJ . Gender identity disorder outside the binary: when gender identity disorder-not otherwise specified is not good enough. Arch Sex Behav. 2010;39(3):597–598.

12.      Wibowo E , Wassersug R , Warkentin K , Walker L , Robinson J , Brotto L , Johnson T . Impact of androgen deprivation therapy on sexual function: a response. Asian J Androl. 2012;14(5):793–794.

13.      Pasquesoone V. 7 countries giving transgender people fundamental rights the U.S. still won't. 2014. Available at: https://mic.com/articles/87149/7-countries-giving-transgender-people-fundamental-rights-the-u-s-still-won-t. Accessed 26 August 2016.

14.      American Psychiatric Association . Diagnostic and Statistical Manual of Mental Disorders. 5th ed. Arlington, VA: American Psychiatric Association Publishing.

15.      Drescher J , Cohen-Kettenis P , Winter S . Minding the body: situating gender identity diagnoses in the ICD-11. Int Rev Psychiatry. 2012;24(6):568–577.

16.     World Professional Association for Transgender Health. Standards of care for the health of transsexual, transgender, and gender nonconforming people. Available at: http://www.wpath.org/site_page.cfm?pk_association_webpage_menu=1351&pk_association_webpage=3926. Accessed 1 September 2017.

17.     Kreukels BP , Haraldsen IR , De Cuypere G , Richter-Appelt H , Gijs L , Cohen-Kettenis PT . A European network for the investigation of gender incongruence: the ENIGI initiative. Eur Psychiatry. 2012;27(6):445–450

18.     Dekker MJ , Wierckx K , Van Caenegem E , Klaver M , Kreukels BP , Elaut E , Fisher AD , van Trotsenburg MA , Schreiner T , den Heijer M , T'Sjoen G . A European network for the investigation of gender incongruence: endocrine part. J Sex Med. 2016;13(6):994–999.

19.     Ruble DN , Martin CL , Berenbaum SA . Gender development. In: Damon WL , Lerner RM , Eisenberg N, eds. Handbook of Child Psychology: Social, Emotional, and Personality Development. Vol. 3. 6th ed. New York, NY: Wiley; 2006;858–931.

20.     Steensma TD , Kreukels BP , de Vries AL , Cohen-Kettenis PT . Gender identity development in adolescence. Horm Behav. 2013;64(2):288–297.

21.     Rosenthal SM . Approach to the patient: transgender youth: endocrine considerations. J Clin Endocrinol Metab. 2014;99(12):4379–4389.

22.     Saraswat A , Weinand JD , Safer JD . Evidence supporting the biologic nature of gender identity. Endocr Pract. 2015;21(2):199–204.

23.     Gooren L . The biology of human psychosexual differentiation. Horm Behav. 2006;50(4):589–601.

24.     Berenbaum SA , Meyer-Bahlburg HF . Gender development and sexuality in disorders of sex development. Horm Metab Res. 2015;47(5):361–366.

25.     Dessens AB , Slijper FME , Drop SLS . Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. Arch Sex Behav. 2005;34(4):389–397.

26.     Meyer-Bahlburg HFL , Dolezal C , Baker SW , Ehrhardt AA , New MI . Gender development in women with congenital adrenal hyperplasia as a function of disorder severity. Arch Sex Behav. 2006;35(6):667–684.

27.     Frisén L , Nordenström A , Falhammar H , Filipsson H , Holmdahl G , Janson PO , Thorén M , Hagenfeldt K , Möller A , Nordenskjöld A . Gender role behavior, sexuality, and psychosocial adaptation in women with congenital adrenal hyperplasia due to CYP21A2 deficiency. J Clin Endocrinol Metab. 2009;94(9):3432–3439.

28.     Meyer-Bahlburg HFL , Dolezal C , Baker SW , Carlson AD , Obeid JS , New MI . Prenatal androgenization affects gender-related behavior but not gender identity in 5–12-year-old girls with congenital adrenal hyperplasia. Arch Sex Behav. 2004;33(2):97–104.

29.     Cohen-Kettenis PT . Gender change in 46,XY persons with 5α-reductase-2 deficiency and 17β-hydroxysteroid dehydrogenase-3 deficiency. Arch Sex Behav. 2005;34(4):399–410.

FDC_OFFICIALS_003803

30.    Reiner WG , Gearhart JP . Discordant sexual identity in some genetic males with cloacal exstrophy assigned to female sex at birth. N Engl J Med. 2004;350(4):333–341.

31.    Meyer-Bahlburg HFL . Gender identity outcome in female-raised 46,XY persons with penile agenesis, cloacal exstrophy of the bladder, or penile ablation. Arch Sex Behav. 2005;34(4):423–438.

32.    Coolidge FL , Thede LL , Young SE . The heritability of gender identity disorder in a child and adolescent twin sample. Behav Genet. 2002;32(4):251–257.

33.    Heylens G , De Cuypere G , Zucker KJ , Schelfaut C , Elaut E , Vanden Bossche H , De Baere E , T'Sjoen G . Gender identity disorder in twins: a review of the case report literature. J Sex Med. 2012;9(3):751–757.

34.    Fernández R , Esteva I , Gómez-Gil E , Rumbo T , Almaraz MC , Roda E , Haro-Mora J-J , Guillamón A , Pásaro E . Association study of ERβ, AR, and CYP19A1 genes and MtF transsexualism. J Sex Med. 2014;11(12):2986–2994.

35.    Henningsson S , Westberg L , Nilsson S , Lundström B , Ekselius L , Bodlund O , Lindström E , Hellstrand M , Rosmond R , Eriksson E , Landén M . Sex steroid-related genes and male-to-female transsexualism. Psychoneuroendocrinology. 2005;30(7):657–664.

36.    Hare L , Bernard P , Sánchez FJ , Baird PN , Vilain E , Kennedy T , Harley VR . Androgen receptor repeat length polymorphism associated with male-to-female transsexualism. Biol Psychiatry. 2009;65(1):93–96.

37.    Lombardo F , Toselli L , Grassetti D , Paoli D , Mascianlaro P , Valentini F , Lenzi A , Gandini L . Hormone and genetic study in male to female transsexual patients. J Endocrinol Invest. 2013;36(8):550–557.

38.    Ujike H , Otani K , Nakatsuka M , Ishii K , Sasaki A , Oishi T , Sato T , Okahisa Y , Matsumoto Y , Namba Y , Kimata Y , Kuroda S . Association study of gender identity disorder and sex hormone-related genes. Prog Neuropsychopharmacol Biol Psychiatry. 2009;33(7):1241–1244.

39.    Kreukels BP , Guillamon A . Neuroimaging studies in people with gender incongruence. Int Rev Psychiatry. 2016;28(1):120–128.

40.    Steensma TD , Biemond R , de Boer F , Cohen-Kettenis PT . Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. Clin Child Psychol Psychiatry. 2011;16(4):499–516.

41.    Wallien MSC , Cohen-Kettenis PT . Psychosexual outcome of gender-dysphoric children. J Am Acad Child Adolesc Psychiatry. 2008;47(12):1413–1423.

42.    Steensma TD , McGuire JK , Kreukels BPC , Beekman AJ , Cohen-Kettenis PT . Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. J Am Acad Child Adolesc Psychiatry. 2013;52(6):582–590.

43.    Cohen-Kettenis PT , Owen A , Kaijser VG , Bradley SJ , Zucker KJ . Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: a cross-national, cross-clinic comparative analysis. J Abnorm Child Psychol. 2003;31(1):41–53.

44.     Dhejne C , Van Vlerken R , Heylens G , Arcelus J . Mental health and gender dysphoria: a review of the literature. Int Rev Psychiatry. 2016;28(1):44–57.

45.     Pasterski V , Gilligan L , Curtis R . Traits of autism spectrum disorders in adults with gender dysphoria. Arch Sex Behav. 2014;43(2):387–393.

46.     Spack NP , Edwards-Leeper L , Feldman HA , Leibowitz S , Mandel F , Diamond DA , Vance SR . Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics. 2012;129(3):418–425.

47.     Terada S , Matsumoto Y , Sato T , Okabe N , Kishimoto Y , Uchitomi Y . Factors predicting psychiatric co-morbidity in gender-dysphoric adults. Psychiatry Res. 2012;200(2-3):469–474.

48.     VanderLaan DP , Leef JH , Wood H , Hughes SK , Zucker KJ . Autism spectrum disorder risk factors and autistic traits in gender dysphoric children. J Autism Dev Disord. 2015;45(6):1742–1750.

49.     de Vries ALC , Doreleijers TAH , Steensma TD , Cohen-Kettenis PT . Psychiatric comorbidity in gender dysphoric adolescents. J Child Psychol Psychiatry. 2011;52(11):1195–1202.

50.     de Vries ALC , Noens ILJ , Cohen-Kettenis PT , van Berckelaer-Onnes IA , Doreleijers TA . Autism spectrum disorders in gender dysphoric children and adolescents. J Autism Dev Disord. 2010;40(8):930–936.

51.     Wallien MSC , Swaab H , Cohen-Kettenis PT . Psychiatric comorbidity among children with gender identity disorder. J Am Acad Child Adolesc Psychiatry. 2007;46(10):1307–1314.

52.     Kuiper AJ, Cohen-Kettenis PT. Gender role reversal among postoperative transsexuals. Available at: https://www.atria.nl/ezines/web/IJT/97-03/numbers/symposion/ijtc0502.htm. Accessed 26 August 2016.

53.     Landén M , Wålinder J , Hambert G , Lundström B . Factors predictive of regret in sex reassignment. Acta Psychiatr Scand. 1998;97(4):284–289.

54.     Olsson S-E , Möller A . Regret after sex reassignment surgery in a male-to-female transsexual: a long-term follow-up. Arch Sex Behav. 2006;35(4):501–506.

55.     Pfäfflin F , Junge A , eds. Geschlechtsumwandlung: Abhandlungen zur Transsexualität. Stuttgart, Germany: Schattauer; 1992.

56.     Lawrence AA . Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav. 2003;32(4):299–315.

57.     Cohen-Kettenis PT , Pfäfflin F . Transgenderism and Intersexuality in Childhood and Adolescence: Making Choices. Thousand Oaks, CA: SAGE Publications; 2003.

58.     Di Ceglie D, Freedman D, McPherson S, Richardson P. Children and adolescents referred to a specialist gender identity development service: clinical features and demographic characteristics. Available at: https://www.researchgate.net/publication/276061306_Children_and_Adolescents_Referred_to_a_Specialist_Gender_Identity_Development_Service_Clinical_Features_and_Demographic_Characteristics. Accessed 20 July 2017.

CONFIDENTIAL

59.    Gijs L , Brewaeys A . Surgical treatment of gender dysphoria in adults and adolescents: recent developments, effectiveness, and challenges. Annu Rev Sex Res. 2007;18:178–224.

60.    Cohen-Kettenis PT , van Goozen SHM . Sex reassignment of adolescent transsexuals: a follow-up study. J Am Acad Child Adolesc Psychiatry. 1997;36(2):263–271.

61.    Smith YLS , van Goozen SHM , Cohen-Kettenis PT . Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. J Am Acad Child Adolesc Psychiatry. 2001;40(4):472–481.

62.    Smith YLS , Van Goozen SHM , Kuiper AJ , Cohen-Kettenis PT . Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. Psychol Med. 2005;35(1):89–99.

63.    de Vries ALC , McGuire JK , Steensma TD , Wagenaar ECF , Doreleijers TAH , Cohen-Kettenis PT . Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014;134(4):696–704.

64.    Cole CM , O'Boyle M , Emory LE , Meyer WJ III . Comorbidity of gender dysphoria and other major psychiatric diagnoses. Arch Sex Behav. 1997;26(1):13–26.

65.    Cohen-Kettenis PT , Schagen SEE , Steensma TD , de Vries ALC , Delemarre-van de Waal HA . Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up. Arch Sex Behav. 2011;40(4):843–847.

66.    First MB . Desire for amputation of a limb: paraphilia, psychosis, or a new type of identity disorder. Psychol Med. 2005;35(6):919–928.

67.    Wierckx K , Van Caenegem E , Pennings G , Elaut E , Dedecker D , Van de Peer F , Weyers S , De Sutter P , T'Sjoen G . Reproductive wish in transsexual men. Hum Reprod. 2012;27(2):483–487.

68.    Wierckx K , Stuyver I , Weyers S , Hamada A , Agarwal A , De Sutter P , T'Sjoen G . Sperm freezing in transsexual women. Arch Sex Behav. 2012;41(5):1069–1071.

69.    Bertelloni S , Baroncelli GI , Ferdeghini M , Menchini-Fabris F , Saggese G . Final height, gonadal function and bone mineral density of adolescent males with central precocious puberty after therapy with gonadotropin-releasing hormone analogues. Eur J Pediatr. 2000;159(5):369–374.

70.    Büchter D , Behre HM , Kliesch S , Nieschlag E . Pulsatile GnRH or human chorionic gonadotropin/human menopausal gonadotropin as effective treatment for men with hypogonadotropic hypogonadism: a review of 42 cases. Eur J Endocrinol. 1998;139(3):298–303.

71.    Liu PY , Turner L , Rushford D , McDonald J , Baker HW , Conway AJ , Handelsman DJ . Efficacy and safety of recombinant human follicle stimulating hormone (Gonal-F) with urinary human chorionic gonadotrophin for induction of spermatogenesis and fertility in gonadotrophin-deficient men. Hum Reprod. 1999;14(6):1540–1545.

72.    Pasquino AM , Pucarelli I , Accardo F , Demiraj V , Segni M , Di Nardo R . Long-term observation of 87 girls with idiopathic central precocious puberty treated with gonadotropin-releasing hormone analogs: impact on adult height, body mass index, bone mineral content, and reproductive function. J Clin Endocrinol Metab. 2008;93(1):190–195.

CONFIDENTIAL

73.    Magiakou MA , Manousaki D , Papadaki M , Hadjidakis D , Levidou G , Vakaki M , Papaefstathiou A , Lalioti N , Kanaka-Gantenbein C , Piaditis G , Chrousos GP , Dacou-Voutetakis C . The efficacy and safety of gonadotropin-releasing hormone analog treatment in childhood and adolescence: a single center, long-term follow-up study. J Clin Endocrinol Metab. 2010;95(1):109–117.

74.    Baba T , Endo T , Honnma H , Kitajima Y , Hayashi T , Ikeda H , Masumori N , Kamiya H , Moriwaka O , Saito T . Association between polycystic ovary syndrome and female-to-male transsexuality. Hum Reprod. 2007;22(4):1011–1016.

75.    Spinder T , Spijkstra JJ , van den Tweel JG , Burger CW , van Kessel H , Hompes PGA , Gooren LJG . The effects of long term testosterone administration on pulsatile luteinizing hormone secretion and on ovarian histology in eugonadal female to male transsexual subjects. J Clin Endocrinol Metab. 1989;69(1):151–157.

76.    Baba T , Endo T , Ikeda K , Shimizu A , Honnma H , Ikeda H , Masumori N , Ohmura T , Kiya T , Fujimoto T , Koizumi M , Saito T . Distinctive features of female-to-male transsexualism and prevalence of gender identity disorder in Japan. J Sex Med. 2011;8(6):1686–1693.

77.    Vujovic S , Popovic S , Sbutega-Milosevic G , Djordjevic M , Gooren L . Transsexualism in Serbia: a twenty-year follow-up study. J Sex Med. 2009;6(4):1018–1023.

78.    Ikeda K , Baba T , Noguchi H , Nagasawa K , Endo T , Kiya T , Saito T . Excessive androgen exposure in female-to-male transsexual persons of reproductive age induces hyperplasia of the ovarian cortex and stroma but not polycystic ovary morphology. Hum Reprod. 2013;28(2):453–461.

79.    Trebay G . He's pregnant. You're speechless. New York Times. 22 June 2008.

80.    Light AD , Obedin-Maliver J , Sevelius JM , Kerns JL . Transgender men who experienced pregnancy after female-to-male gender transitioning. Obstet Gynecol. 2014;124(6):1120–1127.

81.    De Sutter P . Donor inseminations in partners of female-to-male transsexuals: should the question be asked? Reprod Biomed Online. 2003;6(3):382, author reply 282–283.

82.    De Roo C , Tilleman K , T'Sjoen G , De Sutter P . Fertility options in transgender people. Int Rev Psychiatry. 2016;28(1):112–119.

83.    Wennink JMB , Delemarre-van de Waal HA , Schoemaker R , Schoemaker H , Schoemaker J . Luteinizing hormone and follicle stimulating hormone secretion patterns in boys throughout puberty measured using highly sensitive immunoradiometric assays. Clin Endocrinol (Oxf). 1989;31(5):551–564.

84.    Cohen-Kettenis PT , Delemarre-van de Waal HA , Gooren LJG . The treatment of adolescent transsexuals: changing insights. J Sex Med. 2008;5(8):1892–1897.

85.    Delemarre-van de Waal HA , Cohen-Kettenis PT . Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. Eur J Endocrinol. 2006;155:S131–S137.

86.    de Vries ALC , Steensma TD , Doreleijers TAH , Cohen-Kettenis PT . Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011;8(8):2276–2283.

CONFIDENTIAL

87.      Bouman MB , van Zeijl MCT , Buncamper ME , Meijerink WJHJ , van Bodegraven AA , Mullender MG . Intestinal vaginoplasty revisited: a review of surgical techniques, complications, and sexual function. J Sex Med. 2014;11(7):1835–1847.

88.      Carel JC , Eugster EA , Rogol A , Ghizzoni L , Palmert MR , Antoniazzi F , Berenbaum S , Bourguignon JP , Chrousos GP , Coste J , Deal S , de Vries L , Foster C , Heger S , Holland J , Jahnukainen K , Juul A , Kaplowitz P , Lahlou N , Lee MM , Lee P , Merke DP , Neely EK , Oostdijk W , Phillip M , Rosenfield RL , Shulman D , Styne D , Tauber M , Wit JM ; ESPE-LWPES GnRH Analogs Consensus Conference Group . Consensus statement on the use of gonadotropin-releasing hormone analogs in children. Pediatrics. 2009;123(4):e752–e762.

89.      Roth CL , Brendel L , Rückert C , Hartmann K . Antagonistic and agonistic GnRH analogue treatment of precocious puberty: tracking gonadotropin concentrations in urine. Horm Res. 2005;63(5):257–262.

90.      Roth C . Therapeutic potential of GnRH antagonists in the treatment of precocious puberty. Expert Opin Investig Drugs. 2002;11(9):1253–1259.

91.      Tuvemo T . Treatment of central precocious puberty. Expert Opin Investig Drugs. 2006;15(5):495–505.

92.      Schagen SE , Cohen-Kettenis PT , Delemarre-van de Waal HA , Hannema SE . Efficacy and safety of gonadotropin-releasing hormone agonist treatment to suppress puberty in gender dysphoric adolescents. J Sex Med. 2016;13(7):1125–1132.

93.      Manasco PK , Pescovitz OH , Feuillan PP , Hench KD , Barnes KM , Jones J , Hill SC , Loriaux DL , Cutler GB, Jr . Resumption of puberty after long term luteinizing hormone-releasing hormone agonist treatment of central precocious puberty. J Clin Endocrinol Metab. 1988;67(2):368–372.

94.      Klink D , Caris M , Heijboer A , van Trotsenburg M , Rotteveel J . Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. J Clin Endocrinol Metab. 2015;100(2):E270–E275.

95.      Finkelstein JS , Klibanski A , Neer RM . A longitudinal evaluation of bone mineral density in adult men with histories of delayed puberty. J Clin Endocrinol Metab. 1996;81(3):1152–1155.

96.      Bertelloni S , Baroncelli GI , Ferdeghini M , Perri G , Saggese G . Normal volumetric bone mineral density and bone turnover in young men with histories of constitutional delay of puberty. J Clin Endocrinol Metab. 1998;83(12):4280–4283.

97.      Darelid A , Ohlsson C , Nilsson M , Kindblom JM , Mellström D , Lorentzon M . Catch up in bone acquisition in young adult men with late normal puberty. J Bone Miner Res. 2012;27(10):2198–2207.

98.      Mittan D , Lee S , Miller E , Perez RC , Basler JW , Bruder JM . Bone loss following hypogonadism in men with prostate cancer treated with GnRH analogs. J Clin Endocrinol Metab. 2002;87(8):3656–3661.

99.      Saggese G , Bertelloni S , Baroncelli GI , Battini R , Franchi G . Reduction of bone density: an effect of gonadotropin releasing hormone analogue treatment in central precocious puberty. Eur J Pediatr. 1993;152(9):717–720.

CONFIDENTIAL

100.    Neely EK , Bachrach LK , Hintz RL , Habiby RL , Slemenda CW , Feezle L , Pescovitz OH . Bone mineral density during treatment of central precocious puberty. J Pediatr. 1995;127(5):819–822.

101.    Bertelloni S , Baroncelli GI , Sorrentino MC , Perri G , Saggese G . Effect of central precocious puberty and gonadotropin-releasing hormone analogue treatment on peak bone mass and final height in females. Eur J Pediatr. 1998;157(5):363–367.

102.    Thornton P , Silverman LA , Geffner ME , Neely EK , Gould E , Danoff TM . Review of outcomes after cessation of gonadotropin-releasing hormone agonist treatment of girls with precocious puberty. Pediatr Endocrinol Rev. 2014;11(3):306–317.

103.    Lem AJ , van der Kaay DC , Hokken-Koelega AC . Bone mineral density and body composition in short children born SGA during growth hormone and gonadotropin releasing hormone analog treatment. J Clin Endocrinol Metab. 2013;98(1):77–86.

104.    Antoniazzi F , Zamboni G , Bertoldo F , Lauriola S , Mengarda F , Pietrobelli A , Tatò L . Bone mass at final height in precocious puberty after gonadotropin-releasing hormone agonist with and without calcium supplementation. J Clin Endocrinol Metab. 2003;88(3):1096–1101.

105.    Calcaterra V , Mannarino S , Corana G , Codazzi AC , Mazzola A , Brambilla P , Larizza D . Hypertension during therapy with triptorelin in a girl with precocious puberty. Indian J Pediatr. 2013;80(10):884–885.

106.    Siomou E , Kosmeri C , Pavlou M , Vlahos AP , Argyropoulou MI , Siamopoulou A . Arterial hypertension during treatment with triptorelin in a child with Williams-Beuren syndrome. Pediatr Nephrol. 2014;29(9):1633–1636.

107.    Staphorsius AS , Kreukels BPC , Cohen-Kettenis PT , Veltman DJ , Burke SM , Schagen SEE , Wouters FM , Delemarre-van de Waal HA , Bakker J . Puberty suppression and executive functioning: an fMRI-study in adolescents with gender dysphoria. Psychoneuroendocrinology. 2015;56:190–199.

108.    Hough D , Bellingham M , Haraldsen IR , McLaughlin M , Rennie M , Robinson JE , Solbakk AK , Evans NP . Spatial memory is impaired by peripubertal GnRH agonist treatment and testosterone replacement in sheep. Psychoneuroendocrinology. 2017;75:173–182.

109.    Collipp PJ , Kaplan SA , Boyle DC , Plachte F , Kogut MD . Constitutional Isosexual Precocious Puberty. Am J Dis Child. 1964;108:399–405.

110.    Hahn HB, Jr , Hayles AB , Albert A . Medroxyprogesterone and constitutional precocious puberty. Mayo Clin Proc. 1964;39:182–190.

111.    Kaplan SA , Ling SM , Irani NG . Idiopathic isosexual precocity. Am J Dis Child. 1968;116(6):591–598.

112.    Schoen EJ . Treatment of idiopathic precocious puberty in boys. J Clin Endocrinol Metab. 1966;26(4):363–370.

113.    Gooren L . Hormone treatment of the adult transsexual patient. Horm Res. 2005;64(Suppl 2):31–36.

FDC_OFFICIALS_003809

114.    Moore E , Wisniewski A , Dobs A . Endocrine treatment of transsexual people: a review of treatment regimens, outcomes, and adverse effects. J Clin Endocrinol Metab. 2003;88(8):3467–3473.

115.    Krueger RB , Hembree W , Hill M . Prescription of medroxyprogesterone acetate to a patient with pedophilia, resulting in Cushing's syndrome and adrenal insufficiency. Sex Abuse. 2006;18(2):227–228.

116.    Lynch MM , Khandheria MM , Meyer WJ . Retrospective study of the management of childhood and adolescent gender identity disorder using medroxyprogesterone acetate. Int J Transgenderism. 2015;16:201–208.

117.    Tack LJW , Craen M , Dhondt K , Vanden Bossche H , Laridaen J , Cools M . Consecutive lynestrenol and cross-sex hormone treatment in biological female adolescents with gender dysphoria: a retrospective analysis. Biol Sex Differ. 2016;7:14.

118.    Hembree WC , Cohen-Kettenis P , Delemarre-van de Waal HA , Gooren LJ , Meyer WJ 3rd , Spack NP , Tangpricha V , Montori VM ; Endocrine Society . Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab. 2009;94(9):3132–3154.

119.    Mann L , Harmoni R , Power C . Adolescent decision-making: the development of competence. J Adolesc. 1989;12(3):265–278.

120.    Stultiëns L , Goffin T , Borry P , Dierickx K , Nys H . Minors and informed consent: a comparative approach. Eur J Health Law. 2007;14(1):21–46.

121.    Arshagouni P . "But I'm an adult now ... sort of". Adolescent consent in health care decision-making and the adolescent brain. Available at: http://digitalcommons.law.umaryland.edu/cgi/viewcontent.cgi?article=1124&context=jhclp. Accessed 25 June 2017.

122.    NHS. Prescribing of cross-sex hormones as part of the gender identity development service for children and adolescents. Available at: https://www.england.nhs.uk/commissioning/wp-content/uploads/sites/12/2016/08/clinical-com-pol-16046p.pdf. Accessed 14 June 2017.

123.    Ankarberg-Lindgren C , Kriström B , Norjavaara E . Physiological estrogen replacement therapy for puberty induction in girls: a clinical observational study. Horm Res Paediatr. 2014;81(4):239–244.

124.    Olson J , Schrager SM , Clark LF , Dunlap SL , Belzer M . Subcutaneous testosterone: an effective delivery mechanism for masculinizing young transgender men. LGBT Health. 2014;1(3):165–167.

125.    Spratt DI , Stewart I , Savage C , Craig W , Spack NP , Chandler DW , Spratt LV , Eimicke T , Olshan JS . Subcutaneous injection of testosterone is an effective and preferred alternative to intramuscular injection: demonstration in female-to-male transgender patients. J Clin Endocrinol Metab. 2017. doi:10.1210/jc.2017-00359

126.    Eisenegger C , von Eckardstein A , Fehr E , von Eckardstein S . Pharmacokinetics of testosterone and estradiol gel preparations in healthy young men. Psychoneuroendocrinology. 2013;38(2):171–178.

127.    de Ronde W , ten Kulve J , Woerdeman J , Kaufman J-M , de Jong FH . Effects of oestradiol on gonadotrophin levels in normal and castrated men. Clin Endocrinol (Oxf). 2009;71(6):874–879.

CONFIDENTIAL

128.    Money J, Ehrhardt A. Man & woman, boy & girl: differentiation and dimorphism of gender identity from conception to maturity. Baltimore, MD: Johns Hopkins University Press; 1972:202–206.

129.    Heylens G , Verroken C , De Cock S , T'Sjoen G , De Cuypere G . Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. J Sex Med. 2014;11(1):119–126.

130.    Costa R , Colizzi M . The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review. Neuropsychiatr Dis Treat. 2016;12:1953–1966.

131.    Gooren LJG , Giltay EJ . Review of studies of androgen treatment of female-to-male transsexuals: effects and risks of administration of androgens to females. J Sex Med. 2008;5(4):765–776

132.    Levy A , Crown A , Reid R . Endocrine intervention for transsexuals. Clin Endocrinol (Oxf). 2003;59(4):409–418.

133.    Tangpricha V , Ducharme SH , Barber TW , Chipkin SR . Endocrinologic treatment of gender identity disorders. Endocr Pract. 2003;9(1):12–21.

134.    Meriggiola MC , Gava G . Endocrine care of transpeople part I. A review of cross-sex hormonal treatments, outcomes and adverse effects in transmen. Clin Endocrinol (Oxf). 2015;83(5):597–606.

135.    Bhasin S , Cunningham GR , Hayes FJ , Matsumoto AM , Snyder PJ , Swerdloff RS , Montori VM . Testosterone therapy in adult men with androgen deficiency syndromes: an endocrine society clinical practice guideline. J Clin Endocrinol Metab. 2006;91(6):1995–2010.

136.    Pelusi C , Costantino A , Martelli V , Lambertini M , Bazzocchi A , Ponti F , Battista G , Venturoli S , Meriggiola MC . Effects of three different testosterone formulations in female-to-male transsexual persons. J Sex Med. 2014;11(12):3002–3011.

137.    Anderson GL , Limacher M , Assaf AR , Bassford T , Beresford SA , Black H , Bonds D , Brunner R , Brzyski R , Caan B , Chlebowski R , Curb D , Gass M , Hays J , Heiss G , Hendrix S , Howard BV , Hsia J , Hubbell A , Jackson R , Johnson KC , Judd H , Kotchen JM , Kuller L , LaCroix AZ , Lane D , Langer RD , Lasser N , Lewis CE , Manson J , Margolis K , Ockene J , O'Sullivan MJ , Phillips L , Prentice RL , Ritenbaugh C , Robbins J , Rossouw JE , Sarto G , Stefanick ML , Van Horn L , Wactawski-Wende J , Wallace R , Wassertheil-Smoller S ; Women's Health Initiative Steering Committee . Effects of conjugated equine estrogen in postmenopausal women with hysterectomy: the Women's Health Initiative randomized controlled trial. JAMA. 2004;291(14):1701–1712.

138.    Dickersin K , Munro MG , Clark M , Langenberg P , Scherer R , Frick K , Zhu Q , Hallock L , Nichols J , Yalcinkaya TM ; Surgical Treatments Outcomes Project for Dysfunctional Uterine Bleeding (STOP-DUB) Research Group . Hysterectomy compared with endometrial ablation for dysfunctional uterine bleeding: a randomized controlled trial. Obstet Gynecol. 2007;110(6):1279–1289.

139.    Gooren LJ , Giltay EJ , Bunck MC . Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. J Clin Endocrinol Metab. 2008;93(1):19–25.

140.    Prior JC , Vigna YM , Watson D . Spironolactone with physiological female steroids for presurgical therapy of male-to-female transsexualism. Arch Sex Behav. 1989;18(1):49–57.

141.    Dittrich R , Binder H , Cupisti S , Hoffmann I , Beckmann MW , Mueller A . Endocrine treatment of male-to-female transsexuals using gonadotropin-releasing hormone agonist. Exp Clin Endocrinol Diabetes. 2005;113(10):586–592.

142.    Stripp B , Taylor AA , Bartter FC , Gillette JR , Loriaux DL , Easley R , Menard RH . Effect of spironolactone on sex hormones in man. J Clin Endocrinol Metab. 1975;41(4):777–781.

143.    Levy J , Burshell A , Marbach M , Afllalo L , Glick SM . Interaction of spironolactone with oestradiol receptors in cytosol. J Endocrinol. 1980;84(3):371–379.

144.    Wierckx K , Elaut E , Van Hoorde B , Heylens G , De Cuypere G , Monstrey S , Weyers S , Hoebeke P , T'Sjoen G . Sexual desire in trans persons: associations with sex reassignment treatment. J Sex Med. 2014;11(1):107–118.

145.    Chiriacò G , Cauci S , Mazzon G , Trombetta C . An observational retrospective evaluation of 79 young men with long-term adverse effects after use of finasteride against androgenetic alopecia. Andrology. 2016;4(2):245–250.

146.    Gava G , Cerpolini S , Martelli V , Battista G , Seracchioli R , Meriggiola MC . Cyproterone acetate vs leuprolide acetate in combination with transdermal oestradiol in transwomen: a comparison of safety and effectiveness. Clin Endocrinol (Oxf). 2016;85(2):239–246.

147.    Casper RF , Yen SS . Rapid absorption of micronized estradiol-17 beta following sublingual administration. Obstet Gynecol. 1981;57(1):62–64.

148.    Price TM , Blauer KL , Hansen M , Stanczyk F , Lobo R , Bates GW . Single-dose pharmacokinetics of sublingual versus oral administration of micronized 17β-estradiol. Obstet Gynecol. 1997;89(3):340–345.

149.    Toorians AWFT , Thomassen MCLGD , Zweegman S , Magdeleyns EJP , Tans G , Gooren LJG , Rosing J . Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. J Clin Endocrinol Metab. 2003;88(12):5723–5729.

150.    Mepham N , Bouman WP , Arcelus J , Hayter M , Wylie KR . People with gender dysphoria who self-prescribe cross-sex hormones: prevalence, sources, and side effects knowledge. J Sex Med. 2014;11(12):2995–3001.

151.    Richards C , Bouman WP , Seal L , Barker MJ , Nieder TO , T'Sjoen G . Non-binary or genderqueer genders. Int Rev Psychiatry. 2016;28(1):95–102.

152.    Cosyns M , Van Borsel J , Wierckx K , Dedecker D , Van de Peer F , Daelman T , Laenen S , T'Sjoen G . Voice in female-to-male transsexual persons after long-term androgen therapy. Laryngoscope. 2014;124(6):1409–1414.

153.    Deuster D , Matulat P , Knief A , Zitzmann M , Rosslau K , Szukaj M , am Zehnhoff-Dinnesen A , Schmidt CM . Voice deepening under testosterone treatment in female-to-male gender dysphoric individuals. Eur Arch Otorhinolaryngol. 2016;273(4):959–965.

FDC_OFFICIALS_003812

154.    Lapauw B , Taes Y , Simoens S , Van Caenegem E , Weyers S , Goemaere S , Toye K , Kaufman J-M , T'Sjoen GG . Body composition, volumetric and areal bone parameters in male-to-female transsexual persons. Bone. 2008;43(6):1016–1021.

155.    Meyer III WJ , Webb A , Stuart CA , Finkelstein JW , Lawrence B , Walker PA . Physical and hormonal evaluation of transsexual patients: a longitudinal study. Arch Sex Behav. 1986;15(2):121–138.

156.    Asscheman H , Gooren LJ , Assies J , Smits JP , de Slegte R . Prolactin levels and pituitary enlargement in hormone-treated male-to-female transsexuals. Clin Endocrinol (Oxf). 1988;28(6):583–588.

157.    Gooren LJ , Harmsen-Louman W , van Kessel H . Follow-up of prolactin levels in long-term oestrogen-treated male-to-female transsexuals with regard to prolactinoma induction. Clin Endocrinol (Oxf). 1985;22(2):201–207.

158.    Wierckx K , Van Caenegem E , Schreiner T , Haraldsen I , Fisher AD , Toye K , Kaufman JM , T'Sjoen G . Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. J Sex Med. 2014;11(8):1999–2011.

159.    Ott J , Kaufmann U , Bentz EK , Huber JC , Tempfer CB . Incidence of thrombophilia and venous thrombosis in transsexuals under cross-sex hormone therapy. Fertil Steril. 2010;93(4):1267–1272.

160.    Giltay EJ , Hoogeveen EK , Elbers JMH , Gooren LJG , Asscheman H , Stehouwer CDA . Effects of sex steroids on plasma total homocysteine levels: a study in transsexual males and females. J Clin Endocrinol Metab. 1998;83(2):550–553.

161.    van Kesteren PJM , Asscheman H , Megens JAJ , Gooren LJG . Mortality and morbidity in transsexual subjects treated with cross-sex hormones. Clin Endocrinol (Oxf). 1997;47(3):337–343.

162.    Wierckx K , Gooren L , T'Sjoen G . Clinical review: breast development in trans women receiving cross-sex hormones. J Sex Med. 2014;11(5):1240–1247.

163.    Bird D , Vowles K , Anthony PP . Spontaneous rupture of a liver cell adenoma after long term methyltestosterone: report of a case successfully treated by emergency right hepatic lobectomy. Br J Surg. 1979;66(3):212–213.

164.    Westaby D , Ogle SJ , Paradinas FJ , Randell JB , Murray-Lyon IM . Liver damage from long-term methyltestosterone. Lancet. 1977;2(8032):262–263.

165.    Weinand JD , Safer JD . Hormone therapy in transgender adults is safe with provider supervision; a review of hormone therapy sequelae for transgender individuals. J Clin Transl Endocrinol. 2015;2(2):55–60.

166.    Roberts TK , Kraft CS , French D , Ji W , Wu AH , Tangpricha V , Fantz CR . Interpreting laboratory results in transgender patients on hormone therapy. Am J Med. 2014;127(2):159–162.

167.    Vesper HW , Botelho JC , Wang Y . Challenges and improvements in testosterone and estradiol testing. Asian J Androl. 2014;16(2):178–184.

FDC_OFFICIALS_003813

168.    Asscheman H , T'Sjoen G , Lemaire A , Mas M , Meriggiola MC , Mueller A , Kuhn A , Dhejne C , Morel-Journel N , Gooren LJ . Venous thrombo-embolism as a complication of cross-sex hormone treatment of male-to-female transsexual subjects: a review. Andrologia. 2014;46(7):791–795.

169.    Righini M , Perrier A , De Moerloose P , Bounameaux H . D-dimer for venous thromboembolism diagnosis: 20 years later. J Thromb Haemost. 2008;6(7):1059–1071.

170.    Gooren LJ , Assies J , Asscheman H , de Slegte R , van Kessel H . Estrogen-induced prolactinoma in a man. J Clin Endocrinol Metab. 1988;66(2):444–446.

171.    Kovacs K , Stefaneanu L , Ezzat S , Smyth HS . Prolactin-producing pituitary adenoma in a male-to-female transsexual patient with protracted estrogen administration. A morphologic study. Arch Pathol Lab Med. 1994;118(5):562–565.

172.    Serri O , Noiseux D , Robert F , Hardy J . Lactotroph hyperplasia in an estrogen treated male-to-female transsexual patient. J Clin Endocrinol Metab. 1996;81(9):3177–3179.

173.    Cunha FS , Domenice S , Câmara VL , Sircili MH , Gooren LJ , Mendonça BB , Costa EM . Diagnosis of prolactinoma in two male-to-female transsexual subjects following high-dose cross-sex hormone therapy. Andrologia. 2015;47(6):680–684.

174.    Nota NM , Dekker MJHJ , Klaver M , Wiepjes CM , van Trotsenburg MA , Heijboer AC , den Heijer M . Prolactin levels during short- and long-term cross-sex hormone treatment: an observational study in transgender persons. Andrologia. 2017;49(6).

175.    Bunck MC , Debono M , Giltay EJ , Verheijen AT , Diamant M , Gooren LJ . Autonomous prolactin secretion in two male-to-female transgender patients using conventional oestrogen dosages. BMJ Case Rep. 2009;2009:bcr0220091589.

176.    Elamin MB , Garcia MZ , Murad MH , Erwin PJ , Montori VM . Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. Clin Endocrinol (Oxf). 2010;72(1):1–10.

177.    Berra M , Armillotta F , D'Emidio L , Costantino A , Martorana G , Pelusi G , Meriggiola MC . Testosterone decreases adiponectin levels in female to male transsexuals. Asian J Androl. 2006;8(6):725–729.

178.    Elbers JMH , Giltay EJ , Teerlink T , Scheffer PG , Asscheman H , Seidell JC , Gooren LJG . Effects of sex steroids on components of the insulin resistance syndrome in transsexual subjects. Clin Endocrinol (Oxf). 2003;58(5):562–571.

179.    Giltay EJ , Lambert J , Gooren LJG , Elbers JMH , Steyn M , Stehouwer CDA . Sex steroids, insulin, and arterial stiffness in women and men. Hypertension. 1999;34(4 Pt 1):590–597.

180.    Polderman KH , Gooren LJ , Asscheman H , Bakker A , Heine RJ . Induction of insulin resistance by androgens and estrogens. J Clin Endocrinol Metab. 1994;79(1):265–271.

181.    Maraka S. Effect of sex steroids on lipids, venous thromboembolism, cardiovascular disease and mortality in transgender individuals: a systematic review and meta-analysis. Available at: http://press.endocrine.org/doi/abs/10.1210/endo-meetings.2016.RE.15.FRI-136. Accessed 3 July 2017.

FDC_OFFICIALS_003814

182.    Meriggiola MC , Armillotta F , Costantino A , Altieri P , Saad F , Kalhorn T , Perrone AM , Ghi T , Pelusi C , Pelusi G . Effects of testosterone undecanoate administered alone or in combination with letrozole or dutasteride in female to male transsexuals. J Sex Med. 2008;5(10):2442–2453.

183.    Giltay EJ , Toorians AW , Sarabdjitsingh AR , de Vries NA , Gooren LJ . Established risk factors for coronary heart disease are unrelated to androgen-induced baldness in female-to-male transsexuals. J Endocrinol. 2004;180(1):107–112.

184.    Giltay EJ , Verhoef P , Gooren LJG , Geleijnse JM , Schouten EG , Stehouwer CDA . Oral and transdermal estrogens both lower plasma total homocysteine in male-to-female transsexuals. Atherosclerosis. 2003;168(1):139–146.

185.    Calof OM , Singh AB , Lee ML , Kenny AM , Urban RJ , Tenover JL , Bhasin S . Adverse events associated with testosterone replacement in middle-aged and older men: a meta-analysis of randomized, placebo-controlled trials. J Gerontol A Biol Sci Med Sci. 2005;60(11):1451–1457.

186.    Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults . Executive summary of the Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). JAMA. 2001;285(19):2486–2497.

187.    Murad MH , Elamin MB , Garcia MZ , Mullan RJ , Murad A , Erwin PJ , Montori VM . Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf). 2010;72(2):214–231.

188.    Van Caenegem E , Wierckx K , Taes Y , Schreiner T , Vandewalle S , Toye K , Lapauw B , Kaufman JM , T'Sjoen G . Body composition, bone turnover, and bone mass in trans men during testosterone treatment: 1-year follow-up data from a prospective case-controlled study (ENIGI). Eur J Endocrinol. 2015;172(2):163–171.

189.    Turner A , Chen TC , Barber TW , Malabanan AO , Holick MF , Tangpricha V . Testosterone increases bone mineral density in female-to-male transsexuals: a case series of 15 subjects. Clin Endocrinol (Oxf). 2004;61(5):560–566.

190.    van Kesteren P , Lips P , Gooren LJG , Asscheman H , Megens J . Long-term follow-up of bone mineral density and bone metabolism in transsexuals treated with cross-sex hormones. Clin Endocrinol (Oxf). 1998;48(3):347–354.

191.    Van Caenegem E , Taes Y , Wierckx K , Vandewalle S , Toye K , Kaufman JM , Schreiner T , Haraldsen I , T'Sjoen G . Low bone mass is prevalent in male-to-female transsexual persons before the start of cross-sex hormonal therapy and gonadectomy. Bone. 2013;54(1):92–97.

192.    Amin S , Zhang Y , Sawin CT , Evans SR , Hannan MT , Kiel DP , Wilson PW , Felson DT . Association of hypogonadism and estradiol levels with bone mineral density in elderly men from the Framingham study. Ann Intern Med. 2000;133(12):951–963.

193.    Gennari L , Khosla S , Bilezikian JP . Estrogen and fracture risk in men. J Bone Miner Res. 2008;23(10):1548–1551.

CONFIDENTIAL

194.    Khosla S , Melton LJ III , Atkinson EJ , O'Fallon WM , Klee GG , Riggs BL . Relationship of serum sex steroid levels and bone turnover markers with bone mineral density in men and women: a key role for bioavailable estrogen. J Clin Endocrinol Metab. 1998;83(7):2266–2274.

195.    Mueller A , Dittrich R , Binder H , Kuehnel W , Maltaris T , Hoffmann I , Beckmann MW . High dose estrogen treatment increases bone mineral density in male-to-female transsexuals receiving gonadotropin-releasing hormone agonist in the absence of testosterone. Eur J Endocrinol. 2005;153(1):107–113.

196.    Ruetsche AG , Kneubuehl R , Birkhaeuser MH , Lippuner K . Cortical and trabecular bone mineral density in transsexuals after long-term cross-sex hormonal treatment: a cross-sectional study. Osteoporos Int. 2005;16(7):791–798.

197.    Ganly I , Taylor EW . Breast cancer in a trans-sexual man receiving hormone replacement therapy. Br J Surg. 1995;82(3):341.

198.    Pritchard TJ , Pankowsky DA , Crowe JP , Abdul-Karim FW . Breast cancer in a male-to-female transsexual. A case report. JAMA. 1988;259(15):2278–2280.

199.    Symmers WS . Carcinoma of breast in trans-sexual individuals after surgical and hormonal interference with the primary and secondary sex characteristics. BMJ. 1968;2(5597):83–85.

200.    Brown GR . Breast cancer in transgender veterans: a ten-case series. LGBT Health. 2015;2(1):77–80.

201.    Shao T , Grossbard ML , Klein P . Breast cancer in female-to-male transsexuals: two cases with a review of physiology and management. Clin Breast Cancer. 2011;11(6):417–419.

202.    Nikolic DV , Djordjevic ML , Granic M , Nikolic AT , Stanimirovic VV , Zdravkovic D , Jelic S . Importance of revealing a rare case of breast cancer in a female to male transsexual after bilateral mastectomy. World J Surg Oncol. 2012;10:280.

203.    Bösze P , Tóth A , Török M . Hormone replacement and the risk of breast cancer in Turner's syndrome. N Engl J Med. 2006;355(24):2599–2600.

204.    Schoemaker MJ , Swerdlow AJ , Higgins CD , Wright AF , Jacobs PA ; UK Clinical Cytogenetics Group . Cancer incidence in women with Turner syndrome in Great Britain: a national cohort study. Lancet Oncol. 2008;9(3):239–246.

205.    Smith RA , Cokkinides V , Eyre HJ . American Cancer Society guidelines for the early detection of cancer, 2006. CA Cancer J Clin. 2006;56(1):11–25, quiz 49–50.

206.    Wilson JD , Roehrborn C . Long-term consequences of castration in men: lessons from the Skoptzy and the eunuchs of the Chinese and Ottoman courts. J Clin Endocrinol Metab. 1999;84(12):4324–4331.

207.    van Kesteren P , Meinhardt W , van der Valk P , Geldof A , Megens J , Gooren L . Effects of estrogens only on the prostates of aging men. J Urol. 1996;156(4):1349–1353.

208.    Brown JA , Wilson TM . Benign prostatic hyperplasia requiring transurethral resection of the prostate in a 60-year-old male-to-female transsexual. Br J Urol. 1997;80(6):956–957.

209.    Casella R , Bubendorf L , Schaefer DJ , Bachmann A , Gasser TC , Sulser T . Does the prostate really need androgens to grow? Transurethral resection of the prostate in a male-to-female transsexual 25 years after sex-changing operation. Urol Int. 2005;75(3):288–290.

210.    Dorff TB , Shazer RL , Nepomuceno EM , Tucker SJ . Successful treatment of metastatic androgen-independent prostate carcinoma in a transsexual patient. Clin Genitourin Cancer. 2007;5(5):344–346.

211.    Thurston AV . Carcinoma of the prostate in a transsexual. Br J Urol. 1994;73(2):217.

212.    van Harst EP, Newling DW, Gooren LJ, Asscheman H, Prenger DM. Metastatic prostatic carcinoma in a male-to-female transsexual. BJU Int. 1998;81:776.

213.    Turo R , Jallad S , Prescott S , Cross WR . Metastatic prostate cancer in transsexual diagnosed after three decades of estrogen therapy. Can Urol Assoc J. 2013;7(7–8):E544–E546.

214.    Miksad RA , Bubley G , Church P , Sanda M , Rofsky N , Kaplan I , Cooper A . Prostate cancer in a transgender woman 41 years after initiation of feminization. JAMA. 2006;296(19):2316–2317.

215.    Moyer VA ; U.S. Preventive Services Task Force . Screening for prostate cancer: U.S. Preventive Services Task Force recommendation statement. Ann Intern Med. 2012;157(2):120–134.

216.    Futterweit W . Endocrine therapy of transsexualism and potential complications of long-term treatment. Arch Sex Behav. 1998;27(2):209–226.

217.    Miller N , Bédard YC , Cooter NB , Shaul DL . Histological changes in the genital tract in transsexual women following androgen therapy. Histopathology. 1986;10(7):661–669.

218.    O'Hanlan KA , Dibble SL , Young-Spint M . Total laparoscopic hysterectomy for female-to-male transsexuals. Obstet Gynecol. 2007;110(5):1096–1101.

219.    Dizon DS , Tejada-Berges T , Koelliker S , Steinhoff M , Granai CO . Ovarian cancer associated with testosterone supplementation in a female-to-male transsexual patient. Gynecol Obstet Invest. 2006;62(4):226–228.

220.    Hage JJ , Dekker JJML , Karim RB , Verheijen RHM , Bloemena E . Ovarian cancer in female-to-male transsexuals: report of two cases. Gynecol Oncol. 2000;76(3):413–415.

221.    Mueller A , Gooren L . Hormone-related tumors in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol. 2008;159(3):197–202.

222.    Coleman E , Bockting W , Botzer M , Cohen-Kettenis P , DeCuypere G , Feldman J , Fraser L , Green J , Knudson G , Meyer WJ , Monstrey S , Adler RK , Brown GR , Devor AH , Ehrbar R , Ettner R , Eyler E , Garofalo R , Karasic DH , Lev AI , Mayer G , Meyer-Bahlburg H , Hall BP , Pfaefflin F , Rachlin K , Robinson B , Schechter LS , Tangpricha V , van Trotsenburg M , Vitale A , Winter S , Whittle S , Wylie KR , Zucker K . Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism. 2012;13:165–232.

223.    Colebunders B , D'Arpa S , Weijers S , Lumen N , Hoebeke P , Monstrey S . Female-to-male gender reassignment surgery. In: Ettner R, Monstrey S, Coleman E, eds. Principles of Transgender Medicine and Surgery. 2nd ed. New York, NY: Routledge Taylor & Francis Group; 2016:279–317.

224.    Monstrey S , Hoebeke P , Dhont M , De Cuypere G , Rubens R , Moerman M , Hamdi M , Van Landuyt K , Blondeel P . Surgical therapy in transsexual patients: a multi-disciplinary approach. Acta Chir Belg. 2001;101(5):200–209.

225.    Selvaggi G , Ceulemans P , De Cuypere G , VanLanduyt K , Blondeel P , Hamdi M , Bowman C , Monstrey S . Gender identity disorder: general overview and surgical treatment for vaginoplasty in male-to-female transsexuals. Plast Reconstr Surg. 2005;116(6):135e–145e.

226.    Tugnet N , Goddard JC , Vickery RM , Khoosal D , Terry TR . Current management of male-to-female gender identity disorder in the UK. Postgrad Med J. 2007;83(984):638–642.

227.    Horbach SER , Bouman M-B , Smit JM , Özer M , Buncamper ME , Mullender MG . Outcome of vaginoplasty in male-to-female transgenders: a systematic review of surgical techniques. J Sex Med. 2015;12(6):1499–1512.

228.    Wroblewski P , Gustafsson J , Selvaggi G . Sex reassignment surgery for transsexuals. Curr Opin Endocrinol Diabetes Obes. 2013;20(6):570–574.

229.    Morrison SD , Satterwhite T , Grant DW , Kirby J , Laub DR, Sr , VanMaasdam J . Long-term outcomes of rectosigmoid neocolporrhaphy in male-to-female gender reassignment surgery. Plast Reconstr Surg. 2015;136(2):386–394.

230.    Dessy LA , Mazzocchi M , Corrias F , Ceccarelli S , Marchese C , Scuderi N . The use of cultured autologous oral epithelial cells for vaginoplasty in male-to-female transsexuals: a feasibility, safety, and advantageousness clinical pilot study. Plast Reconstr Surg. 2014;133(1):158–161.

231.    Li FY , Xu YS , Zhou CD , Zhou Y , Li SK , Li Q . Long-term outcomes of vaginoplasty with autologous buccal micromucosa. Obstet Gynecol. 2014;123(5):951–956.

232.    Kanhai RC . Sensate vagina pedicled-spot for male-to-female transsexuals: the experience in the first 50 patients. Aesthetic Plast Surg. 2016;40(2):284–287.

233.    Straayer C . Transplants for transsexuals? Ambitions, concerns, ideology. Paper presented at: Trans*Studies: An International Transdisciplinary Conference on Gender, Embodiment, and Sexuality; 7–10 September 2016; University of Arizona, Tucson, AZ.

234.    Bucci S , Mazzon G , Liguori G , Napoli R , Pavan N , Bormioli S , Ollandini G , De Concilio B , Trombetta C. Neovaginal prolapse in male-to-female transsexuals: an 18-year-long experience. Biomed Res Int. 2014;2014:240761.

235.    Raigosa M , Avvedimento S , Yoon TS , Cruz-Gimeno J , Rodriguez G , Fontdevila J . Male-to-female genital reassignment surgery: a retrospective review of surgical technique and complications in 60 patients. J Sex Med. 2015;12(8):1837–1845.

236.    Green R . Sexual functioning in post-operative transsexuals: male-to-female and female-to-male. Int J Impot Res. 1998;10(Suppl 1):S22–S24.

237.    Hess J , Rossi Neto R , Panic L , Rübben H , Senf W . Satisfaction with male-to-female gender reassignment surgery. Dtsch Arztebl Int. 2014;111(47):795–801.

FDC_OFFICIALS_003818

238.    Nygren U , Nordenskjold A , Arver S , Sodersten M . Effects on voice fundamental frequency and satisfaction with voice in trans men during testosterone treatment—a longitudinal study. J Voice. 2016;30(6):766.e23-766.e34.

239.    Becking AG , Tuinzing DB , Hage JJ , Gooren LJG . Transgender feminization of the facial skeleton. Clin Plast Surg. 2007;34(3):557–564.

240.    Giraldo F , Esteva I , Bergero T , Cano G , González C , Salinas P , Rivada E , Lara JS , Soriguer F ; Andalusia Gender Team . Corona glans clitoroplasty and urethropreputial vestibuloplasty in male-to-female transsexuals: the vulval aesthetic refinement by the Andalusia Gender Team. Plast Reconstr Surg. 2004;114(6):1543–1550.

241.    Goddard JC , Vickery RM , Terry TR . Development of feminizing genitoplasty for gender dysphoria. J Sex Med. 2007;4(4 Pt 1):981–989.

242.    Hage JJ , de Graaf FH , Bouman FG , Bloem JJAM . Sculpturing the glans in phalloplasty. Plast Reconstr Surg. 1993;92(1):157–161, discussion 162.

243.    Thiagaraj D , Gunasegaram R , Loganath A , Peh KL , Kottegoda SR , Ratnam SS . Histopathology of the testes from male transsexuals on oestrogen therapy. Ann Acad Med Singapore. 1987;16(2):347–348.

244.    Monstrey SJ , Ceulemans P , Hoebeke P . Sex reassignment surgery in the female-to-male transsexual. Semin Plast Surg. 2011;25(3):229–244.

245.    Perovic SV , Djinovic R , Bumbasirevic M , Djordjevic M , Vukovic P . Total phalloplasty using a musculocutaneous latissimus dorsi flap. BJU Int. 2007;100(4):899–905, discussion 905.

246.    Vesely J , Hyza P , Ranno R , Cigna E , Monni N , Stupka I , Justan I , Dvorak Z , Novak P , Ranno S . New technique of total phalloplasty with reinnervated latissimus dorsi myocutaneous free flap in female-to-male transsexuals. Ann Plast Surg. 2007;58(5):544–550.

247.    Ranno R , Veselý J , Hýza P , Stupka I , Justan I , Dvorák Z , Monni N , Novák P , Ranno S . Neo-phalloplasty with re-innervated latissimus dorsi free flap: a functional study of a novel technique. Acta Chir Plast. 2007;49(1):3–7.

248.    Garcia MM , Christopher NA , De Luca F , Spilotros M , Ralph DJ . Overall satisfaction, sexual function, and the durability of neophallus dimensions following staged female to male genital gender confirming surgery: the Institute of Urology, London U.K. experience. Transl Androl Urol. 2014;3(2):156–162.

249.    Chen H-C , Gedebou TM , Yazar S , Tang Y-B . Prefabrication of the free fibula osteocutaneous flap to create a functional human penis using a controlled fistula method. J Reconstr Microsurg. 2007;23(3):151–154.

250.    Hoebeke PB , Decaestecker K , Beysens M , Opdenakker Y , Lumen N , Monstrey SM . Erectile implants in female-to-male transsexuals: our experience in 129 patients. Eur Urol. 2010;57(2):334–341.

251.    Hage JJ . Metaidoioplasty: an alternative phalloplasty technique in transsexuals. Plast Reconstr Surg. 1996;97(1):161–167.

FDC_OFFICIALS_003819

252.    Cohanzad S . Extensive metoidioplasty as a technique capable of creating a compatible analogue to a natural penis in female transsexuals. Aesthetic Plast Surg. 2016;40(1):130–138.

253.    Selvaggi G , Hoebeke P , Ceulemans P , Hamdi M , Van Landuyt K , Blondeel P , De Cuypere G , Monstrey S . Scrotal reconstruction in female-to-male transsexuals: a novel scrotoplasty. Plast Reconstr Surg. 2009;123(6):1710–1718.

254.    Bjerrome Ahlin H , Kölby L , Elander A , Selvaggi G . Improved results after implementation of the Ghent algorithm for subcutaneous mastectomy in female-to-male transsexuals. J Plast Surg Hand Surg. 2014;48(6):362–367.

255.    Wolter A , Diedrichson J , Scholz T , Arens-Landwehr A , Liebau J . Sexual reassignment surgery in female-to-male transsexuals: an algorithm for subcutaneous mastectomy. J Plast Reconstr Aesthet Surg. 2015;68(2):184–191.

256.    Richards C , Barrett J . The case for bilateral mastectomy and male chest contouring for the female-to-male transsexual. Ann R Coll Surg Engl. 2013;95(2):93–95.

257.    Sutcliffe PA , Dixon S , Akehurst RL , Wilkinson A , Shippam A , White S , Richards R , Caddy CM . Evaluation of surgical procedures for sex reassignment: a systematic review. J Plast Reconstr Aesthet Surg. 2009;62(3):294–306, discussion 306–308.

258.    Selvaggi G , Elander A . Penile reconstruction/formation. Curr Opin Urol. 2008;18(6):589–597.

259.    Dhejne C , Lichtenstein P , Boman M , Johansson ALV , Långström N , Landén M . Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLoS One. 2011;6(2):e16885.

260.    Kuhn A , Bodmer C , Stadlmayr W , Kuhn P , Mueller MD , Birkhäuser M . Quality of life 15 years after sex reassignment surgery for transsexualism. Fertil Steril. 2009;92(5):1685–1689.e3.

261.    Papadopulos NA , Lellé JD , Zavlin D , Herschbach P , Henrich G , Kovacs L , Ehrenberger B , Kluger AK , Machens HG , Schaff J . Quality of life and patient satisfaction following male-to-female sex reassignment surgery. J Sex Med. 2017;14(5):721–730.

262.    Simonsen RK , Hald GM , Kristensen E , Giraldi A . Long-term follow-up of individuals undergoing sex-reassignment surgery: somatic morbidity and cause of death. Sex Med. 2016;4(1):e60–e68.

263.    Djordjevic ML , Bizic MR , Duisin D , Bouman MB , Buncamper M . Reversal Surgery in regretful male-to-female transsexuals after sex reassignment surgery. J Sex Med. 2016;13(6):1000–1007.

264.    Liberopoulos EN , Florentin M , Mikhailidis DP , Elisaf MS . Compliance with lipid-lowering therapy and its impact on cardiovascular morbidity and mortality. Expert Opin Drug Saf. 2008;7(6):717–725.

265.    Forbes SS , Stephen WJ , Harper WL , Loeb M , Smith R , Christoffersen EP , McLean RF . Implementation of evidence-based practices for surgical site infection prophylaxis: results of a pre- and postintervention study. J Am Coll Surg. 2008;207(3):336–341.

266.    Davis PJ , Spady D , de Gara C , Forgie SE . Practices and attitudes of surgeons toward the prevention of surgical site infections: a provincial survey in Alberta, Canada. Infect Control Hosp Epidemiol. 2008;29(12):1164–1166.

CONFIDENTIAL