## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

REIYN KEOHANE,      )
            )
 *Plaintiff*,       )
            )
v.           ) **Case No. 4:24-cv-00434-AW-MAF**
            )
RICKY D. DIXON, *et al.*,    )
            )
 *Defendants*.      )

## THE FDC OFFICIALS' NOTICE OF
## WITHDRAWAL OF EXHAUSTION DEFENSE

Defendants Ricky D. Dixon, in his official capacity as Secretary of the Florida Department of Corrections ("FDC"), Clayton Weiss, in his official capacity as Health Services Director of the Florida Department of Corrections ("Weiss"), and Gary Hewett, in his official capacity as Warden of Wakulla Correctional Institution ("Hewett" and, together with FDC and Weiss, the "FDC Officials"), hereby provide notice that the FDC Officials withdraw their arguments related to exhaustion of administrative remedies as detailed in the FDC Officials' Motion to Dismiss, Reply in Support of Motion to Dismiss, and Response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. (Docs. 26, 28, 29, 38, 41). As such the FDC Officials will not pursue an affirmative defense of exhaustion of administrative remedies under the Prison Litigation Reform Act related to the September 30, 2024, notice concerning Health Services Bulletin 15.05.23 as it

applies to Plaintiff Reiyn Keohane in this particular case. The FDC Officials hereby preserve and does not waive any defense associated with the failure to exhaust administrative remedies as to any other person concerning HSB 15.05.23, any other FDC or State policy, procedure, or practice, or any other defense as to Plaintiff under the current operative pleading.

Respectfully submitted this the 9th day of December 2024.

/s/ Kenneth S. Steely
Kenneth S. Steely
*One of the Attorneys for the State*

William R. Lunsford
Kenneth S. Steely
William J. Cranford III
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
kenneth.steely@butlersnow.com
will.cranford@butlersnow.com

*Attorneys for Ricky D. Dixon, Clayton Weiss, and Gary Hewett*

Daniel A. Johnson (Florida Bar No. 91175)
**FLORIDA DEPARTMENT OF CORRECTIONS**
501 South Calhoun Street
Tallahassee, FL 32399-2500
Telephone: (850) 717-3605
dan.johnson@fdc.myflorida.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 9th day of December, 2024:

Daniel B. Tilley (Florida Bar No. 102882)
Samantha J. Past (Florida Bar No. 1054519)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
spast@aclufl.org

Li Nowlin-Sohl (Admitted in Washington only)*
Leslie Cooper
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org
*Pro Hac Vice admission pending*

*Attorneys for Plaintiffs*

/s/ Kenneth S. Steely
*Of Counsel*

3