## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**REIYN KEOHANE,**

     **Plaintiff,**

**v.**                                               **Case No. 4:24-cv-434-AW-MAF**

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

     **Defendants.**

_____/

## SCHEDULING ORDER

Having considered the parties' Rule 26(f) report (ECF No. 59), the court now ORDERS the following:

1.    The bench trial remains in the trial period that begins on November 4, 2025.

2.    The deadline to complete discovery (fact and expert) remains June 27, 2025.

3.    The deadline for dispositive motions is extended to 28 days after the close of discovery.

4.    The deadline to move for class certification is April 9, 2025. The deadline to respond is 30 days after filing.

5.    The deadlines for expert disclosures are as set out in the parties' Rule 26(f) report.

6.    The parties' Rule 26(f) report will control the matters it addresses, except to the extent of any conflict with this order. On matters not addressed in this order or the parties' Rule 26(f) report, the Initial Scheduling Order (ECF No. 56) remains effective.

7.    Consistent with Rule 30, each side will be limited to ten depositions absent a stipulation for more. If, after exhausting all ten, a party contends more are necessary, that party may move for additional depositions. Any motion seeking more depositions must show not only that the proposed additional depositions are necessary but also that all ten previously taken were necessary.

8.    Each party must supplement its Rule 26 disclosures promptly after a supplement becomes necessary. *See* Fed. R. Civ. P. 26(e). Each party must supplement in time to ensure the opposing party is not prejudiced by any failure to supplement immediately after the information was (or should have been) discovered.

9.    Deadlines will be determined based on this order, other applicable orders, and governing rules. Text in the clerk's docket entries are for the clerk's internal use and are not controlling.

10.    A separate order for pretrial conference (to be issued later) will set a deadline for a pretrial attorney conference. That deadline will also be the deadline for Rule 26(a)(3) disclosures. The deadline to object under Rule 26(a)(3) is seven days later.

11.    Any motion in limine or other pretrial motion must be filed no later than 15 days before the pretrial conference. A response to any motion in limine or other pretrial motion must be filed within the deadline set out in Local Rule 7.1(E), but must also be filed no later than five days before the pretrial conference.

SO ORDERED on February 4, 2025.

s/ *Allen Winsor*
United States District Judge