IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REIYN KEOHANE, | : |
| *Plaintiff*, | : |
| v. | : Case No. 4:24-cv-434 |
| RICKY D. DIXON, in his official capacity as Secretary of the Florida Department of Corrections; CLAYTON WEISS in his official capacity as Health Services Director of the Florida Department of Corrections; GARY HEWETT, in his official capacity as Warden of Wakulla Correctional Institution, | : |
| *Defendants*. | : |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Michelle Fraling respectfully moves this Court for leave to appear pro hac vice on behalf of Reiyn Keohane ("Plaintiff") and the proposed class members, and states as follows:

1. Plaintiff has retained the law firm of the American Civil Liberties Union Foundation of Florida ("ACLU-FL") to represent her in this matter, together with the American Civil Liberties Union Foundation ("ACLU").

1

2. I reside in Washington D.C., I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3. I am an attorney with the ACLU, and regularly practice law out of the ACLU's office in Washington D.C.

4. I am licensed to practice law in Washington D.C. and am an active member in good standing of the Washington D.C. Bar (Member No. 90017463). A Certificate of Current Status is attached as Exhibit A.

5. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND17392043922530.

6. I have reviewed the CM/ECF Attorney User's Guide.

7. I have paid the required pro hac vice fee concurrent with the filing of this motion.

WHEREFORE, Michelle Fraling respectfully moves this Court for leave to appear pro hac vice on behalf of Plaintiff.

Dated: February 10, 2025                /s/ Michelle Fraling
                                        Michelle Fraling
                                        AMERICAN CIVIL LIBERTIES UNION
                                        FOUNDATION
                                        915 15th Street NW, 6th Floor
                                        Washington D.C., 20005
                                        (917) 710-3245
                                        michelle.fraling@aclu.org