IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE,**

    **Plaintiff,**

vs.                                                             Case No. 4:24-cv-434-AW-MAF

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## O R D E R

Attorney Michelle Fraling with the American Civil Liberties Union filed a motion for leave to appear *pro hac vice* as counsel for Plaintiff. ECF No. 61. The motion and attached exhibit demonstrate Attorney Fraling is a member in good standing of the bar of the District of Columbia where she resides and regularly practices law, has completed the tutorials for the Local Rules of this Court and CM/ECF, and has paid the required admission fee. The motion complies with N.D. Fla. Loc. R. 11.1(C).

Accordingly, it is

**ORDERED**:

The Motion for Leave to Appear *Pro Hac Vice*, ECF No. 61, is **GRANTED.** Michelle Fraling of the American Civil Liberties Union is admitted *pro hac vice* to represent the Plaintiff pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** on February 12, 2025.

        <u>s/   Martin A. Fitzpatrick</u>
        **MARTIN A. FITZPATRICK**
        **UNITED STATES MAGISTRATE JUDGE**