IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE, et al.,**

    **Plaintiffs,**

v.                                         Case No. 4:24-cv-434-AW-MAF

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING LEAVE TO AMEND

Plaintiff's unopposed motion for leave to file an amended complaint (ECF No. 64) is GRANTED. The Second Amended Complaint (ECF No. 64-1) is deemed filed as of the date of this order.

SO ORDERED on March 13, 2025.

                                                  s/ *Allen Winsor*
                                                  United States District Judge