# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **REIYN KEOHANE,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00434-AW-MAF |
| | ) |
| **RICKY D. DIXON,** *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

### THIRD DECLARATION OF DR. DANNY MARTINEZ, MD, MPH

I, Danny Martinez, M.D., pursuant to 28 U.S.C. § 1746, hereby make the following Declaration under penalty of perjury, declare that the statements made below are true, and state as follows:

1. I am over the age of eighteen (18) years and make this Third Declaration based on personal knowledge.

2. I currently serve as the Chief of Medical Services for the Florida Department of Corrections ("FDC" or the "Department"). In my role as Chief of Medical Services, I bear responsibility for overseeing the medical treatment provided to all inmates in FDC custody, including those inmates diagnosed with gender dysphoria and other similar conditions. Additionally, as provided by HSB 15.05.23 (Doc. 4-4), based on my position as Chief of Medical Services, I serve on a team of Office of Health Services ("OHS") personnel responsible for evaluating

variance requests for cross-sex hormone treatment (the Gender Dysphoria Variance Team "GDVT"). (Id.).

3. Under HSB 15.05.23, inmates who are diagnosed with gender dysphoria receive evaluations (or reevaluations if diagnosed under the previous policy) from the Multidisciplinary Serves Team ("MDST") to determine whether cross-sex hormone treatment is medically necessary. Then, if the MDST determines cross-sex hormones to be medically necessary, the team submits a recommendation to the GDVT for final approval.

4. On February 20, 2025, Named Plaintiff Keohane completed the reevaluation process under HSB 15.05.23, and received a variance from the GDVT to continue receiving cross-sex hormone treatment. A copy of Plaintiff Keohane's approved variance is attached as Exhibit A.

5. As of May 1, 2025, FDC and its contracted medical provider completed the reevaluation process under HSB 15.05.23 with respect to eleven inmates (including Named Plaintiff Keohane). Of those eleven inmates, all received variances based on the medical providers' conclusions that hormone treatment remained medically necessary for those inmates. No inmate received a discontinuation of hormone treatment. A copy of the approved variances are attached as composite Exhibit B.

6. As of May 1, 2025, one additional inmate completed the reevaluation process and a recommendation to continue cross-sex hormones has been submitted by the MDST for approval from the GDVT.

7. Overall, from a review of FDC records, as of May 1, 2025, FDC incarcerates 258 inmates diagnosed with gender dysphoria. Of the 258 inmates, 135 receive cross-sex hormones, while 123 do not currently receive cross-sex hormones. Of the 135 that receive cross-sex hormones, 120 require an evaluation by the MDST, eleven received a variance from the GDVT, two require the full evaluation under HSB 15.05.23, one has been submitted to the GDVT for approval, and one inmate is temporarily out of FDC custody in a county jail. For the 123 not currently prescribed cross-sex hormone treatment, 98 require an evaluation by the MDST.

8. FDC continues to provide access to cross-sex hormones for inmates who obtained a prescription under the previous procedure and inmates who enter FDC custody with a reported or documented history of gender dysphoria and a prescription for cross-sex hormone treatment. This includes the Named Plaintiffs Mendoza, Jackson, and Boothe.

9. Diamond/Coleman remains the sole Named Plaintiff not currently receiving hormone treatment. Inmate Diamond/Coleman continues to be evaluated under HSB 15.05.23 and will receive an individualized assessment to determine if cross-sex hormone treatment is medical necessary. Inmates at FDC facilities

requiring evaluations under HSB 15.05.23 have been prioritized, and Plaintiff Diamond/Coleman is listed as priority one to receive an evaluation at Wakulla Correctional Institution.

10. As of May 1, 2025, no inmate in FDC custody has been removed from cross-sex hormone treatment under HSB 15.05.23.

11. Social transitioning is defined broadly and inconsistently within medical literature. A review of the literature fails to conclude that social transitioning represents medically necessary treatment for gender dysphoria.

12. As of May 1, 2025, no FDC inmate received a determination by a treating medical professional that social accommodations or alternate canteen items were medically necessary treatment for gender dysphoria.

13. While HSB 15.05.23 does not address social transitioning accommodations, should a determination be made by FDC medical providers that social accommodations represent a medically necessary treatment for a particular inmate, FDC will provide them to the extent medically necessary.

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Date: May 6, 2025

Danny Martinez, MD, MPH

# EXHIBIT A



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

TO: Rafael Tapia, Psy.D., Psychological Services Director, Wakulla Annex

FROM: Gender Dysphoria Variance Team

DATE: February 20, 2025

SUBJECT: Variance Determination for Reiyn J. Keohane, Y55036

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on February 11, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for cross-sex hormones to treat symptoms of gender dysphoria.

*Kline, PsyD.*
_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor

501 SOUTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32399-2500
FDC.MYFLORIDA.COM

# EXHIBIT B



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

TO: Rafael Tapia, Psy.D., Psychological Services Director, ▮

FROM: Gender Dysphoria Variance Team

DATE: April 21, 2025

SUBJECT: Variance Determination for ▮

---

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on April 18, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for the continued use of cross-sex hormones to treat symptoms of gender dysphoria.

_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor

501 SOUTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32399-2500
FDC.MYFLORIDA.COM



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

TO: Brandon Holland, Psy.D., Psychological Services Director, ▓▓▓▓▓

FROM: Gender Dysphoria Variance Team

DATE: April 21, 2025

SUBJECT: Variance Determination for ▓▓▓▓▓▓▓▓▓▓▓

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on April 18, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for the continued use of cross-sex hormones to treat symptoms of gender dysphoria.

_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor

CONFIDENTIAL         FDC_OFFICIALS_019758



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

TO: Rafael Tapia, Psy.D., Psychological Services Director, ▮

FROM: Gender Dysphoria Variance Team

DATE: April 21, 2025

SUBJECT: Variance Determination for ▮

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on April 18, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for the continued use of cross-sex hormones to treat symptoms of gender dysphoria.

_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

TO: Rafael Tapia, Psy.D., Psychological Services Director, █████

FROM: Gender Dysphoria Variance Team

DATE: February 20, 2025

SUBJECT: Variance Determination for ████████████

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on February 11, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for cross-sex hormones to treat symptoms of gender dysphoria.

_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor

501 SOUTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32399-2500
FDC.MYFLORIDA.COM

CONFIDENTIAL                FDC_OFFICIALS_019760



**GOVERNOR**
**RON DESANTIS**

**SECRETARY**
**RICKY DIXON**

TO: Brandon Holland, Psy.D., Psychological Services Director, ▮

FROM: Gender Dysphoria Variance Team

DATE: April 21, 2025

SUBJECT: Variance Determination for ▮

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on April 18, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for the continued use of cross-sex hormones to treat symptoms of gender dysphoria.

_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez, MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor



**GOVERNOR**
**RON DESANTIS**

**SECRETARY**
**RICKY DIXON**

TO: Brandon Holland, Psy.D., Psychological Services Director, ▮

FROM: Gender Dysphoria Variance Team

DATE: April 21, 2025

SUBJECT: Variance Determination for ▮

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on April 18, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for the continued use of cross-sex hormones to treat symptoms of gender dysphoria.

_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor



**GOVERNOR**
**RON DESANTIS**

**SECRETARY**
**RICKY DIXON**

| | |
|---|---|
| TO: | Rafael Tapia, Psy.D., Psychological Services Director, ▇▇▇ |
| FROM: | Gender Dysphoria Variance Team |
| DATE: | February 20, 2025 |
| SUBJECT: | Variance Determination for ▇▇▇ |

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on February 11, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for cross-sex hormones to treat symptoms of gender dysphoria.

_Kline, Psy.D._
—————————————
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_[signature]_
—————————————
Danny Martinez MD, MPH
Chief of Medical Services

_[signature]_
—————————————
Kalem Santiago, MD
Chief Clinical Advisor



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

TO: Brandon Holland, Psy.D., Psychological Services Director, ███

FROM: Gender Dysphoria Variance Team

DATE: February 20, 2025

SUBJECT: Variance Determination for ███

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on February 11, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for cross-sex hormones to treat symptoms of gender dysphoria.

*Signature: Kline, Psy.D.*
Suzonne M. Kline, PsyD
Chief of Mental Health Services

*Signature*
Danny Martinez MD, MPH
Chief of Medical Services

*Signature*
Kalem Santiago, MD
Chief Clinical Advisor

501 SOUTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32399-2500
FDC.MYFLORIDA.COM

CONFIDENTIAL           FDC_OFFICIALS_019748



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

TO: George Emanoilidis, Psy.D, Psychological Services Director, ▮

FROM: Gender Dysphoria Variance Team

DATE: April 21, 2025

SUBJECT: Variance Determination for ▮

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on April 18, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for the continued use of cross-sex hormones to treat symptoms of gender dysphoria.

_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

TO: George Emanoilidis, Psy.D, Psychological Services Director, ▮

FROM: Gender Dysphoria Variance Team

DATE: April 21, 2025

SUBJECT: Variance Determination for ▮

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on April 18, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for the continued use of cross-sex hormones to treat symptoms of gender dysphoria.

_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor



**FLORIDA DEPARTMENT OF CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

TO: Rafael Tapia, Psy.D., Psychological Services Director, Wakulla Annex

FROM: Gender Dysphoria Variance Team

DATE: February 20, 2025

SUBJECT: Variance Determination for Reiyn J. Keohane, Y55036

Per Health Services Bulletin 15.05.23, the Gender Dysphoria Variance Team (GDVT) consisting of the Chief of Medical Services, Chief of Mental Health Services and the Chief Clinical Advisor met on February 11, 2025 to discuss the evaluation and recommendations for continued use of cross-sex hormones to treat Gender Dysphoria.

Based on a review of available information, the GDVT agrees with the recommendation for cross-sex hormones to treat symptoms of gender dysphoria.

_SKline, PsyD._
_____
Suzonne M. Kline, PsyD
Chief of Mental Health Services

_____
Danny Martinez MD, MPH
Chief of Medical Services

_____
Kalem Santiago, MD
Chief Clinical Advisor

501 SOUTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32399-2500
FDC.MYFLORIDA.COM