# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **REIYN KEOHANE,** | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 4:24-cv-00434-AW-MAF |
| **RICKY D. DIXON,** *et al.*, | ) |
| *Defendants*. | ) |

## DECLARATION OF DR. KRISTOPHER KALIEBE, MD

I, Kristopher Kaliebe, M.D., pursuant to 28 U.S.C. § 1746, hereby make the following Declaration under penalty of perjury, declare that the statements made below are true, and state as follows:

1. I am over the age of eighteen (18) years and make this Declaration based on personal knowledge.

2. I have been retained by counsel for the defendants as an expert in connection with the above-captioned matter. If called to testify in this matter, I would testify truthfully and based on my expert opinion. I am being compensated at a rate of $450 per hour. Depositions and testimony are billed in 4-hour increments. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony that I provide.

3. I am a professor at the University of South Florida in Tampa, Florida. I am Board Certified in Psychiatry, Child and Adolescent Psychiatry, and Forensic

Psychiatry. My clinical work has been primarily in university-based clinics, Federally Qualified Health Centers, and juvenile corrections.

4. I earned my medical degree in 1999 and subsequently completed general psychiatry, child and adolescent psychiatry, and forensic psychiatry training. This training includes education in human biology, human sexuality, development, brain functioning, normal development, and psychopathology. Gender dysphoria (then labeled "gender identity disorder") and gender dysphoria treatment were part of my professional training.

5. From 2005 to 2016, I was Assistant Professor at Louisiana State University Health Science Center – New Orleans. I was the training director of the LSU Child Psychiatry Fellowship for 2 years. From 2016 to August 2023, I was an Associate Professor at the University of South Florida, where my clinical roles mainly included University clinics, working with juvenile corrections and supporting primary care physicians through the Florida Medicaid Psychiatric Medication hotline. I have also worked in adult corrections, at the Orleans Parish Prison. I cover on-call at Tampa General Hospital. I also practice forensic psychiatry, working on both child and adult cases in both criminal and civil court. I also teach forensic psychiatry. I was promoted to full professor at the University of South Florida effective August 1, 2023.

6. I work in two university-based training clinics. As a supervising physician at the University of South Florida's Outpatient Clinic and Silver Child

2

Development Center, my role is to function as a clinical supervisor and instructor. Psychiatry residents and Child Psychiatry residents serve as the primary patient evaluators and clinicians. I also evaluate new patients directly and then see patients as needed. I oversee the residents' work product and function as the physician of record. In these clinics I evaluate and treat patients with gender dysphoria. In addition to these direct clinical experiences, my duties include training residents regarding the treatment of patients, including those with gender dysphoria.

7. Within the juvenile justice system, I also evaluate and treat patients with gender dysphoria. I have also been consulted to provide a second opinion and coordinate care regarding a patient with gender dysphoria in the Louisiana juvenile correctional system.

8. I have extensive teaching experience, including teaching medical students, general psychiatry residents, child and adolescent psychiatry fellows, and forensic psychiatry fellows. I received years of extensive positive feedback from medical students and psychiatrist residents.

9. I practice and support conventional medicine, and I have also strongly advocated for the expansion of Federally Qualified Health Centers, along with improved collaboration of mental health with primary care. (Kaliebe 2016; Kaliebe 2017.)

10. My support of, and attempts to improve conventional medicine, are balanced by a healthy degree of caution. The history of medicine is filled with

3

examples of the harms that can come with unproven, unnecessary, aggressive, or counterproductive interventions. As such, I've presented twice at the Preventing Overdiagnosis conference.

11. I am a member of the American Academy of Child and Adolescent Psychiatry, the American Academy of Psychiatry, and the Law and the American Psychiatric Association.

12. I am a member of Heterodox Academy, and I co-chair their Campus Community at the University of South Florida. I presented at the conference in June of 2024. I have been most active in the American Academy of Child and Adolescent Psychiatry (AACAP). I was awarded status as a Distinguished Fellow at AACAP in 2016. I first presented regarding media at the 2004 AACAP annual conference and have now presented at the annual conference 26 times. I served as co-chair of the Media Committee from 2013 to 2021 and was an author on the AACAP's clinical practice guidelines for telepsychiatry. I served as the Liaison from AACAP to the American Academy of Pediatrics from 2016 to 2022. I have also served AACAP in the state affiliates, acting as the Louisiana Council for Child Psychiatry as secretary/treasurer for 4 years and as president for 2 years.

13. I have extensive experience in psychotherapy and have received additional training in Cognitive Behavioral Therapy and trauma-focused therapies. I have been providing psychotherapy and teaching psychotherapy to psychiatry trainees throughout my career. I supervise psychiatry residents at the University of

4

South Florida regarding psychotherapy. I created and taught a Cognitive Behavioral Therapy practicum for Louisiana State University residents from 2007 to 2016. I was a member of the Association for Behavioral and Cognitive Therapies from 2004 to 2016.

14. I have published academic articles covering a wide range of topics. I have three recently published publications related to gender dysphoria:

    a. AACAP News, with David Atkinson, MD, entitled, *Adolescent Onset Gender Dysphoria, Our Perspective*, 304-05 (Nov/Dec 2023);

    b. Letter to the Editor, The Journal of the American Academy of Psychiatry and the Law, *A reply to Legal, Mental Health, and Societal Considerations Related to Gender Identity and Transsexualism*, Vol 51, (4) 608-09 (2023); and

    c. Letter to the Editor, The Journal of the American Academy of Psychiatry and the Law, *A reply to The Present State of Housing and Treatment of Transgender Incarcerated Persons* December 2024, 52 (4) 532.

15. I have been invited to present on numerous occasions on topics related to gender dysphoria, including:

    a. "Working Psychotherapeutically in a Contested Space: Overcoming Challenges", presented and moderated panel as part of Psychotherapeutic Processes with Young People Experiencing Gender Dysphoria, Tampere, Finland June 16, 2023.

  b. Panelist, "The Etiology of Gender Dysphoria, "The role of social and cultural context", October 10th; Panelist, "Current Gender Dysphoria Guidelines, Assessing the Quality", October 10th; Panelist, "Question and Answers, Next Steps", October 12th, Society for Evidence Based Gender Medicine Conference, New York City, October 9th to 12th, 2023.

  c. "Compassionate Care for Gender Non-conforming Youth." Safe Children Coalition, Conference, Sarasota, Florida April 26, 2024.

  d. "The Chain of Trust is Broken in Gender Medicine", Heterodox Academy Conference, Chicago, Illinois, June 7th, 2024.

  e. "When Perfect Storms Collide: The Ecological Origins of Youth Gender Medicine", Genspect, The Bigger Picture Conference. 'Reframing the Future' Lisbon, Portugal, September 27, 2024.

  f. Society for Evidence Based Gender Medicine, Psychotherapeutic Approaches to Youth Gender Dysphoria, Athens, Greece October 3, 2024, Panel Discussion, The Transgender Zeitgeist: Exploring gender as a youth social movement.

16. In preparing this declaration, I relied on my training and my clinical experience treating individuals with gender dysphoria, as well as my research, as set forth above.

17. I reviewed the Amended Complaint and the declaration of Dr. Dan H. Karasic in Support of Plaintiffs' Motion for Class Certification. I have also reviewed Florida Department of Corrections HSB 15.05.23.

18. Gender Dysphoria is a psychiatric diagnosis that involves distress regarding one's sexed body and/or associated social expectations. Gender dysphoria has been described as the "aversion to some or all of those physical characteristics or social roles that connote one's own biological sex." (p. 28, Schneider, M. S., Bockting, W. O., Ehrbar, R. D., Lawrence, A. A., Rachlin, K., & Zucker, K. J. (2009). *Report of the APA task force on gender identity and gender variance*. American Psychological Association.)

19. Social transitioning refers to the process by which an individual changes their gender expression to align with their desired gender identity, rather than their biological sex. This may include a change of name, a preference for pronouns and altered clothing and appearance to fit the stereotype of the desires sex.

20. In my professional opinion, HSB 15.05.23 sets forth an appropriate and medically acceptable protocol for the treatment of individuals with gender dysphoria.

21. I understand that Plaintiffs contend, and Dr. Karasic opines, that social transitioning can be medically necessary for some individuals with gender dysphoria. I disagree with this opinion.

22. In my opinion, social transitioning may be psychologically pleasing to some individuals with gender dysphoria, but it is not medically necessary to treat their condition.

23. There are many methods used in mental health treatment to help patients handle distress, including, but not limited to psychotherapy.

24. Claims made by the Plaintiffs about the evidence supporting the benefit of social transition are overstated.

25. There can be harms associated with social transition, including increased persistence of gender dysphoria.

26. I am unaware of any substantive evidence to guide treatment decisions of individuals expressing gender dysphoria in carceral settings.

27. The only systematic review of evidence regarding social transition was only regarding children and adolescents, reporting "Professionals working in the area of gender identity and those seeking support should be aware of the absence of robust evidence of the benefits or harms of social transition for children and adolescents." (Hall 2024)[1].

28. To my knowledge, there has not been a systematic review of evidence regarding the effects of social transition in adults. The World Professional

---

[1] Hall, R., Taylor, J., Hewitt, C. E., Heathcote, C., Jarvis, S. W., Langton, T., & Fraser, L. (2024). Impact of social transition in relation to gender for children and adolescents: a systematic review. Archives of Disease in Childhood, 109(Suppl 2), s12-s18.

Association for Transgender Health ("WPATH") could commission such a review of evidence, if WPATH believed such a review of evidence would be favorable.

29. The WPATH document that is labelled "Standards of Care" should neither be treated as authoritative nor be used to determine which interventions are "medically necessary," especially in the correctional context.

30. I reserve the right to supplement and/or amend my opinions as set forth above as I continue to review documentation in connection with this matter.

I declare under penalty and perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Date: May 9, 2025

_____
Kristopher Kaliebe, MD