**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

REIYN KEOHANE, *et al*,                                         :
                                                               :
    *Plaintiffs*,                                      :
                                                               :
v.                                                             :      Case No. 4:24-cv-434-AW-MAF
                                                               :
RICKY D. DIXON, in his                                         :
official capacity as Secretary                                 :
of the Florida Department of                                   :
Corrections; *et al*,                                          :
                                                               :
    *Defendants.*                                      :

## <u>AGREED MOTION FOR ENTRY OF ORDER GOVERNING THE DISCLOSURE OF PRIVILEGED INFORMATION</u>

Plaintiffs Reiyn Keohane, Sasha, Mendoza, Sheila Diamond, Karter Jackson, Nelson Boothe (together, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for entry of the proposed Stipulated Order Governing the Disclosure of Privileged Information ("Stipulated 502 Order"), attached hereto as <u>Exhibit A</u>. In support of its Motion, Plaintiffs state as follows:

1.      On October 25, 2024, Plaintiffs filed this putative class action asserting an Eighth Amendment claim that Defendants' implementation of a new policy governing the care of inmates with gender dysphoria denies and threatens to deny medically necessary health care to Plaintiffs and other similarly situated individuals within the putative class.

2.      As discussed at the initial status conference, the production of custodial email data during discovery requires a claw-back process to recover inadvertently produced privilege documents.

3.      Plaintiffs provided an initial draft proposed 502 Order to Defendants in March

2025, and the Parties thereafter met and conferred on the draft order. On May 2, 2025, the Parties reached agreement as to the terms in the attached Stipulated 502 Order (Exhibit A).

4.      Accordingly, Plaintiffs submit the attached Stipulated 502 Order (Exhibit A) for entry by this Court. As proposed, the Stipulated 502 Order will facilitate the clawback of inadvertently produced attorney-client privilege and attorney-work product information and the resolution of challenges to any privilege designations.

5.      Plaintiffs have conferred with Defendants' counsel, who are in agreement with the filing of this Motion.

WHEREFORE, Plaintiffs respectfully requests that the Court enter the Stipulated 502 Order, attached hereto as Exhibit A.


Dated: May 22, 2025

Respectfully submitted,

/s/ Samantha J. Past
Samantha J. Past (Florida Bar No. 1054519)
Daniel B. Tilley (Florida Bar No. 102882)
**American Civil Liberties Union**
**Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
spast@aclufl.org


Anthony Anscombe*
Darlene Alt†
Emily Shook*
Laurel Taylor*
**Steptoe LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel. (312) 577-1300
aanscombe@steptoe.com

Li Nowlin-Sohl (Admitted in Washington only)*
Leslie Cooper
**American Civil Liberties Union**
**Foundation**
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org


Michelle Fraling*
**American Civil Liberties Union**
**Foundation**
915 15th Street NW, 6th Floor
Washington DC, 20005
Tel: (917) 710-3245
michelle.fraling@aclu.org

dalt@steptoe.com
eshook@steptoe.com
lataylor@steptoe.com

*Counsel for Plaintiffs*                    \* *Admitted pro hac vice*
                                            † *Pro hac vice application forthcoming*

## <u>CERTIFICATE OF SERVICE</u>

  I do hereby certify that on this 22nd day of May, 2025, a true and correct copy of the Agreed Motion for Order Governing the Disclosure of Privileged Information has been served by the Court's electronic filing system to counsel of record for all parties.


     <u>/s/ Samantha J. Past</u>
     Samantha J. Past