IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE, et al.,**

    **Plaintiffs,**

v.                                                    Case No. 4:24-cv-434-AW-MAF

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

    **Defendants.**

_____/

**ORDER GRANTING MOTION FOR ENTRY OF STIPULATED ORDER**

Plaintiffs' consented motion for entry of an order governing the disclosure of privileged information (ECF No. 89) is GRANTED. The stipulated order (ECF No. 89-1) is adopted and incorporated into this order.

SO ORDERED on May 23, 2025.

                                                  s/ *Allen Winsor*
                                                  United States District Judge