IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REIYN KEOHANE, *et al*, : | |
| : | |
| *Plaintiffs*, : | |
| : | |
| v. : | Case No. 4:24-cv-434-AW-MAF |
| : | |
| RICKY D. DIXON, in his : | |
| official capacity as Secretary : | |
| of the Florida Department of : | |
| Corrections; *et al*, : | |
| : | |
| *Defendants*. : | |

**AGREED MOTION FOR ENTRY OF STIPULATED ORDER
REGARDING THE PROTOCOL FOR PRODUCING
ELECTRONICALLY STORED INFORAMTION**

Plaintiffs Reiyn Keohane, Sasha, Mendoza, Sheila Diamond, Karter Jackson, Nelson Boothe (together, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for entry of the proposed Stipulated Order Regarding the Protocol for Producing Electronically Stored Information ("Stipulated ESI Order"), attached hereto as Exhibit A. In support of its Motion, Plaintiffs state as follows:

1.  On October 25, 2024, Plaintiffs filed this putative class action asserting an Eighth Amendment claim that Defendants' implementation of a new policy governing the care of inmates with gender dysphoria denies and threatens to

1

deny medically necessary health care to Plaintiffs and other similarly situated individuals within the putative class.

2.	As is the routine practice in federal litigation and discussed at the initial status conference, a protocol is necessary to expedite the flow of discovery material and to facilitate the consistency in the format of the documents to be produced by the parties in this case.

3.	Plaintiffs provided an initial draft proposed ESI Protocol to Defendants on March 13, 2025, and the Parties thereafter met and conferred as to the draft order. In July 2025, the Parties reached agreement as to the terms in the attached Stipulated ESI Order (Exhibit A).

4.	Accordingly, Plaintiffs submit the attached Stipulated ESI Order (Exhibit A) for entry by this Court. As proposed, the Stipulated ESI Order will facilitate the consistency in the format of the documents to be produced by the parties in this case.

5.	Plaintiffs have conferred with Defendants' counsel, who are in agreement with the filing of this Motion.

WHEREFORE, Plaintiffs respectfully requests that the Court enter the Stipulated ESI Order, attached hereto as Exhibit A.

Dated: July 14, 2025

Respectfully submitted,

/s/ Samantha J. Past
Samantha J. Past (Florida Bar No. 1054519)
Daniel B. Tilley (Florida Bar No. 102882)
**American Civil Liberties Union Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
spast@aclufl.org

Anthony Anscombe*
Darlene Alt†
Laurel Taylor*
**Steptoe LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel. (312) 577-1300
aanscombe@steptoe.com
dalt@steptoe.com
lataylor@steptoe.com

*Counsel for Plaintiffs*

Li Nowlin-Sohl (Admitted in Washington only)*
Leslie Cooper
**American Civil Liberties Union Foundation**
125 Broad St.
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org

Michelle Fraling*
**American Civil Liberties Union Foundation**
915 15th Street NW, 6th Floor
Washington DC, 20005
Tel: (917) 710-3245
michelle.fraling@aclu.org

* *Admitted pro hac vice*
† *Pro hac vice application forthcoming*

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on this 14th day of July, 2025, a true and correct copy of the Agreed Motion for Entry of Stipulated Order Regarding the Protocol for Producing Documents and Electronically Stored Information has been served by the Court's electronic filing system to counsel of record for all parties.

                                      */s/ Samantha J. Past*
                                      Samantha J. Past