IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE, et al.,**

    **Plaintiffs,**

v.                                     Case No. 4:24-cv-434-AW-MAF

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING STIPULATED DISCOVERY ORDER**

The consented motion for entry of a stipulated ESI order (ECF No. 96) is GRANTED. The stipulated order, ECF No. 96-1, is adopted and incorporated into this order.

SO ORDERED on July 15, 2025.

                                            s/ *Allen Winsor*
                                            Chief United States District Judge