IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| REIYN KEOHANE; SASHA MENDOZA; SHEILA DIAMOND; KARTER JACKSON; and NELSON BOOTHE, | : : : : : |
| *Plaintiff*, | : : |
| v. | : Case No. 4:24-cv-00434-AW-MAF |
| RICKY D. DIXON, et al., | : : : |
| *Defendants*. | : |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this Notice of Supplemental Authority pursuant to N.D. Fla. Loc. R. 7.1(J) in support of their Motion for Class Certification, ECF No. 78, which has been fully briefed and is before the Court.

Since the completion of briefing on Plaintiffs' Motion, the United States District Court for the Southern District of Florida issued a decision granting class certification in *Wilson v. Dixon*, Case No. 1:24-cv-24253, on September 26, 2025. This decision is directly relevant to the issues raised in Plaintiffs' Motion for Class Certification. A copy of the decision is attached hereto as Exhibit A. In particular, the court held that the differences in the class members' medical needs and the potential adverse effects from the actions in that case by the Florida Department of Corrections ("FDC") did not defeat commonality, because FDC's conduct was

1

common to all class members and that conduct was alleged to have caused an increased risk of adverse health outcomes.

Dated: September 30, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *Samantha J. Past*<br>Samantha J. Past (Florida Bar No. 1054519)<br>Daniel B. Tilley (Florida Bar No. 102882)<br>**American Civil Liberties Union Foundation of Florida**<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>Tel: (786) 363-2714<br>dtilley@aclufl.org<br>spast@aclufl.org | Li Nowlin-Sohl (Admitted in Washington only)*<br>Leslie Cooper<br>**American Civil Liberties Union Foundation**<br>125 Broad St.<br>New York, NY 10004<br>Tel: (212) 549-2584<br>lnowlin-sohl@aclu.org<br>lcooper@aclu.org |

Anthony Anscombe*
Darlene Alt†
Laurel Taylor (Admitted in New York)†
George Desh*
Sadaf Misbah*
**Steptoe LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel. (312) 577-1300
aanscombe@steptoe.com
dalt@steptoe.com
lataylor@steptoe.com
gdesh@steptoe.com
smisbah@steptoe.com

*Counsel for Plaintiffs*                           * *Admitted pro hac vice*
                                                   † *Pro hac vice application forthcoming*

2

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

I hereby certify that this Notice of Supplemental Authority contains **163** words and does not exceed 350 total words, as required by N.D. Fla. Loc. R. 7.1(J).

/s/    *Samantha J. Past*
Counsel for Plaintiffs
