# EXHIBIT 8

Message

| | |
|---|---|
| **From:** | Sullivan, Billy [wsullivan@TeamCenturion.com] |
| **Sent:** | 9/20/2024 5:56:58 PM |
| **To:** | Johnson, Deana [djohnson@TeamCenturion.com] |
| **CC:** | Feltner, Ruth [rfeltner@TeamCenturion.com]; Lay, John [jlay@TeamCenturion.com]; Pages, Beltran [bpages@TeamCenturion.com]; Watkins-Ferrell, Peggy [pwatkinsferrell@TeamCenturion.com] |
| **Subject:** | Re: FDC GD HSB announcement |

Well done Deana. Thank you
Billy Sullivan
Sent from my iPad


On Sep 20, 2024, at 12:39 PM, Johnson, Deana <djohnson@teamcenturion.com> wrote:


Just FYI, the email I sent to Dan Johnson seeking reconsideration of the wording of the announcement.

**From:** Johnson, Deana
**Sent:** Friday, September 20, 2024 1:38 PM
**To:** 'Johnson, Dan' <dan.johnson@fdc.myflorida.com>
**Subject:** FDC GD HSB announcement

Dan:

I hope you are well.

It is my understanding that FDC wishes for Centurion to read the attached announcement addressing the planned upcoming change to HSB 15.05.23 relating to treatment of person's with gender dysphoria. I am writing to ask your consideration of removal of the words "recent changes in medical consensus." If FDC decides to provide a reason for this policy change in the announcement, Centurion requests either the removal of the concept that medical consensus has changed or, alternatively, that FDC deliver this message to patients rather than having Centurion do so. If you have not had the opportunity to review it, the recent decision in *Cordellione v. INDOC*, USDC, S.Dt. IN, Civil Action File No. 3:23-cv-00135 goes into great detail about current medical consensus relating to gender dysphoria-related care.

Thank you for your consideration of this request.


Deana Johnson
Executive Vice President and Chief Legal Officer


<image001.png>
Healthcare beyond patient care,
healthcare for humanity.

1355 Peachtree Street, NE
Peachtree Tower, Suite 1900
Atlanta, GA 30309
(404) 347-4134
www.teamcenturion.com

<GD HSB announcement (FDC FINAL).docx>

CENT PROD 000083