# EXHIBIT 9

Message
_____

**From**:        pwatkinsferrell@TeamCenturion.com [pwatkinsferrell@TeamCenturion.com]
**Sent**:        9/30/2024 1:34:49 AM
**To**:          rfeltner@TeamCenturion.com
**Subject**:     FW: Updated documents
**Attachments**: FAQ-9.19.24.docx; HSB 15.05.23 Action Plan.docx; HSB 15.05.23 Operational Plan.docx; Script - OHS (4).docx; Script
                 for Undergarments Hair and Alternate Canteen Items 9.25.2024.docx


Can we share these documents with site mh leadership later tomorrow including the script for undergarments hair and alternate canteen items which I have attached here?

**Peggy Watkins-Ferrell, Ph.D., CCHP-MH**
Statewide Director of Mental Health


centurion.
Healthcare beyond patient care,
healthcare for humanity.

1203 Governor's Square Blvd., Suite 200
Tallahassee, FL 32301
Mobile: 850-480-3675
pwatkinsferrell@teamcenturion.com | CenturionManagedCare.com

_____

**From:** Feltner, Ruth <rfeltner@TeamCenturion.com>
**Sent:** Friday, September 27, 2024 9:50 AM
**To:** Lay, John <jlay@TeamCenturion.com>; Douin, Kathleen <KDouin@TeamCenturion.com>; Watkins-Ferrell, Peggy
<pwatkinsferrell@TeamCenturion.com>
**Cc:** Love, Vicki <vlove@TeamCenturion.com>
**Subject:** Updated documents

These are the updated documents received.

I know this still says MH will read the script, but the RDs will be doing this task.

Thank you.

**Ruth Feltner, B.A., CCHP**
Vice President of Operations


centurion.
Healthcare beyond patient care,
healthcare for humanity.

1203 Governor's Square Blvd., Suite 200
Tallahassee, FL  32301-2961
Mobile: 904-715-0741
rfeltner@teamcenturion.com |
TeamCenturion.com

CENT PROD 002662