# EXHIBIT 10

CONTRACT #C3076

# CONTRACT BETWEEN

# THE FLORIDA DEPARTMENT OF CORRECTIONS

# AND

# CENTURION OF FLORIDA, LLC

This Contract is between the Florida Department of Corrections ("Department") and Centurion of Florida, LLC ("Contractor"), which are the parties hereto.

# WITNESSETH

WHEREAS, the Department is responsible for the operation of, and supervisory and protective care, custody, and control of, all inmates, buildings, grounds, property, and matters connected with the correctional system in accordance with Section 945.04, Florida Statutes (F.S.);

WHEREAS, per Section 945.6034 (1), F.S., the Department "is responsible for developing a comprehensive health care delivery system and promulgating all department health care standards. Such health care standards shall include, but are not limited to, rules relating to the management structure of the health care system and the provision of health care services to inmates, health care policies, health care plans, quality management systems and procedures, health service bulletins, and treatment protocols;"

WHEREAS, it is necessary that budget resources be allocated effectively, and the Department will work closely with the Contractor to ensure care is provided to the inmate population in a manner that meets constitutional requirements while finding operational efficiencies that optimize the use of available funding;

WHEREAS, this Contract is entered into pursuant to competitive solicitation FDC ITN-22-042, Comprehensive Health Care Services, authorized under Section 287.057(1)(c), F.S.; and

WHEREAS, the Contractor is a qualified and willing participant to provide Comprehensive Health Care Services to the Department's inmates housed at the Department's correctional institutions and their assigned satellite facilities, including annexes, work camps, road prisons, and work release centers (hereinafter together referred to as Contracted Services).

THEREFORE, in consideration of the mutual benefits to be derived hereby, the Department and the Contractor agree as follows:

## I. CONTRACT TERM, RENEWAL, AND REFERENCES

    A. <u>Contract Term</u>

        This Contract shall begin on July 1, 2023, or the date signed by both parties, whichever occurs later, and shall end at midnight on June 30, 2028.

    B. <u>Contract Renewal</u>

        The Department has the option to renew this Contract, in whole or in part, for up to an additional five (5) year period, or portions thereof, beyond the initial Contract term upon the terms and conditions contained herein. Exercise of a renewal option is the Department's exclusive option and shall be conditioned, at minimum, upon the Contractor's satisfactory performance of this Contract and subject to the availability of funds. The Department, if it desires to exercise its renewal option, will provide written notice to the Contractor no later than 180 Days prior to the Contract expiration date.

CENTURION_00000304

The Department will compensate the Contractor for services as specified in Section **III., SCOPE OF SERVICE**, as delineated below:

Compensation under this Contract shall consist of two (2) components: reimbursement of actual expenses (Reimbursable Expenses); and 10% of Reimbursable Expenses to cover administrative expenses (Administrative Fee). The combined amount of Compensation Cap for these two (2) components shall not exceed $528,000,000 Compensation Cap (Cap) for Fiscal Year (FY) one (1), $549,257,702 Cap for FY two (2), $572,574,932 Cap for FY three (3); and $584,800,000 Caps for FYs four (4) and five (5), subject to annual legislative appropriation. Expenses may be paid across fiscal years but are applied to the Compensation Cap for the applicable fiscal year in which the services were rendered or expenses were incurred. Compensation to the Contractor during any FY for cumulative FYs cannot exceed the Department's appropriation for the FY of payment.

The Contractor shall submit the final invoice for each fiscal year of service no more than 425 Calendar Days following the end of said fiscal year. For example, all invoices from the Contractor for FY 23-24 must be submitted within 425 Calendar days of June 30, 2024. Invoices for FY 23-24 submitted after August 29, 2025 will not be reimbursed.

The Department reserves the right to access any programs under the Federal Health Care Reform Act, federal, State or local grants, and partnership opportunities, or any State initiatives that results in savings on health care costs.

The Department agrees to continue to work collaboratively with the Contractor to ensure that costs are contained, to the extent possible, while continuing to provide appropriate healthcare services to the inmate population. If changes in healthcare standards, based on new litigation changing community standards, or force majeure events substantially impact the Contractor's cost, the Department will work with the Contractor on a plan and approach and implement through a formal Contract amendment.

1.  Reimbursable Expenses – counted against the Compensation Cap

    The Contractor shall be reimbursed for actual expenses incurred under this Contract, unless otherwise excluded herein or prohibited by Florida Statute, State Expenditure Guidelines, or other rules and policies of the State.

    Reimbursable expenses include:
    - Salaries, wages and benefits for all staff assigned to this Contract, (bonuses and cost of living or general increases require prior written approval from the Department) including institutional staff and statewide/regional oversight staff, and staff who have been temporarily approved to begin working after a successful Level I clearance as describe in Section **III**;
    - Salaries and applicable stipends for staff assigned to this Contract through Contractor's travel nurse program.
    - Inpatient and outpatient hospital expenses;
    - Emergency Transportation by ambulance, life-flight services, or other contracted transportation services;
    - Physician's fees;
    - Therapeutic and diagnostic ancillary services;
    - Health care supplies and office supplies;
    - Medical and Dental equipment, with prior approval from the Department;
    - Computer equipment, with prior approval from the Department;
    - Medical equipment and computer repairs;
    - Equipment including laptops, tablets, and other electronic devices to access the EMR system;
    - Cost of licensing, software, and services to support the maintenance of the EMR system;
    - Pharmacy Permits and Licenses;
    - Dental Radiology Permits and Licenses;

CENTURION_00000412