IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REIYN KEOHANE, et al.,**

    **Plaintiffs,**

v.                                                                    Case No. 4:24-cv-434-AW-MAF

**RICKY D. DIXON, in his official capacity
as Secretary of the Florida Department of
Corrections, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION TO CONTINUE

    Defendants' unopposed motion to continue (ECF No. 148) is GRANTED. The court will reschedule the trial to accommodate counsel's situation. However, the requested week is unavailable because it conflicts with the Eleventh Circuit Judicial Conference. The parties must confer with each other and then with the courtroom deputy (TiAnn Stark, tiann_stark@flnd.uscourts.gov) regarding other options. One available option is the week of the pretrial conference. Trial could begin the Wednesday of that week (April 22).

    SO ORDERED on January 13, 2026.

                                              s/ *Allen Winsor*
                                              Chief United States District Judge