# Exhibit 13

# Excerpts from the Deposition of Kelvin Coleman

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

_____

REIYN KEOHANE; SASHA MENDOZA;

SHEILA DIAMOND; CARTER JACKSON;

and NELSON BOOTHE,

        Plaintiffs,

    v.                         Civil Action No.

RICKY D. DIXON, in his official   4:24-cv-00434-AW-MAF

capacity as Secretary of the

Florida Department of

Corrections; CLAYTON WEISS, in

his official capacity as Health

Services Director of the Florida

Department of Corrections; GARY

HEWETT, in his official capacity

as Warden of Wakulla

Correctional Institution; ALONZO

HORNER, in his official capacity

as Warden of Homestead

Correctional Institution; and

NAN JEFFCOAT, in her official

capacity as Warden of Florida

Women's Reception Center,

CONFIDENTIAL

Defendants.

_____

DEPOSITION OF KELVIN L. COLEMAN JR.

DATE:           Thursday, September 18, 2025

TIME:           9:23 a.m.

LOCATION:       Wakulla Correctional Institution Annex

                110 Melaleuca Drive

                Crawfordville, FL 32327

REPORTED BY:    John L. Bilich

JOB NO.:        7560095

CONFIDENTIAL

Page 68

they -- it -- they said homicide, first degree attempted murder, premeditated.  I don't know exactly. I just pled no -- no -- either not guilty or no contest.  I don't remember exactly which one it was at that time.

Q   Okay.  And what county was that in?

A   Marion County.

Q   Okay.  And the conviction that has you in the current custody of Florida Department of Corrections, what was the basis of that?

A   Murder conviction.

Q   And are you appealing that?  Are you --

A   Okay.  So my attorneys asked for an acquittal in court, and the Fifth District Court of Appeals also asked for an acquittal, which they both were denied.  So I have to try to get that third acquittal.  I believe it'll be granted, but -- so I'm definitely fighting still.

Q   Did you originally go through trial and get convicted by a jury, or did you plead guilty?

A   Actually, death penalty trial, there's two phases.  There's the guilt phase and the penalty phase.  So on the guilt phase there's only two outcomes.  That's the death penalty or the rest of my life in prison.  So quite naturally, the attorneys

CONFIDENTIAL

Page 69

won.

Q   I'm sorry, I didn't get that last --

A   Day one of the guilt phase, the -- my attorneys.

Q   Okay.  So you were convicted of capital murder?

A   To my knowledge, yes.  I mean, I wouldn't be here.  I don't --

Q   I didn't know if it was capital murder or first-degree murder or life sentence.

A   I have no -- I can't -- I don't honestly know which one it is.  I don't know.

Q   And your current sentence is life?

A   Correct.

Q   Is it life without the possibility of parole, or do you have parole hearings?

A   I think it's life without the possibility of parole, but I'm not sure.

Q   And just so I'm understanding it, you're still appealing that, or you're not appealing this case?

A   Yeah.  I'm still fighting for my freedom.  Okay.  I'll never stop fighting for my freedom.

Q   Any other criminal convictions?

A   Prior to '97, I took a charge for one of my

CONFIDENTIAL

Page 140

That was Dr. Schmidt, who was the regional psych doctor.  And once she spoke with me, this is when I got the help that I needed, and the process started, and I was diagnosed with what they call provisional gender dysphoria.

Q    And Dr. Schmidt was with Centurion?

A    All that I know is she told me she was from Tallahassee, and she was a Caucasian female.

Q    Okay.  And this is when you were at Jackson. What year was this?

A    '23.

Q    Okay.  And you said you received a provisional diagnosis?

A    Well, I found that out later on.  I didn't know the difference between -- all I know is gender dysphoria, but later on, through speaking with the mental health professionals, they told me that there's a provisional diagnosis, which is the first initial diagnosis, and then if they see fit, that there's what they call a formal diagnosis, which is a permanent diagnosis.

So at this particular time, during the initial screening, I was diagnosed with what they term as provisional gender dysphoria.

Q    Were you provided any sort of treatment plan

CONFIDENTIAL

Page 141

with a provisional diagnosis?

A    Okay.  So what happens when you're diagnosed with provisional gender dysphoria is you have to be transferred to a facility that's qualified to do the full evaluation for formal gender dysphoria.  That's how I got here at Wakulla.

Q    So then, that's when you got transferred from Jackson to Wakulla?

A    Correct.

Q    Okay.  So what is the next step in the process of your gender dysphoria evaluation?

MR. DESH:  Object to form.

BY MR. STEELY:

Q    What happened next?  So you came to Wakulla, and then did you see mental health again?

A    Yes.

Q    And did you see mental health regarding an evaluation for gender dysphoria?

A    Yes.

Q    Okay.  So when was that?

A    As soon as I got here, the process started right away.

Q    Okay.  And you say, "The process started." What's the process?

A    The evaluation process for gender dysphoria.

CONFIDENTIAL

Page 142

That's the reason why I came.  And so, when I came here, they were prepared to receive me and do their job to find out what's going on with me gender dysphoria-wise.

Q    What did the evaluation entail?

A    Like, what did it entail of?

Q    Yeah.  So you said --

A    What did I have to go through?

Q    Yeah.  What did you have to go through? What was the evaluation process?

A    So the evaluation process consisted of me seeing weekly mental health counselors every week without a delay.  I had to take various Scantron sheet test, you know, like college tests.  But there, you know, gender dysphoria test one consisted of over a hundred and like 50-something questions.

So -- and as I progressed and continued to be evaluated, eventually, I had to see all these different specialists from observable observation to mentally, written, and verbal tests.  Then eventually, I was promoted to see doctors in psychology, psychiatry.

Q    And when did you start seeing doctors?  Do you remember?

A    So at the end of the formal gender dysphoria

CONFIDENTIAL

Page 143

evaluation, the conclusion of that evaluation is to see the doctor in gender dysphoria.  So -- or doctors, plural.  So that's who I saw.

Q    Do you remember the doctors' names?

A    Of -- of course.

Q    Okay.  Can you tell me who they are?

A    Yes.  Dr. Yoshi, Dr. Leacock, PhD.  Psych doctors.

Q    Do you remember about when that was that you met with Dr. Yoshi and Dr. Leacock?

A    January 23, 2024.

Q    You remember that date?  Well, why?

A    Because it's a part of my life, and it means so much to me.  I waited a lifetime for this moment. Someone sings that song too.  I want to get it on my tablet.  It's a beautiful song.  Some people wait a lifetime for a moment like this.

Q    Okay.  So following the January 23, 2024, meeting, what is the next step for you to take as part of the gender dysphoria evaluation?

MR. DESH:  Object to form.

THE WITNESS:  Technically, technically speaking, there is no next step.  That's it.  Once that doctor diagnose you with permanent gender dysphoria, there's no next step other than the

CONFIDENTIAL

Page 147

everything relating -- I mean, I know you have to ask as an attorney, but anything relating to, I file grievances 'cause that's my only way of crying out for help.  If I sit solid and don't do nothing, no one will know what's going on with Sheila.

Q    Do you know about how many grievances you filed over the GDRT team being on pause?

A    Wow.  From the time I got here, the whole time I was in confinement, everything's on record from here all the way to Tallahassee.  I've been filing, you know, they're familiar with in Tallahassee, they know who Sheila Emerald Diamond is.  Tons of grievances on this area I filed on it.

Of course, they -- they all say that some of the responses were, well, the GDRT team basically are on pause until further notice, and there's nothing they can do about it.  You know, you just have to wait until the GDRT team gets back moving.

And I'm like, well, this is not helping me; you know?  It's unfair.  I'm not getting the help I need.  I feel like, you know, I'm being submerged underwater, you know, just grievances after grievances, after grievances with no -- no help.

Q    Did you continue to meet with mental health?

A    Never deny, never stop.

CONFIDENTIAL

Page 148

Q    I'm sorry?

A    Yes.  I continued to meet with mental health, and I will never stop meeting with them.  And I am current with them until this very moment.  I don't refuse group meetings.  I don't refuse.

Q    Okay.  So following January 23, 2024, you were informed by multiple people.  Over what time period are we talking about where you're getting informed by all the people?  You mentioned earlier that the GDRT team is on pause.  About how long a time period are we talking about?

A    Up until the MDST was revealed to us.

Q    What do you mean the MDST revealed?  I don't understand.

A    That's who took the place of the GDRT.  The whole time they was telling us that GDRT was on pause, they knew that they were coming up with think tanks to figure out a way to attack us and take everything away from us.  And that attack manifested in the GDRT, I mean in in the MDST team.

Q    When did you learn about the MDST team?

A    I learned about that shortly after 9/30/2024 when the HSB was being enforced.

Q    Okay.  So you had not heard of the MDST team prior to that?

CONFIDENTIAL

Page 165

all of the accommodations.  That's my goals in my opinion.

Q   Okay.  So I understand that to be your goal ultimately.  But what I was referring to here is your treatment goals that has been discussed with you by mental health regarding the treatment process provided by the Florida Department of Corrections to address gender dysphoria.

And on this document, it says "Treatment goal one, patient will continue to meet with mental health professionals, physicians, and psychologists as required while navigating DOC's process for being prescribed hormonal medications."  Do you see that?

A   I do.

Q   Did you discuss that treatment goal with your mental health professionals?

A   Yes.

Q   Did you discuss that on your routine meetings with your mental health professionals?

A   Yes.

Q   Okay.  "Treatment goal two, patient will work alongside mental health professional to build both resilience and coping skills to better deal with life challenges, navigating difficult situations, and deal with possible challenges related to society's

CONFIDENTIAL

Page 170

the 2nd of this month.  So she's like kind of borderline between like here.  And I'll give her to this week.  If she don't see me, then I'll definitely put in a complaint and ask why.

But it's not my goal to just complain just to complain.  But if -- if they go beyond what's required, then I will.

Q    I'll show you another document that I'm marking as Exhibit 4.  Okay.  Got it.  And the Bates label is FDC Officials 037753.

(Exhibit 4 was marked for identification.)

MR. DESH:  Thank you.

BY MR. STEELY:

Q    Have you seen this document before?

A    Not this one.

Q    Okay.  So the document looks like a memo. It says "To Rafael Tapia from gender dysphoria variance team dated June 25, 2025, subject variance determination of Kelvin Coleman 971855."  Is that correct?  Did I read that correctly?

A    Yes.

Q    Okay.  And what does this document say?

A    It says --

MR. DESH:  Object to form.

CONFIDENTIAL

Page 171

THE WITNESS:  It says that they basically going to continue to hormone treatment for gender dysphoria.  They agree that I need the hormones.  These doctors down here, Suzonne, Danny, and Kalem, M.D. -- M.D., and S.C. type doc.

BY MR. STEELY:

Q   So do you recognize this as a document that's approving your variance for cross-sex hormone treatment?

A   I don't understand what you mean by variance.  That's the word that I don't understand.  Can you explain to me what that means?

Q   Well, sure.  We can discuss that if you like.  But we had discussed HSB 150523 in the beginning, and you said you were familiar with HSB 150523, which is the current policy under which gender dysphoria treatment is provided by the Department of Corrections.  Do you recall that?

A   Yes.  I recall the HSB plan.  I do.

Q   And have you been seeking --

A   I just, I asked for you to explain me what variance means.  That's all I asked.  If you don't want to, you don't have to.

Q   Okay.  Well, I want to know if you understand what variance means, because that's what we

CONFIDENTIAL

Page 172

had discussed in the beginning.  So if you don't understand what variance means, that's fine.

Are you receiving hormone treatment?

A    Yes.

Q    When did you begin receiving hormone treatment?

A    About a month ago.

Q    Is that August or was it July?

A    August.

Q    Okay.  And you've been receiving your medication without interruption?

MR. DESH:  Object to form.

BY MR. STEELY:

Q    Is that a yes?

A    Yes.

Q    So you had been seeking the approval to receive your hormone treatment; is that correct?

A    For two years.

Q    And do you recognize this as is the approval for you to receive your hormone treatment?

A    It's missing something.

Q    Is it the approval to receive your hormone treatment?

A    Yes.

Q    Thank you.  Did you ever take hormones

CONFIDENTIAL

Page 278

CERTIFICATE OF DEPOSITION OFFICER

I, JOHN L. BILICH, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

JOHN L. BILICH
Notary Public in and for the
State of Florida

[X] Review of the transcript was requested.

CONFIDENTIAL

Page 281

Legal Mail

Keohane, Reiyn, et al. v. Dixon, Ricky D., et al.

CONF Kelvin L. Coleman, Jr. (#7560095)

NOV 04 2025

Dade C.I.

E R R A T A   S H E E T

PAGE _12_ LINE _23-25_ CHANGE _TO ° SOMEONE WITH_
_INTERNAL SENSE AND FEELING THAT IS DIFFERENT FROM_
_THEIR ASSIGNED GENDER AT BIRTH._
_CORRECTION OF MISSTATEMENT._
REASON _CLARIFY MY STATEMENT, FOR UNDERSTANDING_

PAGE _15_ LINE _3,4_ CHANGE _ADD CLASSIFICATION_
_IN FRONT OF SUPERVISOR AND SUPERVISORS._
REASON _TRANSCRIPTION ERROR._

PAGE _20_ LINE _12_ CHANGE _" CHAINED ON LIKE THIS"_
_TO ° " CHAINED UP LIKE THIS"._
REASON _TYPOGRAPHICAL ERROR_

PAGE _27_ LINE _16_ CHANGE _TO ° " I HAVE NO PAPER-_
_WORK, NO COMPUTERS", JUST ME AND YALL"._
REASON _TYPOGRAPHICAL ERROR_

PAGE _39_ LINE _17,18_ CHANGE ███████████████

REASON _TYPOGRAPHICAL ERROR_

PAGE _47_ LINE _6-14_ CHANGE _"EDORO" TO "EDOVO"_
_TYPOGRAPHICAL ERROR._
REASON _TYPOGRAPHICAL ERROR._

_Ms. Sheila Emerald Diamonds_          _Nov. 3RD 2025_

CONF Kelvin L. Coleman, Jr.            Date

CONFIDENTIAL

Page 281

Keohane, Reiyn, et al. v. Dixon, Ricky D., et al.

CONF Kelvin L. Coleman, Jr. (#7560095)

E R R A T A   S H E E T

PAGE 49 LINE 22 CHANGE "ORDERS" TO "OFFERS"

_____

REASON TYPOGRAPHICAL ERROR.

PAGE 58 LINE 22 CHANGE TO "PHYSICALLY PRESENT
THREE TIMES, TECHNICALLY ONLY TWICE".

REASON TYPOGRAPHICAL ERROR.

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

Ms. Sheila Emerald Diamond                Nov. 3RD 2025

CONF Kelvin L. Coleman, Jr.        Date

CONFIDENTIAL

Page 281

Keohane, Reiyn, et al. v. Dixon, Ricky D., et al.

CONF Kelvin L. Coleman, Jr. (#7560095)

E R R A T A   S H E E T

PAGE 56 LINE 12 CHANGE "LOVE" TO "LOVES".

_____

REASON CORRECTION OF A MISSTATEMENT.

PAGE 62 LINE 24 CHANGE "THEM AS DAUGHTER" TO "HER AS A DAUGHTER".

REASON CORRECTION OF A MISSTATEMENT.

PAGE 65 LINE 7 CHANGE "HATE IT" TO "HATED"

_____

REASON TRANSCRIPTION ERROR

PAGE 80 LINE 25 CHANGE "MEANS" TO "MEAN".

_____

REASON TRANSCRIPTION ERROR

PAGE 81 LINE 22 CHANGE "PASS SEARCH" TO "PAT SEARCH".

REASON TRANSCRIPTION ERROR

PAGE 106 LINE 8 CHANGE "TWINK, IT'S OFF" TO "TRINKETS OFF".

REASON TRANSCRIPTION ERROR

_Ms. Sheila Emerald Diamond_     Nov. 3RD 2025

CONF Kelvin L. Coleman, Jr.          Date

CONFIDENTIAL

Page 281

Keohane, Reiyn, et al. v. Dixon, Ricky D., et al.

CONF Kelvin L. Coleman, Jr. (#7560095)

E R R A T A   S H E E T

PAGE 107 LINE 8-9 CHANGE " TWINK--TWINKIT " AND

" TWINKIT " TO " TRINKET ".

REASON  TRANSCRIPTION ERROR

PAGE 110 LINE 24 CHANGE " TWINKS " TO " TRINKETS "

REASON  TRANSCRIPTION ERROR

PAGE 133 LINE 19-20 CHANGE " IT WAS PROBABLY

AROUND '12, '11 '12 SOMETHING " TO " I WAS PROBABLY AROUND 12, 11, 12.

REASON  CLARIFICATION OF TESTIMONY.

PAGE 135 LINE 4-5 CHANGE " SITE " AND " SITE " TO

" PSYCH " AND " PSYCH " AND " PSYCH ".

REASON  TRANSCRIPTION ERROR

PAGE 135 LINE 12 CHANGE " SITE " TO " PSYCH ".

REASON  TRANSCRIPTION ERROR

PAGE 135 LINE 18 CHANGE " SITE " TO " PSYCH ".

REASON  TRANSCRIPTION ERROR

Ms. Sheila Emerald Diamond          Nov. 3RD 2025

CONF Kelvin L. Coleman, Jr.         Date

CONFIDENTIAL

Page 281

Keohane, Reiyn, et al. v. Dixon, Ricky D., et al.

CONF Kelvin L. Coleman, Jr. (#7560095)

E R R A T A   S H E E T

PAGE 135 LINE 21 CHANGE "SITE" TO "PSYCH".

REASON TRANSCRIPTION ERROR

PAGE 136 LINE 11-12 CHANGE "SITE" TO "PSYCH".

REASON TRANSCRIPTION ERROR

PAGE 143 LINE 7,10 CHANGE "YOSHI" TO "~~JOH~~ "JOSHI".

REASON TYPOGRAPHICAL ERROR

PAGE 145 LINE 20 CHANGE "YOSHI" TO "JOSHI".

REASON TYPOGRAPHICAL ERROR

PAGE 149 LINE 2 CHANGE "OCTOBER" TO "SEPTEMBER"

REASON CORRECTION OF A MISSTATEMENT

PAGE 198 LINE 7 CHANGE "YOSHI" TO "JOSHI"

REASON TYPOGRAPHICAL ERROR

_Ms. Sheila Emerald Diamond_                Nov. 3RD 2025

CONF Kelvin L. Coleman, Jr.            Date

CONFIDENTIAL

Page 281

Keohane, Reiyn, et al. v. Dixon, Ricky D., et al.

CONF Kelvin L. Coleman, Jr. (#7560095)

E R R A T A   S H E E T

PAGE _201_ LINE _13_ CHANGE "YOSHI" TO "JOSHI"

_____

REASON TYPOGRAPHICAL ERROR

PAGE _232_ LINE _20-21_ CHANGE "TEN OR STAGE" TO

"TANNER STAGE"

REASON TRANSCRIPTION ERROR

PAGE _242_ LINE _13_ CHANGE "YOSHI" TO "JOSHI"

_____

REASON TYPOGRAPHICAL ERROR

PAGE _246_ LINE _15_ CHANGE "PAID FOR THEM" TO

"PAVED FOR THEM"

REASON CORRECTION OF MISSTATEMENT / TRANSCRIPTION ERROR

PAGE _273_ LINE _7_ CHANGE "SHOALS" TO "SHOS"

_____

REASON TRANSCRIPTION ERROR

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

Mrs. Sheila Emerald Diamond          Nov. 3RD 2025
_____         _____
CONF Kelvin L. Coleman, Jr.          Date

CONFIDENTIAL

Page 282

Keohane, Reiyn, et al. v. Dixon, Ricky D., et al.

CONF Kelvin L. Coleman, Jr. (#7560095)

ACKNOWLEDGEMENT OF DEPONENT

I, CONF Kelvin L. Coleman, Jr., do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_Ms. Sheila Emerald Diamond_ _Nov. 3RD 2025_

CONF Kelvin L. Coleman, Jr.          Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20___.


_____

NOTARY PUBLIC