# Exhibit 15

## Excerpts from the Deposition of Michael Laidlaw, MD

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF FLORIDA

 3                    TALLAHASSEE DIVISION

 4

 5

 6    _____
                                  )
 7    REIYN KEOHANE, et al.,      )
                                  )
 8                                )
                                  )
 9            Plaintiffs,         )          Case No. 4:24-cv-434
                                  )
10        vs.                     )
                                  )
11    RICKY D. DIXON, in his      )
      official capacity as        )
12    Secretary of the Florida    )
      Department of               )
13    Corrections, et al.,        )
                                  )
14                                )
              Defendants.         )
15    _____

16

17

18          DEPOSITION OF MICHAEL LAIDLAW, M.D.

19                 CONDUCTED REMOTELY

20                  DECEMBER 5, 2025

21

22

23

24

25    REPORTED BY KAYLEE G. WOOD, RPR, CRR, CSR NO. 14348
```



 1  you?

 2      A.   I have my expert report for this case printed

 3  out, and I have the report of Dr. -- hopefully I'm

 4  saying this right -- Hamnvik.  I have both of those

 5  documents printed out.

 6      Q.   Any other documents?

 7      A.   No.

 8      Q.   Do you have any notes on those documents?

 9      A.   No, I do not.

10      Q.   Okay.  And you mentioned your report.  So

11  let's go ahead and mark that as Exhibit 1, and I will

12  put that up on the screen.

13           (Whereupon, Exhibit 1, Dr. Laidlaw's Report,

14  was marked for identification.)

15      A.   I do have a bit of a frog in my throat so if

16  you can't understand me, I apologize.  I'll repeat.

17      Q.   I'm unfortunately in the same boat, so please

18  feel free to ask me the same thing.

19      A.   Okay.  Thanks.

20      Q.   All right.  Are you able to see this report?

21      A.   Yes, I can.

22      Q.   Okay.  I'm just going to quickly skim through

23  it.  Make it to the bottom.  And this is your

24  signature, correct?

25      A.   Correct.



1       Q.   So this is your expert report that you
2  prepared in this case minus the exhibits?
3       A.   Correct.
4       Q.   Okay.  And you prepared this report?
5       A.   I did prepare this report, yes.
6       Q.   And it contains all of the opinions you
7  intend to offer in this matter?
8       A.   Yes.
9       Q.   Did you keep or take any notes while
10  preparing this report?
11       A.   I took some notes, yes, which formed the
12  basis of my report.
13       Q.   Okay.  And has counsel asked you for those
14  notes to provide in this case?
15       A.   I don't believe so.
16           MS. NOWLIN-SOHL:  Okay.  Kenneth, we'd like,
17  as discussed previously, copies of those notes, please.
18           MR. STEELY:  Yep.  We'll reach out.
19       Q.   Do you have an agreement with Florida
20  Department of Corrections to provide a report in this
21  case?
22       A.   I -- well, I know that I'm working through
23  Butler Snow and they're working with the Florida
24  Department of Corrections, and my understanding was
25  that a report would be produced.  So that's my



1    think I wrote it or indicated it in my report if I had

2    -- the patient received a variance.

3        Q.   Okay.  And you disagree with FDC's

4    determination that hormone therapy is medically

5    necessary for those plaintiffs?

6            MR. STEELY:  Object to form.

7        A.   My position hasn't changed.  I think it's --

8    their HSB policy is a reasonable policy, that the

9    individual clinicians at the prison make a

10   determination.  Their determination is different than

11   what I would make.

12       Q.   And if you were the one in charge you would

13   discontinue the treatment for the three plaintiffs who

14   received hormone therapy variances?

15       A.   Well, first of all, yeah, well, I'm not in

16   charge.  Second of all, there's a difference between

17   initiating treatment and then how to stop treatment.

18   So what you're talking about is stopping a treatment

19   that's already begun, and I haven't provided any

20   opinion about that.

21       Q.   But that is the situation that four of the

22   five plaintiffs were in, correct?  And you did provide

23   an opinion?

24           MR. STEELY:  Object to form.

25       A.   The patient -- the plaintiffs, to my



1              : : :   CERTIFICATE OF REPORTER   : : :

2

3              I, Kaylee G. Wood, a Certified Shorthand
   Reporter, holding a valid and current license issued by
4  the State of California, No. 14348, duly authorized to
   administer oaths, do hereby certify:
5              That the witness in the foregoing deposition
   was administered an oath to testify to the whole truth
6  in the within-entitled cause;
              That said deposition was taking down by me in
7  shorthand at the time and place therein stated and
   thereafter transcribed into typewriting, by computer,
8  under my direction and supervision.

9              ( X )  Reading and signing was requested.

10             (   )  Reading and signing was waived.

11             (   )  Reading and signing was not requested.

12             Should the signature of the witness not be
   affixed to the deposition, the witness shall not have
13 availed himself/herself of the opportunity to sign or
   the signature has been waived.
14             I further certify that I am neither counsel
   for nor related to any party in the foregoing
15 depositions and caption named nor in any way interested
   in the outcome thereof.

16

17

18 Dated:   This 18th of December, 2025.

19             at Julian, California.

20

21             

22             _____

23             KAYLEE G. WOOD

24             CSR NO. 14348

25

Corrections of Michael K. Laidlaw, MD

p. 45 line 19 should read "meet scientific standards? Does it meet the journal's"

p. 48 line 11 "Primara" should be spelled Premera

p. 95 line 25 should be "is what I'm talking about, the risks greatly exceed any"

p. 108 line 25, "training" should be "treated"

p. 110 line 2-5 should read:

"line. An established pattern of attendance and participation in mental health treatment for at least one year is required prior to the consideration of any variances." etc

p. 115 line 16 instead of "vasectomy" should be "hysterectomy"

p. 122 line 13 should be "at it – for example, I have tested a man who had low"

p. 131 line 11, "blended" should be "blinded"

p. 143 line 21, "60 to 100" should be "6 to 100"

p. 161 line 15, "sex body" should be "sexed body"

p. 209 line 19-20, "their sex, body" should be "their sexed body"

p. 230 line 25, "five" should be "four"

Michael Laidlaw, MD

1/23/2026

Date

See
Attached
Notarial
Certificate

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this 23RD
day of January , 20 26 by Michael Kurt Laidlaw

proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

KORRI ANN O'BRIEN
COMM. # 2492896
NOTARY PUBLIC · CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JUNE 22, 2028

(Seal)                    Signature

1           Declaration Under Penalty of Perjury

2

3           I, Michael Laidlaw, M.D., declare under

4    penalty of perjury under the laws of the State of

5    California that the foregoing is true and correct; that

6    I have read my deposition and have made the necessary

7    corrections, additions, or changes to my answers that I

8    deem necessary.

9           Executed on this ___23rd___ day of

10   __January___, ~~2025.~~ (ML) 2026

11

12

13                          _Michael K. Laidlaw_, M.D.

14

             Michael Laidlaw, M.D.
15
                                          ┌─────────┐
16                                        │  See    │
                                          │Attached │
                                          │ Notarial│
17                                        │Certificate│
                                          └─────────┘
18

19

20

21

22

23

24

25

 ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ Sacramento _____ )

On _O1|23|2026_ _____ before me, __KORRI ANN O'BRIEN, Notary Public_____
                                         (insert name and title of the officer)

personally appeared __Michael Kurt LaiDLaw_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

KORRI ANN O'BRIEN
COMM. # 2492896
NOTARY PUBLIC · CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JUNE 22, 2028

Signature _Korristin Brien_                 **(Seal)**

```
1                        CORRECTION CERTIFICATE

2     To add testimony, indicate "Add" and print the exact
      words you wish to add. To delete testimony, indicate
3     "Delete" and print the exact words you wish to delete.

4

5     Deposition of:   Michael Laidlaw, M.D.
      Proceedings Date: December 5, 2025
6

7     I, Michael Laidlaw, M.D.,
      have the following changes to my proceedings
8     transcript:

9     PAGE    LINE    CHANGE TESTIMONY TO READ AS FOLLOWS:

10    ____    ____    _____

11    ____    ____    _____

12    ____            Please See attached Page

13    ____    ____    "Corrections of Michael K. Laidlaw, MD"

14    ____    ____    _____

15    ____    ____    _____

16    ____    ____    _____

17    ____    ____    _____

18    ____    ____    _____

19    ____    ____    _____

20    ____    ____    _____

21    ____    ____    _____

22    ____    ____    _____

23

24                                                 Date 1/23/26

25    Michael Laidlaw, M.D.
```

See Attached Notarial Certificate



800.211.DEPO (3376)
EsquireSolutions.com

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this 23RD
day of January , 20 24 by Michael Kurt Laidlaw

proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

KORRI ANN O'BRIEN
COMM. # 2492896
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JUNE 22, 2028

(Seal)                    Signature Korri Ann O'Brien

# Exhibit 15A

# Expert Report of Michael Laidlaw, MD

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

REIYN KEOHANE, et al.                  )
                                       )
*Plaintiffs,*                          )
                                       )          Case No. 4:24-cv-434-AW-
v.                                     )          MAF
                                       )
RICKY D. DIXON, et al,                 )
                                       )
        *Defendants.*                  )
                                       )
                                       )
                                       )
                                       )

# EXPERT REPORT OF
# MICHAEL K. LAIDLAW, M.D.

# TABLE OF CONTENTS

I.   INTRODUCTION ................................................................................................ 1

II.  RELEVANT FACTS AND MEDICAL FINDINGS ................................................ 3

    A.   DR. KARASIC MISUNDERSTANDS BIOLOGICAL SEX AND MISCONSTRUES GENDER IDENTITY. ................................................................................................ 3

    B.   HUMAN SEXUAL DEVELOPMENT ................................................................ 6

        1.   Embryologic Development. ................................................................ 6

    C.   ENDOCRINE DISORDERS. ............................................................................ 7

    D.   DR. KARASIC ADVOCATES FOR CONFLICTING VIEWPOINTS ON GENDER DIAGNOSES. ........ 8

III. GENDER AFFIRMATIVE THERAPY ................................................................ 11

    A.   OPPOSITE SEX HORMONES. ...................................................................... 11

        1.   TESTOSTERONE. .............................................................................. 12

            a.   HYPERANDROGENISM. ............................................................ 14

            b.   MEDICAL PROBLEMS RELATED TO HYPERANDROGENISM. .......... 16

            c.   ERYTHROCYTOSIS AS A RESULT OF HYPERANDROGENISM. ......... 17

        2.   ESTROGEN. ...................................................................................... 18

        3.   ON CLAIMS OF MEDICAL NECESSITY. ............................................. 21

    B.   SURGERIES. .............................................................................................. 22

        1.   MASTECTOMY. ................................................................................ 23

        2.   GAT SURGERIES ON THE MALE. ..................................................... 24

        3.   GAT SURGERIES OF THE FEMALE PELVIS AND GENITALIA. ............ 24

IV.  THE LACK OF EVIDENCE SUPPORTING GENDER-AFFIRMING THERAPY. ............... 25

    A.   THE ENDOCRINE SOCIETY AND WPATH'S GUIDELINES ARE BASED ON LOW TO VERY QUALITY EVIDENCE AND FORM THE BASIS OF OTHER ORGANIZATIONS ADVOCACY OF GAT. 25

        1.   The World Professional Association for Transgender Health ("WPATH") ............... 25

            a.   WPATH is an Advocacy Organization Primarily for Promoting Social and Political Activism ........................................................................ 26

            b.   WPATH'S SOC 8 IS NOT A TRUSTWORTHY GUIDELINE AND SHOULD NOT BE USED BY ANY CLINICIAN. ........ 27

        2.   ENDOCRINE SOCIETY. ..................................................................... 28

        3.   THE AMERICAN MEDICAL ASSOCIATION ("AMA"). ....................... 30

        4.   THE AMERICAN PSYCHOLOGICAL ASSOCIATION ("APA") ............... 31

        5.   AMERICAN PSYCHIATRIC ASSOCIATION ("APA-PSYCH"). ............... 33

    B.   FLAWED STUDIES BASED ON THE PROBLEMATIC 2015 US TRANSGENDER SURVEY. ........... 34

    C.   HIGH RATES OF COMPLETED SUICIDE AND PSYCHIATRIC COMPLICATIONS IN GAT ........ 36

V.   HEALTH SERVICE BULLETIN 15.05.23. ....................................................... 38

**VI.   PLAINTIFFS' EVALUATIONS.** ...................................................................................**39**

   **A.   PLAINTIFF BOOTHE.** ..............................................................................**39**

   **B.   PLAINTIFF JACKSON.** .............................................................................**44**

   **C.   PLAINTIFF MENDOZA** ............................................................................**48**

   **D.   PLAINTIFF COLEMAN.** ...........................................................................**52**

   **E.   PLAINTIFF KEOHANE.** ...........................................................................**55**

**References** .............................................................................................................**61**

## I.    INTRODUCTION

My name is Michael K. Laidlaw, M.D., and I am over the age of eighteen and submit this expert report based on my personal knowledge and experience.   I am a board-certified endocrinologist. I received my medical degree from the University of Southern California in 2001 and completed my residency in internal medicine at Los Angeles County/University of Southern California Medical Center in 2004.  I also completed a fellowship in endocrinology, diabetes, and metabolism at Los Angeles County/University of Southern California Medical Center in 2006.

The information provided regarding my professional background is detailed in my curriculum vitae. A true and correct copy of my curriculum vitae is attached as Exhibit A.

In my clinical practice as an endocrinologist, I evaluate and treat patients with hormonal and/or gland disorders.  Hormone and gland disorders can cause or be associated with psychiatric symptoms, such as depression, anxiety, and other psychiatric symptoms.  Therefore, I frequently assess and treat patients demonstrating psychiatric symptoms and determine whether their psychiatric symptoms are being caused by a hormonal issue, gland issue, or something else. During my nine years of medical school, residency, and specialty training, I was part of the staff that evaluated and treated patients in the Los Angeles County Hospital jail ward as well as the psychiatric ward.

Counsel for defendants Ricky D. Dixon, in his official capacity as Secretary of the Florida Department of Corrections ("FDC"), Clayton Weiss, in his official capacity as Health Services Director of the Florida Department of Corrections ("Weiss"), and Gary Hewett, in his official capacity as Warden of Wakulla Correctional Institution ("Hewett" and, together with FDC and Weiss, the "FDC Officials") in the above-captioned lawsuit retained me in March 2025 to provide an expert opinion on the efficacy and safety of sex reassignment treatment, including the trustworthiness of proposed standards of care or treatment guidelines promulgated by medical organizations.  I also provide opinions on the FDC's Health Services Bulletin ("HSB") 15.05.23, as well as the care provided by FDC and its third-party medical contractor, Centurion, to the named Plaintiffs in this case.  I have never been employed by the State of Florida or the Florida Department of Corrections.  Further, I did not reach any conclusions regarding this case prior to evaluating the information and documents identified in this report.  If called to testify in this matter,

1

I would testify truthfully and based on my expert opinion.  The opinions and conclusions I express herein are based on a reasonable degree of scientific certainty.

I am being compensated at an hourly rate of $500 per hour plus expenses for my time spent preparing this declaration, and to prepare for and provide testimony in this matter.  I am being compensated at an hourly rate of $750 for testimony at depositions or trial.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

My opinions contained in this report are based on: (1) my clinical experience as an endocrinologist in particular dealing with hormone excess, hormone deficiency, and hormone balance; (2) my clinical experience evaluating individuals who have or have had gender incongruence including a detransitioner; (3) my knowledge of research and studies regarding the treatment of gender dysphoria, including for minors and adults; and (4) my first-hand personal experience in human research as a physician, having been involved in two studies, one involving magnesium and bone density and the other involving ultrasound use for detecting recurrent thyroid cancer.[1]  I frequently review medical studies conducted by others and have experience assessing the strengths and weaknesses of such studies.  Additionally, I was provided with and reviewed the following case-specific materials:   HEALTH SERVICES BULLETIN NO: 15.05.23, the clinical reports of Dr. Evans about the five plaintiffs, medical records of the five plaintiffs, Dr. Karasic's expert report, Stephen Sinclair's expert report, the five plaintiffs' declarations, and the depositions of Keohane, Coleman, and Boothe.

A true and correct copy of my CV is attached to this declaration. In the previous four years, I have provided expert testimony in the following cases: Kayla Lovdahl v Kaiser, Arbitration Case No. 18496 (Cal, filed June 20, 2024); T.D. v. ND AG, No. 08-2023-CV-02189; Victor Voe v Thomas Mansfield, No. 1:23-cv-864 (M.D. N. Car., filed June 3, 2024); A.B. vs. Premera Blue Cross, No. 2:23-cv-00953-TSZ (W.D. Wash. Filed June 27, 2023); T.D. v. Wrigley, No. 08-2023-CV-02189 (N.D. filed Sept. 14, 2023); Brockman v. Kaiser Foundation Hospitals, Inc., No. STK-CV-UMM-2023-0001612 (Cal. Sup. Ct. filed Feb. 22, 2023); Van Garderen v. State of Montana, No. DV 2023-0541 (Missoula Cnty. Dist. Ct. filed May 9, 2023); Koe v. Noggle, No. 1:23-cv-

---

[1] For the latter study I helped to design an Institutional Review Board ("IRB") approved protocol. Furthermore, I received certification in the required course "Understanding the Fundamentals: Responsibilities and Requirements for the Protection of Human Subjects in Research" at the University of Southern California in 2003.

02904-SEG (N.D. Ga. filed June 29, 2023); Poe v. Drummond, No. 23-cv-00177-JFH-SH (N.D. Okla. filed May 2, 2023); Doe v. Thornbury, No. 3:23-CV-00230-DJH (W.D. Ky. filed May 3, 2023); L.W. v. Skrmetti, No. 3:23-cv-00376 (M.D. Tenn. filed Apr. 20, 2023); Boe v. Marshall, No. 2:22-cv-184-LCB (M.D. Ala. filed Apr. 19, 2022); Dekker v. Marstiller, No. 4:22-cv-00325-RHMAF (N.D. Fla. filed Sept. 7, 2022); C.P. v. Blue Cross Blue Shield of Illinois, No. 3:20-cv-06145-RJB (W.D. Wash. filed Nov. 23, 2020); Pflag, Inc. v. Abbott, No. D-1-GN-22-002569 (459th Dist. Ct., Travis Cnty., filed June 8, 2022); Paoli v. Hudson, No. 279126 (Cal. Super. Ct. Tulare Cnty. filed June 20, 2019); Doe v. Snyder, No. 4:20-cv-00335-SHR (D. Ariz. filed Aug. 6, 2020); A.M. v. Dr. F., No. S2011599, 2021 BCSC 32 (Can.); A.B. v. C.D., [2019] No. E190334 (Can. B.C. Sup. Ct. J.); and A.B. v. C.D., 2020 BCCA 11 (Can.).

In my professional opinion, treatment interventions on behalf of children and adults diagnosed with gender dysphoria must be held to the same scientific standards as other medical treatments. These interventions must be optimal, efficacious, and safe. The endocrinologist must be knowledgeable about the long-term effects of hormones on the human body, particularly when the hormones are being used in ways that alter development. The following expresses my expert opinion regarding persons who present with a disparity between their biological sex and internal feeling about their gender, specifically with regard to the use of hormones as applied to the opposite sex.

## II.    RELEVANT FACTS AND MEDICAL FINDINGS

### A.    DR. KARASIC MISUNDERSTANDS BIOLOGICAL SEX AND MISCONSTRUES GENDER IDENTITY.

1.    Plaintiffs, three natal male inmates in FDC custody who identify as female, and two natal female inmates in FDC custody who identify as male, initiated this lawsuit to challenge FDC's adoption of HSB 15.05.23, "Mental Health Treatment of Inmates with Gender Dysphoria." (Doc. 66). Plaintiffs retained Dr. Dan H. Karasic and Dr. Jennifer Evans to provide expert reports regarding the treatment of gender dysphoria and plaintiffs' diagnosis of gender dysphoria. ("Karasic Report; Evans Reports").

2.    To evaluate patients with respect to endocrine conditions and endocrine medications requires a recognition and understanding of biological sex. As part of my practice as an endocrinologist, understanding the biological differences in the endocrine physiology of men and women plays a vital role in medical treatments because males and females differ, medically.

3.      Dr. Karasic states that gender identity "has biological bases." (Karasic Report, ¶ 35). However, he provides no evidence of a definitive biological test to confirm the gender identity of an individual.

4.      Biological sex is the objective physical condition of having organs and body parts which correspond to a binary sex. There are only two physical sexes, male and female. The male is identified as having organs and tissues such as the penis, testicles and scrotum. The female sex is identified by having organs and tissues such as the labia, vagina, uterus, and ovaries. Biological sex is easily identified by physical observation such that adults and even young children can identify the biological sex of a newborn baby.

5.      It is also noteworthy that the physical organs described above as representing biological sex have a physical genetic correlate. In other words, it is a well-established scientific fact that two X chromosomes identify the cells correlating to a female person, and an X and a Y chromosome correlate to a male person. Dr. Karasic incorrectly claims that "[a]side from external genital characteristics, chromosomes, and endogenous hormones, other factors related to sex include gonads, gender identity, and variations in brain structure and function." (Karasic Report, ¶ 32, emphasis added).

6.      Gender identity is not a component of sex. The Diagnostic and Statistical Manual of Mental Disorders (DSM-5 TR) states that "sex and sexual refer to the biological indicators of male and female (understood in the context of reproductive capacity), such as in sex chromosomes, gonads, sex hormones, and non-ambiguous internal and external genitalia." (DSM-5 TR, emphasis added). Note that gender identity is not a component of biological sex as defined by the DSM 5.

7.      Gender identity in the DSM 5 is defined separately: "Gender identity is a category of social identity and refers to an individual's identification as male, female, or, occasionally, some category other than male or female." (DSM 5-TR). So, we can see that gender identity is not a physical entity but is described as a social identity. It is a subjective identification known only once a patient makes it known. It cannot be identified by any physical means, cannot be confirmed by any outside observer, and can change over time.

8.      Gender identity is a psychological concept. It has no correlate in the human body. In the letter to the editor, I wrote with my colleagues, we wrote in our critique of the Endocrine Society Guidelines that "[t]here are no laboratory, imaging, or other objective tests to diagnose a 'true transgender' child." (Laidlaw et al., 2019).

4

9.     For example, though Dr. Karasic references "variations in brain structure" one cannot do imaging of the human brain to find the gender identity. (Karasic Report, ¶ 32). Likewise, there is no other imaging, laboratory tests, biopsy of tissue, autopsy of the brain, genetic testing, or other biological markers that can identify the gender identity.  There is no known gene that maps to gender identity or to gender dysphoria.  In other words, there is no objective physical measure to identify either gender identity or gender dysphoria.

10.    This is in contrast to endocrine disorders which have a measurable physical change in either hormone levels or gland structure which can be confirmed by physical testing.  Therefore, gender dysphoria is a purely psychological phenomenon and not an endocrine disorder.  But as my colleagues and I wrote in our letter to the editor in the context of intervention for minors, it becomes an endocrine condition through gender-affirmative therapy: "Childhood gender dysphoria [GENDER DYSPHORIA] is not an endocrine condition, but it becomes one through iatrogenic puberty blockade ("PB") and high-dose cross-sex ("HDCS") hormones.   The consequences of this gender-affirmative therapy ("GAT") are not trivial and include potential sterility, sexual dysfunction, thromboembolic and cardiovascular disease, and malignancy." (Laidlaw et al. 2019).  As will be discussed further below, many of these serious health risks are applicable to adults as well as children.

11.    Gender identity is not determined by any known gene or set of genes. If gender identity were to be determined by genes, we would expect that identical twins would profess having the same gender identity nearly 100 percent of the time.  This is not the case. In fact, the largest transexual twin study ever conducted included seventy-four pairs of identical twins. (Diamond, 2013).  They were studied to determine in how many cases both twins would grow up to identify as transgender.  In only twenty-one of the seventy-four pairs (28 percent) did both identical twins identify as transgender. This study is consistent with the fact that multiple factors play a role in determining gender identity, including psychological and social factors.  This study suggests that those factors are the most important contribution.  Furthermore, no genetic studies have ever identified a transgender gene or genes.

12.    Sex is clearly identified in 99.98% of cases by chromosomal analysis. (Sax, 2002). Sex is also clearly recognized at birth in 99.98% of cases. (Id.).  Therefore, sex is a clear provable objective reality that can be identified through advanced testing such as karyotyping, or simple genital identification at birth by any layperson.  The other 0.02% of cases have some disorder of

sexual development ("DSD").  DSDs do not represent an additional sex or sexes, but simply a disorder on the way to binary sex development. (Chan et al., 2021).  As opposed to gender dysphoria, DSDs are diagnosed by physical observations including physical exam findings, imaging, and genetic and chromosomal testing. (Grinspon et al., 2023).  To my knowledge, none of the plaintiffs have been diagnosed with a DSD.

### B.  HUMAN SEXUAL DEVELOPMENT.

#### 1.  Embryologic Development.

13.    Another confirmation that there are only two biological sexes comes from what is known about embryologic development and fertilization.  The biologic development of the human person begins with a gamete from a female termed an ovum or egg and a gamete from a biological male which is termed sperm.  The fertilization of the egg by the sperm begins the process of human biological development.  The cells of the fertilized ovum then multiply, and the person undergoes the incredible changes of embryologic development.

14.    It is noteworthy that the male sperm comes from the biological male and the female egg comes from the biological female.  There is no other third or fourth or fifth type of gamete that exists to begin the development of the human person.  This is consistent with the binary nature of human sex. (Alberts et al., 2002).

15.    The sex binary of the human embryo is further developed between roughly weeks 8 to 12 of human development. There are two primitive structures present within the developing embryo called the Wolffian duct and Mullerian ducts. (Larsen et al., 2003).  The Wolffian ducts develop into substructures of the genitalia including the vas deferens and epididymis which belong exclusively to the male sex.  For the female, the Mullerian ducts go on to form the uterus, fallopian tubes, cervix and upper one third of the vagina which belong exclusively to the female sex. (Id.).

16.    Significantly, once the male structures are developed from Wolffian ducts, the Mullerian ducts are obliterated.  This means that throughout the rest of embryological development the Mullerian ducts will not form into biological female structures.  Likewise, in the female, the Wolffian ducts are destroyed by week 12 and will not form male structures at any point in the future. (Id.).

17.    Thus, we can see in very early development that the sex binary is imprinted physically not only in the chromosomes, but also on the very organs that the body produces. Additionally, the potential to develop organs of the opposite sex is eliminated.  Thus, in the human

being there are only two physical tracts that one may progress along, the one being male and the other being female. (Wilson and Bruno, 2022).

**2.**    **Biological Sex Cannot Be Changed.**

18.    It is not possible for a person to change from one biological sex to the other. There is no technology that allows a biological male to become a biological female or vice-versa.  For example, it is not technologically possible to transform sex glands from one to the other.  In other words, there are no hormones or other means currently known to change an ovary into a testicle or a testicle into an ovary.

19.    Furthermore, as noted earlier, several of the sex specific structures (such as the epididymis of the male or uterus of the female) are produced early in embryological development from around weeks 8 to 12.  The primitive ducts which lead to these organs of the opposite sex are obliterated.  There is no known way to resuscitate these ducts and continue development of opposite sex structures.

20.    It is also not possible to produce gametes of the opposite sex. In other words, there is not any known way to induce the testicles to produce eggs.  Nor is there any known way to induce the ovaries to produce sperm.  Therefore, creating conditions for a biological female to create sperm capable of fertilizing another ovum is impossible.  The induction of opposite sex fertility is impossible. It is not possible to create a functional vagina, uterus and fallopian tubes in a natal male.  It is not possible to create a functional penis in a natal female that is equivalent to a natal male penis.  It is also not technologically possible at this time to change sex chromosomes; these will remain in every cell throughout life.

21.    In fact, as I will discuss, gender affirming therapy can lead to infertility, potential sterilization, and a host of negative health consequences.

**C.**    **ENDOCRINE DISORDERS.**

22.    Before discussing gender dysphoria and gender affirmative therapy from the perspective of an endocrinologist, it is helpful to discuss the background of endocrine diseases. This background demonstrates the difference in gender dysphoria, which is a psychological diagnosis, and other conditions treated by endocrinologists, which are physical diagnoses.

23.    Endocrinology is the study of glands and hormones. Endocrine disorders can be divided into three main types: those that involve hormone excess, those that involve hormone deficiency, and those that involve structural abnormalities of the glands such as cancers.

24.     It is important for the endocrinologist to determine the cause of hormone gland excess or deficiency in order to devise an appropriate treatment plan.  The plan will generally be to help bring the hormones back into balance and thus bring the patient back to health.

25.     To give an example of hormone excess, hyperthyroidism is a term which means overactivity of the thyroid gland. In this condition excess thyroid hormone is produced by the thyroid gland.  This results in various physical and psychological changes for the afflicted patient. Examples of physical changes can include tachycardia or fast heart rate, hand tremors, and weight loss.  Examples of psychological symptoms include anxiety, panic attacks, and sometimes even psychosis.

26.     An endocrinologist can recognize thyroid hormone excess in part by signs and symptoms but can also confirm the diagnosis with laboratory testing that shows the thyroid hormones to be out of balance.  Once this is determined and the degree of excess is known, then treatments can be given to bring these levels back into balance to benefit the patient's health and to prevent other disease effects caused by excess hormone.

27.     To give an example of structural abnormality, a patient may have a lump on the thyroid gland in the neck.  This may be further examined by an imaging test such as an ultrasound. A needle biopsy can be performed so that the cells can be examined under a microscope.  A trained medical professional such as a pathologist can then examine the cells to determine if they are benign or cancerous. In the case of thyroid cancer, a surgical procedure known as a thyroidectomy may be performed to remove the diseased thyroid gland in order to treat the cancer.

28.     Noteworthy in the preceding examples is that both disease conditions are diagnosed by physical observations.  In other words, a laboratory test of a hormone, an imaging test of an organ, or an examination of cells under a microscope—or all three—may be employed in the diagnosis of endocrine disease.

**D.     DR. KARASIC ADVOCATES FOR CONFLICTING VIEWPOINTS ON GENDER DIAGNOSES.**

29.     Unlike the preceding examples, Gender Dysphoria is not an endocrine diagnosis. It is a psychological diagnosis with a key feature of distress.  Psychological conditions and associated distress are treated with either psychological therapeutic measures or sometimes with psychiatric medications.

30.     Gender Dysphoria is the persistent state of distress that stems from the feeling that one's gender identity does not align with one's physical sex. (DSM-5 TR).  It is diagnosed purely

8

by psychological methods of behavioral observation and questioning. The criteria for diagnosis is found in the Diagnostic and Statistical Manual of Mental Disorders ("DSM"). (DSM-5 TR).

31.     The DSM "is the handbook used by health care professionals in the United States and much of the world as the authoritative guide to the diagnosis of mental disorders." (APA FAQ, 2025).

32.     There have been a number of revisions of this handbook over the years with the latest version being DSM-5-TR. (Id.).  Dr. Karasic refers to both the DSM-IV and DSM-5 versions. (Karasic Report, ¶ 40). The DSM-5 was published in 2013 and replaced the DSM-IV. In 2009, under DSM-IV, the condition concerning a mismatch between perceived gender identity and biological sex was called "Gender Identity Disorder."  In the DSM-5, the closest similar condition is called "Gender Dysphoria."

33.     One of the key features of the DSM-5 Gender Dysphoria definition is "[t]he condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning." (DSM-V-TR, 2022; Karasic decl, ¶ 40).  This requirement of clinically significant distress or impairment of functioning is also present in the DSM-IV's Gender Identity Disorder. (Psychiatric News, 2003).  However, in the DSM-5, unlike the DSM-IV, there is a specification of time with a "marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration" being part of the criteria.  There has been no evidence presented that the plaintiff has had an evaluation under DSM-V criteria to confirm that the plaintiff has met all of the criteria for the diagnosis of Gender Dysphoria.

34.     It is clear that since both Gender Identity Disorder and Gender Dysphoria are found in the primary psychological diagnostic handbook that these are both psychological conditions. However, Drs. Karasic and Evans also reference the World Health Organization's ("WHO") ICD-11 diagnosis of Gender Incongruence. (Karasic Report, ¶ 62; Mendoza Psych Eval, ¶ 17).  The WHO discusses the very significant change in categorization of its Gender Incongruence diagnosis: "Gender incongruence has been moved out of the 'Mental and behavioural disorders' chapter and into the new 'Conditions related to sexual health' chapter.  This reflects current knowledge that trans-related and gender diverse identities are not conditions of mental ill-health." (WHO, 2025) (emphasis added).

35.    Dr. Karasic has written in the Lancet that "[t]he relocation is evidence of substantial progress made in the past decades in our understanding of transgender people's identity and experiences." (Winter et al., 2019).

36.    The ICD-11 definition of Gender Incongruence is as follows:

> "Gender Incongruence of Adolescence and Adulthood is characterized by a marked and persistent incongruence between an individual's experienced gender and the assigned sex, which often leads to a desire to 'transition', in order to live and be accepted as a person of the experienced gender, through hormonal treatment, surgery or other health care services to make the individual's body align, as much as desired and to the extent possible, with the experienced gender. The diagnosis cannot be assigned prior the onset of puberty. Gender variant behaviour and preferences alone are not a basis for assigning the diagnosis." (WHO, ICD-11, 2025).

37.    Here we can see that there are three main differences between the Gender Dysphoria diagnosis of the DSM-5-TR and ICD-11.

a.    In the ICD-11, Gender Incongruence is not listed under the category of mental health disorders but rather as a sexual health disorder.

b.    In the ICD-11, there is no requirement for distress or impairment of functioning.

c.    In the ICD-11, there is no minimum six-month duration of symptoms.

38.    Dr. Karasic described the Gender Dysphoria diagnosis as a "serious medical condition" presumably because it is (1) a mental health condition (2) with significant distress and impairment of functioning, and (3) lasting for at least six months. (Karasic, par 42).  However, he also advocates for the contradictory ICD-11 Gender Incongruence definition which (1) is not found under mental health conditions, but rather sexual health conditions, (2) has no criterion for significant distress or impairment of functioning, and (3) has no criterion for any significant length of time for experiencing incongruence.

39.    Dr. Karasic also states that "[u]nder the WPATH SOC and the Endocrine Society Guideline, the overarching goal of treatment is to eliminate the distress of gender dysphoria by helping the patient live consistently with their gender identity by aligning their presentation and body with their gender identity." (Karasic Report, ¶ 58) (emphasis added).  However, the ICD-11's Gender Incongruence definition does not include distress as a criterion, and the goal of treatment is to "make the individual's body align, as much as desired and to the extent possible,

with the experienced gender." There is no mention of eliminating any psychological distress in ICD-11.

40.    Furthermore, the ICD-11's gender incongruence definition also states that "other healthcare services" besides hormonal and surgical treatment could be used to make the person's body align with gender which would not rule out psychotherapy or cognitive behavioral therapy alone as potential remedies for this condition.  Additionally, Dr. Karasic states that "social transition alone can adequately address gender dysphoria for some people" without the need for medical and surgical interventions. (Karasic Report, ¶ 61).

## III.    GENDER AFFIRMATIVE THERAPY

41.    As a practicing endocrinologist and scientist, I have made a study of Gender Dysphoria and its treatment for two reasons: (1) I want to be sure that my colleagues and I understand the science before we treat any patients with Gender Dysphoria; and (2) I am concerned that the medical society that claims to speak for me and other endocrinologists has abandoned scientific principles in endorsing treatments for Gender Dysphoria that have questionable scientific support.  The opinions expressed in this report are the result of my own experience, studies, education, and review of the scientific literature related to Gender Dysphoria.

42.    Gender-affirmative therapy ("GAT") of adults consists of psychosocial, medical, and surgical interventions that attempt to psychologically and medically alter the patient so that they may superficially appear similar to the physical sex which aligns with their gender identity (but not their biological sex) and thereby seek to reduce gender dysphoria.  With respect to medical treatments for adults there are two primary parts: (1) high dose opposite sex hormones and (2) surgery of the genitalia and breasts.  Because I understand surgery is not at issue in this case, I primarily discuss below the matter of high dose opposite sex hormones.

### A.    OPPOSITE SEX HORMONES.

43.    Medicalized treatment of gender dysphoria involves using hormones of the opposite sex (also called cross sex hormones) at high doses to attempt to create secondary sex characteristics in the person's body.

44.    Dr. Karasic states that "gender affirming medical care" including sex hormones is "medically necessary for many people with this condition."  (Karasic Report, ¶ 26).  He also writes "Gender-Affirming Medical Care Has Been Shown To Be Safe and Effective Treatment for Gender Dysphoria." (Karasic Report, IV.F)  In addition, he states that "withdrawing or denying

gender-affirming medical care to those for whom it is indicated would put them at risk of significant harm to their health." (Karasic Report, ¶ 29).  However, I will show that both males and females suffer a multitude of adverse health effects and risks by taking cross sex hormones as part of GAT and that cross-sex hormones are not necessary to treat an endocrine or other medical condition but carry serious risk of harms.

45.     In GAT, what is termed "cross sex hormones" is the use of hormones of the opposite sex to attempt to create secondary sex characteristics.  To do so, very high doses of these hormones are administered.  When hormone levels climb above normal levels, they are termed supraphysiologic.

### 1.    TESTOSTERONE.

46.     Testosterone is an anabolic steroid of high potency. It is classified as a Schedule 3 controlled substance by the DEA: "Substances in this schedule have a potential for abuse less than substances in Schedules I or II and abuse may lead to moderate or low physical dependence or high psychological dependence." (DEA, 2022).  A licensed physician with a valid DEA registration is required to prescribe testosterone.

47.     I prescribe testosterone to men for testosterone deficiency.  The state of testosterone deficiency can cause various problems including problems of mood, sexual function, libido, and bone density.  Prescription testosterone is given to correct the abnormally low levels and bring them back into balance.  The dose of testosterone must be carefully considered and monitored to avoid excess levels in the male as there are a number of serious concerns when prescribing testosterone.  The use of high dose testosterone in females is experimental.

48.     Contrast the Food and Drug Administration ("FDA") approved use of testosterone in males versus its experimental use females.  Testosterone is FDA approved for use in adult men as well as the pediatric male population aged 12 and older (Actavis, 2018).  There is no FDA approved usage of testosterone for women or pediatric aged females.[2]  The prescribing indications for adult males and pediatric males are identical and are to treat the conditions of low testosterone caused by either primary hypogonadism or secondary hypogonadism. (Id.).  The intent of testosterone for women and pediatric aged females in GAT is to cause severe hyperandrogenism.

---

[2] "Testosterone Cypionate Injection, USP is indicated for replacement therapy in the male in conditions associated with symptoms of deficiency or absence of endogenous testosterone." (Actavis, 2018, emphasis added).

In this case the purpose, effects, and ultimate outcome of the FDA approved usage of testosterone for males versus the experimental use for females in GAT are very different. Therefore, the low-quality evidence guidelines of the Endocrine Society/WPATH are not an acceptable substitute for proper scientific studies including randomized controlled trials. (Malone et al., 2021; Hembree et al., 2017).

49. Regarding the potential for abuse, the labeling for testosterone reads: "<u>Testosterone has been subject to abuse, typically at doses higher than recommended for the approved indication</u>...Anabolic androgenic steroid abuse can lead to serious cardiovascular and psychiatric adverse reactions...[a]buse and misuse of testosterone are seen in male and female adults and adolescents...[t]here have been reports of misuse by men taking higher doses of legally obtained testosterone than prescribed and continuing testosterone despite adverse events or against medical advice." (Actavis Pharma, 2018, emphasis added).

50. Adverse events with respect to the nervous system include: "Increased or decreased libido, headache, anxiety, depression, and generalized paresthesia." (Actavis Pharm, 2018).

51. With respect to the cardiovascular system of men using ordinary doses, "Long-term clinical safety trials have not been conducted to assess the cardiovascular outcomes of testosterone replacement therapy in men." (Actavis Pharma, 2018). No clinical safety trials have been performed for women or adolescent girls to my knowledge.

52. "There have been postmarketing reports of venous thromboembolic events [blood clots], including deep vein thrombosis ("<u>DVT</u>") [blood clot of the extremity such as the leg] and pulmonary embolism ("<u>PE</u>") [blood clot of the lung which may be deadly], in patients using testosterone products, such as testosterone cypionate." (Actavis Pharma, 2018).

53. A published study of adverse drug reactions ("<u>ADRs</u>") as part of gender affirming hormone therapies in France states that "[o]ur data show a previously unreported, non-negligible proportion of cases indicating cardiovascular ADRs in transgender men younger than 40 years… [i]n transgender men taking testosterone enanthate, all reported ADRs were cardiovascular events, with pulmonary embolism in 50% of cases." (Yelehe et al., 2022).

54. There are also serious concerns regarding liver dysfunction: "Prolonged use of high doses of androgens ... has been associated with development of hepatic adenomas [benign tumors], hepatocellular carcinoma [cancer], and peliosis hepatis [generation of blood-filled cavities in the liver that may rupture] —all potentially life-threatening complications." (Actavis Pharma, 2018).

13

### a.    HYPERANDROGENISM.

55.    Hyperandrogenism is a medical condition of elevated blood androgens such as testosterone.  As an endocrinologist I frequently evaluate patients to determine if they have the condition of hyperandrogenism.  Hyperandrogenism in the female or male is harmful and can lead to various maladies.

56.    In order to diagnose hyperandrogenism, a laboratory blood test of testosterone is done. In hyperandrogenism, one will find testosterone levels elevated above the reference range.

57.    For example, for adult females the typical normal reference range is 10-50 ng/dL. (Sinha et al, 1998)  However, in female disease conditions these levels can be much higher.  Levels above this normal reference range are considered hyperandrogenism. See Figure 3.



**Figure 3**

58.    For example, in polycystic ovarian syndrome levels may range from 50 to 150 ng/dL.

59.    I frequently diagnose and treat the hyperandrogen condition called polycystic ovarian syndrome ("PCOS").  These patients have elevated testosterone levels.  These levels are mildly to moderately elevated and may range from 50-150.  Hyperandrogenism found in PCOS has been associated with insulin resistance (Dunaif, 1989), metabolic syndrome (Apridonidze, 2005) and diabetes (Joham, 2014).

60.    I also evaluate patients to rule out rare androgen producing tumors that generate very high levels of testosterone.  These rare endocrine tumors can cause severely elevated testosterone levels in the 300-1000 range.  Once the cause of a hyperandrogen condition is identified, treatments may be put in place to help bring the testosterone levels down to the normal reference range.

61.    Recommendations from the Endocrine Society's clinical guidelines related to GAT are to ultimately raise female levels of testosterone to 320 to 1000 ng/dL[3] which is on the same order as dangerous endocrine tumors for women as described above. (Hembree, 2017).  A simple calculation shows this level for the adult may be anywhere from 6 to 100 times higher than native female testosterone levels.  In doing so they are inducing severe hyperandrogenism.  These extraordinarily high levels of testosterone are associated with multiple risks to the physical and mental health of the patient.

62.    The following chart shows testosterone levels in the normal adult female range (blue), PCOS (gray), endocrine tumors (red), and gender affirmative therapy (orange) as part of female to male (FtM) transition.  See figure 4.



Image by Michael K Laidlaw, MD. Approximate total testosterone in ng/dL based on laboratory, etc. FtM transition from 2017 Endo Society Guidelines on Gender Dysphoria. With PCOS testosterone levels may be as high as 150. With endocrine tumors testosterone may be in the 150-1000 range. The recommendations of the Endocrine Society/WPATH are to bring levels into the 300-1000 range which is 6-100 times higher than normal endogenous adult female levels.

**Figure 4.**

---

[3] In the Endocrine Society's Guidelines there is no grading of evidence for the rationale of using such high supraphysiologic doses of opposite sex hormones for the female or male.  There seems to be an underlying assumption that because the person believes to be the opposite sex then they acquire the sex specific laboratory ranges of the opposite sex.  "The root cause of this flaw in thinking about diagnostic ranges was exemplified in a response letter by Rosenthal et al claiming that gender identity determines the ideal physiologic range of cross-sex hormone levels (5).  Thus, a psychological construct, the 'gender identity', is imagined to affect physical reality and change a person's sex-specific laboratory reference ranges.  This is clearly not the case, otherwise there would be no serious complications of high-dose androgen treatment in transgender males." (Laidlaw et al., 2021).

       **b.**    **MEDICAL PROBLEMS RELATED TO HYPERANDROGENISM.**

63.    With respect to cardiovascular risk, "[s]tudies of transgender males taking testosterone have shown up to a nearly 5-fold increased risk of myocardial infarction relative to females not receiving testosterone." (Laidlaw et al., 2021; Alzahrani et al., 2019).

64.    Permanent physical effects of testosterone therapy involve irreversible changes to the vocal cords. Abnormal amounts of hair growth which may occur on the face, chest, abdomen, back and other areas is known as hirsutism. Should the female eventually regret her decision to take testosterone, this body hair can be very difficult to remove. Male pattern balding of the scalp may also occur. I would expect these changes to occur to the plaintiffs taking testosterone to induce hyperandrogenism. Common sense suggests that changes of voice and hair growth could be psychologically troubling should a patient decide to detransition and attempt to reintegrate into society as female.

65.    Changes to the genitourinary system due to hyperandrogenism include polycystic ovaries, clitoromegaly and atrophy of the lining of the uterus and vagina. (Hembree, 2017). The breasts have been shown to have an increase in fibrous breast tissue and a decrease in normal glandular tissue. (Grynberg et al., 2010). Potential cancer risks from high dose testosterone include ovarian and breast cancer. (Hembree, 2017). In an analysis of the FDA Adverse Event Reporting System data for natal females taking testosterone for gender transition, it was found that neoplasms accounted for 11% of reported adverse drug reactions with breast cancer being the most frequently documented. (Gomez-Lumbreras and Villa-Zapata, 2024). In the same analysis, nervous system disorders accounted for 12% of all adverse drug reactions. The most common nervous system condition being idiopathic the condition of intracranial hypertension accounting for 64%.[4] (Id.). I would expect some or all of these effects and risks to occur to the plaintiffs taking testosterone to induce hyperandrogenism.

66.    The closest biological model to the administration of high dose androgens such as testosterone is found in anabolic steroid abuse. According to research, anabolic steroid abuse[5] has been shown to predispose individuals towards mood disorders, psychosis, and psychiatric

---

[4] Idiopathic intracranial hypertension, also known as pseudotumor cerebri, is a serious condition of increased intracranial pressure that can lead to difficult to control, disabling headaches and the risk of severe, lifelong vision loss. (Dhungana et al., 2010).

[5] Anabolic steroid abuse involves the deliberate creation of hyperandrogenism in the body as a result of high doses of testosterone or other androgens.

disorders. The "most prominent psychiatric features associated with AAS [anabolic androgenic steroids, i.e., testosterone] abuse are manic-like presentations defined by irritability, aggressiveness, euphoria, grandiose beliefs, hyperactivity, and reckless or dangerous behavior. Other psychiatric presentations include the development of acute psychoses, exacerbation of tics and depression, and the development of acute confusional/delirious states." (Hall, 2005). Moreover, "[s]tudies ... of medium steroid use (between 300 and 1000 mg/week of any AAS) and high use (more than 1000 mg/week of any AAS) have demonstrated that 23% of subjects using these doses of steroids met the DSM-III-R criteria for a major mood syndrome (mania, hypomania, and major depression) and that 3.4% — 12% developed psychotic symptoms." (Hall, 2005).

67.     In an observational study of the FDA's Event Reporting system database for people using opposite sex hormones for the purpose of gender transition a "striking 88% were categorized as serious ADRs [adverse drug reactions]." (Gomez-Lumbreras and Villa-Zapata, 2024). Of natal females taking testosterone for transition, they found that "a substantial portion of the reports were deemed serious (72, 87.8%), with 2 deaths (2.4%) and 25 hospitalizations (30.5%)." These serious findings of harm underscore the potential dangers of high dose testosterone used for the purpose of gender transition. With respect to psychological effects, adverse reactions included anxiety, depression, affect lability, euphoric mood, self-destructive behavior, anger, aggression, anti-social behavior, and homicidal ideation. Additionally, there were reports of suicide attempts, suicidal behavior and ideation, dissociation, and emotional disorder and distress. In my opinion, these adverse mental health findings of natal females on supraphysiologic doses of testosterone are consistent with the next closest biological model, which is anabolic steroid abuse. (Laidlaw & Jorgensen, 2025).

### c.     ERYTHROCYTOSIS AS A RESULT OF HYPERANDROGENISM.

68.     I regularly monitor patients who are receiving testosterone to evaluate for erythrocytosis. Erythrocytosis is a condition of high red blood cell counts. Prolonged hyperandrogenism such as occurs with the use of testosterone at supraphysiologic levels can cause erythrocytosis.

69.     Males and females have different reference ranges for red blood cells (measured as hematocrit). For example, the normal range of hematocrit for females over age 18 is 35.0-45.0% and males 38.5-50.0%. (Quest Hematocrit, 2023). Levels above this range signify erythrocytosis. See figure 5.



**Figure 5.**

70.    As one can see, there is an overlap in the ranges of males and females such that levels between 45.1 and 50 are considered normal for the male.  However, for the female these levels are considered erythroctyotic.  Levels above 50 for the male are considered erythrocytosis and for the female severe erythrocytosis.

71.    The Madsen study was a "20-year follow-up study in [1,073] adult trans men who started testosterone therapy and had monitoring of hematocrit at our center."  (Madsen, 2021). In this study, 24% of trans men had hematocrit levels 50% at some time which would be considered severe erythrocytosis.  Unfortunately, they did not examine the hematocrit range of 45-50. However, one would presume that this would occur in at least the same percentage or higher as those who had developed severe erythrocytosis.

72.    Any level of erythrocytosis in young women has been shown to be an independent risk factor for cardiovascular disease, coronary heart disease and death due to both. (Gagnon, 1994).

### 2.    ESTROGEN.

73.    Estrogen is the primary sex hormone of the female. Prescription estrogen may be used if a woman has low estrogen levels due to premature failure of her ovaries.  Estrogen is prescribed to bring these levels back into a normal range for the patient's age.  Another labeled

use of estrogen is to treat menopausal symptoms. The use of estrogen to treat males for Gender Dysphoria s experimental.

74.    Hyperestrogenemia is a condition of elevated blood estrogens such as estradiol. I regularly evaluate patients for hyperestrogenemia in my practice. Hyperestrogenemia in the male is harmful and can lead to various maladies.

75.    In order to diagnose hyperestrogenemia, a laboratory blood test of estrogen is performed. In hyperestrogenemia, one will find estrogen levels elevated above the reference range. For example, in an adult male the normal estrogen reference range is 60-190 pg/mL. (Quest Estrogen, 2023). Levels above this range are consistent with hyperestrogenemia. See figure 6.



**Figure 6.**

76.    There are medical conditions which can result in hyperestrogenemia. For example, "[t]he concentration of estrogen in cirrhotic patients is thought to increase by fourfold compared to individuals without cirrhosis." (Pagadala, 2023). Certain rare tumors for example of the adrenal gland can result in estrogen levels 3 to 10-fold higher than normal. (Cavlan, 2010).

77.    In gender affirmative therapy, the medical condition of hyperestrogenemia is being deliberately medically induced by the off-label use of high doses of estrogen. The Endocrine Society guideline for treating gender dysphoria recommends raising estradiol levels to an estimated 2 to 43 times above the normal range.[6] The high doses are used in an attempt to primarily affect an increase of male breast tissue development known as gynecomastia. Gynecomastia is the abnormal growth of breast tissue in the male. I evaluate and treat patients with gynecomastia. I have prescribed medication and have referred patients for surgery for this condition.

---

[6] Estradiol is a type of estrogen. The Endocrine Society Guideline recommends raising estradiol levels to 100-200 pg/mL (Hembree, 2017).

78.    Other changes of secondary sex characteristics may develop because of hyperestrogenemia such as softening of the skin and changes in fat deposition and muscle development.

79.    Long-term consequences of hyperestrogenemia include increased risk of myocardial infarction and death due to cardiovascular disease. (Irwig, 2018). Also "[t]here is strong evidence that estrogen therapy for trans women increases their risk for venous thromboembolism[7] over 5 fold." (Irwig, 2018).  Venous thromboembolism, commonly known as "blood clots" can lodge in the lung's vascular supply leading to pulmonary embolism which can be deadly. An increased risk of stroke has also been reported.  (Schwartz et al., 2025).

80.    Dr. Karasic claims that "the cardiovascular risks associated with estrogen apply whether the person is receiving treatment for gender dysphoria, menopause, or other conditions." (Karasic Report, ¶ 71).  However, it is well established that higher doses of estrogen are associated with increased risk of thrombosis or blood clots.[8]  For example, the recommended initial dosage of estradiol (a common form of estrogen) for both menopause and female hypogonadism is 1 to 2 mg per day.  (Warner Chilcott, p. 21).  In my practice, I typically prescribe doses from 0.5 go 2 mg daily for maintenance treatment.  Rarely, I have found that women require up to 3 mg per day for safe maintenance therapy confirmed by laboratory results.

81.    Dr. Karasic reports being a coauthor of UCSF's guidelines for gender affirmative therapy. (Karasic Report, ¶ 9). These guidelines recommend an initial dose of 2-4 mg estradiol daily for transition which is double the initial dose recommended for women.  In fact, the maximum dose recommended by the UCSF guideline is 8 mg daily which is more than 2.5 times greater than the maximum dose I prescribe for patients. (Deutsch, 2016).  The doses advised by UCSF are clearly high, and high doses have been associated with thrombosis, placing gender transitioning patients at higher risk for adverse reactions.

82.    Breast cancer is a relatively uncommon problem of the male.  However, the risk of a male developing breast cancer has been shown to be 46 times higher with high dose estrogen. (Christel et al., 2019).

---

[7] Venous thromboembolism is a blood clot that develops in a deep vein and "can cause serious illness, disability, and in some cases, death" (CDC, 2022).

[8] "The risk of blood clots increases as the dose of estrogen increases." (La Vasseur et al., 2022).

83.    Other neoplasms have been reported in the FDA Adverse Event Reporting system (FAERS) for natal males taking estrogen for gender transition. Neoplasms affecting the brain and neuroendocrine system were the most commonly reported. For example, "[a]lmost 10% [of 237 adverse drug reactions] were classified under the SOC 'neoplasms (benign, malignant, and unspecified, including cysts and polyps),' with 'meningioma' and 'prolactin-producing pituitary tumor' being the most commonly reported". (Gomez-Lumbreras and Villa-Zapata, 2024). These serious findings of harm associated with estrogen underscore the potential dangers of high dose estrogen used for the purpose of gender transition.

84.    Sexual dysfunction, including decreased sexual desire and decreased spontaneous erections, is another adverse effect of hyperestrogenemia. (Hembree et al., 2017). Other risks include hypertriglyceridemia, infertility, and gallstones. (Id.).

85.    In summary, numerous potential harms from high dose estrogen used for the purpose of gender transition have been documented in the FDA's reporting system, peer reviewed medical journals, and the Endocrine Society's guidelines. (Gomez-Lumbreras and Villa-Zapata, 2024; Hembree et al., 2017)

### 3.    ON CLAIMS OF MEDICAL NECESSITY.

86.    In Dr. Evans' report, she testifies that opposite sex hormones are medically necessary for all five plaintiffs, and Dr. Karasic speaks to his opinion on the medical necessity of hormones. (Karasic Report, ¶ 25). It is true that there are certain endocrine conditions in which treatment with hormones is essential, and the withholding of such treatment can result in death due to resulting physiologic derangements.

87.    For example, adrenal insufficiency is a condition in which the adrenal glands cannot make adequate levels of cortisol. If the patient is not treated with corticosteroid hormones, it can result in adrenal crisis which can manifest with hypotension (low blood pressure), anorexia, vomiting, fever, and confusion. Adrenal crisis, a condition verifiable through medical screening, is a medical emergency and is treated by fluid resuscitation, administration of corticosteroid therapy and other measures to balance the body's systems. Untreated adrenal crisis can lead to the death of the patient. I have diagnosed, treated and continue to treat a number of people with adrenal insufficiency.

88.    Another example is untreated severe hypothyroidism. This is a condition of low to absent thyroid hormone. This can lead to a condition called myxedema coma which is a condition

of slowed functioning of multiple organs. Symptoms can include confusion and changes in mental status, hypothermia, hypotension, bradycardia (slow heart rate), and other metabolic disorders. myxedema coma is a medical condition verifiable through medical screening and is a medical emergency if left untreated has a high probability of death. I have diagnosed and treated or consulted on a number of patients with myxedema coma.

89.     The insulin deficiency of type 1 diabetes can lead to the medical emergency of diabetic ketoacidosis and eventual death if not treated by insulin therapy. I treat many people with type 1 diabetes.

90.     What I have described are very obvious severe physiologic consequences of untreated conditions of very low or absent hormones, specifically cortisol, thyroid hormone, and insulin. By contrast, neither Dr. Evans nor Dr. Karasic describe similar situations caused by the plaintiffs not receiving opposite sex hormones. This is because cross sex hormones are not medically necessary endocrine treatments. Cross sex hormones serve as an off-label, experimental treatment for a psychological condition. Cross sex hormone treatment entails multiple risks as I have described. By contrast, psychotherapy has none of the physical risks that opposite sex hormones have.

**B.    SURGERIES.**

91.     Under WPATH's Standards of Care, additional gender affirmative therapy includes surgical alterations of the body of various kinds in an attempt to somehow mimic features of the opposite sex. (Coleman et al, 2022) While I understand that surgeries are not under consideration in this particular case, they form a crucial part of the treatment paradigm known as GAT and figure heavily in WPATH's Standards of Care guidelines as well as the Endocrine Society's guidelines.[9] (Coleman et al., 2022; Hembree et al., 2017).

92.     Although endocrinologists do not typically perform surgery, we do refer patients for surgeries and need to be aware of the risks, benefits, complications, and long-term outcomes.

---

[9] In an amicus brief in which both the Endocrine Society and American Medical association are amici curiae, in the discussion regarding "The Accepted Treatment Protocols For Gender Dysphoria", a paragraph is devoted to surgical care as part of the protocols, stating "Surgical interventions may also be an appropriate and medically necessary treatment for some patients. These procedures could include chest reconstruction surgery for transgender men, breast augmentation (i.e. implants) for transgender women, and genital surgery." (Keohane v. FDC, 2019) (citations omitted).

93.     Individual surgical procedures can be a complex topic.  It is helpful to first step back and consider conceptually what any surgery can and cannot accomplish.

94.     In its basic form surgery is subtractive.  In other words, a portion of tissue, an organ, or organs are removed in order to restore health.  For example, a diseased gallbladder may be surgically removed to help the patient get back to wellness.  An infected appendix may be surgically removed to prevent worsening infection or even death.  In both cases an unhealthy body part is surgically removed in order to restore health.

95.     In some cases, a diseased tissue or organ is removed so that a foreign replacement part may be substituted for an unhealthy organ or tissue.  For example, a diseased heart valve may be replaced with a pig valve or a prosthetic heart valve.  Another example is a failed liver may be replaced by liver transplant.

96.     Though modern surgical techniques and procedures are astounding, there are very noteworthy limitations. Importantly, surgery cannot de novo create new organs. If a person's kidneys fail, the surgeon has no scientific method for creating a new set of kidneys that can be implanted or grown within the patient.  This conceptual background is helpful when considering various gender affirming surgeries.

97.     There are a variety of gender affirming surgeries for females.  These may include mastectomies, metoidioplasty, and phalloplasty.

### 1.    MASTECTOMY.

98.     Mastectomies are the surgical removal of the breasts.  The procedure is used in GAT in an attempt to make the chest appear more masculine.  The surgery results in a permanent loss of the ability to breastfeed and significant scarring of 7 to 10 inches.  The scars are prone to widening and thickening due to the stresses of breathing and arm movement.  Other potential complications include the loss of normal nipple sensation and difficulties with wound healing (American Cancer Society, 2022).

99.     It is important to note that this operation cannot be reversed.  The female will never regain healthy breasts capable of producing milk to feed a child.  (Mayo Clinic, Top Surgery, 2022).

100.    Another important consideration is that compared to the removal of an unhealthy gallbladder or appendix, in the case of gender dysphoria the breasts are perfectly healthy and there is no organic disease process such as a cancer warranting their removal.

### 2.    GAT SURGERIES ON THE MALE.

101.    GAT surgeries for the male include removal of the testicles alone to permanently lower testosterone levels.  This is by nature a sterilizing procedure.  Further surgeries may be done in an attempt to create a pseudo-vagina; that procedure is called vaginoplasty.  In this procedure, the penis is surgically opened, and the erectile tissue is removed.  The skin is then closed and inverted into a newly created cavity in order to simulate a vagina.  A dilator must be placed in the new cavity for some time so that it does not naturally close.

102.    Potential surgical complications may include urethral strictures, infection, prolapse, fistulas and injury to the sensory nerves with partial or complete loss of erotic sensation. (Mayo Clinic, Feminizing Surgery, 2022).

### 3.    GAT SURGERIES OF THE FEMALE PELVIS AND GENITALIA.

103.    Other types of surgery for females include those of the genitalia and reproductive tract. For example, the ovaries, uterus, fallopian tubes, cervix and the vagina may be surgically removed. Removal of the ovaries results in sterilization.

104.    Importantly, removing female body parts does not produce a male. Rather, the female has had sex-specific organs permanently destroyed with no hope of replacement, while remaining biologically female.

105.    There have also been attempts to create a pseudo-penis.  This procedure is known as phalloplasty. It is not possible to de novo create a new human penis.  Instead, a roll of skin and subcutaneous tissue is removed from one area of the body, say the thigh or the forearm, and transplanted to the pelvis.  An attempt is made to extend the urethra or urinary tract for urination through the structure.  This transplanted tissue lacks the structures inherent in the male penis which allow for erection, therefore erectile devices such as rods or inflatable devices are placed within the tube of transplanted tissue in order to simulate erection. (Hembree, 2017).  The labia may also be expanded to create a simulated scrotum containing prosthetic objects to provide the appearance of testicles.

106.    Complications may include urinary stricture, problems with blood supply to the transplanted roll of tissue, large scarring to the forearm or thigh, infections including peritonitis, and possible injury to the sensory nerve of the clitoris.  (Mayo Clinic, Masculinizing Surgery, 2022).  A recent systematic review and meta-analysis of 1731 patients who underwent phalloplasty

found very high rates of complications (76.5%) including a urethral fistula rate of 34.1% and urethral stricture rate of 25.4%. (Wang, 2022).

107.    It is expected that even after gender affirming surgeries of the male or female, the patient would need to continue cross-sex hormone treatments under the WPATH model. This is because neither surgery nor any other known medical intervention can transform a male into a female (or vice versa) with functioning gonads that allow them to produce endogenous hormones of the opposite sex. This is not possible with current medical technology.

## IV.    THE LACK OF EVIDENCE SUPPORTING GENDER-AFFIRMING THERAPY.

108.    There is not a medical consensus supporting of cross-sex hormones for the treatment of gender dysphoria. In my opinion, there is insufficient evidence to conclude that any benefit of such treatment would outweigh the harm, particularly given the high rates of coexisting mental health comorbidities in gender identity conditions. (Jarvis et al., 2025; Mazaheri Meybodi et al., 2014).

### A.    THE ENDOCRINE SOCIETY AND WPATH'S GUIDELINES ARE BASED ON LOW TO VERY QUALITY EVIDENCE AND FORM THE BASIS OF OTHER ORGANIZATIONS ADVOCACY OF GAT.

109.    Clinical guidelines promoting GAT have been produced by medical organizations such as the Endocrine Society and social-political advocacy groups like WPATH. Numerous medical organizations refer to or rely on these seriously flawed guidelines as I will discuss.

110.    Dr. Karasic is a longstanding WPATH member including having been a "contributing author of the WPATH Standards of Care, Versions 7 and 8." (Karasic Report, ¶ 22). Dr. Karasic frequently relies on and refers to recommendations from SOC 8 in his declaration. (e.g. Karasic Report, ¶ 47-57). Dr. Karasic also relies on the Endocrine Society's guideline and states that "[e]ach of these guidelines are evidence-based." (Karasic Report, ¶ 54). However, as I will demonstrate, these guidelines are based on low to very low-quality evidence, and, in the case of SOC 8, heavily influenced by political and legal considerations. Boe v. Marshall, No. 2:22-cv-184-LCB (M.D. Ala. 2022).

111.    Jennifer Evans, PsyD who provided psychological evaluations of the five plaintiffs has been a WPATH member since 2011 and also relies on WPATH's Soc 8. (Mendoza Psych Eval, p. 16)

### 1.    The World Professional Association for Transgender Health ("WPATH")

### a.    WPATH is an Advocacy Organization Primarily for Promoting Social and Political Activism.

112.    WPATH has functioned primarily as an advocacy organization for promoting social and political activism rather than as a strictly scientific organization.  Unlike a scientific organization that must allow for internal debate to clarify issues of uncertainty, WPATH has actively sought to stymie such debate.  As an example, Dr. Kenneth Zucker is a psychologist who led the Child Youth and Family Gender Clinic in Toronto, which was "one of the most well-known clinics in the world for children and adolescents with gender dysphoria."  (Singal, 2016).  He also led the group which wrote the DSM's gender dysphoria section. (Id.).

113.    Dr. Zucker, a longstanding member of WPATH, was cited 15 times in the 2012 WPATH Standards of Care 7. (Bazelon, 2022).  Dr. Zucker discovered over the course of nearly forty years of clinical research "that most young children who came to his clinic stopped identifying as another gender as they got older." (Id.).

114.    Dr. Zucker was invited to speak to the USPATH's ("United States Professional Association for Transgender Health")[10] 2017 inaugural conference.  During his presentation, protestors disrupted his talk and made demands of WPATH.  "That evening, at a meeting with the conference leaders, a group of advocates led by transgender women of color read aloud a statement in which they said the 'entire institution of WPATH' was 'violently exclusionary' because it 'remains grounded in 'cis-normativity and trans exclusion.'  The group asked for cancellation of Zucker's appearance on a second upcoming panel. Jamison Green, a trans rights activist and former president of WPATH, said the board agreed to the demand.  'We are very, very sorry,' he said." (Bazelon, 2022).

115.    As an example of WPATH's one-sided political advocacy, consider also the inflammatory message by WPATH president Marci Bowers, MD in a letter to members.  Writing about laws that seek to protect vulnerable minors from experimental procedures, Bowers wrote: "Ultimately, what terrifies conservatives most is that gender diversity is a force of nature that can no longer be contained by religious conscription or enforcement of a gender binary."  Bowers concluded: "Anti-trans legislation needs to be fought with every voice, every thought, every inclination by all who know it. We need to make anti-trans legislation a losing political issue." (Bowers 2023). These statements are social-political advocacy statements and rallying cries, not scientific

---

[10] https://wpath.org/uspath/

arguments. They reduce any disagreement or concern regarding the safety and efficacy of GAT to "anti-trans" religious-based bigotry, and they leave no space for those who are concerned that, based on current scientific knowledge, the risks of GAT for minors and adults outweigh their known benefits. In my experience, these statements are sadly indicative of WPATH's primary role as a political and social advocacy organization, not a scientific one.

### b. WPATH's SOC 8 is not a Trustworthy Guideline and Should Not Be Used by Any Clinician.

116. Dr. Karasic states that "[t]he SOC 8 utilized a rigorous evidence-based approach to developing the guidelines." (Karasic Report, par 48).

117. I wrote a supplemental report about WPATH's SOC 8 for a case that concluded successfully for the state of Alabama. Boe v. Marshall, No. 2:22-cv-184-LCB (M.D. Ala. 2022). This is included as a part of my Report here as Exhibit B. Although the Boe case was in the context of medical interventions for minors, the opinions I expressed in Exhibit B apply equally in the context of adult interventions, are likewise relevant to this case, and so are incorporated by reference herein.

118. The following is a summary of my findings about SOC 8, which show it to be a seriously flawed, dangerous, and unusable document:

    a.    SOC 8 authors failed to use GRADE properly by suppressing the results of systematic reviews of evidence from Johns Hopkins University and by not grading the certainty of evidence.

    b.    SOC 8 authors did not include a chapter on ethics and minimized ethical concerns about medical and surgical treatments including for adolescents.

    c.    SOC 8 emails indicate that SOC 8 authors used the strong term "recommend" for treatment recommendations "even if they have a lack of literature based on clinical expertise." (Boe v. Marshall, No. 2:22-cv-184-LCB, Doc. 700-2, p. 22)

    d.    SOC 8 has relied on unethical research in which permanent harms including death have occurred to minors who were not of sufficient age to consent or assent to the body and mind-altering medications and medical procedures that are an integral part of GAT.

    e.    SOC 8 was written in such a way as to attempt to ensure insurance coverage for puberty blocking medications, cross sex hormones, and surgeries though evidence of medical necessity was lacking.

    f.      SOC 8 was written in such a way as to serve as protection from litigation.

    g.      The age minimums for hormonal and surgical procedures for minors were removed from SOC 8 for political reasons and against the advice of WPATH SOC 8's own experts.

    h.      SOC 8 does not represent a high-quality, evidence-based medical guideline, but is instead a prime example of activist-based recommendations for the gender dysphoria condition.

    2.      **ENDOCRINE SOCIETY.**

119.    In 2017 the Endocrine Society published its guideline titled the "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons:  An Endocrine Society Clinical Practice Guideline." Dr. Karasic relies on this low-quality evidence guideline as well as the SOC 8. (Karasic Report, ¶ 53).  It is notable that the Endocrine Society never claimed that its guideline should be considered a standard of care.  In fact, quite the opposite.  The Endocrine Society states that its "guidelines cannot guarantee any specific outcome, nor do they establish a standard of care." (Hembree et al, 2017, p. 3895) (emphasis added).

120.    It is also notable that nine out of ten authors of the Endocrine Society Guideline were members of WPATH or worked on WPATH's scientific committees.  According to WPATH's website, seven of those nine had at some time been in WPATH leadership, including the WPATH presidency and board of directors.

121.    The guideline had a total of 28 recommendations on topics including Evaluation of youth and adults, Treatment of adolescents, Hormonal therapy for transgender adults, Adverse outcome prevention and long-term care, and Surgery for sex reassignment and gender confirmation.  None of the recommendations were based on high quality evidence. Only 1 out of 7 were based on moderate quality evidence.  The clear majority (85%) of the recommendations are based on low and very low-quality evidence or have no evidence grade at all.  (Hembree et al., 2017, pp. 3870-3872).

122.    Endocrinologists William Malone and Paul Hruz, both Endocrine Society members, have written critically of the Endocrine Society's guideline: "Unlike standards of care, which should be authoritative, unbiased consensus positions designed to produce optimal outcomes, practice guidelines are suggestions or recommendations to improve care that, depending on their sponsor, may be biased.  In addition, the Endocrine Society's claim of effectiveness of these interventions is at odds with several systematic reviews, including a recent Cochrane review

of evidence (Haupt et al., 2020), and a now corrected population-based study that found no evidence that hormones or surgery improve long-term psychological well-being. ("Correction," 2020). Lastly, the claim of relative safety of these interventions ignores the growing body of evidence of adverse effects on bone growth, cardiovascular health, and fertility, as well as transition regret." (Malone et al., 2021) (footnotes omitted). Endocrinologists Roy Eappen[11], Dan Weiss and Quentin Van Meter are also Endocrine Society Members and colleagues of mine who are critical of both the Endocrine Society Guidelines and WPATH's Standard of Care.

123.    In June of 2022, the Endocrine Society published "Enhancing the Trustworthiness of the Endocrine Society's Clinical Practice Guidelines." (McCartney et al., 2022). It wrote: "In an effort to enhance the trustworthiness of its clinical practice guidelines, the Endocrine Society has recently adopted new policies and more rigorous methodologies for its guideline program." (Id.). The document relates that in 2019, the Emergency Care Research Institute ("ECRI") Guidelines Trust "asked the Society for permission to include its guidelines in the ECRI Guidelines Trust database." (Id.). However, after an evaluation by ECRI, the guideline related to osteoporosis "was the only guideline for which all recommendations were based on verifiable systematic evidence review with explicit descriptions of search strategy, study selection, and evidence summaries." (Id.). It follows that the recommendations from the ESG 2017 on Gender Dysphoria/Gender Incongruence were not all recommendations "based on verifiable systematic evidence review with explicit descriptions of search strategy, study selection, and evidence summaries." (Id.). Furthermore, these ESG 2017 were highly subject to conflicts of interest. Nine out of the ten authors were members or worked on the scientific committees of the advocacy group WPATH. Additionally, WPATH was a cosponsoring organization of the 2017 Guideline. The "Enhancing Trustworthiness" article recommends the opposite composition of authors for guidelines: "A majority (>50%) of non-Chair GENDER DYSPHORIA members must be free of relevant C/DOI [conflict/duality of interest]." (McCartney et al., 2022).

124.    Further problems with the Endocrine Society's guideline are highlighted in a British Medical Journal Investigation article. It reads: "Guyatt, who co-developed GRADE, found 'serious problems' with the Endocrine Society guidelines, noting that the systematic reviews didn't look at

---

[11] Eappen R and Kingsbury I. "The Endocrine Society's Dangerous Transgender Politicization". The Wall Street Journal. 06/28/2023. https://www.wsj.com/opinion/the-endocrine-societys-dangerous-politicization-endocrinologists-gender-affirming-care-arkansas-dac768bd?mod=article_inline

the effect of the interventions on gender dysphoria itself, arguably 'the most important outcome.' He also noted that the Endocrine Society had at times paired strong recommendations—phrased as 'we recommend'—with weak evidence.  In the adolescent section, the weaker phrasing 'we suggest' is used for pubertal hormone suppression when children 'first exhibit physical changes of puberty'; however, the stronger phrasing is used to 'recommend' GnRHa treatment. 'GRADE discourages strong recommendations with low or very low-quality evidence except under very specific circumstances,' Guyatt told the BMJ. Those exceptions are 'very few and far between.'" (Block, 2023).

125.    It is clear that with respect to the subject of gender dysphoria, the Endocrine Society has acted as a vassal organization of WPATH's social-political advocacy group rather than an independent medical society generating its own scientific opinions.  In my opinion, the Endocrine Society's guidelines do not provide a standard of care that any physician should follow.

### 3.    THE AMERICAN MEDICAL ASSOCIATION ("AMA").

126.    WPATH has been unable to show good evidence of benefit for their Standards of Care 7 (2012) or Standards of Care 8 (2023) and has also minimized potential harms of hormones and surgeries.  Nevertheless, the AMA has relied on WPATH from their earliest years of endorsement of GAT.

127.    For example, in their 2008 policy "Removing Financial Barriers to Care for Transgender Patients", the AMA misleadingly presented WPATH, an advocacy organization, as being a legitimate medical organization, whose guidelines were held "within the medical community to be the standard of care." (AMA House of Delegates, 2008).  They misrepresented that the medical treatments advocated by WPATH as being "based upon sound scientific evidence and sound medical opinion" when in fact WPATH has never proven that their guidelines are supported by high quality, rigorous studies which show clear benefits of hormones and surgeries. (see also III.A.5).  The 2008 AMA policy was reaffirmed in 2022.  (AMA Policy Finder, 2024).

128.    In 2023, the AMA teamed up with the Endocrine Society in passing the Endocrine Society's "resolution to protect access to evidence-based gender-affirming care for transgender and gender-diverse individuals" at the AMA's House of Delegates. (endocrine.org, 2023).  The

Endocrine society labeled sensible legislation passed by States[12] to limit harms to minors from GAT as "political attacks." (Id.).  The Endocrine Society also referred to its own 2017 guideline in support of the resolution even though the guideline stated clearly that it did not "establish a standard of care", and despite the fact that no single recommendation was based on high quality evidence and in fact 85% were based on low, very low, or were absent of quality evidence. (See also section IV.A.2).

129.    Pertinent to this specific case, the AMA also intervened in 2019 in Keohane v. the Florida Department of Correction as an amicus curiae along with the Endocrine Society. (Keohane v. Fla. Dept. of Corr. Sec'y, 952 F.3d 1257 (2020)).  They both misrepresented the Endocrine Society's guideline claiming that the Endocrine Society "considers these treatments [GAT] to be the standard of care for gender dysphoria." (Id., p. 13), when their guideline clearly states it does not "establish a standard of care." (Hembree et al., 2017, p. 3895).

### 4.    THE AMERICAN PSYCHOLOGICAL ASSOCIATION ("APA").

130.    The APA has a similarly long relationship with the advocacy organization WPATH. In 2008, the APA published a resolution titled the "APA RESOLUTION on Transgender, Gender Identity, and Gender Expression Non-Discrimination." (APA, 2008). In the resolution, they place psychologists in the position of implementing the recommendations of WPATH's guidelines "which recommend the continuation of gender transition treatments and especially hormone therapy during incarceration."  (Id.) (citation omitted).

131.    In 2015, the APA published their "Guidelines for Psychological Practice With Transgender and Gender Nonconforming People." (APA, 2015).  In it they state that the "Guidelines are intended to complement treatment guidelines" put forth by WPATH and the Endocrine Society. (Id., p. 833).  However, the APA did acknowledge the overall weakness of the evidence base noting that "[s]ome studies of TGNC [transgender, gender non-conforming] people utilize small sample sizes, which limits the generalizability of results. Few studies of TGNC people utilize probability samples or randomized control groups."  (Id., p. 834). They went on to state that "[a]s a result [of these limitations], the Task Force relied primarily on studies using convenience

---

[12] The Supreme Court's favorable decision in United States v. Skrmetti, 605 U.S. __, 145 S. Ct. 1816 (2025), in my opinion, shows clearly that the state of Tennessee's law and other similar state laws were not "political attacks" as the Endocrine Society wrongly concluded, but rather sensible legislation for the protections of minors from the many permanent harms of GAT.

samples, which limits the generalizability of results to the population as a whole."[13] (Id.) (emphasis added).

132.    Similar to the Endocrine Society Guideline authorship having been weighted with WPATH members, APA members have enmeshed themselves in producing both APA documents and books as well as WPATH's low quality and dangerous SOC 8 guideline.

133.    Examples include:

- S. (Sand) C. Chang, PhD is an APA task force member and contributor to the aforementioned APA Guidelines for Psychological Practice with Transgender and Gender Nonconforming Clients (GPTG) and SOC 8.

- L. (Laura) Edwards-Leeper is also an APA task force member and contributor to the APA Guidelines for GPTG and SOC 8.

- Luara Kuper "recently served as a co-author on the Nonbinary Chapter of the World Professional Association for Transgender Health's Standards of Care Version 8 and is currently serving on the Task Force to update the American Psychological Association's Guidelines for Psychological Practice with Transgender and Gender Diverse People."[14]

- Dianne Berg is a chapter co-author of the APA book "The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children (APA Books, 2018)" in which Diane Ehrensaft is an editor. Both are listed as co-authors of SOC 8.[15]

- R. (Renelle) Massey was invited in 2021 to write a blog for infoaboutkids.org, a publication of the American Psychological Association's Consortium for Science-based Information on Children, Youth, & Families.[16] (Massey, 2021). Dr. Massey is a WPATH member. He was a board member from 2018 to 2020. He became a faculty member of the Global Education Institute in 2016, later served on the steering group, then was selected to be the mental health chair of programs. He also served on the committee revising SOC 8 including the chapter on adolescents for which he was also involved in writing the draft. Koe et al. v Noggle et al., No. 1:23-CV-02904, Doc. 115 (N.D. Ga. 2023).

134.    I am familiar with Dr. Massey from the case Koe in the Northern District of Georgia.  During the case myself and another expert both independently recognized that nearly all

---

[13] Although the APA stated that convenience samples limit the generalizability of results to the population as a whole, Dr. Karasic failed to recognize these limitations in his declaration. (Karasic Report, FN 6).

[14] https://utswmed.org/doctors/laura-kuper/, accessed on-line 09/27/2025.

[15] https://www.apa.org/pubs/books/The-Gender-Affirmative-Model-Chapter-1-Sample.pdf; https://med.umn.edu/bio/dianne-berg; both accessed on-line 09/28/2025.

[16] https://infoaboutkids.org/about-us/ accessed 09/28/25.

of the discussion section in Dr. Massey's declaration was identical to one of WPATH's experts, Dr. Aaron Janssen's[17] existing reports. I was present during the trial when the defendant's counsel went through a line-by-line and paragraph-by-paragraph comparison of the two reports with Dr. Massey under oath. The court stated that "YOU [counsel] HAVE ELICITED THE FACT THAT THIS [work of Dr. Massey] IS ESSENTIALLY WORD FOR WORD REPRODUCTION OF SOMEBODY ELSE'S [Dr. Janssen's] WORK...I will consider that in assessing the testimony." <u>Koe</u>, Doc. 114 at 64, (2023). My understanding from a later discussion with the defense counsel is that Dr. Massey's declaration was not admitted as evidence, presumably because of plagiarism concerns.

### 5.    AMERICAN PSYCHIATRIC ASSOCIATION ("<u>APA-PSYCH</u>").

135.    The APA-Psych, which is a professional association of psychiatrists, also has a long-standing relationship with WPATH. The APA-Psych's "Report of the APA Task Force on Treatment of Gender Identity Disorder" approved in 2011, contains 36 references to WPATH. (Byne et al., 2012). Dr. Eli Coleman, the chair of both the SOC 7 and SOC 8 revision committees[18], is also one of the nine authors of the APA-Psych's report.

136.    Interestingly, the APA-Psych report states flatly that WPATH "is not a professional organization of mental health professionals." (<u>Id.</u>, p. 8). Also relevant, the APA-Psych report stated that the then current SOC-6 "<u>does not cite its underlying evidence base, nor indicate the level of evidence upon which its standards are based</u>." (<u>Id.</u>) (emphasis added). Despite their concerning findings about poor evidence quality, within the same report, the APA Task Force proceeded to state: "The Task Force, therefore, recommends that the <u>APA consider drafting a resolution, similar to Resolution 122 of the American Medical Association</u>. This resolution concludes that medical research demonstrates the effectiveness and necessity of mental health care, hormone therapy and sex reassignment surgery for many individuals diagnosed with GID and resolves that the AMA supports public and private health insurance coverage for medically necessary treatments and opposes categorical exclusions of coverage for treatment of GID when prescribed by a physician." (<u>Id.</u>) (citations omitted) (emphasis added). Making recommendations

---

[17] Dr. Janssen "was actively involved in the revision of WPATH's Standards of Care for the Health of Transgender and Gender Diverse People ("Standards of Care"), serving as a member of revision committees for both the child and adult mental health chapters of version 8 of WPATH's Standards of Care (SOC 8), published in 2022." Doe v. Thornbury, No. 3:23-cv-00230, Doc. 17-2 (W.D. Ky. May 2023).

[18] https://wpath.org/publications/soc8/chairs-evidence-leads/, accessed on-line 09/28/25

based on a poor or absent quality evidence base is similar to what I have described both the Endocrine Society and WPATH doing and appears to be a pattern among organizations who advocate for GAT.

137.    Plaintiffs' expert Dr. Karasic was a co-author of SOC 7, a chapter lead of the mental health chapter of SOC 8 and has been one of WPATH's board of directors.[19]   He is also a Distinguished Fellow of the American Psychiatric Association and Chair of the American Psychiatric Association Workgroup on Gender Dysphoria.[20]

### B.    FLAWED STUDIES BASED ON THE PROBLEMATIC 2015 US TRANSGENDER SURVEY.

138.    There is much additional evidence that questions the long-term benefits of opposite sex hormones and gender reassignment surgery and in fact suggests serious harms.

139.    D'Angelo et al. have written about the 2015 USTS survey as part of the criticism of another flawed study in the journal Pediatrics by Jack Turban in 2020 titled "Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation." (Turban, 2020).  They write in their critique of the USTS that it is "a convenience sampling, a methodology which generates low-quality, unreliable data.  Specifically, the participants were recruited through transgender advocacy organizations and subjects were asked to 'pledge' to promote the survey among friends and family. This recruiting method yielded a large but highly skewed sample…[t]heir analysis is compromised by serious methodological flaws, including the use of a biased data sample, reliance on survey questions with poor validity, and the omission of a key control variable, namely subjects' baseline mental health status."  (D'Angelo et al., 2021) (footnotes omitted).  They also state that "[s]tigmatizing non-'affirmative' psychotherapy for GENDER DYSPHORIA [gender dysphoria] as 'conversion' will reduce access to treatment alternatives for patients seeking non-biomedical solutions to their distress." (Id.).

140.    Other published studies of GAT reveal serious errors. For example, the American Journal of Psychiatry issued a major correction.  The authors and editors of a 2020 study, titled "Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study" (Bränström study, 2020) retracted their original

---

[19] https://www.dankarasic.com/about-dr-karasic, accessed on-line 09/28/2025

[20] https://wpath.org/wp-content/uploads/2024/11/SOC8-Full-Contributor-List-FINAL-UPDATED-09232021.pdf, accessed on-line 09/28/2025

primary conclusion. Letters to the editor by twelve authors including myself led to a reanalysis of the data and a corrected conclusion stating that in fact **the data showed no improvement in mental health for transgender identified individuals** after surgical treatment nor was there improvement with opposite sex hormones. ("Correction," 2020; Van Mol et al., 2020) (emphasis added).

141. The initial reports of this study claimed that the authors found treatment benefits with surgery, and this was shared widely in the media. For example, ABC News posted an article titled "Transgender surgery linked with better long-term mental health, study shows." (Weitzer, 2019). An NBC news/Reuters headline reads: "Sex-reassignment surgery yields long-term mental health benefits, study finds." (Reuters, 2019).

142. However, after twelve authors from around the world (including my team of four coauthors) investigated the study in detail, a number of serious errors were exposed leading to a retraction. (Kalin, 2020; Anckarsäter et al., 2020).

143. In a letter to the editor, which I co-wrote with former Chairman of Psychiatry at Johns Hopkins Medical School, Paul McHugh, MD, we noted key missing evidence in the original Branstrom report when compared to the previous body of knowledge yielded from the Swedish Dhejne study. We wrote that "[t]he study supports only weak conclusions about psychiatric medication usage and nothing decisive about suicidality. In overlooking so much available data, this study lacks the evidence to support its pro gender-affirmation surgery conclusion." (Van Mol, Laidlaw, et al., 2020).

144. In another letter, Professor Mikael Landen wrote that "the authors miss the one conclusion that can be drawn: that the perioperative transition period seems to be associated with high risk for suicide attempt. Future research should use properly designed observational studies to answer the important question as to whether gender-affirming treatment affects psychiatric outcomes." (Landen, 2020).

145. In another letter to the editor, psychiatrist David Curtis noted that "[t]he study confirms the strong association between psychiatric morbidity and the experience of incongruity between gender identity and biological sex. However, the Branstrom study does not demonstrate that either hormonal treatment or surgery has any effect on this morbidity. It seems that the main message of this article is that the incidence of mental health problems and suicide attempts is especially high in the year after the completion of gender-affirming surgery." (Curtis, 2020).

35

146.    In yet another critical letter, Dr. Agnes Wold stated that "[w]hether these factors involve a causal relationship (i.e., that surgery actually worsens the poor mental health in individuals with gender dysphoria) cannot be determined from such a study. Nevertheless, the data presented in the article do not support the conclusion that such surgery is beneficial to mental health in individuals with gender dysphoria." (Wold, 2020).

147.    It is clear that when studies supporting the long-term benefits of cross-sex hormones and surgeries are scrutinized carefully by clinicians and researchers of the field, these studies are shown to have serious methodological flaws and do not support the purported benefits.

### C.    HIGH RATES OF COMPLETED SUICIDE AND PSYCHIATRIC COMPLICATIONS IN GAT.

148.    Dr. Karasic claims "withdrawing or denying gender-affirming medical care to those for whom it is indicated would put them at risk of significant harm to their health and well-being, including heightened risk of self harm and suicidality." (Karasic Report, ¶ 29). He also states that "[w]hen incarcerated people are unable to receive gender-affirming medical care to treat their gender dysphoria…they have attempted to end their lives." (Karasic Report, ¶ 30).

149.    However, the data tell a different story. The most comprehensive study of GAT of its kind derives from Sweden in 2011. The authors examined data over a 30-year time period. (Dhejne, 2011). The Dhejne team made extensive use of numerous Swedish database registries and examined data from 324 patients in Sweden over 30 years who had taken opposite sex hormones and had undergone sex reassignment surgery. They used population controls matched by birth year, birth sex, and reassigned sex. When followed out beyond ten years, the sex-reassigned group had nineteen times the rate of completed suicides and nearly three times the rate of all-cause mortality and inpatient psychiatric care compared to the general population of Sweden.

150.    Dr. Karasic seems to take issue with the interpretation of objective facts from Dhejne's data. (Karasic Report, FN 6). Dr. Karasic instead appeals to the author's subjective opinion about the data. (Id.).

151.    An important principle of reviewing scientific studies is an awareness that a study provides (1) a methods section which describes how the study is conducted and (2) a results section with objective data resulting from the conduct of the study. Both of these sections are intended to contain objective facts such that (1) anyone can interpret the data and critique the methods used to obtain such data, and (2) anyone can repeat the study under similar conditions to see if they obtain similar results.

152.    The study author's opinions (even Dhejne's) are simply that, opinions.  They are a subjective interpretation of the data.  They are subject to particular biases, as are anyone's opinions, and must be argued with supporting facts.  In other words, the study's author's statement doesn't amount to science or preclude anyone else from forming a different or even opposite opinion.

153.    Dr. Karasic does not challenge that a comprehensive study of 30 years' worth of data showed remarkably high rates of completed suicide, psychiatric hospitalization and mortality compared to the population of Sweden.

154.    What we are left with are statistics that show very high rates of morbidity and mortality in spite of both hormonal and surgical interventions that are intended to prevent such occurrences.  Given that suicide occurs in the context of psychological conditions, particularly depression, in my opinion, it is more likely that untreated psychological comorbidities, possibly compounded by negative psychological effects of high dose hormones and post operative regret, led to higher rates of completed suicide as compared to the general population. (Hirschfeld and Russel, 1997).

155.    The study published by Chen and Olson-Kennedy et al. in 2023 confirms the inherent danger of gender affirmative therapy found in the Dhejne study.  The New England Journal of Medicine published "Psychosocial Functioning in Transgender Youth after 2 Years of Hormones," for which Dr. Johanna Olson-Kennedy is the principal investigator. (Chen, Olson-Kennedy, et al., 2023).  This arm of her study included 315 adolescents aged 12 to 20 years old who were taking high dose hormones of the opposite sex.  The study was not randomized and had no control group.  The authors report that 2 out 315 subjects died by suicide.  The authors also report "[t]he most common adverse event was suicidal ideation" in 11 subjects. (Id.).

156.    The death by suicide of 2 out of 315 subjects equates to approximately 317 suicide deaths per 100,000 patient-years.  If we compare this figure to that of the United Kingdom's largest gender identity service, Tavistock, the "annual suicide rate is calculated as 13 per 100,000" patient-years. (Biggs, 2021).  The death-by-suicide rate was approximately 24 times higher in Dr. Olson-Kennedy's study compared to the much larger Tavistock Clinic.  In fact, Professor Biggs reports that two of the four suicide deaths from the Tavistock data were of patients who were on the waiting list and "would not have obtained treatment." (Id.).  This strongly suggests that the use of high dose opposite sex hormones in Dr. Olson-Kennedy's study was associated with a much higher death rate.  NIH produced the consent forms related to this study pursuant to a Freedom of

Information Act ("FOIA") request. Unfortunately, of the many side effects of hormone therapy listed on the study's consent forms, death by suicide (or by any cause) is not listed and was not disclosed to participants. (FDC_Officials_043839-FDC_Officials_043879).

157.    Unfortunately, unlike the Dhejne study, the Olson-Kennedy study provides little other useful data about outcomes such as psychiatric hospitalizations, suicide attempts, or rates of comorbid psychiatric illness. These facts would be useful to know to determine how high-dose cross sex hormones and GAT affect overall health and their association with death by suicide.  All of the data collected to date in Dr. Olson-Kennedy's publicly funded study "The Impact of Early Medical Treatment in Transgender Youth" should be released to the public so that other researchers and clinicians can determine how puberty blockers, opposite sex hormones, and mastectomy surgeries affect adolescent physical and mental health.

158.    While it is true that patients suffering from gender dysphoria have higher rates of suicidal ideation and completed suicide than the general population, studies have not shown that providing hormones reduces rates of suicide, and in fact those interventions may be associated with increased rates.

## V.    HEALTH SERVICE BULLETIN 15.05.23.

159.    I reviewed the Florida Department of Corrections HSB 15.05.23, titled "Mental Health Treatment of Inmates with Gender Dysphoria" including the sections on the purpose, policy, definitions, target population and goals for gender dysphoria care, screening, documentation, variances, evaluation, and treatment.

160.    With respect to treatment, I have summarized the five items as follows:

a.    All identified medical and psychiatric comorbidities must first be addressed. They are to be addressed by psychotherapy, psychotropic medication, or other appropriate medically accepted interventions.

b.    Psychotherapy should be prioritized with a focus on managing the psychological distress/dysphoria, assisting with adjustment to incarceration, community re-entry, and strengthening resilience.

c.    Psychotropic medication should be considered to determine if its use may alleviate the symptoms of Gender Dysphoria.

d.    Diagnosis and treatment will be discontinued if the inmates no longer meet the criteria for diagnosis.

> e.  The inmate must actively participate in psychotherapy for at least one year to ameliorate the symptoms of Gender Dysphoria, to acclimate the inmate to the prison environment, and to develop an understanding of the limitations of the prison environment. An established pattern of attendance and participation in mental health treatment for at least one year is required prior to the consideration of any valiances.

161.   I believe that these treatment items represent a reasonable approach to the treatment of the psychological condition of gender dysphoria.  Item 1 further states that "[o]nce these medical and psychiatric comorbidities are resolved and ruled out as the potential cause of the Gender Dysphoria, further treatment for Gender Dysphoria may proceed."  I interpret this as a cautious approach to applying endocrine sex hormones to treat a psychological condition only if all possible psychological measures fail.

## VI.   PLAINTIFFS' EVALUATIONS.

### A.   PLAINTIFF BOOTHE.

162.   Natasha Boothe was born on █████████████, and identified as a female. Plaintiff currently goes by the first name Nelson. Boothe is incarcerated for homicide and leaving the site of a crash with a death.

163.   The homicide occurred on October 25, 2019.  The victim's name was ████ ████████████. According to reports, Boothe was driving a gold Chrysler van and struck ████ ██████ blue Volkswagen from behind.  Both drivers pulled into a pawnshop parking lot. ████████ got out of her vehicle and Boothe proceeded to reverse the van towards ████████ "briefly pinning her to a chain-link fence, the footage shows." (Ovalle, 2020).

164.   After ████████ "was able to escape," she then went around to the front of the van. Eventually Boothe accelerated, and "████████ jumped atop the hood to avoid being run over." Boothe proceeded to drive the van with ████████ on the hood throughout the streets of Hialeah, Florida. Boothe "made sharp turns, 'breaking violently, speeding and driving erratically from left to right at high speed in an attempt to force the victim to fall from the hood,' according to the [arrest] warrant." "████████████████ gripped the hood of a van, desperately clinging on for life, as it sped wildly through the streets of Hialeah. After about eight blocks, she slipped off and was crushed to death in traffic." ████████ succumbed to "traumatic injuries throughout her body," according to the warrant.  (Id.).

165.     The plaintiff also has a criminal history of grand theft, robbery with a gun or deadly weapon, simple battery, and aggravated battery with intended harm. (FDC_OFFICIALS_004769). Additionally, prison records indicate that on September 26, 2024, the plaintiff was pending a violent detainer for a prison altercation which resulted in Boothe's girlfriend receiving a large laceration on her forehead which required stitches to close. The record also indicates that Boothe then "PICKED UP TWO BROKEN LEGS FROM THE TABLE AND CONTINUED HITTING THE VIC[TIM] ALL OVER HER BODY." (FDC_OFFICIALS_004769).

166.     This history of violence and reckless and dangerous behavior is very important as high dose testosterone has been shown to be related to aggressive and dangerous behaviors as I have discussed and published. (See section III.A.1; Laidlaw and Jorgensen, 2024). Testosterone could also worsen these behaviors in a person predisposed to violence.

167.     Boothe has a history of mental illness including ████████████ ████████████████████████████████████████████████████ ███████████. (Evans Report - Boothe, p. 7, 12-14). In addition, WPATH doctor Jennifer Evans diagnosed Boothe with gender dysphoria.

168.     The Plaintiff also has a history of ██████████████████ "███████████████████████████████████████████████ ████████████████████████████████████████████████ ███████████████. (Evans Report - Boothe, p. 6).

169.     With respect to gender dysphoria, Dr. Evans writes that Boothe "██████████████████████████ ████████████████████████████. (Id., p. 8). I have not been able to find medical records to corroborate this. I could also not find medical records relating to a gender dysphoria diagnosis made by a psychologist or psychiatrist prior to when Boothe allegedly started hormones at age 18.

170.     There also seems to be a discrepancy with the medical records which state on October 14, 2024, in the nursing comments, that Boothe was "████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████" (FDC_OFFICIALS_004673). At any rate it is my understanding that the plaintiff consented to the continuation of hormonal treatment for gender dysphoria while in prison and was informed of the risks.

171.    With respect to testosterone administration while in prison, there are numerous entries in the medical record in which Boothe has been prescribed high doses of testosterone relative to the natal female body.  For example:

a.     (FDC_OFFICIALS_004763);

b.    (FDC_OFFICIALS_004678);

c.    (FDC_OFFICIALS_004359); and

d.     (FDC_OFFICIALS_004731).

172.    The plaintiff has laboratory results which show that Boothe has the condition of ████████. For example, on September 29, 2023, ████████." (FDC_OFFICIALS_004732).

173.    Here, the patient has a very elevated total testosterone of ████ consistent with ████████. Given the normal reference range for adult women is around 10-50 ng/dl, this level is ████ time higher than the normal reference range.  The patient has ████ or a ████████ as evidenced by the ████████ due to testosterone.

174.    The plaintiff also developed ████████ ████████. (Evans Report – Boothe, p. 9).

175.    Dr. Evans reported on this testosterone level in her report but failed to note the development of ████████. Dr. Evans also stated that ████████ ████████" (Evans Report – Boothe, p. 10).  However, I have located additional records describing findings from additional lab work. For example, ████████ ████████ (FDC_OFFICIALS_004702).

176.    Here, the patient has ████████ as evidenced by the high ████████ which is a side effect of ████████ due to testosterone.

177.    On July 9, 2025, the Plaintiff had blood work that showed ██████████ ██████████ as evidence by ████████████ . This is very unusual in a patient who is taking high dose testosterone \ particularly since the September lab had shown ██████████ ████████████████████████████████████████████████ (FDC_OFFICIALS_031141).

178.    Labs from July 30, 2025, show that the plaintiff still had ████████ ████████████████████████████████████████████████ ██████ " (FDC_OFFICIALS_031149).

179.    Dr. Evans wrote that her evaluation included "assessing whether the individual is aware of and understands the potential risks of medical treatment" and that Boothe is aware of the "risks, and benefits of testosterone, including their impact on mental and physical health." (Evans, p.2, 12).  However, Dr. Evans did not report that Plaintiff Boothe had developed the conditions of ████████████████████████ while receiving high dose testosterone. She also did not report on the significance of Boothe's subsequent ██████ . (Evans Report – Boothe, pp. 2, 12).   In Boothe's deposition, Boothe reported significant ████████████████████████ ████████████████████████████████████████████ ██████ . (Boothe depo., p. 135).  It is apparent to me that Dr. Evans does not have a good grasp of the medical risks of testosterone and does not have the aptitude or medical training to evaluate these risks and other adverse health effects that can occur within the context of GAT.

180.    Further, Boothe has a history of ████████████ . It was reported on October 25, 2024, that ████████████████████████████████████████████ ████████████████████ ." (FDC_OFFICIALS_004504).

181.    With respect to ████████████████████████████ ████████████████████████████████████████████ ████████████████████ 

182.    On November 7, 2024, it was reported that ████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████ "  (FDC_OFFICIALS_004523) (emphasis added).  Also, ████████████████████████████████████████



," (FDC_OFFICIALS_004359).

183.    It is noteworthy that the ▮▮▮▮▮▮ happened while the plaintiff was receiving high dose testosterone suggesting that the off-label medication is at best not helpful or at worst contributing to the plaintiff's emotional instability.

### CONCLUSION REGARDING PLAINTIFF BOOTHE

184.    Boothe has a long history of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Boothe has also been diagnosed with gender dysphoria by WPATH doctor Jennifer Evans.



185.    Boothe has a significant history of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Testosterone as prescribed by the WPATH/Endocrine Society model of treatment is being used off-label and at extremely high doses.  The safety and efficacy for this hormonal treatment have not been established.  There are significant physical risks which I have described. (See section II.A.1).   The patient has also had ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮

186.    There are significant mental health risks as shown by FAERS reporting including anxiety, depression, suicidal ideation and behavior, anger, aggression, depressed mood, dissociation, anti-social behavior, and homicidal ideation. (Gomez-Lumbreras and Villa-Zapata, 2024; Laidlaw and Jorgensen, 2024).  Boothe is at risk for developing one or more of these adverse reactions.   These risks include risks of serious self-harm and harm to others. Boothe's case illustrates why the risks of treatment with high dose testosterone by the WPATH model outweigh any potential benefits to patients with clinical histories like Boothe's.  This hormonal treatment is not being used to treat an endocrine disorder but rather the psychological condition of gender dysphoria.  Treatments to ease the distress of this psychological condition include psychotherapy. Psychotherapy presents no physical risks to a patient whereas treatment with high dose testosterone leads to significant risks.  Nevertheless, it is my understanding that the plaintiff has been informed by the prison of the risks and has consented to hormonal treatment for the psychological condition of gender dysphoria despite these risks.

B. **PLAINTIFF JACKSON.**

187.    Candace Jackson was born on ███████████ and identified as a female.  Jackson currently goes by the first name of Karter. Jackson has been sentenced to 50 years in prison for second degree murder, dangerous act; attempted second degreed murder, dangerous act; and aggravated battery with intended harm.  This conviction was the result of Jackson driving an SUV into girlfriend ███████████ and her mother ███████████ died from her injuries. (CBS news Miami, 2014)  It was also noted that Jackson has a history ███████████ ███████████. (Evans Report - Jackson, p. 5).

188.    Jackson has reported having a difficult childhood including that her mother ███████ ███████████████████████████████████████████ ███████████. (Id., P. 3; FDC_OFFICIALS_008096). ███████████████████████████████████████████ ███████████. (FDC_OFFICIALS_008146). ███████████████████████████████████████████ ███████████ (FDC_OFFICIALS_007449).  Jackson also reported being ███████████ ███████████████████████████████████. (FDC_OFFICIALS_008096- FDC_OFFICIALS_008100).    Jackson    also    has    a    history    of    ███████████. (FDC_OFFICIALS_008151).

189.    With respect to mental health history, Jackson had been diagnosed with ███████ ███████████████████████████. (FDC_OFFICIALS_008242). The medical record also documents that Jackson attended ███████████████████ ███████████ (FDC_OFFICIALS_008096).  The patient reported being ███ ███ ███ ███ ███████ ██████. (FDC_OFFICIALS_008096- FDC_OFFICIALS_008100).

190.    Jackson has a history of multiple disciplinary reports from August 2014 to August 2018, including disorderly conduct on three occasions, fighting, disrespect to officials on two occasions, disobeying orders on three occasions, and aggravated battery on staff. (FDC_OFFICIALS_007199).

191.    The plaintiff has had ███████████████████████ ███████████████████████████████████████████ (FDC_OFFICIALS_007354); declaring a ███████████████████████████████

████████████████████ (FDC_OFFICIALS_007246); and ████████████████████
(FDC_OFFICIALS_007447).

192.    Jackson has a history of ████████. The medical record documents that the
██████ ████ █████ █ ██████ ██ █████ ██ ████ █ ███
(FDC_OFFICIALS_008107).  On, August 22, 2014, Jackson's height █████ and weight ██
████. (FDC_OFFICIALS_008139).  The resulting body mass index ("BMI") was █████ which is
consistent with ███████████████████████████████. On
January  4,  2019,  ██████████████████████████.
(FDC_OFFICIALS_006884).  Though the ████ had improved, it was still consistent ████████
████████████ On February 24, 2021, it was noted that Jackson's ████████████
████████████ (FDC_OFFICIALS_008033).  More recently on March 13,
2025, ████████████████████████████████
████████████. (FDC_OFFICIALS_008248).

193.    There exist multiple overlapping risks of both obesity and high dose testosterone as
used in gender affirmative therapy, as delineated in Table 1:

| Obesity | Testosterone in gender-affirming care |
| --- | --- |
| Increased risk for major cardiovascular events | Increased risk of myocardial infarction and death due to cardiovascular disease |
| Venous thromboembolism | Thromboembolism |
| Lipid (cholesterol) abnormalities | lower HDL (good cholesterol) |
| Hyperandrogenism | Severe Hyperandrogenism |
| Metabolic Liver Dysfunction | Hepatotoxicity (liver toxicity) |
| Increased risk of cancer including breast cancer | Increased cancer risks including ovarian and breast |
| References: Skelton and Klish, 2023; Perreault and Laferrere 2023. | References: Irwig, 2018; Millington et al., 2021; Actavis Pharma, 2018; Hembree et al., 2017. |

**Table 1**

194. Jackson also has a significant history of ███████ ████ accounts for 65-78% of cases of ████████. (Shariq and McKenzie, 2020). According to medical records from 2016, Jackson suffered ████████████████. (FDC_OFFICIALS_007184). Medical records from date of service March 13, 2025, ██████████████████ ████████ █ ████ ████████ ██████ █ ██████ ████████. (FDC_OFFICIALS_008241).

195. Jackson has a history of ████████████ that is often associated with ████ (Burian et al., 2024). The plaintiff also has a history ████████ ████████████████████████ ████. (Burian et al., 2021; FDC_OFFICIALS_007742; FDC_OFFICIALS_007823; FDC_OFFICIALS_0A7637). ████████████████████ ████████████. (FDC_OFFICIALS_007922).

196. Jackson started treatment with high dose testosterone in January of 2023. (Evans Report - Jackson, p. 11). It is my understanding that Jackson consented to testosterone therapy and was informed of risks by the prison. Jackson received high dose testosterone in the form of weekly subcutaneous intramuscular injections until 2023, and then received testosterone by a topical gel. (Evans Report - Jackson, p. 11).

197. Plaintiff Jackson's testosterone levels have ████████████ according to the medical records. For example, on January 11, 2024, ████████████████████ ████████████████████████████. (Labcorp, 2025). On August 31, 2024, Jackson's testosterone level was ████████████. (FDC_OFFICIALS_008497). This indicates that the testosterone level was ████████████████ ████████████████████████ According to the medical records, this occurred because ████████████████████" (FDC_OFFICIALS_008757).

198. However, on December 24, 2024, Jackson's testosterone level was ████ which falls within the ████ reference range. (FDC_OFFICIALS_008497). On 01/12/25, the testosterone level was ████, also within the normal ████ reference range. (FDC_OFFICIALS_008476).

199.    Dr. Evans is not a medical doctor yet suggests that testosterone by the intramuscular (IM) route was more effective for achieving "full masculinization." (Evans Report - Jackson, p. 20).  Dr. Evans states this in spite of the fact that Jackson's levels were not only far above the ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████ while Jackson was using ██ pumps of testosterone gel.  This shows that Jackson does not have any problem absorbing testosterone into the body from the gel.  This means that proper adjustment of the gel by medical professionals (without the plaintiff interfering with the dose) should allow Jackson's blood testosterone to be adjusted to fall within the ████ reference range.

200.    Dr. Evans, despite not being a medical doctor, also recommended medication ██ ████████████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████.  (Evans Report - Jackson, p. 20) (emphasis added).  There are a number of labeled warnings for prescription progesterone. (Duramed pharma., 2007).  For example, for the progesterone Aygestin, the label includes warnings for patients like Jackson with risk factors for ██████████████ ████████████████ and who have a history of clinical depression. (DURAMED PHARMS., INC., AYGESTIN (2007).  The labeling also states that data suggests that Aygestin and other progestin therapies "may have adverse effects on lipid and carbohydrate metabolism." (Id.).  Additionally, weight gain is another labeled side effect.  These are serious medical concerns for Jackson given the plaintiff's history of █████████████████████████████████████████████████████████ ████████.

**CONCLUSION REGARDING PLAINTIFF JACKSON**

201.    Plaintiff Jackson's case illustrates why the risks of treatment with high dose testosterone by the WPATH model outweigh any potential benefits to patients with clinical histories like Jackson's. Jackson has existing ███████████ risk factors including ██████████ ████████████████ Jackson has a history of ██████████████████████████████████ ████████ requiring ████████████████ and would benefit from a ████████ program to help ████████████████████████████████.  Dr. Evans wrote that her evaluation included "assessing whether the individual is aware of and understands the potential risks of medical treatment" and that Jackson is aware of the "risks, and benefits of testosterone, including their impact on mental and physical health." (Evans Report - Jackson, p.2, 18).  However, Dr. Evans

did not discuss the plaintiff's  ███████████████████. She also did not specifically address the medical condition of ██████████████. It is apparent to me in that Dr. Evans does not have a good grasp of the medical risks of testosterone or progesterone and does not have the aptitude or medical training to evaluate these risks and other adverse health effects that can occur within the context of GAT.

202.    The use of high dose testosterone to treat gender dysphoria is not FDA approved. The safety and efficacy for this hormonal treatment have not been established. Significant physical risks include myocardial infarction (particularly given plaintiff's history of ███████████ ████), polycystic ovaries, atrophy of the lining of the uterus and vagina, neoplasms including breast cancer, and erythrocytosis.

203.    Jackson's ████████ combined with testosterone use places the plaintiff at increased risk of idiopathic intracranial hypertension, which is a cause of headaches and permanent vision loss. This is made more concerning give the patients previous history of █████████ due to ██████████.

204.    Additional concerning psychiatric risks include anxiety, depression, affect lability, euphoric mood, self-destructive behavior, anger, aggression, anti-social behavior, emotional disorder and distress, suicidal and homicidal ideation. These adverse effects are particularly concerning given the Jackson's ██████████████████.

205.    Jackson's case illustrates why the risks of treatment with high dose testosterone by the WPATH model outweigh any potential benefits to patients with clinical histories like Jackson's. This hormonal treatment is not being used to treat an endocrine disorder but rather the psychological condition of gender dysphoria. Treatments to ease the distress of this psychological condition include psychotherapy. Psychotherapy presents no physical risks to a patient whereas treatment with high dose testosterone potentially leads to significant risks. Nevertheless, it is my understanding that the plaintiff has been informed by the prison of the risks and has consented to hormonal treatment for the psychological condition gender dysphoria despite these risks.

C.    PLAINTIFF MENDOZA.

206.    George Mendoza was born on ██████████████, and identified as a male. Mendoza currently goes by the first name of Sasha. Mendoza has been sentenced to life in prison for crimes committed in 1984 including second degree murder, dangerous act; first degree murder, premeditated or attempted; and robbery with a gun or deadly weapon. Mendoza has also been

convicted of another count of robbery with a gun or deadly weapon and attempted introducing of currency.

207.    Mendoza has been diagnosed with  while in prison. (FDC_OFFICIALS_015792).  The plaintiff has been diagnosed by Dr. Evans with ████████████████████ . (Evans Report - Mendoza, p. 17-18).  Dr. Evans also diagnosed the plaintiff with gender dysphoria.

208.    On October 21, 2019, the Mendoza reported being  which occurred on October 13, 2019. (FDC_OFFICIALS_006713). On November 20, 2019, Mendoza also reported being ████████████████ ” (FDC_OFFICIALS_006711)

209.    Around January 13, 2020, Mendoza reported ████████████████ . (FDC_OFFICIALS_006302).

210.    On May 7, 2020, Mendoza was given a provisional diagnosis of Gender Dysphoria, Unspecified. (FDC_OFFICIALS_017693).  On July 29, 2020, Mendoza's case was evaluated by the gender dysphoria review team and Mendoza was not approved for hormones. (FDC_OFFICIALS_006625). Records indicate that on October 19, 2022, Mendoza was approved for hormone therapy for Gender Dysphoria. (FDC_OFFICIALS_017652).

211.    The change in the Plaintiff's gender identity (for which the plaintiff was given a provisional diagnosis of gender dysphoria but not approved for hormones) could be a result of medical malingering which is the falsification or exaggeration of symptoms in order to achieve secondary gain. (Alozai and McPherson, 2023).  In this case the secondary gain would be protection from perceived prison dangers ( ) and for receiving special accommodations and treatment.  A diagnosis of medical malingering would make treatment of gender dysphoria wholly unnecessary and therefore expose the plaintiff to serious risks without legitimate benefit.  However, medical malingering does not appear to have been considered as a potential diagnosis or even mentioned in Dr. Evans' report.

212.    On January 25, 2023, a physical exam of Mendoza's ████████ ████████ ████████████████████████ (FDC_OFFICIALS_015834). Additionally, on January 20, 2023, laboratory results showed a ████████████ ████████████████ , both of which fall within the normal reference range

for ███████ (FDC_OFFICIALS_015835). These findings show that the plaintiff's ██████ ██████████████████████████████████████████████████ prior to receiving high dose estrogen.

213. According to the medical records, the plaintiff first received high dose estrogen to treat gender dysphoria in early 2023. (FDC_OFFICIALS_015703). This means that Mendoza lived for around 57 years without receiving estradiol. It is my understanding from the medical records that Mendoza was informed of the risks of estrogen by the FDC medical and mental health providers and consented to the treatment.

214. The medical record from February 27, 2023, indicates that Mendoza started on estradiol ███████████████ February 1, 2023, which was intended to be every ███████ (FDC_OFFICIALS_015768). Estradiol is not FDA approved for the treatment of gender dysphoria.

215. The recommended dose for women for hypogonadism (inability to produce sufficient estrogen, and FDA approved indication) is 10 to 20 mg every four weeks. (Par Pharmaceutical, 2017). If this were converted to a ███████ like Mendoza's, the dose would be 5 to 10 mg ██████████. Mendoza was clearly started on a very high dose of estradiol relative to even female hormone replacement therapy. Medical records from March 2, 2023, indicate that the dose of estradiol ██████████████ ████ ██████ (FDC_OFFICIALS_015756).

216. Mendoza's estradiol levels have been ████████████ ███████████ On March 4, 2023, the estradiol level was █████████████████████████ ██████████████████████ (FDC_OFFICIALS_015749). On June 7, 2023, the estradiol was █████████████ than the plaintiff's baseline level indicating █████████████. (FDC_OFFICIALS_015587).

217. On April 3, 2024, Mendoza's estradiol remained ██████████ (with the reference range being 11.3-43.2). (FDC_OFFICIALS_015289). On June 4, 2024, Mendoza's estradiol was noted to be ██████, and on June 6, 2024, the estradiol was also noted to be ██ ██ █ ███ ██ ██████ ████████. (FDC_OFFICIALS_015236, FDC_OFFICIALS_015210).

218. On July 8, 2024, Mendoza was seen because of ██████████. (FDC_OFFICIALS_015120). The patient ████████████ despite the patient consenting

to and receiving estrogen treatment indicating his mental health condition had worsened.  This contrasts with Dr. Evans' claim that ███████████████████████████████████ ███████████████████. (Evans Report - Mendoza, p. 17).

219.    On August 22, 2024, Mendoza's estradiol was ██████████████, indicating ████ ███████████████. (FDC_OFFICIALS_014960).  As of February 7, 2025, Mendoza was receiving █████ estradiol tablets daily by mouth. (FDC_OFFICIALS_014657).

**CONCLUSION REGARDING PLAINTIFF MENDOZA**

220.    The use of high dose estrogen to induce ███████████████ as has happened in Plaintiff Mendoza is not an FDA approved use of estrogen and potentially exposes the plaintiff to considerable risks.  The safety and efficacy for this hormonal treatment have not been established. The risks include an increased risk of death due to myocardial infarction and cardiovascular disease, venous thromboembolism, stroke, breast cancer, neoplasms of the brain and neuroendocrine system, sexual dysfunction, infertility, hypertriglyceridemia, and gallstones. (See section III.A.2).

221.    Dr. Evans, despite not being a medical doctor, also recommended ███████████ ████████████████████████ (Evans Report - Mendoza, p. 19).  One of the known adverse effects of ████████ is sexual dysfunction. Sexual dysfunction, including decreased sexual desire and decreased spontaneous erections, is also an adverse effect of hyperestrogenemia. (Hembree, 2017).  To my knowledge there have been no clinical studies of safety for the combined use of estradiol and finasteride in natal males.

222.    Dr. Evans wrote that her evaluation included "assessing whether the individual is aware of and understands the potential risks of medical treatment" and that Mendoza is aware of the "risks, and benefits of hormones, including their impact on mental and physical health." (Evans Report - Mendoza, pp. 2, 17).  However, Dr. Evans did not specifically address ███████████ ████████████████████████████████████████████ in her report.  It is apparent to me that Dr. Evans does not have a good grasp of the medical risks of estrogen or ███████████ and does not have the aptitude or medical training to evaluate these risks and other adverse health effects that can occur within the context of GAT.

223.    Mendoza's case illustrates why the risks of treatment with high dose estrogen by the WPATH model outweigh any potential benefits to patients with clinical histories like Mendoza's.  This hormonal treatment is not being used to treat an endocrine disorder but rather

51

the psychological condition of gender dysphoria. Treatments to ease the distress of this psychological condition include psychotherapy. Psychotherapy presents no physical risks to a patient whereas treatment with high dose estrogen leads to significant risks. Nevertheless, it is my understanding that the plaintiff has been informed by the prison of the risks and has consented to hormonal treatment for the psychological condition of gender dysphoria despite these risks.

### D. PLAINTIFF COLEMAN.

224. Kelvin Coleman was born on ███████████████. Coleman has the chosen name of Sheila Diamond. (Evans Report - Coleman, p. 1). Coleman was convicted of first-degree attempted murder of ████████████████████ at age 21 and was incarcerated from 1998 to 2007. (FDC_OFFICIALS_005970). Coleman is currently serving a life sentence for two counts of first-degree murder/premeditated or attempted and one count of first-degree murder/premeditated or attempted. (FDC_OFFICIALS_005968).

225. Coleman's case has been published in the journal Psychology, Crime, and Law. (Loizidou et al., 2022). According to the article, Coleman was married to wife ███████████ and they lived at the Vacation Host Inn. An argument had taken place between ████████████ and ████████████ a motel employee, about the Coleman's children riding their bikes near the motel's windows. Mrs. Coleman called her husband who arrived at the motel, and eventually police were called by the office clerk. Initially, seeing no evidence of a direct threat, the police left. Five hours later Coleman returned to the inn and fired a gun at the maintenance man ██████ ████ and at ████████████, a maid at the inn. Both died from injuries resulting from the shooting.

226. According to the journal article, Coleman's mother was an alcoholic, and the plaintiff developed fetal alcohol syndrome as a result of the mother drinking during pregnancy. (Loizidou et al., 2022). Growing up, the plaintiff was also exposed to substance abuse and the criminal activities of other family members. Additionally, Coleman witnessed ███████████ ██████████████████████████████████████████████. (Id.; FDC_OFFICIALS_005969)

227. Coleman had additional traumatic experiences as a child. Coleman reports ████████ ██████████████████████████████████████████████████. (FDC_OFFICIALS_005969; FDC_OFFICIALS_006097). Coleman also reports having ██████ ████████████████████████. (FDC_OFFICIALS_005969). Coleman reported being

██████████████████████████████████████████████████

████████████. (FDC_OFFICIALS_005969; Evans Report, p.8)

228.    Coleman received positron emission tomography ("<u>PET scans</u>") of the brain which indicated fetal alcohol syndrome and presumptive chronic traumatic encephalopathy. (Loizidou et al., 2022). Fetal alcohol syndrome occurs when the mother drinks alcohol during pregnancy in sufficient amounts to alter brain and physical development.  This can lead to multiple problems including intellectual disabilities and learning disorders, poor judgement, trouble understanding and following direction, trouble with behavior and controlling emotions, and mood changes among other things. (Mayo Clinic, 2024).  Coleman has been diagnosed with ████████████████ ██████████████████████ while in prison. (FDC_OFFICIALS_005977).

229.    Coleman made multiple complaints about maltreatment by other prisoners.  For example, on December 22, 2021, Coleman stated, "███████████████████████████ ████████████████████████████████████████████████████ ██████████████████████" (FDC_OFFICIALS_006145).

230.    Medical records from January 5, 2022, state ████████████████████ ████████████████████████████████████████████████████ ██████████████████████.'" (FDC_OFFICIALS_006142).  Because of these statements,    Coleman    was    placed    in    confinement/protective    management. (FDC_OFFICIALS_006140).

231.    On February 21, 2022, the medical records state that ██████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████. (FDC_OFFICIALS_006130).  Medical records from 2024 state that Coleman's ████████████████████████████ ███████████████████████████████████.'" (FDC_OFFICIALS_005972).

232.    The abrupt change in Coleman's stated identity could be a result of medical malingering which is the falsification or exaggeration of symptoms in order to achieve secondary gain (Alozai and McPherson, 2023), in this case protection from prison dangers and receiving special accommodations and treatment.   A diagnosis of medical malingering would make treatment of gender dysphoria with hormones wholly unnecessary therefore expose the plaintiff to

potential serious risks without benefit.  However, medical malingering does not appear to have been considered as a potential diagnosis by Dr. Evans or even mentioned in her report.

233.    Coleman has also been inconsistent about the need to have ████████████  For example, on February 17, 2023, records state that ██████████████████████████ ████████████████████████████████████████████████████████████ (FDC_OFFICIALS_006082).  Later the plaintiff stated needing ████████████████ ████████████████████████. (FDC_OFFICIALS_018746).

234.    The results for a February 17, 2023, pre-screening for Gender Dysphoria were equivocal, and it was noted, "████████████████████████████████████ (FDC_OFFICIALS_006083).  Coleman was given a provisional diagnosis of Gender Identity Disorder and referred for a full evaluation in August 2023. (FDC_OFFICIALS_006069).

235.    On August 16, 2023, Coleman received a diagnosis of adult gender identity disorder from a licensed mental health counselor and the mental health director "[b]ased on Im/Pt [Inmate/Patient] self-reports and chart hx [history] review." (FDC_OFFICIALS_006063).  On January 23, 2024, an evaluation was performed that stated that Coleman met criteria for diagnosis of Gender Dysphoria based on Coleman's self-report fulfilling criteria A and additional information which reflected significant distress and/or impairment of functioning. (FDC_OFFICIALS_005980).

236.    According to Dr. Evans' report, ██████████████████████████████ ████████████████████████. (Evans Report - Coleman, p. 6).  I could not locate the type of hormone, dosage, or frequency.  Therefore, the plaintiff had lived for 49 years without having taken cross sex hormones.

237.    Additionally, according to a letter from the Gender Dysphoria Variance Team ("GDVT") to the Director of Psychological Services, Dr. Tapia, date June 25, 2025, the team stated it agreed with the "continued use of cross-sex hormones" to treat the symptoms of gender dysphoria.  (FDC_OFFICIALS_037753).

### CONCLUSION REGARDING PLAINTIFF COLEMAN

238.    The use of high dose estrogen to induce ████████████████ as has happened in Plaintiff Coleman is not an FDA approved use of estrogen and potentially exposes the plaintiff to considerable risks. The safety and efficacy for this hormonal treatment have not been established. The risks include an increased risk of death due to myocardial infarction and death due to

cardiovascular disease, venous thromboembolism, stroke, breast cancer, neoplasms of the brain and neuroendocrine system, sexual dysfunction, infertility, hypertriglyceridemia, and gallstones.

239.    Dr. Evans wrote that her evaluation included "assessing whether the individual is aware of and understands the potential risks of medical treatment" and that Mendoza is aware of the "risks, and benefits of hormones, including their impact on mental and physical health." (Evans Report - Coleman, p.2, 16).  However, Dr. Evans did not specifically address the medical condition of ██████████████.  It is apparent to me that Dr. Evans does not have a good grasp of the medical risks of estrogen and does not have the aptitude or medical training to evaluate these risks and other adverse health effects that can occur within the context of GAT.

240.    Coleman's case illustrates why the risks of treatment with high dose estrogen by the WPATH model outweigh any potential benefits to patients with clinical histories like Coleman's. This hormonal treatment is not being used to treat an endocrine disorder but rather the psychological condition of gender dysphoria.  Treatments to ease the distress of this psychological condition include psychotherapy.  Psychotherapy presents no physical risks to a patient whereas treatment with high dose estrogen leads to significant risks.  Nevertheless, it is my understanding that the plaintiff has been informed of the risks by the prison and has consented to hormonal treatment for the psychological condition of gender dysphoria despite these risks.

E.    **PLAINTIFF KEOHANE.**

241.    Reiyn Keohane was born on █████████████████, and identified as a male child. Keohane was imprisoned on July 7, 2014, for second degree murder and is currently serving a fifteen-year sentence for stabbing roommate █████████.  The circumstances were as follows: "Fort Myers police arrested a man [Keohane] after he allegedly stabbed his roommate in the throat early Sunday morning.  Officers say they responded to a call at 3:53 a.m. about a woman who had been stabbed multiple times.  Authorities learned █████████ was attacked by her roommate, Reiyn Keohane, 19, at Village Creek Condominium on Winkler Avenue.  ██████went to a neighbor for help. The neighbor called 911.  Keohane left the scene on his moped.  ██████was taken to Lee Memorial Hospital suffering from life-threatening injuries." (NBC2.com, 2013).

242.    Keohane has a ████████████████████████████████████



████. (FDC_OFFICIALS_000004).    Keohane has a ████████████████████████████

███████████████████████████████████████████████████
██████████████████ (FDC_OFFICIALS_000005).

243.    According to Drs. Bass and Culbreath's evaluation, Keohane saw the ███████
████████████████████████████████████████████████████
████." (FDC_OFFICIALS_000005).  It was not clear what mental health condition was being treated.  Allegedly, Keohane was diagnosed with gender identity disorder. I could not locate records to corroborate this.

244.    According to the evaluation, Keohane was ████████████████████
███████████████████████████████████████████████████.
(FDC_OFFICIALS_000005).  During incarceration, Keohane was diagnosed with Gender Dysphoria as well as ██████████████████████████ (Id.).

245.    According to the evaluation, Keohane began ███████████████
████████████████████████ (FDC_OFFICIALS_000007).
Keohane was diagnosed with Gender Dysphoria, █████████████████████
██████ ██ █████ █████ ██ █████ ██ █████ ██ █████.
(FDC_OFFICIALS_000011).

246.    Keohane has a long history of ████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████ ██████ █████ ███████ ████ █████ █████ ████████ ████████
(FDC_OFFICIALS_000079).

247.    According to Dr. Evans' report, Keohane began receiving hormones, presumably estrogen, in 2016 after Keohone's lawsuit against the FDC. (Evans Report - Keohane, p. 5).

248.    Psychiatry professor Dr. Stephen Levine provided an expert opinion about Keohane on January 6, 2017, based on his interview of Keohane three days prior and a review of medical records and reports. (Levine Report, 2017).  Dr. Levine wrote that "Reiyn has been described in medical charts as having a character disorder with mixed and changing features.  I experienced the inmate as a grandiose, narcissistic, stubborn, masochistic, and socially phobic." (Id., p. 10).

249.    Keohane has multiple comorbid psychiatric conditions and has been diagnosed with
█████████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████. (Evans Report - Keohane, p. 7).  Other conditions which have been investigated or treated include ████████████████████████. (Id.).

250.    On February 4, 2025, the following medications prescribed to Keohane had been renewed: Estradiol ██████████████, Spironolactone ██████████████, Finasteride ██████████████,  and  Medroxyprogesterone ██████████████. (FDC_OFFICIALS_014357).

251.    The dose of estradiol ████ daily is a very high dose as I have discussed previously and not FDA approved for the treatment of gender dysphoria. (See section III.A.2). High doses of estradiol have been associated with thrombosis (blood clots) and stroke. It is my understanding from the medical records that Keohane has been informed of risks of estrogen by the prison and has consented to this treatment.

252.    Keohane  also  receives  medroxyprogesterone  which  is  a  form  of  progesterone. (Medroxyprogesterone, 2025).  Presently, there are no progesterones that are FDA approved for the treatment of gender dysphoria.  With respect to adding progesterone to estrogen treatment for natal males identifying as transgender, the SOC 8 describes having attempted a systematic review of evidence and finding that there was not any notable evidence of benefit and that the literature in fact "suggest[s] a potential harm of some progestins." (Colemen et al., 2022, p. S122).

253.    Keohane also receives the diuretic spironolactone which functions as both a diuretic and androgen blocker but has no FDA approved indication for the treatment of gender dysphoria. Keohane has also been prescribed finasteride, which interferes with testosterone metabolism and also does not have an FDA approved indication for the treatment of gender dysphoria. (Finasteride, 2025). One of the known adverse effects of finasteride is sexual dysfunction. Sexual dysfunction, including decreased sexual desire and decreased spontaneous erections, is also an adverse effect of hyperestrogenemia. (Hembree, 2017).  To my knowledge there have been no studies of the safety of the combined use of estradiol, progesterone, spironolactone, and finasteride for the treatment of gender dysphoria.

**CONCLUSION REGARDING PLAINTIFF KEOHANE**

254.    The use of high dose estrogen to induce hyperestrogenemia, ██████████ ████████████, is not an FDA approved use of estrogen and exposes the plaintiff to considerable risks.  The safety and efficacy for this hormonal treatment has not been established.  The risks include an increased risk of death due to myocardial infarction and death due to cardiovascular disease, venous thromboembolism, stroke, breast cancer, neoplasms of the brain and neuroendocrine system, sexual dysfunction, infertility, hypertriglyceridemia, and gallstones.

255.    Dr. Evans wrote that her evaluation included "assessing whether the individual is aware of and understands the potential risks of medical treatment" and that Keohane is aware of the "risks, and benefits of hormones, including their impact on mental and physical health." (Evans Report - Keohane, p. 2, 19).  However, Dr. Evans did not specifically address the medical condition of ████████████ nor the off-label use of progesterone, spironolactone, and finasteride to treat a mental health condition.  It is apparent to me in this case that Dr. Evans does not have a good grasp of the medical risks of estrogen and does not have the aptitude or medical training to evaluate these risks and other adverse health effects that can occur within the context of GAT.

256.    Keohane's case illustrates why the potential risks of treatment with high dose estrogen by the WPATH model outweigh any potential benefits to patients with clinical histories like Keohane's.  This hormonal treatment is not being used to treat an endocrine disorder but rather the psychological condition of Gender Dysphoria.  Treatments to ease the distress of this psychological condition include psychotherapy.  Psychotherapy presents no physical risks to a patient whereas treatment with high dose estrogen leads to significant risks.  Nevertheless, it is my understanding that the plaintiff has been informed of the risks by the prison and has consented to hormonal treatment for the psychological condition of gender dysphoria despite these risks.

## VII.    CONCLUSION

257.    The gender affirmative therapy model espoused by WPATH, the Endocrine Society, the American Medical Association, the American Psychological Association, the American Psychiatric Association, Dr. Karasic, and Dr. Evans suffers from serious deficiencies in logic, lacks scientific foundation, and is built upon a poor-quality evidence base.  The deep error hidden in this model is that one cannot in fact change sex.  One cannot acquire the deep characteristics of biological sex in order to gain the complete sexual and reproductive functions of the opposite sex. This is not technologically possible.

258.     Furthermore, SOC 8 has been shown to be a document of consensus produced by a narrow, ideologically homogenous, politically influenced group of experts and stakeholders who have two primary aims: (1) ensure the reimbursement of GAT related medical visits, medications, surgeries, and procedures; and (2) protect clinicians and others involved in GAT from liability.

259.     There are known risks from GAT for both adults and minors, some of which I have described above, including cardiovascular disease, thromboembolism cancer, deficiencies in ultimate bone density, harms to sexual function, infertility, and for some permanent sterility. Long-term studies such as Dhejne have shown multiple serious risks for those who have undergone GAT hormonal and surgical treatments including increased risks of suicide, psychiatric hospitalization, and mortality compared to the general population.

260.     The cases of the five plaintiffs illustrate why the risks of treatment with high dose hormones by the WPATH/Endocrine Society model outweigh any potential benefits to patients with clinical histories like theirs.  This hormonal treatment is not being used to treat any endocrine disorder but rather to treat the psychological condition of gender dysphoria.  Treatments to ease the distress of this psychological condition include psychotherapy.  Psychotherapy presents no physical risks to patients whereas treatment with high dose opposite sex hormones lead to significant risks.

261.     For the reasons set forth above, in my professional opinion as an endocrinologist, it is not healthy for minors or adults to receive supraphysiologic doses of cross sex hormones to attempt to alter secondary sex characteristics, nor is it healthy for them to have surgeries to remove or alter the breasts, genitalia or reproductive tracts as part of GAT.  In fact, all of these interventions potentially harm people's health.  There exists insufficient evidence of benefit of GAT, but serious concerns for risk of harm.  As such, FDC's HSB 15.05.23's requirements for individual evaluations, focus on identifying and addressing co-occurring mental illnesses, and providing psychotherapy present a reasonable approach to the treatment of Gender Dysphoria.  Therefore, I believe that FDC's HSB 15.05.23 is a reasonable policy for the protection of human persons from medical harms.

Executed 10/06/2025 .

_____
Michael K. Laidlaw, M.D.

# References

Actavis Pharma, Inc. Testosterone Cypionate injection. Actavis Pharma, Inc., 2018. Accessed May 17, 2023 via https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=d7b57b68-dca6-4df2-b3f2-7017d7b69f17&msclkid=4ed2db18cd5411ecba911bd6e4bded62

Alberts B, Johnson A, Lewis J, et al. "Sperm" in Molecular Biology of the Cell. 4th edition. New York: Garland Science; 2002.

Almazan AN, Keuroghlian AS. "Association Between Gender-Affirming Surgeries and Mental Health Outcomes". JAMA Surgery 2021; 156(7): 611–618.

Alozai Uu, McPherson PK. Malingering. [Updated 2023 Jun 12]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan-. Available from: https://www.ncbi.nlm.nih.gov/books/NBK507837/

Alzahrani T, Nguyen T, Ryan A, et al. "Cardiovascular disease risk factors and myocardial infarction in the transgender population". Circ Cardiovasc Qual Outcomes. 2019;12(4):e005597

AMA Policy Finder. "Removing Financial Barriers to Care for Transgender Patients H-185.950". AMA. 2024. Accessed on-line 09/27/2025.

The American Cancer Society medical and editorial team. "Mastectomy". American Cancer Society. https://www.cancer.org/cancer/breastcancer/treatment/surgery-for-breast-cancer/mastectomy.html accessed 06/24/22

AMERICAN MEDICAL ASSOCIATION HOUSE OF DELEGATES. Resolution: 122 (A-08) "Removing Financial Barriers to Care for Transgender Patients". AMA. 2008. http://www.imatyfa.org/assets/ama122.pdf

American Psychiatric Association. Diagnostic and statistical manual of mental disorders (5th ed., text rev.) 2022. https://doi.org/10.1176/appi.books.9780890425787

American Psychiatric Association (APA). Frequently asked questions. Accessed on-line 07/26/2025
https://www.psychiatry.org/psychiatrists/practice/dsm/frequently-asked-questions

Amnesty International. (2020). Amnesty International UK and Liberty joint statement on puberty blockers. https://www.amnesty.org.uk/press-releases/amnesty-international-uk-and-liberty-joint-statement-puberty-blockers

Anckarsäter, H., (MD, Ph.D.) and Gillberg, C., (M.D., Ph.D. ) "Methodological Shortcomings Undercut Statement in Support of Gender-Affirming Surgery". Am J Psychiatry 2020; 177:764–765; doi: 10.1176/appi.ajp.2020.19111117.

Anderson K, Krakowsky Y, Potter E, Hudson J, Cox AR. Adult transgender care: A review for urologists. Can Urol Assoc J. 2021 Oct;15(10):345-352. doi: 10.5489/cuaj.6949. PMID: 33750518; PMCID: PMC8525536.

APA. "APA RESOLUTION on Transgender, Gender Identity, and Gender Expression Non-Discrimination". American Psychological Association. 2008. https://www.apa.org/about/policy/resolution-gender-identity.pdf

APA. "Guidelines for Psychological Practice With Transgender and Gender Nonconforming People". American Psychological Association. 2015.

Apridonidze T, Essah PA, Iuorno MJ, Nestler JE. "Prevalence and characteristics of the metabolic syndrome in women with polycystic ovary syndrome". J Clin Endocrinol Metab. 2005;90(4):1929. Epub 2004 Dec 28.

Arain, et al. Neuropsychiatric Disease and Treatment. "Maturation of the adolescent brain". Neuropsychiatric Disease and Treatment. 2013:9 449–461

Baldassarre M, Giannone FA, Foschini MP, Battaglia C, Busacchi P, Venturoli S, Meriggiola MC. Effects of long-term high dose testosterone administration on vaginal epithelium structure and estrogen receptor-a and -ß expression of young women. Int J Impot Res. 2013 Sep;25(5):172-7. doi: 10.1038/ijir.2013.9. Epub 2013 Apr 4. PMID: 23552580.

Banikarim, C. "Primary Dysmneorrhea in Adolescents". UpToDate. Feb 10, 2021.

Barus R, Bergeron S, Chen Y, Gautier S. Sex differences: From preclinical pharmacology to clinical pharmacology. Therapie. 2023 Mar-Apr;78(2):189-194. doi: 10.1016/j.therap.2022.10.005. Epub 2022 Oct 6. PMID: 36302696.

Bazelon E. "The Battle Over Gender Therapy". The New York Times Magazine. June 15, 2022.

Bentler SE, Liu L, Obrizan M, Cook EA, Wright KB, Geweke JF, Chrischilles EA, Pavlik CE, Wallace RB, Ohsfeldt RL, Jones MP, Rosenthal GE, Wolinsky FD "The aftermath of hip fracture: discharge placement, functional status change, and mortality." Am J Epidemiol. 2009;170(10):1290. Epub 2009 Oct 4.

Bell & Mrs A v The Tavistock And Portman NHS Foundation Trust. Approved Judgment.[2020] EWHC 3274 (Admin) (01 December 2020). https://www.judiciary.uk/wp-content/uploads/2020/12/Bell-v-Tavistock-Judgment.pdf
Bell & Mrs A v The Tavistock And Portman NHS Foundation Trust. Appeal No. C1/2020/2142 (17 September 2021).

Bentler SE, Liu L, Obrizan M, Cook EA, Wright KB, Geweke JF, Chrischilles EA, Pavlik CE, Wallace RB, Ohsfeldt RL, Jones MP, Rosenthal GE, Wolinsky FD "The aftermath of hip fracture: discharge placement, functional status change, and mortality." Am J Epidemiol. 2009;170(10):1290. Epub 2009 Oct 4.

Biggs M. Suicide by Clinic-Referred Transgender Adolescents in the United KinGender Dysphoriaom. Arch Sex Behav. 2022 Feb;51(2):685-690. doi: 10.1007/s10508-022-02287-7. Epub 2022 Jan 18. PMID: 35043256; PMCID: PMC8888486.

Block J. Gender dysphoria in young people is rising-and so is professional disagreement. BMJ. 2023 Feb 23;380:p382. doi: 10.1136/bmj.p382.

Block J. Norway's guidance on paediatric gender treatment is unsafe, says review. BMJ. 2023 Mar 23;380:697. doi: 10.1136/bmj.p697.

Bouraïma H, Lireux B, Mittre H, Benhaim A, Herrou M, Mahoudeau J, Guillon-Metz F, Kottler ML, Reznik Y. Major hyperestrogenism in a feminizing adrenocortical adenoma despite a moderate overexpression of the aromatase enzyme. Eur J Endocrinol. 2003 Apr;148(4):457-61. doi: 10.1530/eje.0.1480457. PMID: 12656667.

Bowers M. "A Message from your WPATH President, Dr. Marci Bowers". Letter from WPATH. April 21, 2023. https://listloop.com/wpath/mail.cgi/archive/adhoc/20230421130649/

Bränström R, Pachankis JE. "Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study". Am J Psychiatry 2020; 177:727–734.

Bränström R, Pachankis JE. "Toward Rigorous Methodologies for Strengthening Causal Inference in the Association Between Gender-Affirming Care and Transgender Individuals' Mental Health: Response to Letters". Am J Psychiatry 2020; 177:769–772; doi: 10.1176/appi.ajp.2020.20050599.

Brief as Medical, Mental Health, and Other Amici Curiae Supporting Appallee, Keohane v. FDC, Case No. 16-cv-00511 (2019).

Brock M. "EXCLUSIVE: Top Trans Pediatric Doctors Admit In Unearthed Video That Puberty Blockers Aren't As 'Reversible' As Advertised". Daily Caller News Foundation. Jan 16, 2024. Accessed on-line Jan 31, 2024. https://dailycaller.com/2024/01/16/child-sex-changes-pediatric-puberty-hormones/

Brown BB & Larson J. Handbook of Adolescent Psychology. 3 Peer Relationships in Adolescence. John Wiley & Sons, Inc. 2009.

Burian, E.A., Rungby, J., Karlsmark, T. et al. The impact of obesity on chronic oedema/lymphoedema of the leg – an international multicenter cross-sectional study (LIMPRINT). Int J Obes 48, 1238–1247 (2024). https://doi.org/10.1038/s41366-024-01544-0

Burian, E. A., Karlsmark, T., Franks, P. J., Keeley, V., Quéré, I., & Moffatt, C. J. (2021). Cellulitis in chronic oedema of the lower leg: an international cross-sectional study. The British journal of dermatology, 185(1), 110–118. https://doi.org/10.1111/bjd.19803Cellulitis in chronic

oedema of the lower leg: an international cross-sectional study. The British journal of dermatology, 185(1), 110–118. https://doi.org/10.1111/bjd.19803

Byne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E. J., Meyer-Bahlburg, H. F., Pleak, R. R., Tompkins, D. A., & American Psychiatric Association Task Force on Treatment of Gender Identity Disorder (2012). Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. Archives of sexual behavior, 41(4), 759–796. https://doi.org/10.1007/s10508-012-9975-x

Carmichael P, Butler G, Masic U, Cole TJ, De Stavola BL, Davidson S, Skageberg EM, Khadr S, Viner RM. Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. PLoS One. 2021 Feb 2;16(2):e0243894. doi: 10.1371/journal.pone.0243894. PMID: 33529227; PMCID: PMC7853497.

Cass, Hillary. The Cass Review Interim Report. Feb, 2022. https://cass.independent-review.uk/publications/interim-report/

The Cass Review. Website. The Chair. Accessed on-line April 29, 2022. https://cass.independent-review.uk/about-the-review/the-chair/

Cavlan D, Bharwani N, Grossman A. Androgen- and estrogen-secreting adrenal cancers. Semin Oncol. 2010 Dec;37(6):638-48. doi: 10.1053/j.seminoncol.2010.10.016. PMID: 21167382. CDC. "What is Venous Thromboembolism?" Accessed online 04/27/2022. https://www.cdc.gov/ncbddd/dvt/facts.html?msclkid=7406875bc6a411ecb67829f71b182f45 Chan Y, et al. "Evaluation of the infant with atypical genital appearance (difference of sex development)" UpToDate. Feb 18, 2021.

CBS News Miami. "Local News Woman Gets 50 Years For Killing Woman With Her Car". CBS news Miami. Aug 3, 2014. Accessed 09/12/2025 https://www.cbsnews.com/miami/news/woman-gets-50-years-for-killing-woman-with-her-car/

Chen, D., Abrams, M., Clark, L., Ehrensaft, D., Tishelman, A. C., Chan, Y.-M., Garofalo, R., Olson-Kennedy, J., Rosenthal, S. M., & Hidalgo, M. A. (2021). Psychosocial characteristics of transgender youth seeking gender-affirming medical treatment: Baseline findings from the trans youth care study. Journal of Adolescent Health, 68(6), 1104–1111. https://doi.org/10.1016/j.jadohealth.2020.07.033.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. doi: 10.1056/NEJMoa2206297. Erratum in: N Engl J Med. 2023 Oct 19;389(16):1540. PMID: 36652355; PMCID: PMC10081536.

Cheng A, Losken A. Essential elements of the preoperative breast reconstruction evaluation. Gland Surg. 2015 Apr;4(2):93-6. doi: 10.3978/j.issn.2227-684X.2015.03.05. PMID: 26005641; PMCID: PMC4409672.

Christel J M de Blok, et al. "Breast cancer risk in transgender people receiving hormone treatment: nationwide cohort study in the Netherlands" BMJ 2019; 365 doi: https://doi.org/10.1136/bmj.l1652 (Published 14 May 2019)

CMS.gov. Gender Dysphoria and Gender Reassignment Surgery, CAG-00446N. Aug 30, 2016. https://www.cms.gov/medicare-coverage-database/view/ncacal-decision-memo.aspx?proposed=N&NCAId=282&bc=ACAAAAAAQAAA&

CMS.gov. Transitioning to ICD-10. Feb 25, 2015. Accessed May 5, 2025. https://www.cms.gov/newsroom/fact-sheets/transitioning-icd-10

Coleman E, et al. "Standards of Care for the Health of Transgender and Gender Diverse People, Version 8". International Journal of Transgender Health. 06 Sep 2022. International Journal of Transgender Health.
https://doi.org/10.1080/26895269.2022.2100644
https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644

"Correction". Correction to Bränström and Pachankis. Am J Psychiatry 177:8, August 2020, p. 734

Deegan DF, Engel N. Sexual Dimorphism in the Age of Genomics: How, When, Where. Front Cell Dev Biol. 2019 Sep 6;7:186. doi: 10.3389/fcell.2019.00186. PMID: 31552249; PMCID: PMC6743004.

DEPARTMENTAL APPEALS BOARD (DAB). Department of Health and Human Services Appellate Division. NCD 140.3, Transsexual Surgery. Docket No. A-13-87. Decision No. 2576. May 30, 2014.

Deutsch M. "Overview of feminizing hormone therapy". UCSF Transgender Care. UCSF. June 17, 2016. Accessed on-line July 27, 2025.
https://transcare.ucsf.edu/guidelines/feminizing-hormone-therapy

Dhejne, et al., "Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden," PLoS One, vol. 6, issue 2 (Feb. 22, 2011)

Dhungana, S., Sharrack, B., & Woodroofe, N. (2010). Idiopathic intracranial hypertension. *Acta neurologica Scandinavica*, *121*(2), 71–82. https://doi.org/10.1111/j.1600-0404.2009.01172.x

Diamond M,Transsexuality Among Twins: Identity Concordance, Transition, Rearing, and Orientation, International Journal of Transgenderism. 2013.14:1, 24-38, DOI: 10.1080/15532739.2013.750222

Drugs.com. Microgestin Fe 1/20 Prescribing Information. Accessed 06/09/2024. https://www.drugs.com/pro/microgestin-fe-1-20.html

Drummond KD, Bradley SJ, Peterson-Badali M, Zucker KJ. A follow-up study of girls with gender identity disorder. Dev Psychol. 2008 Jan;44(1):34-45. doi: 10.1037/0012-1649.44.1.34. PMID: 18194003.

Dunaif A, Segal KR, Futterweit W, Dobrjansky A. "Profound peripheral insulin resistance, independent of obesity, in polycystic ovary syndrome". Diabetes. 1989;38(9):1165.

Elhakeem A, et al. "Association Between Age at Puberty and Bone Accrual From 10 to 25 Years of Age". JAMA Network Open. 2019;2(8):e198918. doi:10.1001/jamanetworkopen.2019.8918

Emmanuel M & Bokor B. Tanner Stages. StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022. https://www.ncbi.nlm.nih.gov/books/NBK470280/

endocrine.org. "AMA strengthens its policy on protecting access to gender-affirming care". Endocrine Society. 06/12/2023. Accessed 09/27/2025 https://www.endocrine.org/news-and-advocacy/news-room/2023/ama-gender-affirming-care

Eugster EA. Treatment of Central Precocious Puberty. J Endocr Soc. 2019 Mar 28;3(5):965-972. doi: 10.1210/js.2019-00036.

FDA.gov, regarding celecoxib
https://www.accessdata.fda.gov/drugsatfda_docs/label/2008/020998s026lbl.pdf
accessed 10/01/22.

FDA.gov sumatriptan. "HIGHLIGHTS OF PRESCRIBING INFORMATION...IMITREX (sumatriptan)". https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/020080s054lbl.pdf accessed 10/01/2022.

Feil, K., Riedl, D., Böttcher, B., Fuchs, M., Kapelari, K., Gräßer, S., Toth, B., & Lampe, A. (2023). Higher Prevalence of Adverse Childhood Experiences in Transgender Than in Cisgender Individuals: Results from a Single-Center Observational Study. *Journal of clinical medicine*, *12*(13), 4501. https://doi.org/10.3390/jcm12134501

Finasteride: Package Insert / Prescribing Info.  Last updated on Jul 27, 2025.  Accessed on-line 10/05/2025.  https://www.drugs.com/pro/finasteride.html

Florida Department of Health, Board of Medicine. Notice: 26873285, "64B8-9.019 Standards of Practice for the Treatment of Gender Dysphoria in Minors". Chapter: Standards of Practice for Medical Doctors. Effective 03/26/23.
https://www.flrules.org/Gateway/View_notice.asp?id=26873285 accessed 04/04/2023.

Gagnon DR, Zhang T, Brand FN, Kannel WB. "Hematocrit and the risk of cardiovascular disease—The Framingham Study: a 34-year follow-up". Am Heart J. 1994;127(3):674-682.

Gaufen D and Norgren S. "Policy Change Regarding Hormonal Treatment of Minors with Gender Dysphoria at Tema Barn - Astrid Lindgren Children's Hospital". 2021.

https://segm.org/sites/default/files/Karolinska%20Guideline%20K2021-4144%20April%202021%20%28English%2C%20unofficial%20translation%29.pdf

Greenpsan FS & Gardner DG. Basic & Clinical Endocrinology, 7th edition. Puberty. Lange Medical Books/McGraw-Hill. 2004.

Griffin, L., Clyde, K., Byng, R., & Bewley, S. (2021). "Sex, gender and gender identity: A re-evaluation of the evidence". BJPsych Bulletin, 45(5), 291-299. doi:10.1192/bjb.2020.73

Grinspon, R. P., Castro, S., & Rey, R. A. (2023). Up-to-Date Clinical and Biochemical Workup of the Child and the Adolescent with a Suspected Disorder of Sex Development. *Hormone research in paediatrics*, *96*(2), 116–127. https://doi.org/10.1159/000519895

Grynberg M, Fanchin R, Dubost G, Colau J, Brémont-Weil C, Frydman R, Ayoubi J. "Histology of genital tract and breast tissue after long-term testosterone administration in a female-to-male transsexual population". Reprod Biomed Online. 2010 Apr;20(4):553-8.

Guyatt GH, Oxman AD, Schünemann HJ, Tugwell P, Knottnerus A. GRADE guidelines: a new series of articles in the Journal of Clinical Epidemiology. J Clin Epidemiol. 2011 Apr;64(4):380-2. doi: 10.1016/j.jclinepi.2010.09.011. Epub 2010 Dec 24. PMID: 21185693. https://www.jclinepi.com/article/S0895-4356(10)00330-6/fulltext

Guyatt G, Oxman AD, Akl EA, Kunz R, Vist G, Brozek J, Norris S, Falck-Ytter Y, Glasziou P, DeBeer H, Jaeschke R, Rind D, Meerpohl J, Dahm P, Schünemann HJ. GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables. J Clin Epidemiol. 2011 Apr;64(4):383-94. doi: 10.1016/j.jclinepi.2010.04.026. Epub 2010 Dec 31. PMID: 21195583.

Hall Ryan CW, Hall Richard CW, Chapman MJ. "Psychiatric Complications of Anabolic Steroid Abuse". Psychosomatics 46:4, July-August 2005.

Hardin AP, Hackell JM; COMMITTEE ON PRACTICE AND AMBULATORY MEDICINE. Age Limit of Pediatrics. Pediatrics. 2017 Sep;140(3):e20172151. doi: 10.1542/peds.2017-2151. Epub 2017 Aug 21. PMID: 28827380.

Haupt C, Henke M, Kutschmar A, et al. Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women. *Cochrane Database Syst Rev*. 2020;**11**:CD013138.

Hembree WC, et al., "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline," The Journal of Clinical Endocrinology & Metabolism, Volume 102, Issue 11 (Nov. 1, 2017).

Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ 3rd, Spack NP, Tangpricha V, Montori VM; Endocrine Society. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab. 2009 Sep;94(9):3132-54. doi: 10.1210/jc.2009-0345. Epub 2009 Jun 9. Erratum in: J Clin Endocrinol Metab. 2021 Jun 16;106(7):e2852. PMID: 19509099.

Hirschfeld RM, Russell JM. Assessment and treatment of suicidal patients. N Engl J Med. 1997 Sep 25;337(13):910-5. doi: 10.1056/NEJM199709253371307. PMID: 9302306.

IJTH Editorial Board. International Journal of Transgender Health. https://www.tandfonline.com/action/journalInformation?show=editorialBoard&journalCode=wijt21. Accessed Jan. 24, 2024.

IJTH Journal Overview. International Journal of Transgender Health. https://www.tandfonline.com/journals/wijt21. Accessed Jan. 24, 2024.

Institute of Medicine. 2012. Perspectives on Essential Health Benefits: Workshop Report. Washington, DC: The National Academies Press. https://doi.org/10.17226/13182. accessed on-line 02/09/2024 https://nap.nationalacademies.org/read/13182/chapter/7

Irwig MS. "Cardiovascular health in transgender people." Rev Endocr Metab Disord. 2018;19(3):243–251.

Jarvis, S. W., Fraser, L. K., Langton, T., Hewitt, C. E., & Doran, T. (2025). Epidemiology of gender dysphoria and gender incongruence in children and young people attending primary care practices in England: retrospective cohort study. *Archives of disease in childhood*, *110*(8), 612–621. https://doi.org/10.1136/archdischild-2024-327992

Joham AE, Ranasinha S, Zoungas S, Moran L, Teede HJ. "Gestational diabetes and type 2 diabetes in reproductive-aged women with polycystic ovary syndrome". J Clin Endocrinol Metab. 2014 Mar;99(3):E447-52.

Kalin, N.H. "Reassessing Mental Health Treatment Utilization Reduction in Transgender Individuals After Gender-Affirming Surgeries: A Comment by the Editor on the Process by the Editor-in-Chief The American Journal of Psychiatry". Am J Psychiatry 2020; 177:7 64; doi: 10.1176/appi.ajp.2020.20060803

Kaltiala-Heino R, Sumia M, Työläjärvi M, Lindberg N. "Two years of gender identity service for minors: overrepresentation of natal girls with severe problems in adolescent development". Child and Adolescent Psychiatry and Mental Health (2015) 9:9.

Koe et al. v. Noggle et al, NO. 1:23-CV-02904-SEG. TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE SARAH E. GERAGHTY, UNITED STATES MAGISTRATE JUDGE AUGUST 11, 2023. Vol 2.

Kralick AE, Zemel BS. Evolutionary Perspectives on the Developing Skeleton and Implications for Lifelong Health. Front Endocrinol (Lausanne). 2020 Mar 4;11:99. doi: 10.3389/fendo.2020.00099. PMID: 32194504; PMCID: PMC7064470. Kuohong W and Hornstein MD. "Causes of female infertility". UpToDate. Jul 22, 2021.

Labcorp. Estradiol. https://www.labcorp.com/tests/004515/estradiol Accessed 02/04/23.

Labcorp. Testosterone, Total, Women, Children, and Hypogonadal Males, LC/MS-MS. Accessed on-line 10/4/2025. https://www.labcorp.com/tests/070001/testosterone-total-women-children-and-hypogonadal-males-lc-ms-ms

Laidlaw MK, Cretella M, Donovan K. "The Right to Best Care for Children Does Not Include the Right to Medical Transition". The American Journal of Bioethics. 19(2), Feb 2019.

Laidlaw, M. K., & Jorgensen, S. (2025). Exploring Safety in Gender-Affirming Hormonal Treatments: An Observational Study on Adverse Drug Events Using the Food and Drug Administration Adverse Event Reporting System Database. *The Annals of pharmacotherapy*, *59*(5), 491–492. https://doi.org/10.1177/10600280241278913


Laidlaw MK. "Gender Dysphoria and Children: An Endocrinologist's Evaluation of 'I am Jazz'". Public Discourse, 5 Apr 2018.
Gender Dysphoria and Children: An Endocrinologist's Evaluation of I am Jazz - Public Discourse (thepublicdiscourse.com)

Laidlaw MK. "The Gender Identity Phantom", Gender Dysphoriaworkinggroup.org, Oct. 24, 2018.
http://Gender Dysphoriaworkinggroup.org/2018/10/24/the-gender-identity-phantom/

Laidlaw MK, Horvath, H. Letter to Office of Inspector General, U.S. Department of Health & Human Services. Nov. 15, 2019. On file with author.

Laidlaw MK, Van Meter Q, Hruz P, Van Mol W, & Malone W, "Letter to the Editor: Endocrine Treatment of Gender-Dsyphoria/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline," J Clin Endocrinol Metab, 104(3) (March 2019).

Laidlaw MK, Van Mol A, Van Meter Q, Hansen JE. Letter to the Editor from M Laidlaw et al.: "Erythrocytosis in a Large Cohort of Trans Men Using Testosterone: A Long-Term Follow-Up Study on Prevalence, Determinants, and Exposure Years." The Journal of Clinical Endocrinology & Metabolism, Volume 106, Issue 12, December 2021, Pages e5275–e5276, https://doi.org/10.1210/clinem/dgab514

Landén, M. "The Effect of Gender-Affirming Treatment on Psychiatric Morbidity Is Still Undecided". Am J Psychiatry 2020; 177:767–768; doi: 10.1176/appi.ajp.2020.19111165.

Larsen PR, et al. Williams Textbook of Endocrinology, 10th edition. Philadelphia, W.B. Saunders Company, 2003.

LaVasseur, C., Neukam, S., Kartika, T., Samuelson Bannow, B., Shatzel, J., & DeLoughery, T. G. (2022). Hormonal therapies and venous thrombosis: Considerations for prevention and management. *Research and practice in thrombosis and haemostasis*, *6*(6), e12763. https://doi.org/10.1002/rth2.12763

Levine R. "Remarks by HHS Assistant Secretary for Health ADM Rachel Levine for the 2022 Out For Health Conference" April 30, 2022 Texas Christian University Fort Worth, Texas. Accessed on-line Jan 11, 2024 via HHS https://www.hhs.gov/about/leadership/rachel-levine.html.

Lin LH, Hernandez A, Marcus A, Deng FM, Adler E. Histologic findings in gynecologic tissue from transmasculine individuals undergoing gender-affirming surgery. *Arch Pathol Lab Med*. 2022 Jun 1;146(6):742-748. doi: 10.5858/arpa.2021-0199-OA.

Linkedin. Dr. Sherman Leis.
https://www.linkedin.com/in/drshermanleis accessed 12/1/2024

Littman L. "Rapid-onset gender dysphoria in adolescents and young adults: a study of parental reports". PLoS One. 2018;13(8): e0202330
Loizidou, P., Wieczorek-Flynn, R. E., & Wu, J. C. (2022). The State of Florida v. Kelvin Lee Coleman Jr.: the implications of neuroscience in the courtroom through a case study. Psychology, Crime & Law, 29(4), 339–360. https://doi.org/10.1080/1068316X.2021.2018443

Lu J, Shin Y, Yen MS, Sun SS. Peak Bone Mass and Patterns of Change in Total Bone Mineral Density and Bone Mineral Contents From Childhood Into Young Adulthood. J Clin Densitom. 2016 Apr-Jun;19(2):180-91. doi: 10.1016/j.jocd.2014.08.001. Epub 2014 Oct 18. PMID: 25440183; PMCID: PMC4402109.

Ludvigsson J.F., Adolfsson J., Höistad M., Rydelius P.A., Kriström B., Landén M. (2023). *A systematic review of hormone treatment for children with gender dysphoria and recommendations for research*. ACTA PAEDIATR. doi: 10.1111/apa.16791.

Lupron Depot-Ped. Highlights of Prescribing Information. AbbVie Inc. Accessed May 1, 2022. https://www.rxabbvie.com/pdf/lupronpediatric.pdf

MacKelvie KJ, Khan KM, McKay HA. Is there a critical period for bone response to weight-bearing exercise in children and adolescents? a systematic review. Br J Sports Med. 2002 Aug;36(4):250-7; discussion 257. doi: 10.1136/bjsm.36.4.250. PMID: 12145113; PMCID: PMC1724536.

Madsen MC, van Dijk D, Wiepjes CM, Conemans EB, Thijs A, den Heijer M. "Erythrocytosis in a Large Cohort of Trans Men Using Testosterone: A Long-Term Follow-Up Study on Prevalence, Determinants, and Exposure Years". J Clin Endocrinol Metab. 2021 May 13;106(6):1710-1717. doi: 10.1210/clinem/dgab089.

Malone, W. and Roman, S. "Calling Into Question Whether Gender-Affirming Surgery Relieves Psychological Distress". Am J Psychiatry 2020; 177:766–767; doi: 10.1176/appi.ajp.2020.19111149

Massey, R. (February 12, 2021). What If My Child Wants Clothes and a Name that Doesn't Match Their Sex? https://infoaboutkids.org/blog/what-if-my-child-wants-clothes-and-a-name-that-doesnt-match-their-sex/

Mazaheri Meybodi, A., Hajebi, A., & Ghanbari Jolfaei, A. (2014). Psychiatric Axis I Comorbidities among Patients with Gender Dysphoria. Psychiatry journal, 2014, 971814. https://doi.org/10.1155/2014/971814

Mayo Clinic. "Feminizing Surgery". https://www.mayoclinic.org/tests-procedures/feminizing-surgery/about/pac-20385102 Accessed 07/01/2022.

Mayo Clinic. "Fetal Alcohol Syndrome". June 13, 2024. Accessed on-line Sep 11, 2025. https://www.mayoclinic.org/diseases-conditions/fetal-alcohol-syndrome/symptoms-causes/syc-20352901

Mayo Clinic. Hemoglobin Test. Accessed on-line 06/11/2024 https://www.mayoclinic.org/tests-procedures/hemoglobin-test/about/pac-20385075

Mayo Clinic. "Masculinizing Surgery". https://www.mayoclinic.org/testsprocedures/masculinizing-surgery/about/pac-20385105 accessed 06/24/2022.

Mayo Clinic. "Top surgery for transgender men and nonbinary people". https://www.mayoclinic.org/tests-procedures/top-surgery-for-transgendermen/about/pac-20469462 accessed 06/24/2022.

McCartney CR, Corrigan MD, Drake MT, El-Hajj Fuleihan G, Korytkowski MT, Lash RW, Lieb DC, McCall AL, Muniyappa R, Piggott T, Santesso N, Schünemann HJ, Wiercioch W, McDonnell ME, Murad MH. Enhancing the Trustworthiness of the Endocrine Society's Clinical Practice Guidelines. J Clin Endocrinol Metab. 2022 Jul 14;107(8):2129-2138. doi: 10.1210/clinem/dgac290. PMID: 35690966.

McGeary J. A critique of using the Delphi technique for assessing evaluation capability-building need. Evaluation Journal of Australasia, Vol. 9, No. 1, 2009, pp. 31–39.

Medpage Today. "Gender-Affirming Hormones Boost Mental Health for Transgender Youth". January 18, 2023. Accessed on-line 01/28/2024 https://www.medpagetoday.com/endocrinology/generalendocrinology/102687.

Medroxyprogesterone: Package Insert / Prescribing Info. Last updated on May 26, 2025. Accessed on-line 10/05/2025. https://www.drugs.com/pro/medroxyprogesterone.html

Mehringer JE, et al. "Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth". Pediatrics (2021) 147 (3): e2020013300.
Méndez-Bustos P, Calati R, Rubio-Ramírez F, Olié E, Courtet P, Lopez-Castroman J. Effectiveness of Psychotherapy on Suicidal Risk: A Systematic Review of Observational Studies. Front Psychol. 2019 Feb 19;10:277. doi: 10.3389/fpsyg.2019.00277. PMID: 30837920; PMCID: PMC6389707

Miller M, Stone NJ, Ballantyne C, Bittner V, Criqui MH, Ginsberg HN, Goldberg AC, Howard WJ, Jacobson MS, Kris-Etherton PM, Lennie TA, Levi M, Mazzone T, Pennathur S; American

Heart Association Clinical Lipidology, Thrombosis, and Prevention Committee of the Council on Nutrition, Physical Activity, and Metabolism; Council on Arteriosclerosis, Thrombosis and Vascular Biology; Council on Cardiovascular Nursing; Council on the Kidney in Cardiovascular Disease. Triglycerides and cardiovascular disease: a scientific statement from the American Heart Association. Circulation. 2011 May 24;123(20):2292-333. doi: 10.1161/CIR.0b013e3182160726. Epub 2011 Apr 18. PMID: 21502576.

Millington K, Finlayson C, Olson-Kennedy J, Garofalo R, Rosenthal SM, Chan YM. Association of High-Density Lipoprotein Cholesterol With Sex Steroid Treatment in Transgender and Gender-Diverse Youth. JAMA Pediatr. 2021 May 1;175(5):520-521. doi: 10.1001/jamapediatrics.2020.5620.

Nahata L, Tishelman AC, Caltabellotta NM, Quinn GP. "Low fertility preservation utilization among transgender youth". J Adolesc Health. 2017;61(1):40–44.

National Academy for State Health Policy. "State Definitions of Medical Necessity under the Medicaid EPSDT Benefit". April 23, 2021. Accessed on-line 01/27/24 https://nashp.org/state-tracker/state-definitions-of-medical-necessity-under-the-medicaid-epsdt-benefit/

National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III). Third Report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults (Adult Treatment Panel III) final report. Circulation. 2002 Dec 17;106(25):3143-421. PMID: 12485966.

NBC-2.com. "Man arrested for stabbing roommate in throat". Sep 22, 2013. Accessed online 9/12/2025. https://web.archive.org/web/20160818044950/https://nbc-2.com/story/23495869/man-arrested-for-stabbing-roommate-in-throat

NBC News. "Hormone therapy improves mental health for transgender youths, a new study finds". Accessed on-line 01/28/2024 https://www.nbcnews.com/nbc-out/out-health-and-wellness/hormone-therapy-improves-mental-health-transgender-youths-new-study-fi-rcna66306.

Niederberger M, Spranger J. Delphi Technique in Health Sciences: A Map. Front Public Health. 2020 Sep 22;8:457. doi: 10.3389/fpubh.2020.00457. PMID: 33072683; PMCID: PMC7536299. Streed CG et al., Assessing and Addressing Cardiovascular Health in People Who Are Transgender and Gender Diverse: A Scientific Statement from the American Heart Association, 144 Circulation e136 (2021).

Olson KR, Durwood L, Horton R, Gallagher NM, Devor A. Gender Identity 5 Years After Social Transition. Pediatrics. 2022 Aug 1;150(2):e2021056082. doi: 10.1542/peds.2021-056082.

Olson-Kennedy J, Okonta V, Belzer M, Clark LF. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. JAMA Pediatr. 2018 May 1;172(5):431-436.

Ovalle, D. "Victim clung to hood as van raced through Hialeah. Video shows why driver faces murder count". Miami Herald. January 29, 2020. Accessed on-line 08/30/2025 https://www.miamiherald.com/news/local/crime/article239711708.html
NIH RePORTER. reporter.nih.gov. https://reporter.nih.gov/search/-EEMdHiQ8kyTvxzLPBxGyQ/project-details/10615754 accessed 06/20/23.

Pagadala M. "Comparison of the Concentration of Estrogen and Testosterone Ratio in Male Patients With Cirrhosis and Hypotension". ClinicalTrials.gov.
https://clinicaltrials.gov/ct2/show/NCT05051293
Accessed 02/05/23.

Palko. Recommendation of the Council for Choices in Health Care in Finland (PALKO / COHERE Finland). 2020.
https://genderreport.ca/wpcontent/uploads/2021/04/Finland_Guidelines_Gender_Variance_In_Minors.pdf

Panchal AR, Bartos JA, Cabañas JG, Donnino MW, Drennan IR, Hirsch KG, Kudenchuk PJ, Kurz MC, Lavonas EJ, Morley PT, O'Neil BJ, Peberdy MA, Rittenberger JC, Rodriguez AJ, Sawyer KN, Berg KM; Adult Basic and Advanced Life Support Writing Group. Part 3: Adult Basic and Advanced Life Support: 2020 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Circulation. 2020 Oct 20;142(16_suppl_2):S366-S468.

Par Pharmaceutical. Delestrogen (estradiol valerate injection, USP). Nov. 2017.

Perreault L, Laferrere B. "Overweight and obesity in adults: Health consequences." UpToDate 06/27/2023.

Pretorius M, et al. "Mortality and Morbidity in Mild Primary Hyperparathyroidism: Results From a 10-Year Prospective Randomized Controlled Trial of Parathyroidectomy Versus Observation". Ann Intern Med. 2022 Apr 19. doi: 10.7326/M21-4416. Online ahead of print.

Psychiatric News. DSM-IV-TR Diagnostic Criteria For Gender Identity Disorder. Psychiatric News. Vol 38(14). 18 July 2003. https://doi.org/10.1176/pn.38.14.0032

Quest Diagnostics. Estrogen, Total, Serum. https://testdirectory.questdiagnostics.com/test/test-detail/439/estrogen-totalserum?cc=MASTER
accessed on-line 02/05/23.

Quest Diagnostics. Hematocrit. https://testdirectory.questdiagnostics.com/test/testdetail/509/hematocrit?cc=MASTER
accessed on-line 02/05/23.

Quest Diagnostics. Testosterone, Total, MS. https://testdirectory.questdiagnostics.com/test/test-detail/15983/testosterone-totalms? cc=MASTER

accessed on-line 01/12/23.

RAND Corporation. "Delphi Method". Accessed on-line 01/27/2024.
https://www.rand.org/topics/delphi-method.html.

Reuters. "Sex-reassignment surgery yields long-term mental health benefits, study finds". NBC News. Nov 8, 2019. https://www.nbcnews.com/feature/nbc-out/sexreassignment-surgery-yields-long-term-mental-health-benefits-study-n1079911

Ristori J, Steensma TD. Gender dysphoria in childhood. Int Rev Psychiatry. 2016;28(1):13-20. doi: 10.3109/09540261.2015.1115754. Epub 2016 Jan 12. PMID: 26754056.

Santoro N. Update in hyper- and hypogonadotropic amenorrhea. J Clin Endocrinol Metab. 2011 Nov;96(11):3281-8. doi: 10.1210/jc.2011-1419. PMID: 22058375.

Sarnak MJ, Levey AS, Schoolwerth AC, Coresh J, Culleton B, Hamm LL, McCullough PA, Kasiske BL, Kelepouris E, Klag MJ, Parfrey P, Pfeffer M, Raij L, Spinosa DJ, Wilson PW, American Heart Association Councils on Kidney in Cardiovascular Disease, High Blood Pressure Research, Clinical Cardiology, and Epidemiology and Prevention. "Kidney disease as a risk factor for development of cardiovascular disease: a statement from the American Heart Association Councils on Kidney in Cardiovascular Disease, High Blood Pressure Research, Clinical Cardiology, and Epidemiology and Prevention." Circulation. 2003;108(17):2154.

Sax L. "How Common is Intersex? A Response to Anne Fausto-Sterling," Journal of Sex Research 39:3 (August 2002), pp. 174-178.

SBU. Hormone treatment for gender dysphoria - children and young people. Sweden, Feb 22, 2022. https://www-sbu-se.translate.goog/sv/publikationer/SBUutvarderar/hormonbehandling-vidkonsdysfori/?_x_tr_sl=sv&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc Accessed on-line 05/17/2023

Schwartz, L., Lal, M., Cohn, J., Mendoza, C. D., & MacMillan, L. (2025). Emerging and accumulating safety signals for the use of estrogen among transgender women. *Discover mental health*, *5*(1), 88. https://doi.org/10.1007/s44192-025-00216-3

SFTI. Katherine Hsiao, MD, FACOG. The San Francisco Transgender Institute. 2024 http://sftrans.org/hsiao accessed 12/1/2024

Shariq, O. A., & McKenzie, T. J. (2020). Obesity-related hypertension: a review of pathophysiology, management, and the role of metabolic surgery. Gland surgery, 9(1), 80–93. https://doi.org/10.21037/gs.2019.12.03

Shuster E. Fifty years later: the significance of the Nuremberg Code. N Engl J Med. 1997 Nov 13;337(20):1436-40. doi: 10.1056/NEJM199711133372006. PMID: 9358142.

Singal J. "How the Fight Over Transgender Kids Got a Leading Sex Researcher Fired". The Cut. Feb 7, 2016

Singh, D. (2012). A follow-up study of boys with gender identity disorder. Unpublished doctoral dissertation, University of Toronto.

Singh D, Bradley SJ, Zucker KJ. A Follow-Up Study of Boys With Gender Identity Disorder. Front Psychiatry. 2021 Mar 29;12:632784. doi: 10.3389/fpsyt.2021.632784. PMID: 33854450; PMCID: PMC8039393.

Sinha-Hikim I, Arver S, Beall G, et al. The use of a sensitive equilibrium dialysis method for the measurement of free testosterone levels in healthy, cycling women and in human immunodeficiency virus-infected women. J Clin Endocrinol Metab. 1998;83(4):1312-1318. doi:10.1210/jcem.83.4.4718

Skelton JA and Klish WJ. "Overview of the health consequences of obesity in children and adolescents". UpToDate. Jan 25, 2023.

Society for Evidence Based Gender Medicine (SEGM). Sweden's Karolinska Ends All Use of Puberty Blockers and Cross-Sex Hormones for Minors Outside of Clinical Studies (May 5, 2021), https://bit.ly/SEGM_SwedenStops Hormones.

Society for Evidence Based Gender Medicine (SEGM). National Academy of Medicine in France Advises Caution in Pediatric Gender Transition. ( Mar 3, 2022), https://segm.org/France-cautions-regarding-puberty-blockers-and-cross-sexhormones-for-youth

Spath MA, Braat DDM. Iatrogenic and non-iatrogenic causes of female fertility loss that may indicate fertility preservation. Acta Obstet Gynecol Scand. 2019 May;98(5):559-562. doi: 10.1111/aogs.13594. Epub 2019 Mar 28. PMID: 30801655.

Statement of Removal, International Journal of Transgender Health, 23:sup1, S259-S259. 2022. DOI: 10.1080/26895269.2022.2125695
https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2125695

Steinberg L. "A social neuroscience perspective on adolescent risk-taking". Dev Rev. 2008;28(1):78-106.

Supreme Court of Kentucky. Memorandum Opinion of the Court, Matthew Smith A/K/A Maddie Smith V.  Commonwealth of Kentucky. 2015-SC-000451. September 22, 2016

Toland MK, Bonasia K, Bentz J, et al. Uterine and ovarian histopathology after testosterone for gender affirmation: A systematic review. *Transgender Health*. 2023 May 18. doi: 10.1089/trgh.2022.0207.

Topjian AA, Raymond TT, Atkins D, Chan M, Duff JP, Joyner BL Jr, Lasa JJ, Lavonas EJ, Levy A, Mahgoub M, Meckler GENDER DYSPHORIA, Roberts KE, Sutton RM, Schexnayder SM; Pediatric Basic and Advanced Life Support Collaborators. Part 4: Pediatric Basic and Advanced

Life Support: 2020 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Circulation. 2020 Oct 20;142(16_suppl_2):S469-S523.

TLC UK. Bottom Surgery | I am Jazz. Youtube. Accessed May 1, 2022. https://www.youtube.com/watch?v=lG-U8oFpa8o

Turban JL, King D, Carswell JM, et al. "Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation". Pediatrics 2020, 145 (2) e20191725.

UCSF, Transgender Care. "Information on Estrogen Hormone Therapy". 2019. Accessed May 27, 2025. https://transcare.ucsf.edu/article/information-estrogen-hormone-therapy

Van Mol, A., Laidlaw, M. K., Grossman, M., McHugh, P. "Gender-Affirmation Surgery Conclusion Lacks Evidence" Am J Psychiatry 177:8, August 2020 ajp.psychiatryonline.org 765.

Wang AMQ, Tsang V, Mankowski P, Demsey D, Kavanagh A, Genoway K. Outcomes Following Gender Affirming Phalloplasty: A Systematic Review and Meta-Analysis. Sex Med Rev. 2022 Aug 25:S2050-0521(22)00012-9. doi: 10.1016/j.sxmr.2022.03.002. Epub ahead of print. PMID: 36031521.

Warner Chilcott. Estrace Tablets. 2005. Accessed on-line 02/01/24. https://www.accessdata.fda.gov/drugsatfda_docs/label/2005/081295s014,084499s042,084500s044lbl.pdf

Wallien, M.S., & Cohen-Kettenis, P.T. (2008). Psychosexual outcome of gender dysphoric children. Journal of the American Academy of Child and Adolescent Psychiatry, 47, 1413–1423.

Weitzer, D. "Transgender surgery linked with better long-term mental health, study shows". ABC News. Oct 8, 2019. https://abcnews.go.com/Health/transgendersurgery-linked-long-term-mental-health-study/story?id=66125676

WHO. Gender incongruence and transgender health in the ICD. Accessed on-line Jul 26th, 2025. https://www.who.int/standards/classifications/frequently-asked-questions/gender-incongruence-and-transgender-health-in-the-icd

WHO. HA60 Gender incongruence of adolescence or adulthood. ICD-11 for Mortality and Morbidity Statistics. 01/2025. Accessed online July 26, 2025. https://icd.who.int/browse/2025-01/mms/en#90875286

Wilson D and Bruno B. Embryology, Mullerian Ducts (Paramesonephric Ducts). StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022. https://www.ncbi.nlm.nih.gov/books/NBK557727/

Winter, S., Ehrensaft, D., Telfer, M., T'Sjoen, G., Koh, J., Pickstone-Taylor, S., Kruger, A., Griffin, L., Foigel, M., De Cuypere, G., & Karasic, D. (2019). ICD-11 and gender incongruence

of childhood: a rethink is needed. *The Lancet. Child & adolescent health*, *3*(10), 671–673. https://doi.org/10.1016/S2352-4642(19)30263-9

Wold, A. (M.D., Ph.D.) Gender-Corrective Surgery Promoting Mental Health in Persons With Gender Dysphoria Not Supported by Data Presented in Article, Am J Psychiatry 2020; 177:768; doi: 10.1176/appi.ajp.2020.19111170

WPATH. FAQ. "World Professional Association for Transgender Health Standards of Care for Transgender and Gender Diverse People, Version 8 Frequently Asked Questions (FAQs)" Accessed on-line 01/20/2024.
https://www.wpath.org/media/cms/Documents/SOC%20v8/SOC-8%20FAQs%20-%20WEBSITE2.pdf.

WPATH member search. https://www.wpath.org/member/search accessed 09/29/2022 and 10/01/2022.

WPATH. Randi Ettner, PhD. Provider.  Accessed on-line 06/30/2024.
https://www.wpath.org/provider/26

WPATH.org. Schedule for WPATH 27TH SCIENTIFIC SYMPOSIUM. accessed on-line 02/02/2024
https://www.wpath.org/media/cms/Upcoming%20Conferences/2022/Full%20Schedule%20for%20Distribution%20WPATH%202022.pdf?_t=1662650618.

WPATH. Revision Committee. "Establishing the soc8 Revision committee and meet the chairs and lead evidence team" accessed on-line 01/20/24
https://www.wpath.org/soc8/Revision-Committee.

WPATH. Standards of Care for the Health of Transsexual,  Transgender, and Gender Nonconforming People, 7th version. 2012.

Yelehe M. et al. "Adverse effects of gender-affirming hormonal therapy in transgender persons: Assessing reports in the French pharmacovigilance database." Fundamental and Clinical Pharmacology. June 2, 2022.

Zucker KJ. "Debate: Different strokes for different folks". Child and Adolescent Mental Health, Volume 25, Issue 1 (Feb 2020).