# Exhibit 22

# Declaration of Dr. John Lay

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **REIYN KEOHANE,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. 4:24-cv-00434-AW-MAF |
| **RICKY D. DIXON,** *et al.*, | ) ) ) |
| *Defendants.* | ) |

## DECLARATION OF DR. JOHN LAY

I, Dr. John Lay, pursuant to 28 U.S.C. § 1746, hereby make the following Declaration under penalty of perjury, declare that the statements made below are true, and state as follows:

1. I am over the age of eighteen (18) years and make this Declaration based on personal knowledge.

2. I currently serve as the Statewide Medical Director for Centurion of Florida, LLC ("Centurion"), the medical and mental-health contractor for the Florida Department of Corrections ("FDC"). Centurion provides medical and mental-health treatment to all inmates in FDC custody, including those inmates with a diagnosis of gender dysphoria.

3. In my role as medical director, I bear responsibility for overseeing Centurion's contracted medical services with FDC.

1

4. Effective September 30, 2024, FDC implemented Health Services Bulletin No. 15.05.23 (the "HSB"), which governs treatment of inmates with gender dysphoria. The HSB replaced Procedure 403.012 (the "2019 Procedure"), which FDC originally implemented in 2017 and revised in 2019.

5. Under both the 2019 Procedure and the HSB, Centurion providers diagnose gender dysphoria and make recommendations for the treatment of inmates diagnosed with gender dysphoria. Under the 2019 Procedure, FDC's Gender Dysphoria Review Team reviewed treatment recommendations made by Centurion providers. Under the HSB, if Centurion providers recommend a variance for a particular inmate to continue hormone treatment or initiate hormone treatment, FDC's Gender Dysphoria Variance Team reviews the recommendation.

6. Under the 2019 Procedure, FDC provided social accommodations to assist inmates in transitioning. FDC provided gender dysphoric inmates with state-issued opposite-gender uniforms and undergarments and permitted them to follow opposite-gender grooming standards. FDC also provided gender dysphoric inmates with access to alternate canteen lists from which the inmates could purchase items such as makeup, deodorant, and opposite-gender undergarments. Centurion providers could recommend access to these social accommodations for gender dysphoric inmates under the 2019 Procedure.

7. Inmates received hormone treatment under the 2019 Procedure only if the treatment was medically necessary and not contraindicated. However, the 2019 Procedure contained no requirement that social accommodations be medically necessary in order for an inmate to receive them.

8. Centurion's contract with FDC requires Centurion to provide health care in accordance with constitutional standards and requires Centurion to ensure that its staff members comply with ethical and professional licensure standards. With regard to social accommodations, the change from the 2019 Policy to the current HSB did not impact the ability of Centurion providers to meet those requirements when providing mental health care and medical care to inmates diagnosed with gender dysphoria within the parameters of the HSB.

I declare under penalty of perjury that the foregoing is true and correct. I understand that a false statement in this Declaration will subject me to penalties for perjury.

Executed: February 6, 2026

_John P. Lay, Jr._
Dr. John Lay