# EXHIBIT 6

## REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
CIVIL ACTION NO. 4:24-cv-00434

REIYN KEOHANE, et al.,

        Plaintiffs,

-vs-

RICK DIXON, et al.,

        Defendants.

                /

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEPOSITION OF:      ALOKA JOSHI, Ph.D.

DATE TAKEN:        TUESDAY, DECEMBER 9, 2025

TIME:             9:32 A.M. - 5:12 P.M.

PLACE:           BY ZOOM

REPORTED BY:      CARMEN THOMAS, REGISTERED
PROFESSIONAL REPORTER AND
NOTARY PUBLIC

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *



or the community.

So if you have two different definitions, can you provide both of those definitions to me?

A    So in the community, I think an individual has access to more things.  If it is an individual who identifies as a male to female transgender, they would be transitioning to a female, so they have access to medical professionals.  They have access, you know, if they want to get fillers or injections.  They have access to research on what would -- you know, in what would help them and how they want to portray themselves.  They would have access to hairdressers.  They would have access to any type of beauty salons and/or products, hygiene products, razors.  So in the free world it's -- you know, there's a lot more access.

In corrections, a lot of those things are limited.  And depending on the person, you know, for example, razors, you need to keep a clean shave, I could see how access to that would be a little bit more difficult.  So that -- that's kind of what I mean in that.  I think it's their access to what they are allowed to or able to have safely is a little bit different.

Q    Okay.  Do you think that the -- backing up.

What do you think the purpose of social



transitioning is?

A    To alleviate how they're feeling and to allow themselves to feel more in line with -- to look how they feel.

Does that make sense?

Q    Yeah.

So maybe in terms of just to clarify how they're feeling, do you specifically mean their symptoms related to gender dysphoria?

A    Well, I mean, and even if it's an individual who is transgender.  So, you know, they don't necessarily meet criteria for gender dysphoria, but doing, you know, social transitioning could let them feel more comfortable in their own skin.

Q    Do you think that the -- or would you agree that the purpose of social transitioning is the same in the free world as it is in a carceral setting, to present consistent with one's gender identity?

A    I think that that's the goal.

Q    What do you mean by the goal?

A    Like the -- the idea is to allow them to -- allow an individual to feel more comfortable, present themselves in the way that they want to present.

Q    And do you think that social transitioning can alleviate gender dysphoria in both the community and



in carceral settings?

     A       In some individuals, yeah.

     Q       And going back on your phrasing, "the goal,"
do you not think that individuals in FDC custody
specifically are allowed to social transition?

     A       I don't think I follow what you're asking.

     Q       I'm just going back to your language of "the
goal" and your differences between the community and in
carceral setting.

          So do you think that transgender individuals
in FDC custody are able to currently social transition?

     A       As in today?

     Q       Yes.

     A       Probably not.

     Q       And why do you say that?

     A       There are no social transitioning
accommodations per se.

     Q       You said per se.  Are there social
accommodations -- transgender accommodations or are
there not social transgender accommodations?

     A       I mean, they were not -- they are not
provided.

     Q       And just to clarify.  So when I say "social
transition items" or "social accommodations" or "social
transition accommodations" interchangeably throughout



this deposition, do you understand that I'm referring to the same things?

A    Right, I do.

Q    So does the fact that an individual is incarcerated change how you would diagnose them with gender dysphoria?

A    No.

Q    Do you believe that the circumstances of being incarcerated should dictate whether a person with gender dysphoria receives treatment for their gender dysphoria?

A    I missed the second half of that question.

Q    Okay.  I'll repeat the whole question.

Do you believe that the circumstances of being incarcerated should dictate whether a person with gender dysphoria receives treatment for that gender dysphoria?

A    I would say that an individual with gender dysphoria or -- or any mental health disorder or concern should be treated if they're incarcerated.

Q    Does the fact that they are incarcerated -- or do you believe that the -- because they're incarcerated, their treatment should be different?

A    I mean, okay.  I'm not an expert in treatment.  So I'm not really sure if the treatment



extent, please?

A    So the -- the individual -- an individual who I am evaluating their treatment, if they meet criteria for gender dysphoria, depending on what -- you know, where they are at symptomatically, what they're reporting to me, what they're telling me would help them would kind of inform recommendations for treatment.

Q    So you do provide recommendations for treatment for gender dysphoria?

A    General recommendations, yes.

Q    So are -- are those recommendations patient-specific?

A    So I'm not sure I understand the question.

Q    I'm just trying to understand what you meant by general.  So maybe I'll go back.

What do you mean by general recommendations?

A    So I -- you know, for example, I would recommend individual therapy.  I would not dictate how that therapy is to take place, what -- you know, mode of therapy, whether they should use -- you know, what -- a cognitive behavioral versus, you know, psychodynamic.

I don't prescribe the specifics of what's going to happen.  That is determined between their mental health counselor and provider and I would just recommend in general an individual therapy or a group



therapy and the topics then would be as -- you know, as prescribed.  I don't adhere or say that a specific type of therapy.

Q    Understood.

So would hormone therapy be a general recommendation or a specific recommendation?

A    So I would recommend that they -- it would just be -- if an individual meets criteria and I believe that they may be a good candidate for hormone therapy, then it's kind of up to the medical professional then to kind of decide appropriateness there.

Q    Okay.  What about social transition items?

A    So when those were available, those were recommended.  I would recommend those as well.

Q    Because social transition items are no longer available, you can't recommend them, correct?

A    Yeah, I cannot.

Q    If social transition items were available, would you recommend them?

A    Depending on the individual and their needs.

Q    Okay.  What is your current role at Centurion?

A    I am a licensed psychologist there.

Q    What is your title?

A    Licensed psychologist.



Q    And you started in that role as a licensed psychologist in 2021, correct?

A    Yes, ma'am.

Q    Who do you report to?

A    Dr. Watkins-Ferrell.  However, if I'm assigned to a different -- like to do an evaluation, whoever the regional mental health director is, I could be reporting to them as well.

Q    Can you describe that process a little bit of when you would be reporting to a regional health director.

A    Regional mental health director.

Q    Regional mental health director.

A    Yeah.  So I would report to them on cases. They would review reports.  If I have questions regarding a specific case, I would normally direct it to them first, to the regional mental health director first.

Q    And why would you direct it to them first -- to the regional mental health directors first?

A    From -- from my experience, they may be more knowledgeable about the patients.  They would also be reviewing the reports that I write.  So it kind of makes sense to have that collaboration with them initially, you know, while we're working through an individual



Q   But do you think that a mental health professional, in general, can recommend something as medically necessary?

A   I don't know.

Q   Have you seen or heard the term medically necessary as part of your job at Centurion?

A   I've heard, yes.

Q   Can you describe a little bit more of that context when you heard it?

A   Similar to what we have been already discussing in that the treatment for -- you know, a medical professional would need to determine that a specific treatment is warranted.

Q   Apologies.  I'm not sure that -- was there a specific meeting or a conversation where you heard the term medically necessary?

A   No, there was not.  Not that I can recall.

Q   Based on how you defined medically necessary, do you believe that hormone therapy can be medically necessary treatment for gender dysphoria?

A   Again, I don't know.

Q   But do you agree that hormone therapy can help alleviate symptoms of distress from gender dysphoria?

A   I do believe that hormone therapy can help



alleviate mental health symptoms for individual -- some individuals with gender dysphoria, yes.

Q    Do you agree that social transition items can help alleviate symptoms of gender dysphoria for some individuals?

A    Yes, for some individuals, social transitioning items could help alleviate mental health distress.

Q    Has anyone been approved, to your knowledge, for social accommodations under the HSB?

A    To my knowledge, I don't know.  I don't think so.

Q    Are there social accommodations available to any inmates currently under the HSB?

A    Not that I know of.

Q    If social accommodations were still accessible, would you recommend them as treatment if you felt they would help a specific patient with their gender dysphoria?

A    Yeah, if I felt that it would help a specific individual, I would recommend them.

Q    And -- and previously you -- you mentioned that you thought that social transition items would help people with their gender dysphoria, connect?

A    I'm sorry.  Say that again.



800.211.DEPO (3376)
EsquireSolutions.com

Q    In the past, you've recommended social transition items for individuals with gender dysphoria to help them with their gender dysphoria, correct?

A    Yes, I have in the past.

Q    And did you think that those social transition items helped with patients with their gender dysphoria?

A    So I have not been on site to see, but from what the patients have reported to me during their re-evals, they said -- some of them said that they benefited from the social transition accommodations when they were available.

Q    Have you conducted any evaluations where a patient has reported to you the benefits of social transition items to their gender dysphoria?

A    I have -- in the -- in some of the reevaluations that I have done, patients have discussed some of the benefits that they had when they had the social transitioning, yes.

Q    And in those same reevaluations, did anyone discuss with you the harms once those social accommodations were taken from them after the HSB?

A    Yes, some of them did discuss some of the things that they felt were harmful or, you know, that they felt were not benefiting -- how they were not



would make sense on why this occurred, yes.

Q    So do you think that the new HSBC -- HSB is in response to that new law?

A    Potentially, but I'm not a hundred percent sure.

Q    Earlier we discussed in detail the current process of diagnosing individuals with gender dysphoria.

Can you describe how the process changed after the HSB was implemented?

A    In order for them to get an initial diagnosis of gender dysphoria?

Q    Yeah, let's start there.

A    Initially, not much changed.  That process kind of looked the same.  They were still referred for a full evaluation.  They were scheduled with me or another provider, depending on where they were housed.

The patient would undergo the interview process, the testing, the psychological testing and the medical evaluation.  So that process did not change. Yeah, I don't think that changed.

Q    So nothing changed from the prior policy to the HSB for diagnosing an individual with gender dysphoria?

A    Not that I can recall initially.  As things went on, some of the testing materials were changed and



the structure of the report changed a little bit, but the process overall was the same.

Q    Do you have any concerns about the changes in the HSB made to accessing social accommodations?

A    Yeah, that depends.

Q    What do you mean?

A    I think that the concern is with, you know, the patients and them developing -- or, you know, re-exhibiting symptoms, I think that would be my main concern.  If -- how some patients would respond and how they have responded.

Q    Do you have concerns about not just their response to having them taken away, but their mental health of having social accommodations taken away from them?

A    Yeah, I do.

Q    And does it concern you that now no transgender individuals can access social accommodations in FDC custody?

A    Yeah, I would say it's concerning to some extent.

Q    What do you mean by "to some extent"?

A    I think it -- again, individual case-by-case basis, some individuals, yes, it's concerning in that they were relying on some of these accommodations to



help them improve symptoms of dysphoria, improve, you know, self-esteem.

Others not so much, because while these accommodations were available, they either did not utilize them or, you know, that was just a perk for them that they were able to have, but it didn't necessarily -- the removal of them wasn't necessarily detrimental to them.

Q    Would you say for those patients that you mentioned earlier did receive benefits from social accommodations, do you think it's detrimental for those patients to not have access to social accommodations anymore?

A    It could be.

Q    Do you have any concerns about the changes made to accessing hormone therapy under the HSB?

A    I don't know if I have concerns about that.

Q    Earlier you mentioned a variance is an exception.  So that means that generally individuals cannot receive hormone therapy.

Does that concern you?

A    Individually, case-by-case basis, it would concern me for some patients and, you know, some patients that really feel like this is what they need, yeah, I would say that it would be concerning for some



(Exhibit 12 was marked for identification.)

MS. PAST:  Wonderful.

So the next document is going to be FDC_Officials_019676.

BY MS. PAST:

Q     Dr. Joshi, did you write this report?

A     I'm not sure.

Q     I'll note about this document that the patient's name is redacted.

A     Right.  I'm not sure if I wrote this report.

MS. PAST:  Maya, would you mind scrolling to the last page.

BY MS. PAST:

Q     You did sign this report though, correct?

A     Then, yes, ma'am, I did write this report.

Q     And the signature date on this --

MS. PAST:  If you could scroll back down.

BY MS. PAST:

Q     -- is January 21, 2025.

A     Okay.

Q     So on the page with the Bate stamp number 019676, so that should be that first page.

MS. PAST:  Maya, scroll down a little bit, please.

BY MS. PAST:



"psychologically pleasing."

Q    What do you think that this term means?

A    I would -- I would define that as it just makes them feel better but not necessarily cures things. Just kind of makes them feel a little bit better.

Q    With that -- with that definition of psychologically pleasing, do you think that social accommodations for this patient are more than just psychologically pleasing?

A    For this particular patient, at that particular time, it did seem like it was more than just psychologically pleasing.

Q    How, if at all, have your written evaluations changed after the HSB was introduced?

A    Which evaluations are you referring to?

Q    That's true.  We have multiple evaluations.

Let's say all of them, any of them, have any of them changed and, if so -- if yes, how so after the HSB was introduced?

A    Well, before the HSB, the reevaluations or the evaluations to request a variance to initiate hormones, that was not even something that we were doing, but I was completing on my end.  So that in and of itself has changed.

The full evaluation, the way that it has



changed more so is geared toward the recommendations for the accommodations since those are not provided anymore. So that portion of the evaluation has changed.

MS. PAST:  If we can go to the page that's Bate stamp 019708, please.  And we can pause right there under the "Future Treatment Needs/Recommendations Related to Diagnosis of Gender Dysphoria."

BY MS. PAST:

Q    That last sentence states, "Inmate redacted has requested to continue with social transitioning with access to gender-affirming accommodations as well as surgery."

Why do you include a patient's own request to continue accessing social accommodations without including your own assessment about whether they would help alleviate their gender dysphoria?

A    I'm sorry.  Can you repeat that -- the second half of that question?

Q    Sure.  I'll just repeat the whole question.

I said, why do you include a patient's own request to continue accessing social accommodations without also including your own assessment about whether social accommodations would help alleviate their gender dysphoria?



A     So for this particular patient, I may have included that because that is what they felt they needed to help them with their -- the gender-affirming accommodations and the surgery is what they feel like they need; that those are their future goals -- that aligns with their future goals.

Why it was not assessed, it's hard -- it was hard to assess the need -- or the benefit of the social transitioning accommodations if we're not offering them. It -- it didn't seem to make sense to assess that if we're not even going to offer that in -- the surgeries.

Yes, that's something they request.  It's not something that is offered, to my knowledge, in -- in Florida FDC.

Q     Is it also because even if you were to recommend social accommodations, they wouldn't be able to receive them in FDC custody?

A     Yeah, probably.

MS. PAST:  We can take that down and mark that as exhibit?

MS. ALBOLD:  14.

MS. PAST:  14.  Thank you.

(Exhibit 14 was marked for identification.)

MS. PAST:  Let's take a five-minute break.

(A recess was taken.)



BY MS. PAST:

Q      Dr. Joshi, how, if at all, do you think the changes in the HSB have affected transgendered individuals in FDC custody?

A      I think it depends on the person.

Q      Do you think that the changes have had any effects on transgender individuals in custody?

A      Yeah, depending on the person, yes.

Q      And we previously discussed the -- the mental health effects on some of your patients, correct?

A      Yes.

Q      And would you agree that some of these changes are harmful to your patients?

A      In some cases, it could be.

Q      And what's an example of that case?

A      Are you asking for an example of where it could be harmful?

Q      Yeah.

A      A person who -- who had benefited from accommodations and since being removed -- since the accommodations were removed has reported increased depression to the point of where they are -- even to the point where they are contemplating hurting themselves or ending their life I believe would be a very -- a case in particular, you know, we looked at one of those just --



just now, so.

Q    And are you aware of anyone who's transgendered who died by suicide after the new policy came out who was in FDC custody?

A    I have been made aware of an occurrence happening.

Q    And who made you aware of that occurrence?

A    I am not 100 percent sure who told me initially.

Q    Even not initially, who did you discuss that with?

A    I had a patient mention it to me during their evaluation.  I'm not sure who else I can think of that had mentioned it to me.  Maybe an on-site mental health professional may have mentioned it to me, but like I said, I'm not a hundred percent sure.

Q    Anyone that you can remember aside from maybe a mental health professional from Centurion or FDC?

A    I can't remember.

Q    What did the -- well, do you -- are you aware that an investigation found that the lack of social accommodations was one of the contributing factors that led this individual to take their own life?

A    I'm not aware of that.

Q    Does that surprise you?



A    To some extent, yeah -- sorry.  To some extent, no, it does not surprise me.

Q    And why does that not surprise you?

A    Considering that some patients were, as we discussed, experiencing increased depression and reporting negative symptoms, increased dysphoria, increased anxiety after the accommodations were removed and with the new HS -- with the HSB, considering all of that and I'm not -- it didn't surprise me to hear that -- it doesn't surprise me now to hear that would have been a contributing factor.

Q    Are you worried that that may occur with other individuals who have had their social accommodations taken away from them after the HSB?

A    As a -- as a mental health provider and as a human being, yes, that is concerning.

Q    We discussed a few particular individuals, a few by name, Sheila Carter and some that were redacted, who discussed social accommodations and in your report, you discuss social accommodations and the harms associated with taking them away.

Have you heard that those fears were increased negative mental health effects from most of your patients you speak to who have had their social accommodations taken away after the HSB?



A    I'm sorry?

Q    Yeah, it's a mouthful.

A    Rephrase.

Q    Have -- in conversations with your patients, have most of them discussed concerns or have had negative mental health effects after their social accommodations were taken away?

A    How would you define "most"?

Q    Maybe not -- we don't have to say most.

Maybe a significant number of the patients you've spoken to.

A    I feel like I have the same thought, but I feel like it would be -- it's case by case in that it affected some people and they reported it to me and other people said that, you know, it -- it doesn't affect me because it doesn't affect who I am and who I see myself as.

So I -- it's -- it's hard to give a number and say whether that was a significant number or not.

Q    Okay.  Also -- yeah, you have mentioned that because you -- you do a lot of -- many of these evaluations and reevaluations and initiations, so you don't remember just numbers in general, like how many might have mentioned this to you?

A    Correct.

