# EXHIBIT 8



**JULIE L. JONES**
**SECRETARY**

**PROCEDURE NUMBER:**   403.012

**PROCEDURE TITLE:**   IDENTIFICATION AND MANAGEMENT OF TRANSGENDER INMATES AND INMATES DIAGNOSED WITH GENDER DYSPHORIA

**RESPONSIBLE AUTHORITY:** OFFICE OF HEALTH SERVICES

**EFFECTIVE DATE:**   JULY 13, 2017

**INITIAL ISSUE DATE:**   JULY 13, 2017

**SUPERSEDES:**

**RELEVANT DC FORMS:**   DC4-643A, DC4-711L, AND DC4-711M

**ACA/CAC STANDARDS:**  4-4281-5 AND 4-4371

**STATE/FEDERAL STATUTES:**  28 C.F.R §115.5-501; 42 U.S.C. §15601-15609

**FLORIDA ADMINISTRATIVE CODE:**  CHAPTER 33-603.101



PLAINTIFF'S
EXHIBIT

1

**Procedure 403.012**

**PURPOSE:**  To provide guidelines for a proper medical health appraisal, mental health screening, evaluation and treatment of inmates meeting criteria for a diagnosis of Gender Dysphoria and management of transgender inmates.

**DEFINITIONS:**

(1)  **Gender Dysphoria** refers to discomfort or distress caused by a marked difference between an individual's expressed/experienced gender and the gender that others would assign him or her. A DSM-5 diagnosis of Gender Dysphoria requires that the condition is present for at least six months duration and causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

(2)  **Gender Dysphoria Review Team** refers to a team composed of the FDC Director of Medical Services, FDC Psychiatric Consultant, Chief of Security Operations, and Chief of Classification Management.

(3)  **Gender Dysphoria Approved Site(s)** refers to a site designated by Office of Institutions in consultation with the gender dysphoria review team.

(4)  **Hormonal Therapy** refers to a physical intervention that masculinizes or feminizes the body by administration of hormones, such as testosterone to biologic females or estrogen to biologic males, with the purpose of reducing gender dysphoria and minimizing the risk for depression, anxiety or impairments in functioning.

(5)  **Multidisciplinary Services Team (MDST)** refers to a group of staff representing different professions and/or disciplines, which has the responsibility for ensuring access to necessary assessment, treatment, continuity of care and services to inmates in accordance with their identified mental health needs, and which collaboratively develops, implements, reviews, and revises an "Individualized Service Plan," DC4-643A, as needed.

(6)  **Real-Life Experience** refers to the act of fully adopting a new gender role in everyday life, allowing an individual to experience and test the consequences of the new gender role in the areas of employment, housing, education, and relationships with friends, family, and significant others.  The experience allows for a range of different life experiences and events that may occur throughout the year (e.g., family events, holidays, vacations, season-specific work or school experiences).  During this time, individuals present consistently, on a day-to-day basis and across all settings of life, in their desired gender role.  The real life experience tests the individual's resolve, the capacity to function in the preferred gender, and the adequacy of social, economic, legal, and psychological supports.

(7)  **Sex Reassignment Surgery** refers to surgical treatment to alter the external appearance in the direction of the opposite sex.

(8)  **Transgender** refers to the broad spectrum of individuals who transiently or permanently identify with a gender different than their natural (birth) gender.  A transgender individual may or may not qualify for a diagnosis of Gender Dysphoria depending on the level of distress or impairment this causes.

2

**SPECIFIC PROCEDURES:**

**These standards and responsibilities apply to both Department staff and Comprehensive Health Care Contractor (CHCC) staff.**

(1) **PLACEMENT**:

    (a)  Facility and housing assignments shall be made on a case by case basis, considering the inmate's health and safety as well as potential programming, management and security concerns. An inmate's own views regarding safety shall be given careful consideration.

    (b)  Inmates admitted to the Department that are receiving hormonal treatment shall be identified for placement at a Department approved gender dysphoria site(s).

    (c)  Inmates identified by the Gender Dysphoria Review Team as needing gender dysphoria treatment or accommodations shall be placed at a Department approved gender dysphoria site. Administration of hormonal treatment is not required for placement at a Department approved gender dysphoria site.

    (d)  Inmates who have completed sexual reassignment surgery prior to incarceration shall be placed in a facility as determined by the Office of Institutions in consultation with the Gender Dysphoria Review Team. Placement shall be, in most cases, consistent with the reassignment treatment, as defined by the Gender Dysphoria Review Team.

    (e)  For the purposes of facility placement, self-inflicted genital mutilation does not constitute sex reassignment surgery and does not qualify an inmate for placement in a facility designated for the opposite gender.

    (f)  Institutional classification staff will advise the Health Services Administrator, Chief Health Officer and Lead Psychologist at their site(s) when recommending transfer of a gender dysphoria inmate.

    (g)  The Chief of Classification shall notify the Warden and the Classification Supervisor of a gender dysphoria inmate transfer requirement to the assigned institution.

(2) **ASSESSMENT PROCEDURES**:

    (a)  Initial medical and mental health screenings, and any needed referrals, will be in accordance with "Health Services Intake and Reception Process," Procedure 401.014; "Intake Mental Health Screening at Reception Centers," HSB 15.05.17; "Reception Process for New Commitments," HSB 15.01.06; and "Prison Rape: Prevention, Detection, and Response," Procedure 602.053.

    (b)  Health care staff who receive requests from inmates for treatment of gender dysphoria shall have a Psychologist conduct an initial screening evaluation and then present the case to the Multidisciplinary Services Team (MDST). If the MDST determines a provisional diagnosis of gender dysphoria exists, the inmate, along with his current medical and mental health record, will be transferred to Zephryhills CI if assigned to a men's institution or to Florida

3

Women's Reception Center (FWRC) if assigned to a women's institution, for further evaluation.

(c) The assessment process at Zephyrhills CI or FWRC will require the Psychologist that is assigned by the FDC Director of Mental Health Services or her/his designee, complete a comprehensive psychological evaluation that includes:
1. review of any prior medical or mental health treatment records related to gender dysphoria;
2. development of a detailed description of the inmate's mental health history, psychosexual development, and behavioral analysis relevant to gender dysphoria issues;
3. review of reports of observations of housing unit staff, when relevant;
4. obtaining general mental health history in the Department and in the community, including diagnoses;
5. review of the inmate's emotional and behavioral stability within the Department, including adherence to prior treatment recommendations;
6. assessment of current mental status;
7. supervise the administration and interpretation of psychological test/assessment tools, as determined by the psychologist; and
8. differential diagnosis and recommendation(s) for an appropriate treatment plan as clinically indicated.

(d) The assigned Psychologist shall submit her/his completed psychological evaluation to the CHCC Director of Mental Health Services, who will document her/his review of the psychological evaluation prior to forwarding the report to the Gender Dysphoria Review Team for their review.

(e) The Gender Dysphoria Review Team shall review the report and determine whether an outside consultant (decided by the Gender Dysphoria Review Team) is needed for any of the following activities:
1. telephone consultation;
2. review of the health care record;
3. a more comprehensive in-person evaluation; and/or
4. submission of written reports and treatment recommendations.

(f) The outside consultant's recommendations will be carefully considered but are not binding on the Department.  The Gender Dysphoria Review Team has the authority and responsibility to determine what constitutes the inmate's necessary medical care.

(g) If new information becomes available that would significantly affect an earlier determination (e.g., prior treatment records become available), the Gender Dysphoria Review Team may request a new evaluation or reconsider prior treatment decisions.

(3) **GENDER DYSPHORIA REVIEW TEAM**:

(a) May consult with community-based providers who specialize in the evaluation and treatment of gender dysphoria to make recommendations regarding medically necessary treatment.

(b)   Shall convene as necessary to address issues in the management of individuals diagnosed with gender dysphoria.  Inmates and facility staff may address concerns regarding gender dysphoria treatment or services to the Gender Dysphoria Review Team members.

(c)   Shall make recommendations as needed regarding diagnosis, treatment, management issues, allowed property, and accommodations which shall be documented in the inmate's health record.

(d)   Shall notify the Bureau of Classification Management of individual inmates identified as gender dysphoria that require placement at a Department approved gender dysphoria site(s).

(e)   May consult with security staff at the facility where an inmate resides when making recommendations regarding gender dysphoria management and plans of care.

(4)   **GENERAL TREATMENT PRINCIPLES**:

(a)   Inmates diagnosed with gender dysphoria shall have access to:
1.   appropriate mental health treatment, that includes, but may not be limited to, ambivalence and/or dysphoria regarding gender identity and assists in better adjustment to incarceration;
2.   evaluation for hormonal treatment; and
3.   other treatment and accommodations, although limited to those determined to be medically necessary by the Gender Dysphoria Review Team.

(b)   Due to the limitations inherent in being incarcerated, a real-life experience for the purpose of gender-reassignment therapy is not feasible for inmates who reside within a correctional facility.  However, treatment and accommodations may be provided within the correctional facility to lessen gender dysphoria.

(c)   Hormonal treatment shall not be implemented unless the appropriate consent form, either "Transgender Hormone Therapy – Testosterone Informed Consent," DC4-711M, or "Transgender Hormone Therapy – Estrogen and Antiandrogens Informed Consent," DC4-711L, is signed by the inmate, the psychologist, and the medical practitioner.  The Medical Practitioner and Psychologist shall allow the inmate to read the appropriate consent form, as well as discuss the content of the form with the inmate to ensure that s/he understands this content thoroughly.  A signed copy of the informed consent shall be given to the inmate. The original shall be placed in the health record on the left side under the sub-divider entitled Consents/Refusals.

(5)   **ESTABLISHED HORMONAL TREATMENT**:

(a)   An inmate who is receiving hormonal medication at the time of intake may be continued on hormonal medications provided the following conditions are met:
1.   the hormones represent an established treatment that has been prescribed under the supervision of a qualified clinician;
2.   the inmate cooperates with health care staff in obtaining written records or other necessary confirmation of her/his previous treatment; and

**Procedure 403.012**

3.  health care staff determine the hormones are medically necessary and not contraindicated for any reason.

(b) Hormonal therapy shall be managed by a CHCC Physician and/or outside consultant authorized by the Gender Dysphoria Review Team.

(c) If an inmate chooses to discontinue hormonal medications while incarcerated and then wishes to restart hormonal medications, the Gender Dysphoria Review Team shall evaluate the request and make a determination.

(6) **NEW HORMONAL TREATMENT**:

(a) An inmate who is not receiving hormonal medication at the time of intake may be started on hormonal medications while incarcerated provided the following conditions are met:
1.  the inmate cooperates with health care staff in obtaining written records or other necessary confirmation of previous treatment, if present; and
2.  the Gender Dysphoria Review Team determines that the hormones are medically necessary and not contraindicated for any reason.

(b) The Gender Dysphoria Review Team may employ an outside consultant to evaluate known or potential Gender Dysphoria inmates and provide treatment recommendations.

(7) **ACCOMMODATIONS**:

(a) Names:
1.  The name of the inmate as it appears on the Judgment of Conviction shall be used, unless there is a subsequent court order for a name change.  If so, a new Judgment of Conviction must be issued or the court order must specifically state "change all records".
2.  Inmates may use preferred titles of Ms., Miss, Mrs., or Mr. in correspondence; however, the name at the time of commitment and DC number must be used.

(b) Property and apparel shall be consistent with the inmate's anatomical gender, unless otherwise recommended by the Gender Dysphoria Review Team.

(c) Facilities shall encourage staff to use gender-neutral forms of address (e.g., Inmate Smith or Smith) for gender dysphoria inmates who request it.

(8) **RELEASE PLANNING**:  Pre-release continuity of care planning for necessary medical and mental health treatment and services shall be provided in accordance with "Pre-release Planning for Continuity of Health Care," HSB 15.03.29; and "Mental Health Re-Entry Aftercare Planning Services," HSB 15.05.21, respectively.


_____/S/_____
Chief of Staff