# EXHIBIT 10

## Florida Department of Corrections
### Accommodation(s) Pass

**Inmate:** KEOHANE, REIYN                     **DC#:** Y55036

1. Hair length:                     ☒ YES          ☐ NO
   In accordance with the female hair standards as stated in 33-602.101

2. Alternate canteen items:         ☒ YES          ☐ NO

3. Under garments:                  ☐ MALE         ☒ FEMALE

Date:  1/31/2020

**INMATES FOUND ALTERING OR COPYING THIS PASS MAY BE SUBJECT TO DISCIPLINARY ACTION IN ACCORDANCE WITH RULES 33-601.301-.314, F.A.C.**

Page 1 of 1

DC4-643G (Issued 11/13/19)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

CONFIDENTIAL                                   FDC_OFFICIALS_035780