# EXHIBIT 11

Florida Department of Corrections
## GENDER DYSPHORIA REVIEW TEAM DISPOSITIONS

Inmate:                          DC#:

1.  Hair length:                    ☐ YES        ☐ NO        ☐ N/A
    GDRT DISCUSSION: If marked yes, then approved to style hair in accordance with the female hair
    standards as stated in 33-602.101

2.  Alternate canteen items:        ☐ YES        ☐ NO        ☐ N/A
    GDRT DISCUSSION:

3.  Under garments:  ☐ Male ☐ Female    ☐ YES        ☐ NO        ☐ N/A
    GDRT DISCUSSION:

4.  Hormonal therapy:                  ☐ YES        ☐ NO        ☐ N/A
    GDRT DISCUSSION: Approved for hormone therapy if not medically contraindicated.

5.  Other recommendations:          ☐ YES        ☐ NO        ☐ N/A
    GDRT DISCUSSION:

6.  Outside consultant to be involved:    ☐ YES        ☐ NO        ☐ N/A
    GDRT DISCUSSION

Signatures of GDRT: Date:

    FDC Chief of Mental Health Services: _____
    FDC Chief of Medical Services:_____
    FDC Chief of Security Operations:_____
    FDC Chief of Classification Management:_____
    Prison Rape Elimination Act (PREA) Coordinator:_____

Inmate Name        **Error! Reference source not found.**
DC#    **Error! Reference source not found.**    R/S    **Error!**
Date of Birth        **Error! Reference source not found.**
Institution    **Error! Reference source not found.**

DC4-643F (Issued 11/13/19)
    This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

CONFIDENTIAL                                        FDC_OFFICIALS_026084