# EXHIBIT 14

Message
_____

**From:**      Martinez, Danny [Danny.Martinez@fdc.myflorida.com]
**Sent:**       8/12/2022 10:53:58 AM
**To:**         Kessler, Tracy [Tracy.Kessler@fdc.myflorida.com]
**CC:**         Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com]
**Subject:**    RE: Procedure 403.012, Identification and Management of Inmates Diagnosed with Gender Dysphoria (Annual
                Review) 15-Day Responsible Authority Review


Ms. Kessler,

I have no edits or recommended changes at this time for procedure 403.012.  However, you should be aware
that the annual WPATH (World Professional Association of Transgender Health) Meeting will be held in
September of this year where they plan to publish SoC 8 (Standards of Care 8th edition) at which time we may
need to revisit this procedure.

Danny Martinez MD, MPH
Chief of Medical Services
Florida Department of Corrections
Danny.martinez@fdc.myflorida.com



**From:** Kessler, Tracy <Tracy.Kessler@fdc.myflorida.com>
**Sent:** Friday, August 12, 2022 9:10 AM
**To:** Martinez, Danny <Danny.Martinez@fdc.myflorida.com>
**Subject:** Procedure 403.012, Identification and Management of Inmates Diagnosed with Gender Dysphoria (Annual
Review) 15-Day Responsible Authority Review

Good Day,

The attached document(s) have been reviewed by the other departmental agencies and have no recommended
revisions at this time.  As the Responsible Authority over the attached, you are given this opportunity to review or make
any additional revisions at this time.


Thank you,

**Tracy Kessler**

Operations Analyst I
Policy and Procedure Coordinator
Office of Health Services
Florida Department of Corrections
501 S Calhoun St
Tallahassee, FL 32399
(850) 717-3692

CONFIDENTIAL                                              FDC_OFFICIALS_023302



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity★ Courage ★Selfless Service ★Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

**From:** Hawkins, Deeann <Deeann.Hawkins@fdc.myflorida.com>
**Sent:** Wednesday, August 3, 2022 2:37 PM
**To:** Kessler, Tracy <Tracy.Kessler@fdc.myflorida.com>
**Subject:** Procedure 403.012, Identification and Management of Inmates Diagnosed with Gender Dysphoria (Annual Review) 15-Day Responsible Authority Review

The above-referenced procedure was sent out for staffing and received no comments/recommendations.  Please review the attached procedure and advise if any further revisions are needed or if the procedure can proceed through the process as it is currently written.  Please provide a response by **Thursday, 8/18/2022**.

**If the procedure is Exempt, please be sure to provide redactions.**

Thank you,

**Deeann M. Hawkins**
Operations & Management Consultant II
Bureau of Policy Development & Inmate Appeals
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, FL 32399-2500
(850) 717-3629



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

FDC_OFFICIALS_023303

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

CONFIDENTIAL

FDC_OFFICIALS_023304