# EXHIBIT 15

Message

_____

**From:**     Glady, Michelle [Michelle.Glady@fdc.myflorida.com]
**Sent:**     1/19/2023 8:15:41 AM
**To:**       Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com]
**Subject:**  RE: Media Request: Florida policy on transgender inmates

Sir,

No objections.

**Michelle Glady**
Director of Communications
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, FL 32399
Office: 850-488-0420
Direct: 850-717-3038



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

_____

**From:** Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Sent:** Wednesday, January 18, 2023 4:03 PM
**To:** Glady, Michelle <Michelle.Glady@fdc.myflorida.com>
**Subject:** RE: Media Request: Florida policy on transgender inmates

Thank you.

FLDOH policy only addresses youth not adults.

Any objections for me to share with Lance and Dr. Kline?

**Timothy S. Fitzgerald**
Chief of Staff
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office: 850-717-3922

**Inspiring Success by Transforming One Life at a Time**

CONFIDENTIAL                                                                    FDC_OFFICIALS_024865

Respect * Integrity * Courage * Selfless Service * Compassion

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

---

**From:** Glady, Michelle <Michelle.Glady@fdc.myflorida.com>
**Sent:** Wednesday, January 18, 2023 3:46 PM
**To:** Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Subject:** FW: Media Request: Florida policy on transgender inmates

FYSA

**Michelle Glady**
Director of Communications
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, FL 32399
Office: 850-488-0420
Direct: 850-717-3038



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

---

**From:** Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>
**Sent:** Tuesday, January 10, 2023 10:37 AM
**To:** Tyler O'Neil (Daily Signal) <tyler.oneil@dailysignal.com>
**Cc:** Best, Molly <Molly.Best@fdc.myflorida.com>
**Subject:** RE: Media Request: Florida policy on transgender inmates

Hi Tyler,

Our office has no response to Gov. Noem's spokesperson – the governor wants conservative governors across America to work *together* for reform and the enactment of conservative policies through our federalist system.

Florida's prison policy is quite simple: men are housed in men's facilities, and women are housed in women's facilities.

I am copying Molly Best with the Florida Department of Corrections should you need any policy citations or have further questions.

CONFIDENTIAL                                                                    FDC_OFFICIALS_024866

Thank you,

**Bryan Griffin**
Press Secretary
Executive Office of the Governor
850-717-9268
Bryan.Griffin@eog.myflorida.com

---

**From:** Tyler O'Neil (Daily Signal) <tyler.oneil@dailysignal.com>
**Sent:** Tuesday, January 10, 2023 9:59 AM
**To:** Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>; Redfern, Jeremy <Jeremy.Redfern@eog.myflorida.com>
**Subject:** Re: Media Request: Florida policy on transgender inmates
**Importance:** High

Bryan, Jeremy,

Christina Pushaw suggested I reach out to you directly on this. Thanks!

Tyler O'Neil
*Managing Editor, The Daily Signal*
The Heritage Foundation
214 Massachusetts Avenue, NE
Washington, DC 20002
heritage.org

---

**From:** Tyler O'Neil (Daily Signal) <tyler.oneil@dailysignal.com>
**Date:** Tuesday, January 10, 2023 at 9:54 AM
**To:** Media <media@txvalues.org>
**Subject:** Media Request: Florida policy on transgender inmates

This is Tyler O'Neil, managing editor at The Daily Signal. I'm writing a story about the South Dakota Department of Corrections policy regarding transgender inmates, which leaves the decision of whether to place a male who claims to identify as female in a women's prison up to the discretion of the director on a case by case basis. The SD DOC recognizes the World Professional Association for Transgender Health (WPATH) standards of care, rather than the standards of care being developed at the Florida Department of Health. (https://doc.sd.gov/documents/Management%20of%20Gender%20Dysphoria612021.pdf)

Gov. Kristi Noem's spokesman told The Daily Signal that she will reconsider the policy, and he suggested that Florida's policy is not public knowledge and is less conducive to the safety of female inmates in women's prisons. Would DeSantis' office comment on Florida's DOC policy, on the developing Florida standards of care, and whether other states should use those standards of care in developing DOC policies? Does Florida's policy place males who identify as female in women's prisons?

My deadline on this story is 4 p.m. Eastern time today, so I would appreciate a prompt response.

Best,

Tyler O'Neil
(303)956-8499

CONFIDENTIAL

Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.

CONFIDENTIAL