# EXHIBIT 17

Message
_____

**From:**     Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com]
**Sent:**     1/12/2023 10:36:43 AM
**To:**       Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com]
**CC:**       Reimers, Thomas [Thomas.Reimers@fdc.myflorida.com]
**Subject:**  Transgender hormone treatment

Dr Kline,

I hope you are well

I called you to discuss FDC policy on transgender hormone treatment, I was asked a question on our policy and need to provide an answer.  Please call me on my cell as I am out of the office today.

Cell 850-879-4284

Thank you.

**Timothy S. Fitzgerald**
Chief of Staff
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office: 850-717-3922

**Inspiring Success by Transforming One Life at a Time**

Respect * Integrity * Courage * Selfless Service * Compassion

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

FDC_OFFICIALS_043569