# EXHIBIT 18

| | |
|---|---|
| **From:** | Burnsed, Dorothy[Dorothy.Burnsed@fdc.myflorida.com] |
| **Sent:** | Wed 1/18/2023 4:27:13 PM (UTC-06:00) |
| **To:** | Kline, Suzonne[Suzonne.Kline@fdc.myflorida.com] |
| **Subject:** | Re: Gender Dysphoria program |

## Privileged

Dotti M. Burnsed
Deputy General Counsel
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399

Office: 850-717-3605
Direct: 850-717-3616
Cell: 850-445-5046
Fax: 850-922-4355

---

**From:** Kline, Suzonne <Suzonne.Kline@fdc.myflorida.com>
**Sent:** Wednesday, January 18, 2023 5:18:10 PM
**To:** Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Cc:** Neff, Lance <Lance.Neff@fdc.myflorida.com>; Burnsed, Dorothy <Dorothy.Burnsed@fdc.myflorida.com>;
Comerford, Richard <Richard.Comerford@fdc.myflorida.com>; Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Subject:** Re: Gender Dysphoria program

Thank you.
 I'll be sure to follow up and get back to you

Dr. Kline
Chief of Mental Health Services
Get Outlook for iOS

---

**From:** Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Sent:** Wednesday, January 18, 2023 5:10:42 PM
**To:** Kline, Suzonne <Suzonne.Kline@fdc.myflorida.com>
**Cc:** Neff, Lance <Lance.Neff@fdc.myflorida.com>; Burnsed, Dorothy <Dorothy.Burnsed@fdc.myflorida.com>;
Comerford, Richard <Richard.Comerford@fdc.myflorida.com>; Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Subject:** RE: Gender Dysphoria program

Ma'am,

Please see link to ACHA report.  There are a number of hyperlinks in the report.  There Acting General Counsel Andrew Sharen would be the POC to start the conversation.

ACHA is in current litigation on the Florida official position and their rule of using state funds for gender affirming care for adults.  I believe we should work with them and their experts as we update our policy in this area.

Please see me if you have more questions on the matter.

CONFIDENTIAL                                                                FDC_OFFICIALS_045490

https://ahca.myflorida.com/Executive/Communications/Press_Releases/pdf/6-2-22_AHCA_GAPMS_Press_Release_FINAL.pdf

**Timothy S. Fitzgerald**
Chief of Staff
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office: 850-717-3922

**Inspiring Success by Transforming One Life at a Time**

Respect * Integrity * Courage * Selfless Service * Compassion

CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

**From:** Kline, Suzonne <Suzonne.Kline@fdc.myflorida.com>
**Sent:** Friday, January 13, 2023 3:53 PM
**To:** Fitzgerald, Tim <Tim.Fitzgerald@fdc.myflorida.com>
**Subject:** FW: Gender Dysphoria program

Good afternoon Chief,

As a follow-up to our discussion:

1. We currently have 209 inmates diagnosed with Gender Dysphoria and approved to received accommodation by the GDRT
2. 147 inmates are currently approved to receive hormones

# Privileged

I glanced at the case law briefly to get more clarity. In Florida, the issue of transgender hormone treatment in prison was litigated in ***Keohane v.. Jones*** (328 F. Supp. 3d 1288, N.D. Fla. 2018). In that case, the court ruled that FDC must provide Keohane with both hormone therapy and access to female clothing/grooming – both of which were described as the standard of care or "consensus of medical and mental health community regarding the appropriate treatment for gender dysphoria." In my (humble) opinion, the judge in Keohane case seemed biased against FDC and rather liberal in his opinions regarding transgender treatment. I'm going to look for more case law on the issue. I'm also going to follow-up with FL DOH to see what guidelines they use/recommend.

Hope this helps. Let me know if you need anything else at this time.

All the best,

CONFIDENTIAL                                                                 FDC_OFFICIALS_045491

**SUZONNE M. KLINE, PSY.D.**
CHIEF OF MENTAL HEALTH
**FLORIDA DEPARTMENT OF CORRECTIONS**
501 South Calhoun Street
Tallahassee, Florida 32399-2500
Office: (850) 717-3281
Fax: (850) 922-6015



*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential health and/or privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.**

**From:** Fabian, Katy <Katy.Fabian@fdc.myflorida.com>
**Sent:** Friday, January 13, 2023 2:39 PM
**To:** Kline, Suzonne <Suzonne.Kline@fdc.myflorida.com>; Crawford, Stephanie <Stephanie.Crawford@fdc.myflorida.com>
**Subject:** Gender Dysphoria program

Dr. Kline,

Please see the stats below for the inmates in the Gender Dysphoria program:

209 inmates diagnosed with Gender Dysphoria and approved to received accommodation by the GDRT
147 inmates currently approved to receive hormones by the GDRT

**Katy Fabian, LMHC**
Mental Health Quality Assurance Manager
Office of Health Services - Mental Health
Florida Department of Corrections
501 S. Calhoun St.
Tallahassee, FL 32399
Office: 850-717-3176
Cell: 850-518-9635
Fax: 850-922-6015



FDC_OFFICIALS_045492

*Inspiring Success by Transforming One Life at a Time*

Respect ★ Integrity ★ Courage ★ Selfless Service ★ Compassion

**CONFIDENTIALITY & PUBLIC RECORDS NOTICE:** This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this message in error, please contact the sender by phone and destroy the original and all copies. Please be aware that the State of Florida has a broad public records law and that any correspondence sent to this email address may be subject to public disclosure.

CONFIDENTIAL                                                                FDC_OFFICIALS_045493