# EXHIBIT 19

## REDACTED

| Beginning Bates Number | Ending Bates Number | Source | File Type | Author/Sender | Recipient | Subject | Subject Matter / Description | Category of Privilege | Date of Document | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| FDC_OFFICIALS_045404 | FDC_OFFICIALS_045406 | FDC | PDF | | | | Gender Dysphoria Review Team Meeting 3-17-2021.pdf | | | Produced 11/14/25 |
| FDC_OFFICIALS_045407 | FDC_OFFICIALS_045408 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 4-14-2021.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045409 | FDC_OFFICIALS_045410 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 5-20-21.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045411 | FDC_OFFICIALS_045413 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 3-14-23 2.0.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045414 | FDC_OFFICIALS_045415 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 2-8-2021.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045416 | FDC_OFFICIALS_045417 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 9-15-21.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045418 | FDC_OFFICIALS_045420 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 10-19-21 NOTES.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045421 | FDC_OFFICIALS_045422 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 2-8-2021.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045423 | FDC_OFFICIALS_045425 | FDC | DOCX | | | | Gender dysphoria Review Team Meeting 3-21-22.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045426 | FDC_OFFICIALS_045426 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 11-4-2020.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045427 | FDC_OFFICIALS_045429 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 2-8-22.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045430 | FDC_OFFICIALS_045431 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 7-17-2020.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045432 | FDC_OFFICIALS_045433 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 8-28-2020.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045434 | FDC_OFFICIALS_045435 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 9-30-2020.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045436 | FDC_OFFICIALS_045437 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 2-16-22.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045438 | FDC_OFFICIALS_045439 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 7-29-2020.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045440 | FDC_OFFICIALS_045442 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 12-15-21.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045443 | FDC_OFFICIALS_045445 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 6-30-2020.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045448 | FDC_OFFICIALS_045449 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 6-22-21.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045450 | FDC_OFFICIALS_045451 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 12-9-2020.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045452 | FDC_OFFICIALS_045454 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 3-17-2021.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045455 | FDC_OFFICIALS_045456 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 1-12-2021.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045457 | FDC_OFFICIALS_045457 | FDC | DOCX | | | | GDRT Notes pages.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045458 | FDC_OFFICIALS_045461 | FDC | MSG | Reimers, Thomas [Thomas.Reimers@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Santiago, Kalem [Kalem.Santiago@fdc.myflorida.com];Martinez, Danny | Re: Gender Dysphoria program | E-mail string regarding current litigation | | 1/18/2023 | Produced 11/14/25 |
| FDC_OFFICIALS_045462 | FDC_OFFICIALS_045464 | FDC | MSG | Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: Gender Dysphoria program | E-mail string regarding current litigation | | 1/18/2023 | Produced 11/14/25 |
| FDC_OFFICIALS_045465 | FDC_OFFICIALS_045467 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com];Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: Gender Dysphoria program | E-mail string regarding current litigation | | 1/19/2023 | Produced |
| FDC_OFFICIALS_045468 | FDC_OFFICIALS_045471 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Reimers, Thomas [Thomas.Reimers@fdc.myflorida.com] | Re: Gender Dysphoria program | E-mail string regarding current litigation | | 1/18/2023 | Produced |
| FDC_OFFICIALS_045472 | FDC_OFFICIALS_045474 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Crawford, Stephanie [Stephanie.Crawford@fdc.myflorida.com];Fabian, Katy [Katy.Fabian@fdc.myflorida.com] | Fwd: Gender Dysphoria program | E-mail string regarding current litigation | | 1/18/2023 | Produced |
| FDC_OFFICIALS_045475 | FDC_OFFICIALS_045479 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com];Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: Gender Dysphoria program | E-mail string regarding current litigation | | 1/19/2023 | Produced |
| FDC_OFFICIALS_045480 | FDC_OFFICIALS_045482 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com] | Re: Gender Dysphoria program | E-mail string regarding current litigation | | 1/18/2023 | Produced |
| FDC_OFFICIALS_045483 | FDC_OFFICIALS_045485 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Santiago, Kalem [Kalem.Santiago@fdc.myflorida.com];Martinez, Danny [Danny.Martinez@fdc.myflorida.com];Reimers, Thomas | Fwd: Gender Dysphoria program | E-mail string regarding current litigation | | 1/18/2023 | Produced |
| FDC_OFFICIALS_045486 | FDC_OFFICIALS_045489 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Reimers, Thomas [Thomas.Reimers@fdc.myflorida.com] | Fwd: Gender Dysphoria program | E-mail string regarding current litigation | | 1/19/2023 | Produced |
| FDC_OFFICIALS_045490 | FDC_OFFICIALS_045493 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Re: Gender Dysphoria program | E-mail string regarding current litigation | | 1/18/2023 | Produced |
| FDC_OFFICIALS_045494 | FDC_OFFICIALS_045497 | FDC | MSG | Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Re: Gender Dysphoria program | E-mail string regarding current litigation | | 1/19/2023 | Produced |
| FDC_OFFICIALS_045498 | FDC_OFFICIALS_045501 | FDC | MSG | Reimers, Thomas [Thomas.Reimers@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: Gender Dysphoria program | E-mail string regarding current litigation | | 1/19/2023 | Produced |
| FDC_OFFICIALS_045502 | FDC_OFFICIALS_045506 | FDC | MSG | Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com] | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com];Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: Gender Dysphoria program | E-mail string regarding current litigation | | 1/20/2023 | Produced |
| FDC_OFFICIALS_045507 | FDC_OFFICIALS_045509 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Martinez, Danny [Danny.Martinez@fdc.myflorida.com];Santiago, Kalem [Kalem.Santiago@fdc.myflorida.com] | Fwd: Gender Dysphoria program | E-mail string regarding current litigation | | 1/23/2023 | Produced |
| FDC_OFFICIALS_045510 | FDC_OFFICIALS_045511 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Neff, Lance [Lance.Neff@fdc.myflorida.com] | RE: Articles | E-mail string regarding requested research documents regarding gender dysphoria | Attorney-Client Privilege | 2/14/2023 | Withheld |
| FDC_OFFICIALS_045512 | FDC_OFFICIALS_045513 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: Articles | E-mail string regarding requested research documents regarding gender dysphoria | Attorney-Client Privilege | 2/14/2023 | Withheld |
| FDC_OFFICIALS_045514 | FDC_OFFICIALS_045516 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Neff, Lance [Lance.Neff@fdc.myflorida.com] | RE: Articles | E-mail string regarding requested research documents regarding gender dysphoria | Attorney-Client Privilege | 2/14/2023 | Withheld |
| FDC_OFFICIALS_045517 | FDC_OFFICIALS_045517 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Glady, Michelle [Michelle.Glady@fdc.myflorida.com] | paper | E-mail attaching document research documents regarding gender dysphoria | Attorney-Client Privilege/ Work Product | 5/4/2023 | Withheld |
| FDC_OFFICIALS_045518 | FDC_OFFICIALS_045528 | FDC | MSG | | | | Legal recommendation on review of Procedure 403.12.pdf | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045529 | FDC_OFFICIALS_045529 | FDC | MSG | | | | First draft of Accomodations Pass, New Format 4-8-2022 | Attorney-Client Privilege | | Withheld |

| Begin Bates | End Bates | Cust | Type | From | To | Subject | Description | Privilege | Date | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| FDC_OFFICIALS_045530 | FDC_OFFICIALS_045532 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Re: Opinion from the Sixth Circuit | E-mail regarding progress on HSB draft | Attorney-Client Privilege | 10/4/2023 | Withheld |
| FDC_OFFICIALS_045533 | FDC_OFFICIALS_045535 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com];Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Fwd: Opinion from the Sixth Circuit | E-mail regarding progress on HSB draft | Attorney-Client Privilege | 10/4/2023 | Withheld |
| FDC_OFFICIALS_045536 | FDC_OFFICIALS_045543 | FDC | DOCX | | | | GenderDysphoria_HSB Draft with prior WPATH SOCs included.docx | Attorney-Client Privilege/Work Product | | Withheld |
| FDC_OFFICIALS_045544 | FDC_OFFICIALS_045546 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Re: Opinion from the Sixth Circuit | E-mail string regarding progress on HSB draft- legal comments | Attorney-Client Privilege/Work Product | 10/4/2023 | Withheld |
| FDC_OFFICIALS_045547 | FDC_OFFICIALS_045549 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: Opinion from the Sixth Circuit | E-mail string regarding progress on HSB draft- legal comments | Attorney-Client Privilege/Work Product | 10/4/2023 | Withheld |
| FDC_OFFICIALS_045550 | FDC_OFFICIALS_045552 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: Opinion from the Sixth Circuit | E-mail string regarding progress on HSB draft- legal comments | Attorney-Client Privilege/Work Product | 10/4/2023 | Withheld |
| FDC_OFFICIALS_045553 | FDC_OFFICIALS_045555 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: Opinion from the Sixth Circuit | E-mail string regarding progress on HSB draft- legal comments | Attorney-Client Privilege/Work Product | 10/4/2023 | Withheld |
| FDC_OFFICIALS_045556 | FDC_OFFICIALS_045556 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Neff, Lance [Lance.Neff@fdc.myflorida.com];Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | HSB | E-mail string attaching latest HSB draft- legal comments | Attorney-Client Privilege/Work Product | 10/4/2023 | Withheld |
| FDC_OFFICIALS_045557 | FDC_OFFICIALS_045563 | FDC | DOCX | | | | GenderDysphoria_HSB Draft with prior WPATH SOCs included 10-4-23 DK-DM edits.docx | Attorney-Client Privilege/Work Product | | Withheld |
| FDC_OFFICIALS_045564 | FDC_OFFICIALS_045564 | FDC | MSG | Fabian, Katy [Katy.Fabian@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Martinez, Sandra [Sandra.Martinez@fdc.myflorida.com] | Draft HSB 10-4-23 | E-mail attaching document latest version of HSB 15.05.23 | Attorney-Client Privilege/Work Product | 10/4/2023 | Withheld |
| FDC_OFFICIALS_045565 | FDC_OFFICIALS_045571 | FDC | DOCX | | | | GenderDysphoria_HSB Draft with prior WPATH SOCs included 10-4-23 DK-DM edits.docx | Attorney-Client Privilege/Work Product | | Withheld |
| FDC_OFFICIALS_045572 | FDC_OFFICIALS_045572 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | RE: HSB | E-mail providing legal comments to draft HSB | Attorney-Client Privilege/Work Product | 10/5/2023 | Withheld |
| FDC_OFFICIALS_045573 | FDC_OFFICIALS_045579 | FDC | DOCX | | | | GenderDysphoria_HSB Draft with prior WPATH SOCs included 10-4-23 DK-DM edits LEN edits.docx | Attorney-Client Privilege/Work Product | | Withheld |
| FDC_OFFICIALS_045580 | FDC_OFFICIALS_045581 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Neff, Lance [Lance.Neff@fdc.myflorida.com] | RE: HSB | E-mail providing comments to draft HSB and attaching a Board of Medicine Informed Consent Form. | Attorney-Client Privilege/Work Product | 10/5/2023 | Withheld |
| FDC_OFFICIALS_045582 | FDC_OFFICIALS_045593 | FDC | PDF | | | | Feminizing-Medications-for-Patients-with-Gender-Dysphoria-Patient-Information-and-Informed-Consent.pdf | Attorney-Client Privilege/Work Product | | Withheld |
| FDC_OFFICIALS_045594 | FDC_OFFICIALS_045601 | FDC | DOCX | | | | GenderDysphoria_HSB Draft with prior WPATH SOCs included 10-4-23 DK-DM edits LEN edits and DB edits.docx | Attorney-Client Privilege/Work Product | | Withheld |
| FDC_OFFICIALS_045602 | FDC_OFFICIALS_045603 | FDC | MSG | Johnson, Dan [dan.johnson@fdc.myflorida.com] | Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com];Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com] | Fwd: FDC GD HSB announcement | E-mail string regarding the language contained in the announcement addressing the change to HSB 15.05.23 | Attorney-Client Privilege/Work Product | 9/20/2024 | Withheld |
| FDC_OFFICIALS_045604 | FDC_OFFICIALS_045606 | FDC | MSG | Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com] | Johnson, Dan [dan.johnson@fdc.myflorida.com];Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com] | RE: FDC GD HSB announcement | E-mail string regarding the language contained in the announcement addressing the change to HSB 15.05.23 | Attorney-Client Privilege/Work Product | 9/20/2024 | Withheld |
| FDC_OFFICIALS_045607 | FDC_OFFICIALS_045609 | FDC | MSG | Johnson, Dan [dan.johnson@fdc.myflorida.com] | Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com];Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com] | Re: FDC GD HSB announcement | E-mail string regarding the language contained in the announcement addressing the change to HSB 15.05.23 | Attorney-Client Privilege/Work Product | 9/20/2024 | Withheld |
| FDC_OFFICIALS_045610 | FDC_OFFICIALS_045627 | FDC | PDF | | | | 602.053 PREA (09.07.2021).pdf | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045628 | FDC_OFFICIALS_045634 | FDC | DOCX | | | | 403.012 (11-13-2019) RESCIND 6-03-24.docx | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045635 | FDC_OFFICIALS_045636 | FDC | MSG | Bridges, Jennifer [Jennifer.Bridges@fdc.myflorida.com] | Fowler, Philip [Philip.Fowler@fdc.myflorida.com] | FW: Procedure 404.003 Review | E-mail string requesting review of updates to 404.003 | Attorney-Client Privilege | 5/22/2024 | Withheld |
| FDC_OFFICIALS_045637 | FDC_OFFICIALS_045650 | FDC | DOCX | | | | 404.003TC (draft review) 5-20-24.docx | Attorney-Client Privilege/Work Product | | Withheld |
| FDC_OFFICIALS_045651 | FDC_OFFICIALS_045652 | FDC | PDF | Bridges, Jennifer [Jennifer.Bridges@fdc.myflorida.com] | Fowler, Philip [Philip.Fowler@fdc.myflorida.com] | Procedure 403.012 Identification and Management of Inmates Diagnosed with Gender Dysphoria | Procedure 403.012 Identification and Management of Inmates Diagnosed with Gender Dysphoria | Attorney-Client Privilege | 5/22/2024 | Withheld |
| FDC_OFFICIALS_045653 | FDC_OFFICIALS_045659 | FDC | DOCX | | | | 403.012 (11-13-2019) RESCIND 6-03-24.docx | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045660 | FDC_OFFICIALS_045660 | FDC | MSG | | | | E-mail string regarding status of legal review and approval to rescind and replace procedures | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045661 | FDC_OFFICIALS_045661 | FDC | DOCX | | | | DC4-643G (RESCIND 6-3-24).docx | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045662 | FDC_OFFICIALS_045677 | FDC | MSG | Bridges, Jennifer [Jennifer.Bridges@fdc.myflorida.com] | Fowler, Philip [Philip.Fowler@fdc.myflorida.com] | FW: Procedure 404.005, Residential Continuum of Care Units (Annual Review) - post Legal/ACA | E-mail string regarding status of legal review | | 5/22/2024 | Produced |
| FDC_OFFICIALS_045678 | FDC_OFFICIALS_045689 | FDC | DOCX | | | | Procedure 404.005 legal comment SC PF KS (jb) SC SC (002)GE CW.docx | | | Produced 11/14/25 |
| FDC_OFFICIALS_045690 | FDC_OFFICIALS_045691 | FDC | MSG | Bridges, Jennifer [Jennifer.Bridges@fdc.myflorida.com] | Fowler, Philip [Philip.Fowler@fdc.myflorida.com] | Procedure 403.012 Identification and Management of Inmates Diagnosed with Gender Dysphoria | E-mail string regarding status of legal review and approval to rescind and replace procedures | Attorney-Client Privilege/Work Product | 5/22/2024 | Withheld |
| FDC_OFFICIALS_045692 | FDC_OFFICIALS_045698 | FDC | DOCX | | | | 403.012 (11-13-2019) RESCIND 6-03-24.docx | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045699 | FDC_OFFICIALS_045699 | FDC | DOCX | | | | DC4-643F (RESCIND 6-3-24).docx | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045700 | FDC_OFFICIALS_045700 | FDC | DOCX | | | | DC4-643G (RESCIND 6-3-24).docx | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045701 | FDC_OFFICIALS_045704 | FDC | MSG | Ubaid, Iqra [Iqra.Ubaid@fdc.myflorida.com] | Kelly, Diterolonda [Diterolonda.Kelly@fdc.myflorida.com] | FW: Procedures | E-mail string commenting on procedures and requesting finalization for publication | | 9/16/2024 | Produced |
| FDC_OFFICIALS_045705 | FDC_OFFICIALS_045711 | FDC | MSG | Johnson, Daniel [dan.johnson@fdc.myflorida.com] | Hewett, Gary [Gary.Hewett@fdc.myflorida.com] | FW: Reiyn Keohane Y55036 | E-mail string regarding disciplinary action for Reiyn Keohane | Attorney-Client Privilege | 6/22/2023 | Withheld |
| FDC_OFFICIALS_045712 | FDC_OFFICIALS_045714 | FDC | MSG | Dones, Keila [kdones@TeamCenturion.com] | Calhoun, Ikea [icalhoun@TeamCenturion.com];Lancaster, Tonya [Tonya.Lancaster@fdc.myflorida.com];Anderson, Laura | RE: ▮ | E-mail string regarding status of transfer of inmate | Attorney-Client Privilege | 3/6/2025 | Withheld |
| FDC_OFFICIALS_045715 | FDC_OFFICIALS_045718 | FDC | MSG | Fowler, Philip [Philip.Fowler@fdc.myflorida.com] | Holmes, Janet [Janet.Holmes@fdc.myflorida.com] | FW: NI1-130 form update | E-mail string regarding proposed changes to NI1-130 form | Attorney-Client Privilege | 6/18/2024 | Withheld |
| FDC_OFFICIALS_045719 | FDC_OFFICIALS_045720 | FDC | DOCX | | | | NI1-130tc.docx | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_045721 | FDC_OFFICIALS_045721 | FDC | MSG | Johnson, Dan [dan.johnson@fdc.myflorida.com] | McManus, Alan [Alan.McManus@fdc.myflorida.com] | | E-mail attaching document | | 6/13/2024 | Produced |
| FDC_OFFICIALS_045722 | FDC_OFFICIALS_045729 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10.6.23 CLEAN COPY final.docx | | | Produced |
| FDC_OFFICIALS_045730 | FDC_OFFICIALS_045731 | FDC | MSG | FDCHealthCare [FDCHealthCare@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Crawford, Stephanie [Stephanie.Crawford@fdc.myflorida.com] | FW: Request for assistance re: ▮ | E-mail string attaching documents for review by security | | 5/29/2024 | Produced |
| FDC_OFFICIALS_045732 | FDC_OFFICIALS_045733 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | FDCHealthCare [FDCHealthCare@fdc.myflorida.com];Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Crawford, Stephanie | RE: Request for assistance re: ▮ | E-mail string attaching documents for review by security | | 5/29/2024 | Produced |
| FDC_OFFICIALS_045734 | FDC_OFFICIALS_045736 | FDC | MSG | Hossain, Maria [Maria.Hossain@fdc.myflorida.com] | Johnson, Dan [dan.johnson@fdc.myflorida.com];Studley, Todd [Todd.Studley@fdc.myflorida.com] | FW: New 11th Cir gender dysphoria case. | E-mail string containing summary of 11th Circuit gender dysphoria case | Attorney-Client Privilege/Work Product | 5/15/2024 | Withheld |
| FDC_OFFICIALS_045737 | FDC_OFFICIALS_045737 | FDC | MSG | Johnson, Dan [dan.johnson@fdc.myflorida.com] | Baker, Sammy-Jo [Sammy-Jo.Baker@fdc.myflorida.com];Clemons, Kristen [Kristen.Clemons@fdc.myflorida.com] | Draft | E-mail attaching document | Attorney-Client Privilege | 5/6/2024 | Withheld |
| FDC_OFFICIALS_045738 | FDC_OFFICIALS_045745 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10.6.23 CLEAN COPY final.docx | | | Produced 12/23/25 |

| Begin Bates | End Bates | Custodian | Type | From | To | Subject | Description | Privilege | Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| FDC_OFFICIALS_045746 | FDC_OFFICIALS_045766 | FDC | DOCX | | | | 602.053TC (OHS).docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_045767 | FDC_OFFICIALS_045770 | FDC | MSG | Goehrig, Daniel [Daniel.Goehrig@fdc.myflorida.com] | Martinez, Danny [Danny.Martinez@fdc.myflorida.com] | RE: ▮▮▮ | E-mail string regarding inmate complaint pertaining to gender dyphoria evaluation and denial | | 3/26/2024 | Produced 12/23/25 |
| FDC_OFFICIALS_045771 | FDC_OFFICIALS_045774 | FDC | PDF | | | | Inmate initiated interview.pdf | | | Produced 12/23/25 |
| FDC_OFFICIALS_045775 | FDC_OFFICIALS_045778 | FDC | MSG | Martinez, Danny [Danny.Martinez@fdc.myflorida.com] | Wolfe, Christine [Christine.Wolfe@fdc.myflorida.com] | FW: ▮▮▮ | E-mail string regarding inmate complaint pertaining to gender dyphoria evaluation and denial | | 3/26/2024 | Produced 12/23/25 |
| FDC_OFFICIALS_045779 | FDC_OFFICIALS_045782 | FDC | PDF | | | | Inmate initiated interview.pdf | | | Produced 12/23/25 |
| FDC_OFFICIALS_046279 | FDC_OFFICIALS_046280 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 9-15-21.DOCX | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_046281 | FDC_OFFICIALS_046283 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 10-19-21 NOTES.DOCX | | | Produced |
| FDC_OFFICIALS_046284 | FDC_OFFICIALS_046285 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 4-14-2021.DOCX | | | Produced |
| FDC_OFFICIALS_046286 | FDC_OFFICIALS_046287 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 5-20-21.DOCX | | | Produced |
| FDC_OFFICIALS_046288 | FDC_OFFICIALS_046288 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 11-4-2020.DOCX | | | Produced |
| FDC_OFFICIALS_046289 | FDC_OFFICIALS_046290 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 12-9-2020.DOCX | | | Produced |
| FDC_OFFICIALS_046291 | FDC_OFFICIALS_046292 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 7-17-2020.DOCX | | | Produced |
| FDC_OFFICIALS_046293 | FDC_OFFICIALS_046294 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 8-28-2020.DOCX | | | Produced |
| FDC_OFFICIALS_046295 | FDC_OFFICIALS_046296 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 9-30-2020.DOCX | | | Produced |
| FDC_OFFICIALS_046297 | FDC_OFFICIALS_046299 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 3-17-2021.DOCX | | | Produced |
| FDC_OFFICIALS_046300 | FDC_OFFICIALS_046301 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 2-16-22.DOCX | | | Produced |
| FDC_OFFICIALS_046302 | FDC_OFFICIALS_046304 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 12-15-21.DOCX | | | Produced |
| FDC_OFFICIALS_046305 | FDC_OFFICIALS_046307 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 6-30-2020.DOCX | | | Produced |
| FDC_OFFICIALS_046308 | FDC_OFFICIALS_046309 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 11-16-21.DOCX | | | Produced |
| FDC_OFFICIALS_046310 | FDC_OFFICIALS_046311 | FDC | DOCX | | | | Gender Dysphoria Review Team Meeting 1-12-2021.DOCX | | | Produced |
| FDC_OFFICIALS_046312 | FDC_OFFICIALS_046316 | FDC | MSG | jlay@TeamCenturion.com [Office365@messaging.microsoft.com] | Martinez, Danny [Danny.Martinez@fdc.myflorida.com];Lander, Tammy [Tammy.Lander@fdc.myflorida.com];Kline, Suzonne | Re: Gender Dysphoria Clarification[encrypt] | E-mail string regarding the gendera dysphoria evaluation process | | 7/7/2022 | Produced |
| FDC_OFFICIALS_046537 | FDC_OFFICIALS_046538 | FDC | MSG | Bridges, Jennifer [Jennifer.Bridges@fdc.myflorida.com] | Kirkland, Wes [Wes.Kirkland@fdc.myflorida.com] | FW: Procedures 602.053 and 602.018 | E-mail inquiring about edits to 602.053 | | 9/24/2024 | Produced |
| FDC_OFFICIALS_046539 | FDC_OFFICIALS_046539 | FDC | DOCX | | | | HSB 15.05.23 Action Plan.docx | | | Produced |
| FDC_OFFICIALS_046540 | FDC_OFFICIALS_046542 | FDC | DOCX | | | | HSB 15.05.23 Operational Plan.docx | | | Produced |
| FDC_OFFICIALS_046543 | FDC_OFFICIALS_046544 | FDC | DOCX | | | | FAQ-9.19.24.docx | | | Produced |
| FDC_OFFICIALS_046545 | FDC_OFFICIALS_046545 | FDC | DOCX | | | | Script - OHS.docx | | | Produced |
| FDC_OFFICIALS_046546 | FDC_OFFICIALS_046556 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Williams, Angela [Angela.Williams2@fdc.myflorida.com] | FW: Procedure 404.004, Mental Health Inpatient Multidisciplinary Treatment and Services (Annual | E-mail attaching document | | 10/8/2024 | Produced |
| FDC_OFFICIALS_046557 | FDC_OFFICIALS_046582 | FDC | DOCX | | | | 404.004 LEGAL 6.22.23 SC 7.17.23 DB.docx | | | Produced |
| FDC_OFFICIALS_046584 | FDC_OFFICIALS_046585 | FDC | MSG | Reimers, Thomas [Thomas.Reimers@fdc.myflorida.com] | Neff, Lance [Lance.Neff@fdc.myflorida.com] | FW: FDC Implementation of CHAPTER 2023-90, CS for SB 254 | E-mail string regarding assistance in explaining implementation of CHAPTER 2023-90, CS for SB 254 to inmates and families | | 9/11/2023 | Produced |
| FDC_OFFICIALS_046586 | FDC_OFFICIALS_046588 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com];Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | RE: HSB | E-mail string regarding comments to drafts of HSB | Attorney-Client Privilege/Work Product | 10/5/2023 | Withheld |
| FDC_OFFICIALS_046589 | FDC_OFFICIALS_046596 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10-5-2023 version.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046597 | FDC_OFFICIALS_046600 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Fabian, Katy [Katy.Fabian@fdc.myflorida.com];Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com];Kline, Suzonne | RE: HSB | E-mail string regarding comments to drafts of HSB | Attorney-Client Privilege/Work Product | 10/5/2023 | Withheld |
| FDC_OFFICIALS_046601 | FDC_OFFICIALS_046608 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10-5-2023 version A.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046609 | FDC_OFFICIALS_046612 | FDC | MSG | Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com] | Neff, Lance [Lance.Neff@fdc.myflorida.com];Fabian, Katy [Katy.Fabian@fdc.myflorida.com];Burnsed, Dorothy | RE: HSB | E-mail string regarding comments to drafts of HSB | Attorney-Client Privilege/Work Product | 10/5/2023 | Withheld |
| FDC_OFFICIALS_046613 | FDC_OFFICIALS_046620 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10-5-2023 version A-cw.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046621 | FDC_OFFICIALS_046623 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Neff, Lance [Lance.Neff@fdc.myflorida.com];Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Weiss, Clayton | RE: HSB | E-mail string regarding comments to drafts of HSB | Attorney-Client Privilege/Work Product | 10/5/2023 | Withheld |
| FDC_OFFICIALS_046624 | FDC_OFFICIALS_046631 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10-5-2023 version A.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046632 | FDC_OFFICIALS_046635 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com];Neff, Lance [Lance.Neff@fdc.myflorida.com];Burnsed, Dorothy | RE: HSB | E-mail string regarding comments to drafts of HSB | Attorney-Client Privilege/Work Product | 10/6/2023 | Withheld |
| FDC_OFFICIALS_046636 | FDC_OFFICIALS_046643 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10-5-2023 version A-cw-DK edits.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046644 | FDC_OFFICIALS_046644 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Glady, Michelle [Michelle.Glady@fdc.myflorida.com];Fitzgerald, Tim [Tim.Fitzgerald@fdc.myflorida.com] | RE: Updated policy has been assigned to you | E-mail attaching document | Attorney-Client Privilege | 10/6/2023 | Withheld |
| FDC_OFFICIALS_046645 | FDC_OFFICIALS_046652 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10.6.23 CLEAN COPY final.docx | | | Produced 12//25 |
| FDC_OFFICIALS_046653 | FDC_OFFICIALS_046658 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com];Neff, Lance | RE: HSB | E-mail string attaching clean draft of HSB and informed consents | | 10/6/2023 | Produced 12/23/25 |
| FDC_OFFICIALS_046659 | FDC_OFFICIALS_046666 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10.6.23 CLEAN COPY.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046667 | FDC_OFFICIALS_046678 | FDC | PDF | | | | Feminizing-Medications-for-Patients-with-Gender-Dysphoria-Patient-Information-and-Informed-Consent.pdf | | | Produced 12/23/25 |
| FDC_OFFICIALS_046679 | FDC_OFFICIALS_046688 | FDC | PDF | | | | Masculinizing-Medications-for-Patients-with-Gender-Dysphoria-Patient-Information-and-Informed-Consent.pdf | | | Produced 12/23/25 |

98422188.v3
98900880.v2

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FDC_OFFICIALS_046689 | FDC_OFFICIALS_046693 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com];Neff, Lance | RE: HSB | E-mail string attaching clean draft of HSB and informed consents | Attorney-Client Privilege | 10/6/2023 | Withheld |
| FDC_OFFICIALS_046694 | FDC_OFFICIALS_046701 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10.6.23 CLEAN COPY.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046702 | FDC_OFFICIALS_046713 | FDC | PDF | | | | Feminizing-Medications-for-Patients-with-Gender-Dysphoria-Patient-Information-and-Informed-Consent.pdf | | | Produced 12/23/25 |
| FDC_OFFICIALS_046714 | FDC_OFFICIALS_046723 | FDC | PDF | | | | Masculinizing-Medications-for-Patients-with-Gender-Dysphoria-Patient-Information-and-Informed-Consent.pdf | | | Produced 12/23/25 |
| FDC_OFFICIALS_046724 | FDC_OFFICIALS_046724 | FDC | MSG | Neff, Lance [Lance.Neff@fdc.myflorida.com] | Comerford, Richard [Richard.Comerford@fdc.myflorida.com] | draft HSB | E-mail attaching document latest version of HSB 15.05.23 | Attorney-Client Privilege | 10/9/2023 | Withheld |
| FDC_OFFICIALS_046725 | FDC_OFFICIALS_046732 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10.6.23 CLEAN COPY final.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046733 | FDC_OFFICIALS_046735 | FDC | MSG | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com] | Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com];Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | FW: Question | E-mail string regarding inquiry into content of mental health courses | Attorney-Client Privilege | 10/17/2023 | Withheld |
| FDC_OFFICIALS_046736 | FDC_OFFICIALS_046745 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Kelly, Diterolonda [Diterolonda.Kelly@fdc.myflorida.com] | RE: Procedure 404.004, Mental Health Inpatient Multidisciplinary Treatment and Services (Annual | E-mail string regarding review and comments to 404.004 | | 7/17/2023 | Produced |
| FDC_OFFICIALS_046746 | FDC_OFFICIALS_046771 | FDC | DOCX | | | | 404.004 LEGAL 6.22.23 SC 7.17.23 DB.docx | | | Produced |
| FDC_OFFICIALS_046772 | FDC_OFFICIALS_046787 | FDC | DOCX | | | | Procedure 404.005 legal comment SC PF KS (jb) SC.docx | | | Produced |
| FDC_OFFICIALS_046788 | FDC_OFFICIALS_046812 | FDC | DOCX | | | | 404.004TC.docx | | | Produced |
| FDC_OFFICIALS_046813 | FDC_OFFICIALS_046817 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Weiss, Clayton [Clayton.Weiss@fdc.myflorida.com] | FW: HSB | E-mail string attaching clean draft of HSB and informed consents | Attorney-Client Privilege | 10/30/2023 | Withheld |
| FDC_OFFICIALS_046818 | FDC_OFFICIALS_046825 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 10.6.23 CLEAN COPY.docx | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_046826 | FDC_OFFICIALS_046835 | FDC | PDF | | | | Masculinizing-Medications-for-Patients-with-Gender-Dysphoria-Patient-Information-and-Informed-Consent.pdf | Attorney-Client Privilege | | Withheld |
| FDC_OFFICIALS_046930 | FDC_OFFICIALS_046932 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Fabian, Katy [Katy.Fabian@fdc.myflorida.com] | FW: [GovQA] Activity Assignment on Request R023388-112823 - 36757 | E-mail string regarding public records request | | 11/30/2023 | Produced |
| FDC_OFFICIALS_046933 | FDC_OFFICIALS_046933 | FDC | MSG | Burnsed, Dorothy [Dorothy.Burnsed@fdc.myflorida.com] | Kline, Suzonne [Suzonne.Kline@fdc.myflorida.com];Martinez, Danny [Danny.Martinez@fdc.myflorida.com];Fabian, Katy | GenderDysphoria_HSB Draft 12.8.23 DB | E-mail regarding changes to attached document | | 12/8/2023 | Produced |
| FDC_OFFICIALS_046934 | FDC_OFFICIALS_046941 | FDC | DOCX | | | | GenderDysphoria_HSB Draft 12.8.23 DB.docx | Attorney-Client Privilege/Work Product | | Withheld |
| FDC_OFFICIALS_046942 | FDC_OFFICIALS_046947 | FDC | MSG | Ubaid, Iqra [Iqra.Ubaid@fdc.myflorida.com] | Kelly, Diterolonda [Diterolonda.Kelly@fdc.myflorida.com] | FW: Procedures | E-mail string regarding comments and changes to procedure 404.005 | Attorney-Client Privilege | 9/16/2024 | Withheld |
| FDC_OFFICIALS_046948 | FDC_OFFICIALS_046972 | FDC | DOCX | | | | 404.004 LEGAL 6.22.23 SC IU.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046973 | FDC_OFFICIALS_046974 | FDC | DOCX | | | | BCC Mental Health Summary Note (TC) IU.docx | | | Produced 12/23/25 |
| FDC_OFFICIALS_046975 | FDC_OFFICIALS_046986 | FDC | DOCX | | | | Procedure 404.005 legal comment SC PF KS (jb) SC SC (002)GE CW IU.docx | Attorney-Client Privilege/Work Product | | Withheld |
| FDC_OFFICIALS_046987 | FDC_OFFICIALS_047002 | FDC | DOCX | | | | Procedure 404.005 legal comment 10-19-22.docx | | | Produced 12/23/25 |

|  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |  |

98422188.v3
98900880.v2