# EXHIBIT 21

**Update Regarding Hormone Treatment for Inmate Patients**

Due to recent laws enacted by the Florida Legislature, the Florida Department of Corrections (FDC) is required to change some of its policies regarding treatment of gender dysphoria.

FDC can no longer provide hormones to inmates for issues related to gender dysphoria. There will be a transition period during which all inmates who are on hormones specifically for gender dysphoria will be weaned off these medications-. The Department and its health care contractor will ensure this process will be done safely, over a period of approximately seven to nine weeks.

This measure will not affect inmates who ae receiving hormones for medical reasons.

Add info on mental health treatment offered during this period….

All inmates who are currently diagnosed with gender dysphoria will continue to receive mental health services as indicated by their current S grade during the weaning process.  Inmates will work with their treatment team regarding the available mental health services (individual and/or group counseling, psychiatric services) that will best meet their needs after the weaning process.

FDC_OFFICIALS_036260