# EXHIBIT 24

| From: | Lay, John[jlay@TeamCenturion.com] |
|---|---|
| Sent: | Fri 11/10/2023 7:18:45 AM (UTC-06:00) |
| To: | Weiss, Clayton[Clayton.Weiss@fdc.myflorida.com] |
| Cc: | Kline, Suzonne[Suzonne.Kline@fdc.myflorida.com]; Watkins-Ferrell, Peggy[pwatkinsferrell@TeamCenturion.com]; Love, Vicki[vlove@TeamCenturion.com] |
| Subject: | Centurion Responses to HSB 15.05.23 draft |
| Attachment: | HSB 15.05.23 (CENT edits) 11-10-23.docx |

Clayton,

Good morning.  Please see attached markups for HSB 15.05.23 draft. Let us know if you would like to have a call to discuss.

Thanks and I hope you have a great weekend.

**John P Lay Jr., MD**
Statewide Medical Director



Healthcare beyond patient care,
healthcare for humanity.

1203 Governor's Square Blvd., Suite 200
Tallahassee, FL  32301-2961
Phone: 850-737-0277
JLay@teamcenturion.com | CenturionManagedCare.com

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.



EXHIBIT

Watkins-Ferrell  Exhibit 9

Rel-00056643

CONFIDENTIAL          FDC_OFFICIALS_045110

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: **15.05.23**                                      Page **1** of **9**

SUBJECT: Mental Health <u>Evaluation and</u> Treatment of Inmates with Gender Dysphoria
EFFECTIVE DATE: _____

I.    **PURPOSE:**

To establish professional guidelines for the mental health evaluation and treatment of inmates meeting diagnostic criteria[1] for Gender Dysphoria.[2]

II.   **POLICY:**

To ensure inmates diagnosed with Gender Dysphoria receive timely, appropriate mental health services, and individualized treatment programming as clinically indicated. ~~Treatment interventions shall target psychological distress/dysphoria, as well as any co-occurring mental health disorders, and be catered to the unique needs of the inmate.~~

III.  **DEFINITIONS:**

A.    <u>**Assessment and Cconsultation:** S</u>~~services~~ are <u>provided in response to referrals by staff, inmate requests, and/or situational factors (such as an inmate being placed in special housing). In providing these services, mental health staff assess an inmate's mental health needs and provide guidance or recommendations regarding treatment needs and/or precautions.</u>

B.    **Clinical Group Psychotherapy**: ~~a c~~<u>C</u>ognitive behavioral or psychodynamic process by which a group of individuals is led by a psychologist or behavioral health specialist to guide interpersonal and intrapersonal growth through an examination of inmates' thoughts, feelings, experiences, and skills.

C.    <u>**Cisgender:** Individuals whose gender expression is congruent with their birth-assigned, or natal gender (also non-transgender).</u>

D.    <u>**Crisis intervention services**: Services</u> ~~are~~ <u>offered to inmates who may be experiencing acute distress and/or acute symptoms of mental illness to prevent suicide and self-injury (in accordance with Procedure 404.001, Suicide and Self-Injury Prevention) and/or to provide relief from symptoms of mental illness and prevent further decompensation.</u>

E.    <u>**Diagnostic and Statistical Manual – 5th Edition-Text Revision (DSM-5-TR):** A diagnostic manual published by the American Psychiatric Association that provides specific diagnostic criteria for all recognized mental disorders, which is used by mental health professionals to make determinations on diagnoses.</u>

F.    <u>**Gender:** A construct used to classify a person as male, female, both, or neither. Gender encompasses aspects of social identity, psychological identity, and human behavior (DOC).</u> ~~DSM-5-TR: A term used to denote the public, sociocultural (and usually legally recognized) lived role as boy or girl, man or woman, or other gender.~~

---

[1] As defined by the *Diagnostic and Statistical Manual of Mental Disorders* – 5th Edition, Text Revision (DSM-5-TR; American Psychiatric Association, 2022). https://doi.org/10.1176/appi.books.9780890425787

[2] *Id*. at 511-520.

Rel-00056643.0001

CONFIDENTIAL                    FDC_OFFICIALS_045111

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: **15.05.23**                    Page **2** of **9**

SUBJECT: Mental Health Evaluation and Treatment of Inmates with Gender Dysphoria
EFFECTIVE DATE: _____

G. **Gender-Affirming Items (Accommodations)**: Department-approved gender specific items, either state-issued or sold in the canteen, that are not offered at the incarcerated individual's assigned facility, but are requested based upon the individual's gender identity.

H. **Gender-Affirming Treatments:** Medical procedures (hormones, surgeries, or both) that aim to align an individual's physical characteristics with their experienced gender.

I. **Gender Assignment or Natal Gender:** Assignment as male or female that usually occurs at birth based on phenotypic sex; historically referred to as "biological sex" or, more recently, "natal gender."

J. **Gender Dysphoria:** Per the DSM-5-TR, a condition in which there is a marked incongruence between one's sex assigned at birth and one's gender identity which results in persistent psychological distress, of at least six months' duration. It does not refer to distress related to stigma, a distinct although possibly co-occurring source of distress. Individuals who experience Gender Dysphoria may pursue multiple domains of gender affirmation which include social, legal, medical, and/or surgical interventions. Not all individuals who are transgender will desire all domains of gender affirmation, and not all individuals who identify as transgender or gender diverse will have a diagnosis of Gender Dysphoria.

K. **Gender Expression:** Includes mannerisms, clothing, hair style, and choice of activities.

L. **Gender Identity:** An individual's sense of their own gender, which is communicated to others by their gender expression. DSM-5-TR defines it as a category of social identity and refers to an individual's identification as male, female, some category in between (i.e., gender fluid), or a category other than male or female (i.e., gender neutral). This is different from physical sex, which is assigned at birth based on sex characteristics. Gender Non-Conforming/Gender Nonbinary/Gender Diverse: Individuals whose appearance or manner does not conform to traditional societal gender expectations. Examples of alternative identity terminology may also include gender fluid, gender queer, intergender, or agender.

M. **Hormone Therapy:** A form of hormone therapy in which sex hormones and other hormonal medications are administered to individuals who are transgender or gender nonconforming for the purpose of more closely aligning their secondary sexual characteristics with their gender identity. **Gender Dysphoria:** a psychological disorder caused by clinically significant distress or impairment related to an individual's perceived discrepancy between expressed/experienced gender identity and the stereotypical traits of the biological sex.

N. **Individual Psychotherapy**: A a collaborative treatment based on the therapeutic relationship between the patient and Mental Health Clinician, including, but not limited to, cognitive behavioral, dialectical behavioral, psychodynamic, and interpersonal modalities. Therapy should focus on the individual's quality of life related to their gender expression.

Rel-00056643.0001

CONFIDENTIAL                    FDC_OFFICIALS_045112

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: **15.05.23**                                    Page **3** of **9**

SUBJECT: Mental Health Evaluation and Treatment of Inmates with Gender Dysphoria
                                                                    EFFECTIVE DATE: _____

O. **Intersex Individual**: An individual whose sexual, reproductive anatomy, or chromosomal pattern does not fit typical definitions of male or female. Intersex medical conditions are sometimes referred to as disorders of sex development.

P. **Mental health Treatment**: Staff offer assessment, consultation, and treatment services to inmates with Gender Dysphoria Therapy focusing on the individual's quality of life related to their gender expression. . The inmate will be made aware of the limitations of his/her ability to explore gender identity in a carceral setting. The inmate will also be made aware of the potential risks of exploring one's gender identity in a carceral setting. Therapy will be patient-specific. Mental health care will be provided in the context of a collaborative therapeutic relationship with the inmate. The use of interventions designed to "talk someone out" of having gender dysphoria, such as some iteration of "Conversion Therapy" or "Reparative Therapy" should never be employed and are considered unethical.

Q. **Multidisciplinary Services Team (MDST)**: a A group of staff representing different professions, and/or disciplines, which has the responsibility for ensuring access to necessary assessment, treatment, continuity of care and services to inmates in accordance with their identified mental health needs, and which collaboratively develops, implements, reviews, and revises the DC4-643A, *Individualized Service Plan* (ISP) as needed.

R. **Ongoing mental health care:** Provided on an outpatient basis to alleviate symptoms of mental illness that result in impairment of an inmate's ability to adapt and function in the prison environment. A DC4-643A, *Individualized Service Plan* (ISP) must be developed in accordance with HSB 15.05.11, *Planning and Implementation of Individualized Mental Health Services*, for those inmates participating in ongoing mental health care.

S. **Psychoeducational Group Intervention**: a A didactic form of group therapeutic services designed to teach patients about their disorder diagnosis and help them learn how to manage the related symptoms and , behaviors, and consequences. These services may include workbook and/or homework activities, medication management, stress/anger management, prosocial skills training, coping skills exercises, and managing activities of daily living in a carceral setting.

T. **Sexual Orientation:** A person's identity in relation to the gender or genders to which they are sexually attracted (e.g., heterosexual, homosexual, bisexual). Sexual orientation and gender identity are not related.

U. **Transgender:** A term that refers to the broad spectrum of individuals whose gender identity is different from their birth-assigned gender. Per the DSM-5-TR, transgender is not a mental disorder. While most individuals diagnosed with Gender Dysphoria would identify as transgender, many individuals who identify as transgender do not meet clinical criteria for gender dysphoria.

Rel-00056643.0001

CONFIDENTIAL                    FDC_OFFICIALS_045113

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: **15.05.23**                    Page **4** of **9**

SUBJECT: Mental Health Evaluation and Treatment of Inmates with Gender Dysphoria
EFFECTIVE DATE: _____

V.  **World Professional Association for Transgender Health (WPATH):** An interdisciplinary professional and educational organization devoted to transgender health. WPATH publishes the Standards of Care and Ethical Guidelines, which articulate a professional consensus about the psychiatric, psychological, medical and surgical management of Gender Dysphoria and help professionals understand the parameters within which they may offer assistance to those with this condition.

IV.  **TARGET POPULATION AND GOALS FOR GENDER DYSPHORIA CARE:Mental health** staff will offer assessment, consultation, and treatment services to inmates with Gender Dysphoria to facilitate an inmate's ability to adequately function in a prison environment. The inmate will be made aware of the limitations of his/her ability to explore gender identity in a carceral setting. The inmate will also be made aware of the potential risks of exploring one's gender identity in a carceral setting. Therapy will focus on alleviating the distress associated with one's identifiedperceived gender role and developing an ease with one's body in the current carceral setting. Mental health professionals will discuss with the inmate that no psychotherapeutic, medical, or surgical therapy can permanently eradicate all psychological and physical vestiges of one's biological sex. Mental health care will be provided in the context of a collaborative therapeutic relationship with the inmate. **Crisis intervention** services are offered to inmates who may be experiencing acute distress and/or acute symptoms of mental illness to prevent suicide and self-injury (in accordance with Procedure 404.001, *Suicide and Self-Injury Prevention*) and/or to provide relief from symptoms of mental illness and prevent further decompensation. **Assessment and consultation** services are provided in response to referrals by staff, inmate requests, and/or situational factors (such as an inmate being placed in special housing). In providing these services, mental health staff assess an inmate's mental health needs and provide guidance or recommendations regarding treatment needs and/or precautions.**Ongoing mental health care** will be provided on an outpatient basis to alleviate symptoms of mental illness that result in impairment of an inmate's ability to adapt and function in the prison environment. A DC4-643A, *Individualized Service Plan* (ISP) must be developed in accordance with HSB 15.05.11, *Planning and Implementation of Individualized Mental Health Services*, for those inmates participating in ongoing mental health care.

IV.  **SCREENING:**

A.  If an inmate presents with symptoms that may indicate a diagnosis of Gender Dysphoria a Behavioral Health Specialist will begin the screening process and document all interviews on the DC4-642B, *Mental Health Screening Evaluation.* During this process, the Behavioral Health Specialist may consult with a Mental Health Clinical Director, Psychologist, or Regional Mental Health Director as

Rel-00056643.0001

CONFIDENTIAL                    FDC_OFFICIALS_045114

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: 15.05.23                        Page **5** of **9**

SUBJECT: Mental Health <u>Evaluation and</u> Treatment of Inmates with Gender Dysphoria
EFFECTIVE DATE: _____

~~needed.The mental health clinician will complete a clinical interview within 14 days of arrival to reception center or transfer institution and will document the interview on the DC4-642B, *Mental Health Screening Evaluation.*~~

**B.** If an inmate presents with a reported and/or documented history of Gender Dysphoria prior to incarceration, the inmate will complete a DC4-711B *Consent and Authorization for Use and Disclosure, Inspection, and Release of Confidential Information* to authorize the Department to obtain the inmate's prior mental health records from community providers who diagnosed and/or treated the inmate.

**C.** <u>If during the screening process it is determined by the Behavioral Health Specialist that the inmate appears to meet the diagnostic criteria for a provisional diagnosis of Gender Dysphoria as indicated in the DSM-5-TR, the inmate will be referred to the MDST for further review. The diagnosis must be a consensus of the MDST and will be provisional. All initial diagnoses of Gender Dysphoria will be provisional until a comprehensive assessment can</u> ~~be~~<u>is completed by a psychologist. A diagnosis of Gender Dysphoria will be made by a psychologist with the consensus of the MDST.</u> The diagnosis and Problem #124, Gender Dysphoria, will be added to the ISP <u>and the RMHD will be notified that the inmate is being referred for a comprehensive evaluation by a psychologist.</u> At a minimum, the inmate will be classified and maintained as an S-2<u>3 and will be scheduled for weekly psychotherapy</u>.

**D.** <u>At any point during the process, i</u>If <u>a</u> referral to medical or psychiatric staff is needed, mental health staff will complete the DC4-529, *Staff Request/Referral,* and route it to the appropriate medical staff member within the electronic medical record (EMR).

**VI.    EVALUATION:**

a. <u>A licensed psychologist who has received training in Gender Dysphoria, will complete a comprehensive evaluation, which at a minimum, will include a clinical interview, review of medical, mental health, and classification records, community records if applicable, and discussion with collateral contacts, including the Behavioral Health Specialist providing individual psychotherapy to the inmate. Formal psychological testing may be indicated to determine whether other clinically significant issues that require treatment are present or to rule out other conditions. Specific tests to be conducted are determined by a licensed psychologist. It should be noted that many psychological assessments have not yet been normed on the transgender/gender nonconforming population. There is no psychological test that can rule in or rule out a diagnosis of Gender Dysphoria.</u>

Rel-00056643.0001
CONFIDENTIAL            FDC_OFFICIALS_045115

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: **15.05.23**                    Page **6** of **9**

SUBJECT: Mental Health Evaluation and Treatment of Inmates with Gender Dysphoria
EFFECTIVE DATE: _____

Unsupported and lengthy diagnostic processes, such as requiring a pre-determined battery of psychological tests, are not supported or a standard of care.

b. Assessment instruments deemed appropriate by the evaluating psychologist that may be utilized, including, but not limited to:

1. *Sex Offender Screening and Selection* as per HSB 15.05.03
2. Adaptive Behavior Checklist (ABC)
3. Weschler Adult Intelligence Scale (WAIS-IV)
4. Montreal Cognitive Assessment (MoCA)
5. Millon Clinical Multiaxial Inventory-III (Corrections Report; MCMI-III)
6. Columbia Suicide Severity-Rating Scale Lifetime Recent (CSSRS)
7. Post-Traumatic Stress Disorder Checklist for DSM-5 (PCL-5)
8. Miller Forensic Assessment of Symptoms Test (M-FAST)
    i. If the inmate's score is high enough, then further evaluation for malingering and/or response style may be warranted (*e.g.,* Structured Interview of Reported Symptoms-2nd edition [SIRS-2]; Minnesota Multiphasic Personality Inventory-2 [MMPI-2])
9. If diagnosed with an Autism Spectrum Disorder (ASD), the inmate may be additionally assessed with the Adaptive Behavior Assessment System 3rd edition (ABAS-3)
    i. If the inmate's ASD diagnosis qualifies for SY-D designator, then refer to 15.05.17 *Intake Mental Health Screening at Reception Centers*
10. If the inmate is diagnosed with Self Injury Behavior (SIB), they will be tracked using the Self-Injury Prevention System (SIPS)

c. Prior to rendering a diagnosis of Gender Dysphoria, medical and psychiatric comorbidities must be identified and ruled out as contributing to the diagnosis (e.g., delusions about one's gender). Paraphilic disorders that may be associated with, or result in sexual arousal or gratification should be ruled out, although it should be noted that sexual paraphilias and Gender Dysphoria are not mutually exclusive. A small percentage of individuals in correctional settings feign symptoms of gender dysphoria in pursuit of some other goal; the evaluating psychologist should asses for secondary gain issues (e.g., change in housing).

d. In order to be diagnosed with Gender Dysphoria, the inmate must demonstrate a marked incongruence between their experienced/expressed gender and their assigned gender, lasting at least 6 months, as manifested by at least two of the following:

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics)

Rel-00056643.0001

CONFIDENTIAL

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: 15.05.23                                    Page **7** of **9**

SUBJECT: Mental Health Evaluation and Treatment of Inmates with Gender Dysphoria
EFFECTIVE DATE: _____

2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics)

3. A strong desire for the primary and/or secondary sex characteristics of the other gender

4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender)

5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender)

6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender)

e. In order to meet criteria for the diagnosis, the condition must also be associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning. The responsible treatment diagnosis of Gender Dysphoria requires that all other medical and psychiatric comorbidities be identified as these comorbidities can complicate the process of gender identity exploration and resolution of Gender Dysphoria. In addition, oOther medical and psychiatric comorbidities must be resolved (e.g., acute psychosis) and or ruled out as the root cause of the dysphoria. In addition, paraphilic disorders that may be associated with, or result in sexual arousal or gratification should be ruled out and the evaluating psychologist should be alert for the possibility that an inmate may feign symptoms of gender dysphoria in pursuit of some other goal.

f. A psychologist will complete a comprehensive evaluation, which at a minimum, will include a clinical interview, review of medical, mental health, and classification records, and discussion with collateral contacts including the Behavioral Health Specialist providing individual psychotherapy to the inmate. Other assessment instruments deemed appropriate by the evaluating psychologist may be utilized, but it should be noted that many psychological assessments have not yet been normed on the transgender/gender nonconforming population. Potential assessment instruments include, but are not limited to:;*Sex Offender Screening and Selection* as per HSB 15.05.03 Adaptive Behavior Checklist (ABC) Weschler Adult Intelligence Scale (WAIS-IV)Montreal Cognitive Assessment (MoCA)Millon Clinical Multiaxial Inventory-III (Corrections Report; MCMI-III)Columbia Suicide Severity-Rating Scale Lifetime Recent (CSSRS) Post Traumatic Stress Disorder Checklist for DSM-5 (PCL-5) Miller Forensic Assessment of Symptoms Test (M-FAST) If the inmate's score is high enough,

Rel-00056643.0001

CONFIDENTIAL                    FDC_OFFICIALS_045117

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: **15.05.23**                                    Page **8** of **9**

SUBJECT: Mental Health Evaluation and Treatment of Inmates with Gender Dysphoria
EFFECTIVE DATE: _____

then further evaluation for malingering and/or response style may be warranted (*e.g.*, Structured Interview of Reported Symptoms-2nd edition [SIRS-2]; Minnesota Multiphasic Personality Inventory-2 [MMPI-2])If diagnosed with an Autism Spectrum Disorder (ASD), the inmate may be additionally assessed with the Adaptive Behavior Assessment System 3rd edition (ABAS-3)If the inmate's ASD diagnosis qualifies for SY-D designator, then refer to 15.05.17 *Intake Mental Health Screening at Reception Centers* If the inmate is diagnosed with Self Injury Behavior (SIB), they will be tracked using the Self-Injury Prevention System (SIPS) The evaluation, and testing results if applicable, diagnosis, and recommendations for accommodations and/or hormone treatment will be documented on the DC4-643E *Psychological Evaluation for Gender Dysphoria* which includes whether accommodations and/or hormonal therapy are recommended..

g.  An inmate who is receiving hormonal therapy at the time of intake will be referred by medical to mental health for screening and evaluation of Gender Dysphoria and will be continued on hormonal medications provided the following conditions are met:

1.  The hormone treatment represent an established treatment that has been prescribed under the supervision of a qualified clinician;

2.  The inmate cooperates with health care staff in obtaining written records or other necessary confirmation of their previous treatment; and

3.  Health care staff determine hormone treatment is medically necessary and not contraindicated for any reason.

## VI. MEDICAL TREATMENT:

B.  is unique given its relative novelty and the fact there are no specific tests, histopathological changes, signs, or distinctive symptoms for Gender Dysphoria. The diagnosis encompasses a diverse array of conditions, with widely differing pathways and characteristics depending on the age of onset, mental health, intelligence, environment, and motivation for gender transition. Like many DSM-V psychiatric conditions, Gender Dysphoria is complex and often accompanied by other psychiatric comorbidities.[3,4] Gender Dysphoria is a diagnosis of exclusion. Thus, all other

---

[3] In the scientific research literature, there has been a gradual shift from definitive "gender-affirmative care" which prioritizes access to medical interventions as sole treatment, back to a more conservative approach that addresses psychiatric comorbidities and psychotherapeutically explores the developmental etiology of the transgender identity. *See* Levine, S.B., Abbruzzese, E. Current Concerns About Gender-Affirming Therapy in Adolescents. *Curr Sex Health Rep* 15, 113-123 (2023). *See also Standards of Care: The Hormonal and Surgical Sex Reassignment of Gender Dysphoric Persons* (4th ed. 1990).

[4] Clinical guidelines suggest that comorbidities, including other mental health issues, should be resolved prior to

Rel-00056643.0001

CONFIDENTIAL                    FDC_OFFICIALS_045118

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: **15.05.23**                          Page **9** of **9**

SUBJECT: Mental Health Evaluation and Treatment of Inmates with Gender Dysphoria
                                                    EFFECTIVE DATE: _____

differential diagnoses must first be ruled out and/or addressed prior to any medical intervention specific to the disorder (*e.g.*, hormonal therapy). All inmates current or newly admitted intiated who are on hormone therapy specifically for Gender Dysphoria, will be individually evaluated for clinical outcomes/treatment efficacy[5]. To initiate hormone therapy, clinicians must first rule out the following criteria: All other medical and psychiatric comorbidities must be identified as these comorbidities can complicate the process of gender identity exploration and resolution of Gender Dysphoria;Other identified medical and psychiatric comorbidities must be addressed. Psychiatric comorbidities must be addressed through psychotherapy and/or psychotropic medication and/or other appropriate interventions; Other medical and psychiatric comorbidities must be resolved and or ruled out as the root cause of the dysphoria;

a.  Under the diagnosis of exclusion model, once the medical and psychiatric comorbidities are resolved and or ruled out as the root cause, the inmate's Gender Dysphoria should be evaluated. A complete psychodiagnostic and psychiatric assessment should be performed;The New diagnosed inmates must actively participate in psychotherapy for at least one year in an attempt to ameliorate the symptoms of Gender Dysphoria, to acclimate the inmate to the prison environment, and to develop an understanding of the limitations of the prison environment. An established pattern of attendance and participation in mental health treatment is required prior to exploring hormonal interventions.Psychotropic medication should be considered in order to determine if its use may alleviate the symptoms of Gender Dysphoria; Once these criteria are completedIf diagnosed with Gender Dysphoria, and recommended by the psychological evaluationevaluating psychologist, an inmate may be assessed for hormonal therapy by a physician. This may require that the inmate be transferred to an institution which is staffed with an on-site physician. Likewise, if at a later date the treating MDST recommends that an inmate be assessed for hormonal therapy, a transfer may be needed at that time. if the treating physician can demonstrate with documented evidence that such treatment may improve clinical outcomes by treating the etiological basis of the pathology. Such evidence shall be founded based on sound scientific methods and research that were subject to

---

initiating hormone therapy. *Eknes-Tucker v. Governor of Alabama*, 80 F.4th 1205, 1217 (11th Cir. 2023).

[5] Hormone therapy is extensive in its effects, is invasive to the integrity of the human body, has effects and consequences which are not, or are not readily, reversible, and may be requested by persons experiencing short-termed delusions or beliefs which may later be changed and reversed. Hormone therapy requires medical justification and is not of such minor consequence as to be performed on an elective basis. Published and unpublished case histories are known in which the decision to undergo hormone therapy was, after the fact, regretted and the final result of such therapy proved to be psychologically debilitating to the patients. *Standards of Care: The Hormonal and Surgical Sex Reassignment of Gender Dysphoric Persons* §§ 4.1.1, 4.1.2, 4.1.3, 4.1.4 (4th ed. 1990).

CONFIDENTIAL                          FDC_OFFICIALS_045119

HEALTH SERVICES BULLETIN NO: **15.05.23**                                    Page **10** of **9**

SUBJECT: Mental Health <u>Evaluation and</u> Treatment of Inmates with Gender Dysphoria
EFFECTIVE DATE: _____

the formal peer review process. These outcomes will not be based merely on the psychological pleasure of the inmate. Any recommendation for hormonal therapy will be assessed by a consensus of the MDST. The need for continued hormonal treatment will be re-evaluated every 90 days during the first year of use and every 180 days thereafter, or as determined by the MDST. This will be documented in the ISP.

b. Prior to the initiation of hormonal treatment, the physician who is to provide the prescription must fully inform the inmate of the nature of the proposed prescription, the benefits and risks of the prescription, including the potential irreversible effects of such treatment (infertility, hair growth, voice deepening and clitoral enlargement in the female-to-male inmate and infertility and breast growth in the male-to-female inmate)[6],as well as alternative treatments the possible and likely consequences of hormone therapy in the prison environment, and the potential alternative treatments. The inmate must be provided with and sign the informed consent form adopted by the Board of Medicine and the Board of Osteopathic Medicine (Forms DH5082 and DH 5083). Consent must be voluntary, and the inmate must be able to understand and appreciate the risks and potential side effects of the prescription, the long-term consequences and complications of hormonal intervention, and the alternative treatment options available. For inmates on hormonal therapy who demonstrate no improvement or

c. When an inmate who elects to discontinue hormonal therapy, whose clinical outcomes have not improved and can be safely discontinued from further hormonal intervention, the physician will titrate those individuals from<u>the medication as per clinical guidelines</u> hormones. <u>Inmates who demonstrate no improvement will be referred to the MDST for further review.</u>

d. If the required documented evidence is insufficient, or if <u>If</u> the inmate fails to sign the consent form, the clinician shall not prescribe hormones <u>hormone treatment</u> for Gender Dysphoria.

e. All inmates prescribed hormonal treatment will be reported to the Office of Health Services at least monthly.

**B.** A formal psychological evaluation must be completed prior to the initiation of hormonal treatment for Gender Dysphoria. The following complement of assessment instruments (with other applicable instruments added should they become available in the future) will be utilized as applicable to evaluate the inmate: Clinical interview *Sex Offender Screening and Selection* as per HSB 15.05.03 Adaptive Behavior Checklist (ABC) Weschler Adult Intelligence Scale (WAIS-IV)Montreal Cognitive Assessment (MoCA)Millon Clinical Multiaxial Inventory-III (Corrections Report; MCMI-III)Columbia Suicide Severity-Rating Scale Lifetime Recent (CSSRS) Post Traumatic Stress Disorder Checklist for DSM-5 (PCL-5) Miller Forensic Assessment of Symptoms Test (M-FAST) If the inmate's score is high enough, then further evaluation for malingering and/or response style may be warranted (*e.g.,*

---

[6] *Standards of Care: The Hormonal and Surgical Sex Reassignment of Gender Dysphoric Persons* § 4.4.2 (4th ed. 1990).

Rel-00056643.0001
CONFIDENTIAL                    FDC_OFFICIALS_045120

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: **15.05.23**                                                Page **11** of **9**

SUBJECT: Mental Health Evaluation and Treatment of Inmates with Gender Dysphoria
EFFECTIVE DATE: _____

Structured Interview of Reported Symptoms-2nd edition [SIRS-2]; Minnesota Multiphasic Personality Inventory-2 [MMPI-2])If diagnosed with an Autism Spectrum Disorder (ASD), the inmate may be additionally assessed with the Adaptive Behavior Assessment System 3rd edition (ABAS-3)If the inmate's ASD diagnosis qualifies for SY-D designator, then refer to 15.05.17 *Intake Mental Health Screening at Reception Centers* If the inmate is diagnosed with Self Injury Behavior (SIB), they will be tracked using the Self-Injury Prevention System (SIPS)  The evaluation and testing results will be documented on the DC4-643E *Psychological Evaluation for Gender Dysphoria*

## VIII. MENTAL HEALTH TREATMENT:

A.    Inmates diagnosed with Gender Dysphoria shall have access to mental health treatment. Treatment will include at a minimum of individual and/or group clinical psychotherapy weekly and case management at least every 60 days or more frequently as clinically indicated.   Additionally, other treatments, such as psychoeducational group interventions, may be added as clinically indicated.  After an initial three month period, treatment schedules can be modified by the MDST to include individual psychotherapy at least every 30 days and clinical group therapy as clinically indicated, and on a case-by-case basis.

B.    Treatment interventions will focus on the individual's quality of life related to their gender expression, including mmanaging the psychological distress/dysphoria, assisting with adjustment to incarceration, community re-entry, and strengthening resilience factors.  Follow-up mental health care will target any associated emotional or behavioral problems and will emphasize supportive treatment modalities. An inmate who is receiving hormonal therapy at the time of intake will be referred by medical to mental health for screening and evaluation of Gender Dysphoria and will be continued on hormonal medications provided the following conditions are met: The hormones represent an established treatment that has been prescribed under the supervision of a qualified clinician;The inmate cooperates with health care staff in obtaining written records or other necessary confirmation of her/his previous treatment; andHealth care staff determine the hormones are medically necessary and not contraindicated for any reason.

C.    A dDiagnosis of Gender Dysphoria can be removed only by consensus of the MDST in consultation with the Regional Mental Health Director.  This consultation will be documented along with the MDST meeting and will summarize the clinical justification for such a determination.will be discontinued if the MDST decides that the inmate no longer meets criteria for the diagnosis Gender Identify Disorder or other related disorders in DSM-VI._based on clinical outcomes.  Additionally, if the inmate is noncompliant with recommended mental health treatment, this will result in discontinuation of hormonal therapy.  The ISP will be updated to reflect the

Rel-00056643.0001

CONFIDENTIAL                     FDC_OFFICIALS_045121

discontinuation of the diagnosis, and Problem #124. will be removed  from the ISP and changed  to  an inactive diagnosis EMR.   The inmate will be notified of the removal of this diagnosis,

D.      Every inmate, whether current or newly prescribed hormonal therapy,  admitted, who is on hormones specifically for Gender Dysphoria will be evaluated by the MDST to determine if the diagnosis is still warranted.  For those inmates whose diagnosis is no longer warranted, titration and discontinuation of hormonal therapy willwill be initiated over a period of nine weeksas per clinical guidelines. During and following the titration process, the inmate will continue to receive ongoing mental health services and will work collaboratively with his or herthe inmate's treatment team in customizing a mental health service plan that best meets the individual's needs (*e.g.*, individual psychotherapy, group  clinical  psychotherapycounseling, psychiatric services, psychotropic medications, *etc.*).

**VIIIII.  DOCUMENTATION:**

A.      All progress notes concerning outpatient mental health care shall be made on the pertinent DC4-642 series form in the EMR in accordance with 15.05.18, *Outpatient Mental Health Services*.  All documentation must be completed in its entirety, signed, and dated by the clinician.

B.      Each individual clinical encounter must be documented in SOAP (Subjective, Objective, Assessment, and Plan) format. in the EMR on a DC4-642 series form on the date of the encounter.

C.      Group psychotherapy contacts shall be documented with an incidental note on DC4-642U, *Clinical Group Therapy Note,* at least monthly and upon group enrollment and termination. The monthly group psychotherapy note shall include the proportion of scheduled sessions attended, the inmate's relative level of participation, and the inmate's observed progress toward treatment goals as referenced by ISP problem number.

A.  Section 456.52, Florida Statutes (2023)
B.  Emergency Rules 64B8ER23-11 and 64B15ER23-12, Florida Administrative Code
C.  DC4-529 Staff Request/Referral
D.  DC4-642B, Mental Health Screening Evaluation
E.  DC4-642U, Clinical Group Therapy Note

Rel-00056643.0001

CONFIDENTIAL                    FDC_OFFICIALS_045122

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

HEALTH SERVICES BULLETIN NO: **15.05.23**                          Page **13** of **9**

SUBJECT: Mental Health <u>Evaluation and</u> Treatment of Inmates with Gender Dysphoria
                                                                EFFECTIVE DATE: _____

F.  DC4-643A, Individualized Service Plan
G.  DC4-643E Psychological Evaluation for Gender Dysphoria
H.  DC4-647 Sex Offender Screening and Selection
I.  DC4-711B Consent and Authorization for Use and Disclosure, Inspection, and Release of Confidential Information
J.  HSB 15.05.11, Planning and Implementation of Individualized Mental Health Services
K.  HSB 15.05.17, Intake Mental Health Screening at Reception Centers
L.  HSB 15.05.18, Outpatient Mental Health Services
M.  Procedure 404.001, Suicide and Self-Injury Prevention
N.  Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition-TR
O.  Department of Health Forms DH5082, Feminizing Medications for Patients with Gender Dysphoria and DH5083, Masculinizing Medications for Patients with Gender Dysphoria



CONFIDENTIAL

## Track Changes

| 1 | Insert | *Reedy, Seaaira, 11/8/2023 10:29 AM* |
|----|--------|-------------------------------------|
| 2 | Delete | *Reedy, Seaaira, 11/8/2023 02:42 PM* |
| 3 | Move | *Reedy, Seaaira, 11/8/2023 11:49 AM* |
| 4 | Change | *Reedy, Seaaira, 11/8/2023 11:49 AM* |
| 5 | Insert | *Reedy, Seaaira, 11/8/2023 11:49 AM* |
| 6 | Change | *Reedy, Seaaira, 11/8/2023 11:49 AM* |
| 7 | Delete | *Reedy, Seaaira, 11/8/2023 11:49 AM* |
| 8 | Change | *Reedy, Seaaira, 11/8/2023 02:09 PM* |
| 9 | Insert | *Reedy, Seaaira, 11/8/2023 11:40 AM* |
| 10 | Move | *Reedy, Seaaira, 11/8/2023 11:48 AM* |
| 11 | Change | *Reedy, Seaaira, 11/8/2023 11:49 AM* |
| 12 | Insert | *Reedy, Seaaira, 11/8/2023 11:40 AM* |
| 13 | Insert | *Reedy, Seaaira, 11/8/2023 11:40 AM* |
| 14 | Insert | *Reedy, Seaaira, 11/8/2023 12:00 PM* |
| 15 | Insert | *Reedy, Seaaira, 11/8/2023 12:01 PM* |
| 16 | Insert | *Reedy, Seaaira, 11/8/2023 11:41 AM* |
| 17 | Insert | *Reedy, Seaaira, 11/8/2023 11:41 AM* |
| 18 | Insert | *Reedy, Seaaira, 11/8/2023 11:42 AM* |
| 19 | Insert | *Reedy, Seaaira, 11/8/2023 11:42 AM* |
| 20 | Insert | *Reedy, Seaaira, 11/8/2023 11:42 AM* |
| 21 | Change | *Reedy, Seaaira, 11/8/2023 11:42 AM* |
| 22 | Change | *Reedy, Seaaira, 11/8/2023 02:42 PM* |
| 23 | Insert | *Reedy, Seaaira, 11/8/2023 02:43 PM* |
| 24 | Insert | *Reedy, Seaaira, 11/8/2023 11:42 AM* |
| 25 | Insert | *Reedy, Seaaira, 11/8/2023 02:40 PM* |
| 26 | Change | *Reedy, Seaaira, 11/8/2023 02:11 PM* |
| 27 | Change | *Reedy, Seaaira, 11/8/2023 02:12 PM* |
| 28 | Change | *Reedy, Seaaira, 11/8/2023 10:46 AM* |
| 29 | Delete | *Reedy, Seaaira, 11/8/2023 10:46 AM* |
| 30 | Insert | *Reedy, Seaaira, 11/8/2023 11:43 AM* |
| 31 | Insert | *Reedy, Seaaira, 11/8/2023 02:28 PM* |
| 32 | Insert | *Reedy, Seaaira, 11/8/2023 02:25 PM* |

Rel-00056643.0001

CONFIDENTIAL          FDC_OFFICIALS_045124

## Track Changes (Continued)

| | | |
|---|---|---|
| 33 | Delete | *Reedy, Seaaira, 11/8/2023 11:48 AM* |
| 34 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:10 PM* |
| 35 | Delete | *Reedy, Seaaira, 11/8/2023 11:48 AM* |
| 36 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:10 PM* |
| 37 | Delete | *Reedy, Seaaira, 11/8/2023 11:48 AM* |
| 38 | Delete | *Reedy, Seaaira, 11/8/2023 11:50 AM* |
| 39 | Delete | *Reedy, Seaaira, 11/8/2023 11:50 AM* |
| 40 | Insert | *Reedy, Seaaira, 11/8/2023 11:50 AM* |
| 41 | Change | *Watkins-Ferrell, Peggy, 11/6/2023 06:15 PM* |
| 42 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 07:14 PM* |
| 43 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:23 PM* |
| 44 | Change | *Reedy, Seaaira, 11/8/2023 02:13 PM* |
| 45 | Change | *Watkins-Ferrell, Peggy, 11/6/2023 06:23 PM* |
| 46 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:26 PM* |
| 47 | Change | *Watkins-Ferrell, Peggy, 11/6/2023 06:27 PM* |
| 48 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:27 PM* |
| 49 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:27 PM* |
| 50 | Insert | *Reedy, Seaaira, 11/8/2023 10:52 AM* |
| 51 | Change | *Watkins-Ferrell, Peggy, 11/6/2023 06:27 PM* |
| 52 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:27 PM* |
| 53 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 07:20 PM* |
| 54 | Delete | *Reedy, Seaaira, 11/8/2023 11:50 AM* |
| 55 | Insert | *Reedy, Seaaira, 11/8/2023 02:26 PM* |
| 56 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 57 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 58 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 59 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 60 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 61 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 62 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 63 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 64 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |

Rel-00056643.0001

CONFIDENTIAL          FDC_OFFICIALS_045125

## Track Changes (Continued)

| | | |
|---|---|---|
| 65 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 66 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 67 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 68 | Insert | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 69 | Insert | *Reedy, Seaaira, 11/8/2023 11:21 AM* |
| 70 | Insert | *Reedy, Seaaira, 11/8/2023 10:56 AM* |
| 71 | Insert | *Reedy, Seaaira, 11/8/2023 10:56 AM* |
| 72 | Insert | *Reedy, Seaaira, 11/8/2023 10:56 AM* |
| 73 | Insert | *Reedy, Seaaira, 11/8/2023 10:56 AM* |
| 74 | Insert | *Reedy, Seaaira, 11/8/2023 10:56 AM* |
| 75 | Insert | *Reedy, Seaaira, 11/8/2023 10:56 AM* |
| 76 | Insert | *Reedy, Seaaira, 11/8/2023 10:56 AM* |
| 77 | Change | *Reedy, Seaaira, 11/8/2023 10:56 AM* |
| 78 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:28 PM* |
| 79 | Delete | *Reedy, Seaaira, 11/8/2023 10:57 AM* |
| 80 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:28 PM* |
| 81 | Delete | *Reedy, Seaaira, 11/8/2023 10:57 AM* |
| 82 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:29 PM* |
| 83 | Delete | *Reedy, Seaaira, 11/8/2023 10:59 AM* |
| 84 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:30 PM* |
| 85 | Delete | *Reedy, Seaaira, 11/8/2023 10:59 AM* |
| 86 | Move | *Watkins-Ferrell, Peggy, 11/6/2023 06:29 PM* |
| 87 | Delete | *Reedy, Seaaira, 11/8/2023 10:59 AM* |
| 88 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:30 PM* |
| 89 | Delete | *Reedy, Seaaira, 11/8/2023 10:59 AM* |
| 90 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:30 PM* |
| 91 | Delete | *Reedy, Seaaira, 11/8/2023 10:59 AM* |
| 92 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 07:21 PM* |
| 93 | Delete | *Reedy, Seaaira, 11/8/2023 10:59 AM* |
| 94 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:30 PM* |
| 95 | Delete | *Reedy, Seaaira, 11/8/2023 11:21 AM* |
| 96 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:31 PM* |

Rel-00056643.0001

CONFIDENTIAL          FDC_OFFICIALS_045126

## Track Changes (Continued)

| 97 | Delete | *Reedy, Seaaira, 11/8/2023 11:21 AM* |
| 98 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:32 PM* |
| 99 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 100 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 07:23 PM* |
| 101 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 102 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:33 PM* |
| 103 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 104 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:33 PM* |
| 105 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 106 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 07:23 PM* |
| 107 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 108 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:33 PM* |
| 109 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 110 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 07:23 PM* |
| 111 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 112 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:33 PM* |
| 113 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 114 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:34 PM* |
| 115 | Delete | *Reedy, Seaaira, 11/8/2023 11:04 AM* |
| 116 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:35 PM* |
| 117 | Delete | *Reedy, Seaaira, 11/8/2023 11:04 AM* |
| 118 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:35 PM* |
| 119 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 120 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 121 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 122 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 123 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 124 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 125 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 126 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 127 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 128 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |

Rel-00056643.0001

CONFIDENTIAL               FDC_OFFICIALS_045127

## Track Changes (Continued)

| 129 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 130 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 131 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 132 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 133 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 134 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 135 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 136 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 137 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 138 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 139 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 140 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 141 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 142 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 143 | Delete | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 144 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 145 | Change | *Reedy, Seaaira, 11/8/2023 11:19 AM* |
| 146 | Insert | *Reedy, Seaaira, 11/8/2023 11:07 AM* |
| 147 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 148 | Delete | *Reedy, Seaaira, 11/8/2023 11:07 AM* |
| 149 | Insert | *Reedy, Seaaira, 11/8/2023 11:38 AM* |
| 150 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:36 PM* |
| 151 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:37 PM* |
| 152 | Delete | *Reedy, Seaaira, 11/8/2023 11:08 AM* |
| 153 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 07:28 PM* |
| 154 | Delete | *Reedy, Seaaira, 11/8/2023 11:08 AM* |
| 155 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:37 PM* |
| 156 | Delete | *Reedy, Seaaira, 11/8/2023 11:08 AM* |
| 157 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 07:26 PM* |
| 158 | Delete | *Reedy, Seaaira, 11/8/2023 11:08 AM* |
| 159 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:37 PM* |
| 160 | Change | *Reedy, Seaaira, 11/8/2023 11:08 AM* |

Rel-00056643.0001

CONFIDENTIAL          FDC_OFFICIALS_045128

## Track Changes (Continued)

| 161 | Insert | *Reedy, Seaaira, 11/8/2023 11:53 AM* |
| 162 | Insert | *Reedy, Seaaira, 11/8/2023 11:53 AM* |
| 163 | Insert | *Reedy, Seaaira, 11/8/2023 11:53 AM* |
| 164 | Insert | *Reedy, Seaaira, 11/8/2023 11:53 AM* |
| 165 | Insert | *Reedy, Seaaira, 11/8/2023 11:52 AM* |
| 166 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 167 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 168 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 169 | Insert | *Lay, John, 11/3/2023 04:18 AM* |
| 170 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 171 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 172 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 173 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 174 | Insert | *Lay, John, 11/3/2023 01:34 AM* |
| 175 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 176 | Insert | *Lay, John, 11/3/2023 01:36 AM* |
| 177 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 178 | Insert | *Lay, John, 11/3/2023 04:19 AM* |
| 179 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 180 | Insert | *Lay, John, 11/3/2023 04:20 AM* |
| 181 | Delete | *Watkins-Ferrell, Peggy, 11/6/2023 06:38 PM* |
| 182 | Insert | *Lay, John, 11/3/2023 04:20 AM* |
| 183 | Change | *Watkins-Ferrell, Peggy, 11/6/2023 06:39 PM* |
| 184 | Insert | *Reedy, Seaaira, 11/8/2023 11:22 AM* |
| 185 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:39 PM* |
| 186 | Change | *Reedy, Seaaira, 11/8/2023 11:22 AM* |
| 187 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:41 PM* |
| 188 | Insert | *Reedy, Seaaira, 11/8/2023 11:23 AM* |
| 189 | Insert | *Watkins-Ferrell, Peggy, 11/6/2023 06:41 PM* |
| 190 | Delete | *Reedy, Seaaira, 11/8/2023 11:24 AM* |
| 191 | Delete | *Reedy, Seaaira, 11/8/2023 11:24 AM* |
| 192 | Insert | *Reedy, Seaaira, 11/8/2023 11:24 AM* |

Rel-00056643.0001

CONFIDENTIAL          FDC_OFFICIALS_045129

## Track Changes (Continued)

| # | Action | Author, Date |
|---|---|---|
| 193 | Delete | Reedy, Seaaira,  11/8/2023 11:10 AM |
| 194 | Insert | Lay, John,  11/3/2023 04:44 AM |
| 195 | Change | Watkins-Ferrell, Peggy,  11/6/2023 06:43 PM |
| 196 | Insert | Lay, John,  11/3/2023 04:44 AM |
| 197 | Delete | Reedy, Seaaira,  11/8/2023 11:10 AM |
| 198 | Insert | Reedy, Seaaira,  11/8/2023 11:10 AM |
| 199 | Insert | Lay, John,  11/3/2023 04:45 AM |
| 200 | Change | Reedy, Seaaira,  11/8/2023 11:11 AM |
| 201 | Delete | Reedy, Seaaira,  11/8/2023 11:11 AM |
| 202 | Insert | Watkins-Ferrell, Peggy,  11/6/2023 06:44 PM |
| 203 | Insert | Lay, John,  11/3/2023 04:45 AM |
| 204 | Change | Reedy, Seaaira,  11/8/2023 11:38 AM |
| 205 | Delete | Watkins-Ferrell, Peggy,  11/6/2023 07:31 PM |
| 206 | Delete | Watkins-Ferrell, Peggy,  11/6/2023 06:36 PM |
| 207 | Insert | Reedy, Seaaira,  11/8/2023 11:53 AM |
| 208 | Delete | Reedy, Seaaira,  11/8/2023 11:50 AM |
| 209 | Insert | Reedy, Seaaira,  11/8/2023 11:51 AM |
| 210 | Delete | Watkins-Ferrell, Peggy,  11/6/2023 07:31 PM |
| 211 | Insert | Watkins-Ferrell, Peggy,  11/6/2023 06:49 PM |
| 212 | Insert | Reedy, Seaaira,  11/8/2023 11:37 AM |
| 213 | Change | Watkins-Ferrell, Peggy,  11/6/2023 06:49 PM |
| 214 | Delete | Reedy, Seaaira,  11/8/2023 02:46 PM |
| 215 | Insert | Watkins-Ferrell, Peggy,  11/6/2023 07:03 PM |
| 216 | Delete | Reedy, Seaaira,  11/8/2023 11:26 AM |
| 217 | Insert | Watkins-Ferrell, Peggy,  11/6/2023 07:04 PM |
| 218 | Delete | Reedy, Seaaira,  11/8/2023 11:26 AM |
| 219 | Insert | Watkins-Ferrell, Peggy,  11/6/2023 07:04 PM |
| 220 | Delete | Reedy, Seaaira,  11/8/2023 11:26 AM |
| 221 | Insert | Watkins-Ferrell, Peggy,  11/6/2023 07:07 PM |
| 222 | Delete | Reedy, Seaaira,  11/8/2023 11:26 AM |
| 223 | Insert | Watkins-Ferrell, Peggy,  11/6/2023 07:04 PM |
| 224 | Delete | Reedy, Seaaira,  11/8/2023 11:26 AM |

Rel-00056643.0001

CONFIDENTIAL                    FDC_OFFICIALS_045130

## Track Changes (Continued)

| 225 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:33 PM |
|-----|--------|---------------------------------------------|
| 226 | Delete | Reedy, Seaaira, 11/8/2023 11:26 AM |
| 227 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:04 PM |
| 228 | Delete | Reedy, Seaaira, 11/8/2023 11:26 AM |
| 229 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:33 PM |
| 230 | Delete | Reedy, Seaaira, 11/8/2023 11:26 AM |
| 231 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:04 PM |
| 232 | Delete | Reedy, Seaaira, 11/8/2023 11:26 AM |
| 233 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:05 PM |
| 234 | Delete | Reedy, Seaaira, 11/8/2023 11:26 AM |
| 235 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:05 PM |
| 236 | Delete | Reedy, Seaaira, 11/8/2023 11:26 AM |
| 237 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:06 PM |
| 238 | Delete | Reedy, Seaaira, 11/8/2023 11:26 AM |
| 239 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:06 PM |
| 240 | Delete | Reedy, Seaaira, 11/8/2023 11:26 AM |
| 241 | Change | Watkins-Ferrell, Peggy, 11/6/2023 06:56 PM |
| 242 | Change | Watkins-Ferrell, Peggy, 11/6/2023 07:00 PM |
| 243 | Insert | Lay, John, 11/3/2023 04:46 AM |
| 244 | Delete | Watkins-Ferrell, Peggy, 11/6/2023 06:58 PM |
| 245 | Insert | Lay, John, 11/3/2023 04:47 AM |
| 246 | Delete | Watkins-Ferrell, Peggy, 11/6/2023 06:58 PM |
| 247 | Delete | Watkins-Ferrell, Peggy, 11/6/2023 06:59 PM |
| 248 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:01 PM |
| 249 | Insert | Watkins-Ferrell, Peggy, 11/6/2023 07:02 PM |
| 250 | Delete | Watkins-Ferrell, Peggy, 11/6/2023 07:02 PM |
| 251 | Change | Watkins-Ferrell, Peggy, 11/6/2023 07:02 PM |
| 252 | Delete | Watkins-Ferrell, Peggy, 11/6/2023 07:02 PM |
| 253 | Insert | Lay, John, 10/30/2023 10:36 PM |
| 254 | Delete | Watkins-Ferrell, Peggy, 11/6/2023 07:02 PM |
| 255 | Insert | Reedy, Seaaira, 11/8/2023 11:31 AM |
| 256 | Delete | Watkins-Ferrell, Peggy, 11/6/2023 07:02 PM |

CONFIDENTIAL

Rel-00056643.0001

FDC_OFFICIALS_045131

## Track Changes (Continued)

| 257 | Insert | Lay, John,  11/3/2023 04:48 AM |
| 258 | Delete | Watkins-Ferrell, Peggy,  11/6/2023 07:02 PM |
| 259 | Change | Reedy, Seaaira,  11/8/2023 02:23 PM |
| 260 | Change | Reedy, Seaaira,  11/8/2023 11:31 AM |
| 261 | Change | Reedy, Seaaira,  11/8/2023 11:32 AM |
| 262 | Insert | Watkins-Ferrell, Peggy,  11/6/2023 07:35 PM |
| 263 | Change | Watkins-Ferrell, Peggy,  11/6/2023 07:03 PM |
| 264 | Insert | Reedy, Seaaira,  11/8/2023 11:53 AM |
| 265 | Delete | Reedy, Seaaira,  11/8/2023 11:50 AM |
| 266 | Insert | Watkins-Ferrell, Peggy,  11/6/2023 07:36 PM |
| 267 | Delete | Watkins-Ferrell, Peggy,  11/6/2023 07:36 PM |
| 268 | Insert | Reedy, Seaaira,  11/8/2023 11:37 AM |

Rel-00056643.0001

CONFIDENTIAL            FDC_OFFICIALS_045132