# EXHIBIT 26

## HSB 15.05.23 Action Plan

| Activity | Party Responsible | Due Date | Status |
|---|---|---|---|
| Send HSB 15.05.23 to CMA, Centurion, and Bureau of Contractor-Operated Correctional Facilities | OHS-Weiss | 9/13/24 | Complete |
| Send approved inmate script to Centurion | OHS-Weiss | 9/13/24 | Complete |
| Develop Frequently Asked Questions Document for non-health care staff within Institutions | OHS, Institutions, OGC | 9/13/24 | Complete |
| Conduct planning meetings with OHS, Institutions, and Centurion | OHS-Weiss | 9/17/24, 9/19/24 | Complete |
| Conduct a conference call with the Regional Directors and Wardens | Institutions | 9/26/24 | Complete |
| Rescind Procedure 403.012 and publish HSB 15.05.23 | OHS-Bridges | 9/30/24 (8:00 AM ET) | Pending |
| Publish revisions to other policies or procedures that reference Procedure 403.012[i] | OHS-Bridges | 9/30/24 (8:00 AM ET) | Pending |
| Conduct group meetings with inmates on treatment for gender dysphoria. Inmate will be advised that the alternate canteen and quarterly order menus will be rescinded, and they will have to comply with the grooming standard in accordance with their biological sex. Inmate will be given 30-days (10/24/2024) to come into compliance with the grooming standards, and to consume, dispose, or mail alternate canteen items home at FDCs expense | Institutional Security & Health Services | 9/30/24 | Pending |
| Follow-up with inmates on treatment for gender dysphoria on an individual basis to discuss their individualized treatment plan | Institutional Multi-Disciplinary Treatment Teams (MDST) | 10/31/24 | Pending |
| Complete re-evaluations for all inmates *currently* diagnosed with gender dysphoria/currently receiving treatment to determine whether diagnosis is still warranted and, if applicable, whether the use of cross-sex hormones is recommended to treat the inmate's gender dysphoria | Institutional MDST/Treating Physician | 3/31/25 | Pending |
| Complete evaluations for new inmates arriving to reception centers with current prescriptions for hormones specifically for gender dysphoria within 90 days after their transfer to their permanent institution | Institutional MDST/Treating Physician | Ongoing | N/A |

---

[i] **(1)** HSB 15.03.05, Appendix #3 (Miscellaneous Chronic Illness Clinic) (Bridges); **(2)** HSB 15.02.16, Inmate Medical Passes (Bridges) **(3)** Procedure 404.003, Mental Health Transfers (Bridges); **(4)** Procedure 404.004, Mental Health Inpatient Multidisciplinary Treatment and Services (Bridges); **(5)** Procedure 404.005, Residential Continuum of Care Units (Bridges); **(6)** Procedure 602.053, Prison Rape: Prevention, Detection and Response (does not specifically mention 403.012, but says that inmates with gender dysphoria will be included with transgender inmates; section 10c deals with housing considerations for transgender inmates) (Kirkland); **(7)** Procedure 602.018, 2b4 and 2c2 deals with pat searches for transgender inmates (Kirkland); **(8)** 15.05.11 Appendix: problem #124 needs to be reinserted and changed from Identity Problem to Gender Dysphoria (Crawford).

CONFIDENTIAL

FDC_OFFICIALS_003768