# EXHIBIT 27

**Frequently Asked Questions Regarding Gender Dysphoria for Non-Health Care Staff**

**September 19, 2024**

1. Will there be changes regarding inmates with gender dysphoria?

**Answer**: Yes.

2. When will the changes occur?

**Answer**: Monday, September 30, 2024.

3. What will change regarding their mental health care?

**Answer**: All inmates with gender dysphoria will be re-evaluated for their diagnosis. There is more extensive psychological testing involved under the new policy.

4. What will change regarding their medical care?

**Answer**: Their care is individualized and will continue to be individualized under the new process set forth in Health Services Bulletin 15.05.23.

5. What will change regarding their access to alternate canteen or quarterly menu items?

**Answer**: There will no longer be alternate canteen menus. Beginning on Monday, September 30, 2024, at 8:00 AM ET, inmates will only have access to the standard canteen menus offered at their facility.

6. What will happen to these alternate canteen or quarterly menu items?

**Answer**: Inmates will have 30 days to consume, dispose, or mail home these items at the Department's expense.

7. What if an inmate fails to consume, dispose, or mail home alternate canteen and quarterly menu items by the 30-day deadline of October 31, 2024?

**Answer**: These items will be considered contraband and will be addressed in accordance with procedure.

8. Will the property requirements change for inmates with gender dysphoria?

**Answer**:  Yes, all inmates will be held to the Department's property requirements and possession limits in accordance with his or her biological sex as outlined in F.A.C. 33-602.201 Inmate Property.

9. How do we handle a situation where an inmate is in possession of state-issued clothing that is not in accordance with his or her biological sex?

**Answer**:  Inmates will have 30 days to coordinate with laundry to exchange unauthorized items for authorized items.

FDC_OFFICIALS_027662

**Frequently Asked Questions Regarding Gender Dysphoria for Non-Health Care Staff**

**September 19, 2024**

10. How do we handle a situation where a male inmate has an *accommodation* pass for a bra?

**Answer**: Inmates with an accommodation pass for a bra will be referred by the MDST for an evaluation by medical staff to determine whether there is a medical need for the inmate to keep the bra.

11. How do we handle a situation where a male inmate has a *medical* pass for a bra?

**Answer**: Inmates with a medical pass for a bra will keep their bra.

12. Will the grooming standards change for inmates with gender dysphoria?

**Answer**: Yes, all inmates will be held to the Department's grooming standards in accordance with his or her biological sex as outlined in F.A.C. 33-602.101 Care of Inmates.

13. By what date will inmates be required to come into compliance with the Department's grooming standards?

**Answer**: Inmates will have 30-days to come into compliance with the Department's grooming standards.

14. What will happen if an inmate refuses to comply with the Department's grooming standards, as outlined in F.A.C. 33-602.101 Care of Inmates.

**Answer**: Initiate the procedures in accordance with FDC Procedure 602.049 Forced Hygiene Compliance.

2

FDC_OFFICIALS_027663