# EXHIBIT 28

Document Produced in Native Format

Confidential



# New HSB 15.05.23

updated 30 Sept 24

## 30 Sept 2024

### 1130 Central / 1230 Eastern

.

# HSB 15.05.23 Updates



- Gender Dysphoria accommodations rescinded
  - 30 days for compliance
- Continuation on hormone therapy for gender dysphoria will require re-evaluation by MDST and variance approval by OHS
  - 180 days to complete all evaluations

# Overview



- HSB 15.05.23 updated 30 Sept 24
- Implementation will occur over next 180 days in phases
- Initial Phase (first 30 days)
  - Gender Dysphoria accommodations from GDRT will be rescinded
  - Initial MDST re-evaluation for all Gender Dysphoria patients
  - Evaluation for patients requiring medical bras for support of breast tissue/augmentation

# Bra Evaluation



- Identify all patients at your facility with a bra accommodation from medical or GDRT
- Complete medical evaluation of these patients within 14 days
- Utilize the tanner stage of breast development to document your findings in the EMR
- If the patient is tanner stage 5 AND requires support for breast tissue or breast augmentation, issue a medical pass for a bra.

# Evaluation of necessity for medical support bras



- **Female Breast Development Scale**
  - Stage 1: No glandular breast tissue palpable/visible
  - Stage 2: Breast bud palpable/visible under the areola (1st pubertal sign in females)
  - Stage 3: Breast tissue palpable/visible outside areola; no areolar development
  - Stage 4: Areola elevated above the contour of the breast, forming a "double scoop" appearance
  - Stage 5: The areolar mound recedes into a single breast contour with areolar hyperpigmentation, papillae development, and nipple protrusion



# Additional Guidance



- Exam can be completed by MD or APRN/PA.
- Exam findings based on visual exam. *Physical palpation not required.*
- **The bra pass will be for support only, not for gender dysphoria treatment.**
- Clearly document your physical exam findings in the EMR supporting your clinical decision. Add tanner stage to your ICD-10 code if clinically indicated.
- ICD-10 Codes
  - Z98.82 – Augmentation mammoplasties / Breast implants / Hx of breast augmentation
  - N62 – Gynecomastia, male / Hypertrophy of breast
- Reception Intakes (from operational plan)
  - If the inmate arrives at the reception center with a current prescription for hormones specifically for treatment of Gender Dysphoria, the hormones will be continued while the MDST completes a full psychodiagnositic assessment per the new policy. These inmates must be fully evaluated within 90 days after their transfer to their permanent institution.

# Future Phases



- Re-evaluation for gender dysphoria patients by MH and medical.
  - Will require MD or DO for additional evaluation
  - Variance Requests submitted to OHS for continuation of hormone therapy
- Additional provider calls and guidance will be scheduled



# Questions