# EXHIBIT 29

521034

## Script Regarding

## Undergarments, Hair, and Alternate Canteen Items

Date of Notice: ___9·30·24___

Confidential

Inmate _____ ____, as a result of a policy revision, you are expected to comply with each of the following:

### Regarding state-issued undergarments

You must exchange any undergarments in your possession for those authorized for use at your assigned institution per Rule 33-602.101, F.A.C., Care of Inmates, no later than 30 calendar days from the date of this notice. Failure to do so will result in formal disciplinary action and confiscation of the unauthorized items.

### Regarding hair

You must bring your hair into compliance with Rule 33-602.101, F.A.C., Care of Inmates paragraph (4), to align with your assigned institution no later than 30 calendar days from the date of this notice. Failure to do so will result in you being ordered to cut your hair. Non-compliance will result in formal disciplinary action and may result in force being used to bring you into compliance with the established grooming standards per Rule 33-602.101, F.A.C., Care of Inmates paragraphs (5), (5)(a) and (b), and (6).

### Regarding alternative canteen items

You must consume or mail home (at the Department's expense) the alternate canteen items listed below that you obtained via an "Alternate Canteen Menu" no later than 30 calendar days from the date of this notice. Failure to do so will result in formal disciplinary action and confiscation of the unauthorized items.

- Personal undergarments (e.g., boxers, panties, and bras)
- Vented short handle Cardinal comb/Hairbrush
- Goody combs
- Goody ponytail holders
- Good hair net
- Luster's pink oil
- Makeup bag
- Trim tweezers
- Hairbrush (no handle/wood-look)
- All makeup products

Confidential

| Inmate Printed Name | DC# | Signature |

Staff Witness (Printed Name)   Signature

Staff Witness (Printed Name)   Signature

CONFIDENTIAL           FDC_OFFICIALS_043881