# EXHIBIT 30

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
CIVIL ACTION NO. 4:24-cv-00434


REIYN KEOHANE, et al.,

　　　　　Plaintiffs,

-vs-

RICK DIXON, et al.,

　　　　　Defendants.
　　　　　　　　　　　　　　　/


*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


DEPOSITION OF:　　　　JILLIAN MARTELL

DATE TAKEN:　　　　　TUESDAY, NOVEMBER 11, 2025

TIME:　　　　　　　　11:33 A.M. - 3:07 P.M.

PLACE:　　　　　　　BY ZOOM

REPORTED BY:　　　　CARMEN THOMAS, REGISTERED
　　　　　　　　　　PROFESSIONAL REPORTER AND
　　　　　　　　　　NOTARY PUBLIC


*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *



they are.

Q     And what are -- what's your understanding of the goals of gender-affirming care?

A     Ideally it's to deal specifically with -- with the distress that comes with identifying as a woman or the opposite gender of your assigned sex.

Q     And how does gender-affirming -- can you elaborate on how gender-affirming care benefits the patient?

A     I mean, that's who they are.  Like, there is systemic issues with trans individuals not receiving the health care that they deserve.

Q     And so I just want to understand what the benefit -- what you would say the benefit to the patient is.

MR. HANSON:  Objection.

You may answer.

THE WITNESS:  Me?  Okay.

MR. HANSON:  Yes, you may answer.

THE WITNESS:  All right.  It's giving them a voice.  It's letting them know that, like, specifically, we see you and we see that there are issues specifically going on with this population and we know that there has been not as much research or, like, time I guess you could say



dedicated to it.  And it's an underserved population.  And there we go.

BY MS. NORISE:

Q      Is hormone therapy part of gender affirming care?

A      Yes.

MR. HANSON:  Objection.

BY MS. NORISE:

Q      And what is your understanding of social transitioning or social accommodations?

A      So it can include a lot of different things. It can utilize their preferred name, their preferred pronouns, utilizing and wearing gender-affirming clothing, basically like presenting yourself as the woman that you are and living as a woman.

Q      Can you elaborate on anything else?  You said clothing, pronouns.

A      So clothing, pronouns.  There is also hormones and then in severe cases, there's also going to be sexual reassignment surgery.

Q      And is it your understanding that social transitioning and social accommodations benefit patients?

A      Yes.

Q      How so?



A    Because it helps relieve the depression, the anxiety, the issues of being seen as who they really are and it helps them feel who they are.

I mean, I wouldn't want to lose my hair all of the sudden and come in here, like, shaved.

Q    Thank you.

And I know that you said that you don't do any of the diagnoses.

I'm wondering if you were given any specific gender dysphoria treatment models or taught any standard of care to follow?

A    No, not specific ones, but I've always seen, like, you want me to call you by your preferred name, okay, I'll go ahead and do that.  I'll document you using she/her pronouns.

Q    And is that based off of any -- anything you've seen or --

A    I mean, it's part of acknowledging that -- the person for who she is.

Q    And that was not taught anywhere in any of your trainings?

A    No, it was taught.

Q    In what training were you taught?

A    The one specifically I was talking about in Georgia Pines, but also it's just like a decent thing to



do.

Q    Can you elaborate then on what else you were taught at Georgia Pines that might relate to gender dysphoria?

A    Pretty much those trainings and that's it.

Q    Can you repeat yourself?

A    Pretty much those trainings and that's it.

Q    I mean, what was part of it?  So in those, you were taught to use preferred pronouns.

What other aspects of gender-affirming care, social transitioning were you taught in the trainings at Georgia Pines and the trainings at FDC?

A    So Georgia Pines specifically to help with the stress that comes -- that one may experience regarding the incongruence between assigned sex and gender, allowing woman, men, they/them to wear what clothes that they feel represent them and make them feel better about themselves and help showcase to the world who they are.

Q    And this was taught in the training --

A    Yeah.

Q    -- at --

A    At Georgia Pines, yeah.

Q    Okay.  So is that where your reference point for treatment comes from when working with the gender



accommodations are not in the Centurion protocol that you've seen?

A     I don't know.

Q     And -- okay.  Wakulla is a male facility?

A     Yes.

Q     And the girls you're referring to are the transgender girls?

A     Yes.

Q     Have you had to make any changes in how you treat or interact with patients?

A     No.

Q     Okay.  Does the lack of social accommodations affect the way in which you can treat your patients?

A     What do you mean by that?

Q     Does the inability to give social accommodations affect the way you can treat your patients?

A     No.

MR. HANSON:  Objection.

You may answer.

THE WITNESS:  Oh.  Sorry.

No.

BY MS. NORISE:

Q     Have you seen any increased distress in your patients without social accommodations?



A    Yes.

Q    Can you describe this distress?

A    With there being -- which -- is there a specific client or --

Q    Broadly.

A    So can I rephrase that?

I do not have a good enough information of when and how they presented before I came on board.  I came in just when the policy was being implemented and from then on, I've known this.  So I cannot accurately say.  I didn't know their mental status before.

Q    Can you describe how the lack of social accommodations impacts your patients now?

A    It doesn't impact all of my patients, but some have distress.

Q    And can you describe what this distress looks like?

A    Again, it's going to vary on the patient.  So some could be having increased depression, increased anxiety, increased, you know -- I'm not allowed to be like who I am and that's -- should -- yeah.

Q    And they attribute that to the lack of social accommodations?

A    Some of them, yes.

Q    Can you describe -- you said some of them.



Can you describe your patients that are not affected by the social accommodations or lack thereof?

A    Okay.  So patients very much realize like it does not matter how I present, doesn't matter if I have women's clothes or a man's clothes, I have makeup or not.  Some individuals are just like, I am who I am and that's what matters to me.

Q    And how -- how do you treat the distress from the lack of social accommodations?

A    Again, empathy, giving them coping skills and validating their emotions.  That's really all I can do.

Q    Okay.  And in terms of coping skills specifically related to the lack of social accommodations, can you describe what that looks like?

A    So, again, taking time out for ourselves, but also learning to look at things a little bit more, like, objectively.  We have these statements of like cognitive distortion.  Well, let's look at them.  Is there actually any truth behind them?  And, again, it is going to very much depend on the patient.

Q    Do you believe that social accommodations are a vital part in treating gender dysphoria?

MR. HANSON:  Objection.

You can answer.

THE WITNESS:  Some individuals will need it.

