# EXHIBIT 41

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REIYN KEOHANE, *et al.*,

    *Plaintiffs*,

v.

RICKY D. DIXON, in his official
capacity as Secretary of the Florida
Department of Corrections; *et al.*,

    *Defendants*.

Case No. 4:24-cv-434-AW-MAF

### Declaration of Jennifer Evans, Psy.D.

Pursuant to 28 U.S.C. Section 1746, the undersigned, Jennifer Evans, Psy.D., hereby declares and states under penalty of perjury as follows:

1. I am over the age of 18, and I am competent to give testimony in this matter.

2. I am a licensed clinical psychologist.

3. I was retained on behalf of plaintiffs in the above-captioned matter to conduct psychological evaluations of the five named plaintiffs in this matter and to prepare reports containing my observations and conclusions.

4. I prepared five reports, which are dated August 25, 2025 and signed by me ("Evans Reports"). The reports are true and correct descriptions of my observations and conclusions concerning each of the five plaintiffs.

5. I was deposed by counsel for defendants in the above-captioned matter on December 8, 2025. During this deposition, counsel for defendants introduced the Evans Reports as exhibits and questioned me about the substance of these reports.

6. I adopt and re-affirm the conclusions of the Evans Reports, and if called at trial, I would give testimony consistent with my findings and conclusions as set forth in these reports.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 13 , 2026

Jennifer Evans, Psy.D.