**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| **REIYN KEOHANE**, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:24-cv-00434-AW-MAF** |
| | ) | |
| **RICKY D. DIXON**, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**THE FDC OFFICIALS' SECOND EVIDENTIARY SUBMISSION
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Ricky D. Dixon ("Secretary Dixon"), in his official capacity as Secretary of the Florida Department of Corrections ("FDC"), Clayton Weiss, in his official capacity as Health Services Director of the Florida Department of Corrections ("Weiss"), Gary Hewett, in his official capacity as Warden of Wakulla Correctional Institution ("Hewett"), Alonzo Horner, in his official capacity as Warden of Homestead Correctional Institution ("Horner"), and Nan Jeffcoat, in her official capacity a Warden of Florida Women's Reception Center ("Jeffcoat," and together with Secretary Dixon, Weiss, Hewett, and Horner, the "FDC Officials"), hereby submit the attached evidentiary materials in support of the FDC Officials' Motion for Summary Judgment:

Exhibit 1:    Declaration of Adam L. Wasserman, Ph.D., and attached psychological autopsy.[1]

Respectfully submitted on this the 30th day of March, 2026.

/s/ Kenneth S. Steely
Kenneth S. Steely
*One of the Attorneys for the FDC Officials*

William R. Lunsford (*Pro Hac Vice*)
Kenneth S. Steely (Florida Bar #84714)
Megan N. McNab (*Pro Hac Vice*)
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
kenneth.steely@butlersnow.com
megan.everett@butlersnow.com

George A. Wright (*Pro Hac Vice*)
**BUTLER SNOW LLP**
445 North Blvd.
Suite 300
Baton Rouge, LA 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
george.wright@butlersnow.com

---

[1]The FDC Officials filed an unopposed motion for leave to file a psychological autopsy under seal.  (Doc. 164).  The FDC Officials filed a redacted version of the declaration and the psychological autopsy and await the Court's order regarding filing the documents under seal.

2

Daniel A. Johnson (Florida Bar No. 91175)
**FLORIDA DEPARTMENT OF CORRECTIONS**
501 South Calhoun Street
Tallahassee, FL 32399-2500
Telephone: (850) 717-3605
dan.johnson@fdc.myflorida.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system on this 30th day of March, 2026:

Daniel B. Tilley
(Florida Bar No. 102882)
Samantha J. Past
(Florida Bar No. 1054519)
**AMERICAN CIVIL LIBERTIES**
  **UNION FOUNDATION OF FLORIDA**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714
dtilley@aclufl.org
spast@aclufl.org

*Attorneys for Plaintiffs*

Li Nowlin-Sohl (*Pro Hac Vice*)
Leslie Cooper
**AMERICAN CIVIL LIBERTIES**
  **UNION FOUNDATION**
125 Broad Street
New York, NY 10004
Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org

*Attorneys for Plaintiffs*

Anthony J. Anscombe (*Pro Hac Vice*)
Sarah E. Norise (*Pro Hac Vice*)
George V. Desh (*Pro Hac Vice*)
Sadaf Misbah (*Pro Hac Vice*)
**STEPTOE LLP**
227 West Monroe, Suite 4700
Chicago, IL 60606
Tel: (312) 577-1300
aanscombe@steptoe.com
snorise@steptoe.com
gdesh@steptoe.com
smisbah@steptoe.com

*Attorneys for Plaintiffs*

*/s/ Kenneth S. Steely*
Of Counsel

4