# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

REIYN KEOHANE, *et al.*,                    :

      *Plaintiffs*,                              :

v.                                          :       Case No. 4:24-cv-434-AW-MAF

                                            :

RICKY D. DIXON, in his                      :
official capacity as Secretary              :
of the Florida Department of                :
Corrections; *et al.*,                      :

      *Defendants*.                          :

### EXHIBIT A: PLAINTIFFS' EXHIBIT LIST FOR TRIAL

Plaintiffs hereby file this Exhibit List for Trial attached to the Pretrial Stipulation as Exhibit A. This list includes documents that Plaintiffs may seek to move into evidence.  It does not include documents that Plaintiffs may show to witnesses to refresh recollection, to impeach, or other purposes but do not intend to move to admit as evidence.

Where documents have attachments or parent documents, those are presumed to be part of the same exhibit.

Plaintiffs also reserve the right to rely on any exhibits on Defendants' trial exhibit list to which Plaintiffs have not objected.

| No. | Document | Bates Number | Objections |
| --- | --- | --- | --- |
| 1 | Centurion Clinical Guidelines | FDC_OFFICIALS_037250 | |
| 2 | 2019 Procedure 403.012 | FDC_OFFICIALS_023085 | |
| 3 | Accommodations Pass Sample | FDC_OFFICIALS_035780 | |
| 4 | GDRT Approval Form | FDC_OFFICIALS_026084 | |
| 5 | Martinez Email | FDC_OFFICIALS_023302 | |

| 6 | Draft Script (FDC Update Re Hormone Treatment) | FDC_OFFICIALS_036260 | |
| 7 | Document re Bra Passes | CENT PROD 001742 | Relevance |
| 8 | Health Services Bulletin Script re Undergarments, Hair, and Alternate Canteen Items | FDC_OFFICIALS_043880 and 043881 | |
| 9 | Medical Record | FDC_OFFICIALS_019703 | |
| 10 | Medical Record | FDC_OFFICIALS_019676 | |
| 11 | FDC Mental Health Case Management | FDC_OFFICIALS_037826-29 (excerpt) | |
| 12 | Inmate Psychological Examination | FDC_OFFICIALS_036667 | |
| 13 | Inmate Psychological Examination | FDC_OFFICIALS_036657 | |
| 14 | Centurian Email | CENT PROD 002050 | |
| 15 | Gender Dysphoria Variance Request | CENT PROD 013870 | |
| 16 | Health Services Bulletin 15.05.23 | FDC_OFFICIALS_029191 | |
| 17 | Declaration of Clayton Weiss | ECF No. 38-3 | Hearsay |
| 18 | Intentionally left blank | | |
| 19 | Email with Attached Documents | FDC_OFFICIALS_027657 | |
| 20 | Email Chain | FDC_OFFICIALS_030279 | |
| 21 | Email Chain | FDC_OFFICIALS_026108 | |
| 22 | FDC Gender Dysphoria Review Team | FDC_OFFICIALS_026118 | |
| 23 | FDC Accommodation Pass | FDC_OFFICIALS_026119 | |
| 24 | FDC Estrogen/Anti- | FDC_OFFICIALS_026120 | |

2

| | | | |
|---|---|---|---|
| | androgens Informed Consent | | |
| 25 | FDC Testosterone Informed Consent | FDC_OFFICIALS_026125 | |
| 26 | FDC Psychological Evaluation | FDC_OFFICIALS_026129 | |
| 27 | Procedure 403.012 | Martinez 30(b)(6) Ex. 2 | |
| 28 | Procedure 403.012 (2019) | Martinez 30(b)(6) Ex. 3 | |
| 29 | Intentionally left blank | | |
| 30 | Jackson Evaluation | FDC_OFFICIALS_022769 | |
| 31 | Intentionally left blank | | |
| 32 | Medical Report | FDC_OFFICIALS_019726 | |
| 33 | Medical Report | FDC_OFFICIALS_019749 | |
| 34 | Medical Report | FDC_OFFICIALS_019741 | |
| 35 | LinkedIn Profile | Fitzgerald Dep. Ex. 1 | Foundation/Relevance Objecting party reserves the right to withdraw this objection if proponent lays a proper foundation at trial or provides a proper certification/stipulation before trial. |
| 36 | FDC Email | FDC_OFFICIALS_043237 | |
| 37 | FDC Email | FDC_OFFICIALS_043257 | |
| 38 | Email Chain | FDC_OFFICIALS_023069 | |
| 39 | FDC Email | FDC_OFFICIALS_023092 | |
| 40 | Email Chain | FDC_OFFICIALS_043282 | |
| 41 | Email Chain | FDC_OFFICIALS_041768 | |
| 42 | Email Chain | FDC_OFFICIALS_043575 | |
| 43 | FDC Email | FDC_OFFICIALS_024865 | |
| 44 | FDC Email | FDC_OFFICIALS_003773 | |
| 45 | FDC Email with Presentation | FDC_OFFICIALS_027756 | |
| 46 | Procedure 403.012 (2019) | FDC_OFFICIALS_023051 | |
| 47 | Intentionally left blank | FDC_OFFICIALS_003906 | |
| 48 | FDC Email | FDC_OFFICIALS_043569 | |
| 49 | Email Chain | FDC_OFFICIALS_045490 | |

| 50 | HSB 15.05.23 | FDC_OFFICIALS_029033 | |
|---|---|---|---|
| 51 | HSB 15.05.23 Operational Plan | FDC_OFFICIALS_027659 | |
| 52 | Draft HSB 15.05.xx | FDC_OFFICIALS_036256 | |
| 53 | Intentionally left blank | | |
| 54 | Health Record | FDC_OFFICIALS_005710-5723 | |
| 55 | Medical Evaluation | FDC_OFFICIALS_044277 | |
| 56 | Procedure 403.012 (2019) | CENT PROD 002977 | |
| 57 | Email Chain | CENT PROD 015294 | |
| 58 | Email Chain | FDC_OFFICIALS_023335 | Foundation/Relevance/ Authentication Objecting party reserves the right to withdraw this objection if proponent lays a proper foundation at trial or provides a proper certification/stipulation before trial. |
| 59 | Email Chain | FDC_OFFICIALS_023365 | Foundation/Relevance/ Authentication Objecting party reserves the right to withdraw this objection if proponent lays a proper foundation at trial or provides a proper certification/stipulation before trial. |
| 60 | Email Chain | FDC_OFFICIALS_024957 | |
| 61 | Email Chain | FDC_OFFICIALS_047011 | |
| 62 | Email Chain | FDC_OFFICIALS_040726 | |
| 63 | Email Chain | CENT PROD 002925 | Foundation/Authentication Objecting party reserves the right to withdraw this objection if proponent lays a proper foundation at trial or provides a proper certification/stipulation before trial. |
| 64 | Email Chain | CENT PROD 003032 | Relevance |
| 65 | Email Chain | CENT PROD 002662 | Relevance |
| 66 | Email Chain | CENT PROD 000129 | Relevance |

| 67 | Email Chain | CENT PROD 004227 | |
|---|---|---|---|
| 68 | Email Chain | CENT PROD 002112 | Relevance |
| 69 | Email Chain | CENT PROD 003877 | Relevance |
| 70 | Email Chain | CENT PROD 002800 | Relevance |
| 71 | Email Chain | CENT PROD 013867 | Foundation/Relevance/ Authentication Objecting party reserves the right to withdraw this objection if proponent lays a proper foundation at trial or provides a proper certification/stipulation before trial. |
| 72 | Email Chain | CENT PROD 004304 | Foundation/Relevance/ Authentication Objecting party reserves the right to withdraw this objection if proponent lays a proper foundation at trial or provides a proper certification/stipulation before trial. |
| 73 | Email Chain | CENT PROD 003006 | Foundation/Relevance/ Authentication Objecting party reserves the right to withdraw this objection if proponent lays a proper foundation at trial or provides a proper certification/stipulation before trial. |
| 74 | Email Chain | CENT PROD 002083 | |
| 75 | Email Chain | CENT PROD 004447 | |
| 76 | Email Chain | CENT PROD 001774 | |
| 77 | Email Chain | CENT PROD 004611 | |
| 78 | Email Chain | CENT PROD 021434 | |
| 79 | Email Chain | CENT PROD 000089 | |
| 80 | Intentionally left blank | | |
| 81 | Intentionally left blank | | |
| 82 | Intentionally left blank | | |
| 83 | Email Chain | CENT PROD 000146 | |
| 84 | Intentionally left blank | | |

5

| 85 | HSB 15.05.23 Draft | CENT PROD 000002 | |
|---|---|---|---|
| 86 | Email Chain | CENT PROD 002077 | |
| 87 | Email Chain | CENT PROD 001938 | |
| 88 | Centurian Email | CENT PROD 004774 | |
| 89 | Draft Update re Hormone Treatment | CENT PROD 004775 | |
| 90 | Email Chain | CENT PROD 001966 | |
| 91 | Draft Update re Gender Dysphoria Treatment | CENT PROD 001968 | |
| 92 | Email Chain | CENT PROD 001413 | |
| 93 | Email Chain | CENT PROD 000821 | |
| 94 | Email Chain | CENT PROD 001739 | |
| 95 | Email Chain | CENT PROD 001962 | |
| 96 | Email Chain | FDC_OFFICIALS_023317 | |
| 97 | Presentation | FDC_OFFICIALS_036723 | |
| 98 | HSB 15.05.23 | FDC_OFFICIALS_032510 | |
| 99 | Draft HSB 15.05.23 | FDC_OFFICIALS_033728 | |
| 100 | Update re Gender Dysphoria Treatment | FDC_OFFICIALS_034298 | |
| 101 | Update re Hormone Treatment | FDC_OFFICIALS_033526 | |
| 102 | Email Chain | FDC_OFFICIALS_045110 | |
| 103 | Email Chain | CENT PROD 000082 | |
| 104 | HSB 15.05.23 Action Plan | FDC_OFFICIALS_003768 | |
| 105 | Script Regarding Certain Items | FDC_OFFICIALS_003772 | |
| 106 | FAQ re Gender Dysphoria | FDC_OFFICIALS_027662 | |
| 107 | Treatment Evaluation | FDC_OFFICIALS_043764 | |
| 108 | FDC Email | FDC_OFFICIALS_030769 | |
| 109 | Email Chain | CENT PROD 001863 | Relevance |
| 110 | Meeting Invitation | CENT PROD 001677 | Relevance |
| 111 | Email Chain | CENT PROD 015538 | Hearsay/ Foundation/ Authentication Objecting party reserves the right to withdraw this |

6

| | | | |
|---|---|---|---|
| | | | objection if proponent lays a proper foundation at trial or provides a proper certification/stipulation before trial. |
| 112 | Intentionally left blank | | |
| 113 | Centurian Email | CENT PROD 005102 | Relevance |
| 114 | Email Chain | CENT PROD 001991 | Relevance |
| 115 | Intentionally left blank | | |
| 116 | Email Chain | CENT PROD 003006 | Relevance/ Foundation/ Authentication Objecting party reserves the right to withdraw this objection if proponent lays a proper foundation at trial or provides a proper certification/stipulation before trial. |
| 117 | Intentionally left blank | | |
| 118 | Intentionally left blank | | |
| 119 | Email Chain | FDC_OFFICIALS_035660 (just email, not attachments) | |
| 120 | Presentation | FDC_OFFICIALS_024870 | |
| 121 | FDC Email | FDC_OFFICIALS_024869 | |
| 122 | Draft Health Services Bulletin 15.05.XX | FDC_OFFICIALS_032769 | |
| 123 | Draft Health Services Bulletin 15.05.23 | FDC_OFFICIALS_033463 | |
| 124 | Draft Health Services Bulletin 15.05.23 | FDC_OFFICIALS_033677 | |
| 125 | FDC Email | FDC_OFFICIALS_040959 | |
| 126 | Intentionally left blank | | |
| 127 | Health Services Bulletin 15.05.23 | FDC_OFFICIALS_030485 | |
| 128 | Hormone Treatment Update | CENT PROD 004010 | |

7

| 129 | Intentionally left blank | | |
|---|---|---|---|
| 130 | Variance Request | FDC_OFFICIALS_043701 | |
| 131 | List of Frequently Asked Questions re Gender Dysphoria | FDC_OFFICIALS_003769 | |
| 132 | Email Chain | FDC_OFFICIALS_043572 | |
| 133 | Intentionally left blank | | |
| 134 | Email Chain | FDC_OFFICIALS_022716 | |
| 135 | FDC Email | FDC_OFFICIALS_036200 | Relevance |
| 136 | FDC Procedure Number 403.012 (revised) | FDC_OFFICIALS_026111 | Duplicative |
| 137 | Intentionally left blank | | |
| 138 | Inmate Psychological Evaluation | FDC_OFFICIALS_006634-6637 (excerpt, Mendoza Dep. Ex. 3) | |
| 139 | Inmate Psychological Evaluation | FDC_OFFICIALS_036659-36666 (excerpt, Mendoza Dep. Ex. 4) | |
| 140 | GDRT Disposition | Mendoza Dep. Ex. 5 (no bates) | |
| 141 | Inmate Request | FDC_OFFICIALS_006696-6697 (excerpt) | |
| 142 | GDRT Disposition | FDC_OFFICIALS_035774 | |
| 143 | Accommodation Pass | FDC_OFFICIALS_035778 | |
| 144 | Inmate Request | FDC_OFFICIALS_014821 (excerpt) | |
| 145 | Inmate Request | FDC_OFFICIALS_038151 (excerpt) | |
| 146 | GD Re-Evaluation | FDC_OFFICIALS_044285-044291 (excerpt) | |

| 147 | GDVT Approval | FDC_OFFICIALS_043627 | |
|---|---|---|---|
| 148 | 2017 procedure | Ex.8 to Plaintiffs' MSJ Opposition, ECF 161. | |
| 149 | Declaration of Dr. Martinez, Nov. 13, 2024 | Doc. 38-1 | |
| 150 | Dr. Karasic's CV | Doc. 78-1, Exh. A | Hearsay |
| 151 | Dr. Evans' CV | Doc. 162-12, exhibit | Hearsay |
| 152 | Dr, Evans' evaluation of Reiyn Keohane | Doc. 162-12 | Hearsay |
| 153 | Dr. Evans' evaluation of Sasha Mendoza | Doc. 162-13 | Hearsay |
| 154 | Dr. Evans' evaluation of Sheila Diamond | Doc. 162-14 | Hearsay |
| 155 | Dr. Evans' evaluation of Nelson Booth | Doc. 162-15 | Hearsay |
| 156 | Dr. Evans' evaluation of Karter Jackson | Doc. 162-16 | Hearsay |
| 157 | Dr. Karasic's expert report | Doc. 154-4 | Hearsay |
| 158 | Dr. Karasic's rebuttal report | Exhibit 7 to opposition to defendants' MSJ | Hearsay |
| 159 | Inmate Medical Records | FDC_OFFICIALS_037772-037776 (excerpt) (Coleman Dep. Ex. 3) | |
| 160 | Inmate Variance Determination | FDC_OFFICIALS_037753 (Coleman Dep. Ex. 4) | |

9

| 161 | Inmate Request | FDC_OFFICIALS_004859-004861 (excerpt) | Relevance |
|---|---|---|---|
| 162 | Inmate Request | FDC_OFFICIALS_005081-005083 (excerpt) | Relevance |
| 163 | Inmate Medical Records | FDC_OFFICIALS_005227-005229 (excerpt) | |
| 164 | Inmate Medical Records | FDC_OFFICIALS_005290 (excerpt) | |
| 165 | Inmate Medical Records | FDC_OFFICIALS_005485 (excerpt) | |
| 166 | Inmate Medical Records | FDC_OFFICIALS_005817-005819 (excerpt) | |
| 167 | Gender Dysphoria Evaluation | FDC_OFFICIALS_005968-005981 (excerpt) | Relevance |
| 168 | Inmate Medical Records | FDC_OFFICIALS_005994-005996 (excerpt) | |
| 169 | Inmate Medical Records | FDC_OFFICIALS_037711-037714 (excerpt) | |
| 170 | Inmate Medical Records | FDC_OFFICIALS_037820-037822 (excerpt) | |

| | | | |
|---|---|---|---|
| 171 | GDRT Disposition | FDC_OFFICIALS_035777 | Relevance |
| 172 | Email-Recommendations for GDRT | FDC_OFFICIALS_022840 | |
| 173 | MDST Recommendation | FDC_OFFICIALS_022842 | Relevance |
| 174 | Inmate Medical Records | FDC_OFFICIALS_04247-4256 (excerpt) | |
| 175 | Inmate Medical Records | FDC_OFFICIALS_04265-04272 (excerpt) | |
| 176 | Inmate Medical Records | FDC_OFFICIALS_04289-04314 (excerpt) | |
| 177 | Inmate Medical Records | CENT PROD 2113 | |
| 178 | Inmate Medical Records | FDC_OFFICIALS_000024-26 | |
| 179 | Inmate Request | FDC_OFFICIALS_00070-71 | Relevance |
| 180 | Inmate Medical Records | FDC_OFFICIALS_00086-89 | |
| 181 | Inmate Medical Records | FDC_OFFICIALS_003247-4252 (excerpt) | |
| 182 | Inmate Medical Records | FDC_OFFICIALS_00451-457 (excerpt) | |
| 183 | Privilege log | | Relevance |
| 184 | Declaration of Dr. Martinez, Feb. 26, 2026 | Doc. 154-1 | Hearsay |
| 185 | Preliminary Injunction Hearing Transcript | | Relevance |