# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

| | | |
|---|---|---|
| **REIYN KEOHANE**, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:24-cv-00434-AW-MAF** |
| | ) | |
| **RICKY D. DIXON**, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## EXHIBIT B: THE FDC OFFICIALS' EXHIBIT LIST

Ricky D. Dixon ("Secretary Dixon"), in his official capacity as Secretary of the Florida Department of Corrections ("FDC"), Clayton Weiss, in his official capacity as Health Services Director of the Florida Department of Corrections ("Weiss"), Gary Hewett, in his official capacity as Warden of Wakulla Correctional Institution ("Hewett"), Alonzo Horner, in his official capacity as Warden of Homestead Correctional Institution ("Horner"), and Nan Jeffcoat, in her official capacity a Warden of Florida Women's Reception Center ("Jeffcoat," and together with Secretary Dixon, Weiss, Hewett, and Horner, the "FDC Officials"), hereby submit their exhibit list.

The FDC Officials reserve the right to supplement their exhibit list with: (1) any exhibit on the exhibit list of any party; (2) any exhibit marked during the deposition of any witness deposed in this matter; (3) any exhibit identified after the

filing of this exhibit list and necessary to establish defenses available to the FDC Officials; (4) any document produced in this matter by any current or former party; (5) any document produced by a third party via subpoena or otherwise; (6) any document produced by, referred to, or relied upon by the FDC Officials' expert witnesses; (7) any exhibit introduced by any party in this action; (8) any exhibit disclosed on any party's exhibit list in this action; (9) any exhibit needed for rebuttal or impeachment purposes; and (10) any demonstrative exhibit to summarize, illustrate, and/or demonstrate testimony, information, and/or data provided at the trial of this matter.

Without waiving any reservation of rights, and instead expressly preserving these rights, the FDC Officials provide the following list of exhibits which they may use during the trial of this matter:

**THE FDC OFFICIALS' EXHIBIT LIST**

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 1. | First Amended Complaint for Declaratory and Injunctive Relief filed on March 13, 2025 (Doc. 66) | |
| 2. | Third Amended Notice of 30(b)(6) Deposition of Florida Department of Corrections Representative and Production Demand (Martinez 30(b)(6) Dep. Ex. 1) | |

2

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 3. | Procedure 403.012 titled Identification and Management of Transgender Inmates and Inmates Diagnosed with Gender Dysphoria, Effective July 13, 2017 (initial issue date July 13, 2017) (Martinez 30(b)(6) Dep. Ex. 2) | |
| 4. | Procedure 403.012 titled Identification and Management of Inmates Diagnosed with Gender Dysphoria, Effective November 13, 2019 (initial issue date July 13, 2017) (Revised) (Doc 4-3; Martinez 30(b)(6) Dep. Ex. 3) | |
| 5. | Email (with attachments – Gender Dysphoria Review Team Meeting 8-28-2020; GD & Trans Locations; GD & Trans Venn Diagram; Disposition form; DC4-643-G; 403.012) from Holly Buss to Danny Martinez dated August 20, 2020, regarding GDRT Information (FDC_OFFICIALS _027455 through 027469; Martinez 30(b)(6) Dep. Ex. 4) | |
| 6. | Diagnostic Review and Treatment Recommendations signed November 14, 2024 (FDC_OFFICIALS_019749 through 019756; Martinez 30(b)(6) Dep. Ex. 5) | |
| 7. | Florida Department of Corrections Psychosocial Evaluation for Gender Dysphoria (Candace Jackson) (FDC_OFFICIALS_022769 through 022784; Martinez 30(b)(6) Dep. Ex. 6) | |
| 8. | Florida Department of Corrections - Office of Health Services Deep Dive Gender Dysphoria Program Changes dated July 27, 2023 (PowerPoint) (FDC_OFFICIALS_036723 through 036725; Martinez 30(b)(6) Dep. Ex. 7; Martinez Dep. Ex. 9) | |

3

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 9. | Florida Department of Corrections - HSB 15.05.23 Operational Plan Updated September 24, 2024 (FDC_OFFICIALS_027659 through 027661; Martinez 30(b)(6) Dep. Ex. 8) | |
| 10. | Generally Accepted Professional Medical Standard Determination on the Treatment of Gender Dysphoria (Doc. 38-1; Martinez 30(b)(6) Dep. Ex. 9) | Hearsay |
| 11. | Florida Department of Corrections Office of Health Services HSB No. 15.05.23 Mental Health Treatment of Inmates with Gender Dysphoria Effective September 30, 2024 (signed) (FDC_OFFICIALS_029191 through 029198; Martinez 30(b)(6) Dep. Ex. 10); Draft 06.21.23 (032769-032772); Draft 07.5.23 (034031-034034); Draft 09.23.23 (032510-032514); Draft 10.3.23 (033677-033684); Draft 10.4.23 (033319-033329); Draft 10.6.23 (031057-031064); Draft 11.10.23 (045110-045132); Draft 12.7.23 (031927-031934); Draft 12.9.23 (032528-032535); Draft changes 12.9.23 (031033); Draft 08.9.24 (031073-031080); Draft 08.30.24 (030988-030995) | |
| 12. | Diagnostic Review and Treatment Recommendations (re: REDACTED) signed December 11, 2024 (FDC_OFFICIALS_019726 through 019739; Martinez 30(b)(6) Dep. Ex. 11) | |
| 13. | Diagnostic Review and Treatment Recommendations (re: REDACTED) signed January 7, 2025 (FDC_OFFICIALS_019741 through 019745; Martinez 30(b)(6) Dep. Ex. 12) | |

4

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 14. | Diagnostic Review and Treatment Recommendations signed November 14, 2024 (FDC_OFFICIALS_019749 through 019756; Martinez 30(b)(6) Dep. Ex. 13) | |
| 15. | Email from Deeann Hawkins to Tracy Kessler dated August 3, 2022, regarding Procedure 403.012, Identification and Management of Inmates Diagnosed with Gender Dysphoria (Annual Review) 15-Day Responsible Authority Review (FDC_OFFICIALS_023302 through 023304; Martinez Dep. Ex. 1) | |
| 16. | Email (with attachments – Transexual Endocrine Society Practice Guidelines; Gender Dysphoria Position Statement Transgender Health PES; Gender Dysphoria References.docx) from Katy Fabian to Suzonne Kline dated January 13, 2023, regarding Gender Dysphoria program (FDC_OFFICIALS_035660 through 035689, Martinez Dep. Ex. 2) | No objection to email but the attachments are hearsay |
| 17. | The Care and Management of Transgender & Gender Dysphoric Inmates: Challenges & Opportunities by Danny Martinez, MD, MPH, CPH, HRM (PowerPoint) (FDC_OFFICIALS_024870 through 024930; Martinez Dep. Ex. 3) | |
| 18. | Email (with attachment – Transgender PPT) from Danny Martinez to Thomas Reimers regarding Gender dysphoria (FDC_OFFICIALS_024869 through 024930; Martinez Dep. Ex. 4) | |

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 19. | Email from John Lay to Vicki Love dated May 25, 2023, regarding Update on SB254 and FDC plan (CENT PROD 021434 through 021435; Martinez Dep. Ex. 5) | |
| 20. | Florida Department of Corrections Health Services Bulletin 15.05.XX regarding Mental Health Treatment of Inmates with Gender Dysphoria (no date) (FDC_OFFICIALS_036256 through 036259; Martinez Dep. Ex. 6) | |
| 21. | Florida Department of Corrections Health Services Bulletin 15.05.XX regarding Mental Health Treatment of Inmates with Gender Dysphoria (no date) (FDC_OFFICIALS_032769 through 032772; Martinez Dep. Ex. 7) | |
| 22. | Update Regarding Hormone Treatment for Inmate Patients (redline; no date) (FDC_OFFICIALS_036260; Martinez Dep. Ex. 8) | |
| 23. | PowerPoint presentation regarding Gender Dysphoria Program Changes dated July 27, 2023 (FDC_OFFICIALS_036723 through 036725; Martinez Dep. Ex. 9) | |
| 24. | Florida Department of Corrections - Office of Health Services – Health Services Bulletin 15.05.23 regarding Mental Health Treatment of Inmates with Gender Dysphoria (draft; no date) (FDC_OFFICIALS_032510 through 032514; Martinez Dep. Ex. 10) | |

6

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 25. | Florida Department of Corrections - Office of Health Services – Health Services Bulletin 15.05.23 regarding Mental Health Treatment of Inmates with Gender Dysphoria (draft redline) (FDC_OFFICIALS_033463 through 033474; Martinez Dep. Ex. 11) | |
| 26. | Florida Department of Corrections -Office of Health Services – Health Services Bulletin 15.05.23 regarding Mental Health Treatment of Inmates with Gender Dysphoria (draft redline) (FDC_OFFICIALS_033677 through 033684; Martinez Dep. Ex. 12) | |
| 27. | Email (with attachment HSB 15.05.23 (CENT edits) 11-10-23.docx) from John Lay to Clayton Weiss regarding Centurion responses to HSB 15.05.23 draft (FDC_OFFICIALS_045110 through 045132; Martinez Dep. Ex. 13 | |
| 28. | Email (with attachment – GenderDysphoria_HSB Draft 12.5.23) from Clayton Weiss to Suzonne Kline dated December 5, 2023, regarding updates to draft (FDC_OFFICIALS _040959 through 040967; Martinez Dep. Ex. 14) | |
| 29. | Email (with attachments – HSB 15.05.23 (Effective 06-03-24); HSB 15.05.23 (Effective 06-03-24) from Jennifer Bridges to Clayton Weiss dated May 22, 2024, regarding HSB 15.05.23 (NEW) (FDC_OFFICIALS_030474 through 030492; Martinez Dep. Ex. 15) | |

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 30. | Florida Department of Corrections -Office of Health Services – Health Services Bulletin 15.05.23 regarding Mental Health Treatment of Inmates with Gender Dysphoria, Effective June 3, 2024 (FDC_OFFICIALS_030485 through 030492; Martinez Dep. Ex. 16) | |
| 31. | Update Regarding Hormone Treatment for Inmate Patients dated September 13, 2024 (CENT PROD 004010; Martinez Dep. Ex. 17) | |
| 32. | Email (with attachment-GD HSB announcement (FDC FINAL.docx) from Deana Johnson to Dan Johnson dated September 20, 2024, regarding FDC GD HSB announcement (CENT PROD 000082 through 000083; Martinez Dep. Ex. 18) | |
| 33. | Florida Department of Corrections Gender Dysphoria Diagnostic and Treatment Re-Evaluation (re: REDACTED) signed May 8, 2025 (FDC_OFFICIALS_043764 through 043770; Martinez Dep. Ex. 19) | |
| 34. | Email from John Lay to Danny Martinez dated February 20, 2025, regarding [CONFIDENTIAL] (FDC_OFFICIALS_029253 through 029255; Martinez Dep. Ex. 20) | |
| 35. | Florida Department of Corrections - Memo from Gender Dysphoria Variance Team to Rafael Tapia, Psy.D., Wakulla Annex dated September 17, 2025, regarding Variance Determination for (re: REDACTED) (FDC_OFFICIALS_043679; Martinez Dep. Ex. 21) | |

8

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 36. | Florida Department of Corrections -Gender Dysphoria Variance Request for the Initiation of Cross-Sex Hormone Therapy signed August 6, 2025 (FDC_OFFICIALS_043701 through 043707; Martinez Dep. Ex. 22) | |
| 37. | HSB 15.05.23 Action Plan (no date) (FDC_OFFICIALS_003768; Martinez Dep. Ex. 23) | |
| 38. | Frequently Asked Questions Regarding Gender Dysphoria for Non-Health Care Staff dated September 19, 2024 (FDC_OFFICIALS_003769 through 003770; Martinez Dep. Ex. 24) | |
| 39. | Diagnostic Review and Treatment Recommendations signed January 9, 2025 (FDC_OFFICIALS_019703 through 019709; Martinez Dep. Ex. 25) | |
| 40. | (Draft) Script Regarding Undergarments, Hair, and Alternate Canteen Items (no date) (FDC_OFFICIALS_ 003772; Martinez Dep. Ex. 26) | |
| 41. | Florida Department of Corrections Gender Dysphoria Variance Request for the Initiation of Cross-Sex Hormonal Therapy (CENT PROD 013870 through 013877; Martinez Dep. Ex. 27) | |
| 42. | FDC Procedure No. 403.012 – Identification and Management of Inmates Diagnosed with Gender Dysphoria (Initial Issue Date: July 13, 2017; Effective Date: November 13, 2019) (FDC_OFFICIALS_023085 through 023091; Kline Dep. Ex. 1) | |

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 43. | Email from Katy Fabian to Suzonne Kline dated January 13, 2023, regarding Gender Dysphoria Program (FDC_OFFICIALS_043572 through 043574; Kline Dep. Ex. 2) | |
| 44. | Email from Tim Fitzgerald to Suzonne Kline dated January 12, 2023, regarding transgender hormone treatment (FDC_OFFICIALS_043569; Kline Dep. Ex. 3) | |
| 45. | Email from O'Neil Tyler to Media@txvalues.org dated January 10, 2023, regarding Media request; Florida policy on transgender inmates (FDC_OFFICIALS_024865 through 024868; Kline Dep. Ex. 4) | |
| 46. | FDC Officials' Privilege Log (Kline Dep. Ex. 5) | |
| 47. | Email (with attachments-Transexual Endocrine Society Practice Guidelines; Gender Dysphoria Position Statement; Gender Dysphoria References) from Katy Fabian to Suzonne Kline dated January 3, 2023, regarding Gender Dysphoria Program (FDC_OFFICIALS_003773 through 003821; Kline Dep. Ex. 6) | No objection to OO3773-76, but object to remainder of exhibit (the attachments) as hearsay. |
| 48. | Florida Medicaid Generally Accepted Professional Medical Standards Determination on the Treatment of Gender Dysphoria (FDC_OFFICIALS_031236 through 031281; Kline Dep. Ex. 7) | Hearsay |
| 49. | Florida Department of Corrections Office of Health Services Bulletin No. 15.05.XX (DRAFT Mental Health Treatment of Inmates with Gender Dysphoria) (FDC_OFFICIALS_036256-036259; Kline Dep. Ex. 8) | |

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 50. | Email from Lisa Warren to Robert Gould dated January 29, 2024, regarding 971855 (FDC_OFFICIALS_022716 through 022719; Kline Dep. Ex. 9) | |
| 51. | Florida Department of Corrections Office of Health Services Bulletin No. 15.05.23 (Effective Date: September 30, 2024) Subject: Mental Health Treatment of Inmates with Gender Dysphoria (FDC_OFFICIALS_029191 through 029198; Kline Dep. Ex. 10) | |
| 52. | Email from Holly Buss to Lee Messina dated February 15, 2022, regarding Gender Dysphoria evaluation referrals (CENT PROD 015294 through 015297; Kline Dep. Ex. 11) | |
| 53. | Email from Deeann Hawkins to Tracy Kessler dated August 3, 2022, regarding Procedure 403.012, identification and management of inmates diagnosed with gender dysphoria (annual review) 15-day responsible authority review (FDC_OFFICIALS_023302 through 023304; Kline Dep. Ex. 12) | |
| 54. | Email from WPATH@wpath.org to Danny Martinez dated September 15, 2022, regarding WPATH SOC8 is Released Online (FDC_OFFICIALS_ 023317 through 023320; Kline Dep. Ex. 13) | |
| 55. | Update Regarding Hormone Treatment for Inmate Patients (FDC_OFFICIALS_033526; Kline Dep. Ex. 14) | |
| 56. | Florida Department of Corrections Office of Health Services Deep Dive Gender Dysphoria Program Changes dated July 27, 2023 (PowerPoint) (FDC_OFFICIALS_036723 through 036725; Kline Dep. Ex. 15) | |

11

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 57. | Florida Department of Corrections Office of Health Services (draft) Bulletin No. 15.05.23 Subject: Mental Health Treatment of Inmates with Gender Dysphoria (FDC_OFFICIALS_032510 through 032514; Kline Dep. Ex. 16) | |
| 58. | Florida Department of Corrections Office of Health Services (redline) Bulletin No. 15.05.23 Subject: Mental Health Treatment of Inmates with Gender Dysphoria (FDC_OFFICIALS_033728 through 033739; Kline Dep. Ex. 17) | |
| 59. | Update Regarding Treatment for Gender Dysphoria for Inmate Patients dated September 19, 2024 (FDC_OFFICIALS_034298; Kline Dep. Ex. 18) | |
| 60. | Update Regarding Treatment for Gender Dysphoria for Inmate Patients (no date) (FDC_OFFICIALS_033526; Kline Dep. Ex. 19) | |
| 61. | Email (with attachment-HSB 15.05.23 (CENT edits) 11-10-23.docx) from John Lay to Clayton Weiss dated November 10, 2023, regarding Centurion Responses to HSB 15.05.23 draft (FDC_OFFICIALS_045110 through 045132; Kline Dep. Ex. 20) | |
| 62. | Email (with attachment-GD HSB announcement (FDC FINAL).docx) from Deana Johnson to Dan Johnson dated September 20, 2024, regarding FDC GD HSB announcement (CENT PROD 000082 through 000083; Kline Dep. Ex. 21) | |

12

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 63. | HSB 15.05.23 Action Plan (FDC_OFFICIALS_003768; Kline Dep. Ex. 22) | |
| 64. | Script regarding undergarments, hair, and alternate canteen items (FDC_OFFICIALS_003772; Kline Dep. Ex. 23) | |
| 65. | Frequently asked questions regarding gender dysphoria for non-health care staff dated September 19, 2024 (FDC_OFFICIALS_027662 through 027663; Kline Dep. Ex. 24) | |
| 66. | Diagnostic Review and Treatment Recommendations signed January 9, 2025 (FDC_OFFICIALS_019703 through 019709; Kline Dep. Ex. 25) | |
| 67. | Gender Dysphoria Diagnostic and Treatment Re-Evaluation signed May 8, 2025 (FDC_OFFICIALS_043764 through 043770; Kline Dep. Ex. 26) | |
| 68. | Florida Department of Corrections Psychological Evaluation for Gender Dysphoria (Kelvin Coleman) dated January 9, 2024 (FDC_OFFICIALS_036667 through 036680; Kline Dep. Ex. 27) | |
| 69. | Florida Department of Corrections Gender Dysphoria Variance Request for the Initiation of Cross-Sex Hormonal Therapy (CENT PROD 013870 through 013877; Kline Dep. Ex. 28) | |
| 70. | Email from Lisa Peterson to Suzonne Kline dated May 9, 2024, regarding Case Staffing Request (FDC_OFFICIALS_030769; Kline Dep. Ex. 29) | |

13

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 71. | Timothy Fitzgerald Bio (LinkedIn) (Fitzgerald Dep. Ex. 1) | |
| 72. | Email (with attachment-602.053.pdf) from Michael Harrell to Tim Fitzgerald dated May 6, 2021, regarding procedure covering transgender inmates (FDC_OFFICIALS_043237 through 043256; Fitzgerald Dep. Ex. 2) | |
| 73. | Email (with attachment-602.053.pdf) from Tim Fitzgerald to Beau Beaubien dated May 6, 2021, regarding procedure covering transgender inmates (FDC_OFFICIALS_043257 through 043276; Fitzgerald Dep. Ex. 3) | |
| 74. | Email (with attachments-602.018.pdf; 403.012.pdf) from Michael Harrell to Tim Fitzgerald dated May 6, 2021, regarding procedure covering transgender inmates (FDC_OFFICIALS_023069 through 023091; Fitzgerald Dep. Ex. 4) | |
| 75. | Email from Tim Fitzgerald to Beau Beaubien dated May 6, 2021, regarding procedure covering transgender inmates (FDC_OFFICIALS_023092 through 023100; Fitzgerald Dep. Ex. 5) | |
| 76. | Email from Michael Harrell to Tim Fitzgerald dated May 6, 2021, regarding procedure covering transgender inmates (FDC_OFFICIALS_043282 through 043285; Fitzgerald Dep. Ex. 6) | |

14

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 77. | Email (with attachments-602.053.docx; 602.053TC.docx) from Deeann Hawkins to Evita Bell dated August 10, 2021, regarding Procedure 602.053, Prison Rape: Prevention, Detection and Response (Annual Review) Final Review & Approval (FDC_OFFICIALS_041768 through 041811; Fitzgerald Dep. Ex. 7) | |
| 78. | Email from O'Neil Tyler to Media@txvalues.org dated January 10, 2023, regarding Media Request: Florida Policy on Transgender Inmates (FDC_OFFICIALS_024865 through 024868; Fitzgerald Dep. Ex. 8) | |
| 79. | Email from Tim Fitzgerald to Suzonne Kline dated January 12, 2023, regarding transgender hormone treatment (FDC_OFFICIALS_043569; Fitzgerald Dep. Ex. 9) | |
| 80. | Email from Katy Fabian to Suzonne Kline dated January 13, 2023, regarding gender dysphoria program (FDC_OFFICIALS_043575 through 043577; Fitzgerald Dep. Ex. 10) | |
| 81. | Email from Katy Fabian to Suzonne Kline dated January 13, 2023, regarding gender dysphoria program (FDC_OFFICIALS_003773 through 003776; Fitzgerald Dep. Ex. 11) | |
| 82. | Email (with attachment-PowerPoint "The Care and Management of Transgender & Gender Dysphoric Inmates: Challenges & Opportunities) from Danny Martinez to Thomas Reimers dated January 20, 2023, regarding gender dysphoria (FDC_OFFICIALS_027756 through 027817; Fitzgerald Dep. Ex. 12) | |

15

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 83. | Florida Department of Corrections Office of Health Services Deep Dive Gender Dysphoria Program Changes dated July 27, 2023 (FDC_OFFICIALS_036723 through 036725; Fitzgerald Dep. Ex. 13) | |
| 84. | Declaration of Clayton Weiss filed on November 15, 2024 (Doc. 38-3; Weiss Dep. Ex. 1) | |
| 85. | Florida Department of Corrections - Health Services (website Home page – run date August 5, 2025) (Weiss Dep. Ex. 2) | |
| 86. | Email (with attachments – Transexual Endocrine Society Practice Guidelines; Gender Dysphoria Position Statement Transgender Health PES; Gender Dysphoria References) from Katy Fabian to Suzonne Kline dated January 13, 2023, regarding Gender Dysphoria Program (FDC_OFFICIALS _003773 through 003776; FDC_OFFICIALS_ 003777 through 003821; Weiss Dep. Ex. 3; Martinez Dep. Ex. 2) | No objection to email (003773-76) but object to the rest of the exhibit (the attachment) because it is hearsay. |
| 87. | Florida Department of Corrections -Health Services Bulletin 15.05.23 effective September 30, 2024, regarding Mental Health Treatment of Inmates with Gender Dysphoria (Doc. 4-4; Weiss Dep. Ex. 4) | |

16

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 88. | Email (with attachments – Transline HRT guidelines; hormone regimens for adult transgender persons; Interim Guidance for Administration of Gender Dysphoria Medications 6-2-23 v2) from Tim Rakas to John Lay and Lisa Barton regarding Topical testosterone dosing** for your review before distribution to RMD's** (FDC_OFFICIALS_026543 through 026556; Weiss Dep. Ex. 5) | |
| 89. | Email (with attachment – HSB 15.05.23 Action Plan) from Clayton Weiss to Michael Harrell dated September 26, 2024, regarding post-call follow up (FDC_OFFICIALS_ 027657 through 027664; Weiss Dep. Ex. 6) | |
| 90. | Email (with attachments) from Clayton Weiss to Vicki Love (Centurion) dated October 20, 2023, regarding Review of New HSB 15.05.23 (FDC_OFFICIALS_030279 through 030310; Weiss Dep. Ex. 7) | |
| 91. | Email (with attachments) from Jennifer Bridges to Philip Fowler dated May 22, 2024, regarding Procedure 403.012 Identification and Management of Inmates Diagnosed with Gender Dysphoria (FDC_OFFICIALS_026108 through 026130; Weiss Dep. Ex. 8) | |
| 92. | Florida Department of Corrections -Gender Dysphoria Review Team Dispositions Form (FDC_OFFICIALS_ 026118; Weiss Dep. Ex. 9) | |
| 93. | Florida Department of Corrections -Accommodation(s) Pass Form (FDC_ OFFICIALS_026119; Weiss Dep. Ex. 10) | |

17

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 94. | Florida Department of Corrections -Health Services - Transgender Hormone Therapy – Estrogen and Antiandrogens Informed Consent Form (FDC_OFFICIALS_026120 through 026124; Weiss Dep. Ex. 11) | |
| 95. | Florida Department of Corrections -Health Services - Transgender Hormone Therapy - Testosterone Informed Consent Form (FDC_OFFICIALS_026125 through 026128; Weiss Dep. Ex. 12) | |
| 96. | Florida Department of Corrections - Psychological Evaluation for Gender Dysphoria Form (FDC_OFFICIALS _026129 through 026130; Weiss Dep. Ex. 13) | |
| 97. | Diagnostic Review and Treatment Recommendations (re: REDACTED) (FDC_OFFICIALS_ 019676 through 019681; Weiss Dep. Ex. 14) | |
| 98. | Email from Deana Johnson to Vicki Love dated May 23, 2023, regarding SB254 and legal challenge (CENT PROD 002083; Lay Dep. Ex. 1) | |
| 99. | Email from Tim Rakas to John Lay dated December 18, 2023, regarding Gender Dysphoria Drug Costs (CENT PROD 004447 through 004448; Lay Dep. Ex. 2) | |
| 100. | Email from John Lay to DL FL Centurion Medical Providers (listserv) dated May 18, 2023, regarding SB254 (CENT PROD 001774 through 001776; Lay Dep. Ex. 3) | |
| 101. | Email from Ruby Fernandez to Inemesit Abia dated October 13, 2023, (re: REDACTED) (CENT PROD 004611 through 004613; Lay Dep. Ex. 4) | |

18

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 102. | Email from John Lay to Vicki Love dated May 25, 2023, regarding Update on SB254 and FDC plan (CENT PROD 021434 through 021435; Lay Dep. Ex. 5; Martinez Dep. Ex. 5) | |
| 103. | Email from John Lay to DL FL Centurion DON dated June 1, 2023, regarding Administration of gender dysphoria medications under SB 254 (CENT PROD 000089-000094; Lay Dep. Ex. 6) | |
| 104. | Email (with attachment – Interim Guidance for Administration of Gender Dysphoria Medications 6-2-23 v2) from John Lay to DLFLCenturionDON dated June 2, 2023, regarding Administration of gender dysphoria medications under SB 254 Updated 6-2-23 1621 (CENT PROD 004513; Lay Dep. Ex. 7) | |
| 105. | Interim Guidance for Administration of Sex-Reassignment Medications Effective 6/2/23 v2 (CENT PROD 004514 through 004515; Lay Dep. Ex. 8) | |
| 106. | Email from Jennifer Bridges to Ruth Feltner dated August 11, 2023, regarding Review of NEW HSB 15.05.23 (CENT PROD 002088 through 002090; Lay Dep. Ex. 9) | |
| 107. | Email (with attachment – GenderDysphoria_HSB Draft 10.6.23 JL) from John Lay to Vicki Love dated October 31, 2023, regarding HSB 15.05.23 (CENT PROD 000146; Lay Dep. Ex. 10) | |
| 108. | Email (with attachment – GD HSB highlighted) from John Lay to John Lay dated November 3, 2023 regarding HSB (CENT PROD 000001; Lay Dep. Ex. 11) | |

19

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 109. | Florida Department of Corrections - Office of Health Services Bulletin 15.05.23 regarding Mental Health Treatment of Inmates with Gender Dysphoria (no date) (draft redline with comments) (CENT PROD 000002 through 000009; Lay Dep. Ex. 12) | |
| 110. | Email (with attachment – HSB 15.05.23 (CENT edits) 11-10-23) from John Lay to Clayton Weiss dated November 10, 2023, regarding Centurion Responses to HSB 15.05.23 (FDC_OFFICIALS_045110 through 045132; Lay Dep. Ex. 13; Lay 30(b)(6) Dep. Ex. 6; Martinez Dep. Ex. 13) | |
| 111. | Email from Gerald Wynne to Drs. Wu and May dated July 16, 2024, regarding Endocrinology for Transgender treatment (CENT PROD 002077 through 002079; Lay Dep. Ex. 14) | |
| 112. | Email (with attachment – Gender Dysphoria Guidelines) from John Lay to Seaaira Reedy dated September 13, 2024, regarding Supporting evidence for hormone treatment for gender dysphoria (CENT PROD 001938 through 001939; Lay Dep. Ex. 15) | |
| 113. | Email (with attachment – GD script (TC) JL) from John Lay to Ruth Feltner dated September 19, 2024, regarding Gender Dysphoria script (CENT PROD 004774; Lay Dep. Ex. 16) | |
| 114. | Update Regarding Hormone Treatment for Inmate Patients dated September 13, 2024 (redline draft with comments) (CENT PROD 004775; Lay Dep. Ex. 17) | |

20

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 115. | Email (with attachment – FDC GD HSB announcement (CENT 9-19-24)) from John Lay to Ruth Feltner dated September 19, 2024, regarding Gender Dysphoria script (CENT PROD 001966 through 001967; Lay Dep. Ex. 18; Lay 30(b)(6) Dep. Ex. 14) | |
| 116. | Update Regarding Treatment for Gender Dysphoria for Inmate Patients dated September 19, 2024 (redline draft with comments) (CENT PROD 001968; Lay Dep. Ex. 19) | |
| 117. | Email from Deana Johnson to Bob May dated September 18, 2024, regarding In f/u to our conversation last night about the new FDC Gender Dysphoria HSB (CENT PROD 001413 through 001416; Lay Dep. Ex. 20) | |
| 118. | Email (with attachment – GD HSB announcement (FDC Final)) from Deana Johnson to Dan Johnson dated September 20, 2024, regarding FDC GD HSB announcement (CENT PROD 000082 through 000083; Lay Dep. Ex. 21; Martinez Dep. Ex. 18) | |
| 119. | Email from John Lay to Danny Martinez dated September 27, 2024, regarding HSB 15.05.23 guidance (CENT PROD 000821 through 000822; Lay Dep. Ex. 22) | |
| 120. | Email from Lynette Hornsby to John Lay dated September 30, 2024, regarding Notes from Med call (CENT PROD 001739 through 001741; Lay Dep. Ex. 23) | |

21

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 121. | Florida Department of Corrections - Office of Health Services Health Services Bulletin 15.05.23 effective September 30, 2024 (FDC_OFFICIALS_029191 through 029198; Lay Dep. Ex. 24; Martinez 30(b)(6) Dep. Ex. 10) | |
| 122. | Email from John Lay to Seaaira Reedy dated September 13, 2024, regarding supporting evidence for hormone treatment for Gender Dysphoria (CENT PROD 001962 through 001963; Lay Dep. Ex. 25; Lay 30(b)(6) Dep. Ex. 5) | |
| 123. | Notice to Take Deposition of 30(b)(6) witness of Centurion (Lay 30(b)(6) Dep. Ex. 1) | |
| 124. | Clinical Guidelines for Behavioral Health Services: The Evaluation and Treatment of Gender Dysphoria in Correctional Settings (FDC_OFFICIALS_037250 through 037259; Lay 30(b)(6) Dep. Ex. 2) | |
| 125. | Procedure 403.012 Identification and Management of Inmates Diagnosed with Gender Dysphoria | Effective Date November 13, 2019 (issue date July 13, 2017) (FDC_OFFICIALS_ 023085 through 023091; Lay 30(b)(6) Dep. Ex. 3) | |
| 126. | Florida Department of Corrections Health Services Bulletin 15.05.23 Effective Date September 30, 2024 (FDC_OFFICIALS_029101 through 029198; Lay 30(b)(6) Dep. Ex. 4) | |

22

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 127. | Email from John Lay to Seaaira Reedy dated September 13, 2024, regarding supporting evidence for hormone treatment for Gender Dysphoria (CENT PROD 001962 through 001963; Lay 30(b)(6) Dep. Ex. 5 | |
| 128. | Email from John Lay to Clayton Weiss dated November 10, 2023, regarding Centurion Responses to HSB 15.05.23 draft (FDC_OFFICIALS_045110 through 045132; Lay 30(b)(6) Dep. Ex. 6) | |
| 129. | Email (with attachment – Gender Dysphoria Guidelines) from Peggy Watkins-Ferrell to Suzonne Kline dated October 3, 2023, regarding GD and Testing (FDC_OFFICIALS_024957 through 024968; Lay 30(b)(6) Dep. Ex. 7) | |
| 130. | Diagnostic Review and Treatment Recommendations (re: REDACTED) (FDC_OFFICIALS_019703 through 019709; (Lay 30(b)(6) Dep. Ex. 8; Martinez Dep. Ex. 25) | |
| 131. | Diagnostic Review and Treatment Recommendations (re: REDACTED) (FDC_OFFICIALS _019749 through 019756; Lay 30(b)(6) Dep. Ex. 9; Martinez 30(b)(6) Dep. Ex. 5; Martinez 30(b)(6) Dep. Ex. 13) | |
| 132. | Florida Department of Corrections - Psychological Evaluation for Gender Dysphoria regarding Kelvin Coleman report date January 9, 2024 (FDC_OFFICIALS_036667 through 036680; Lay 30(b)(6) Dep. Ex. 10) | |
| 133. | Florida Department of Corrections - Psychological Evaluation for Gender Dysphoria Addendum regarding George Mendoza signed August 15, 2022 (FDC_OFFICIALS_036657 through 036658; Lay 30(b)(6) Dep. Ex. 11) | |

23

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 134. | Florida Department of Corrections - Psychological Evaluation for Gender Dysphoria regarding Candace Jackson report date July 22, 2022 (FDC_OFFICIALS_022769 through 022784; Lay 30(b)(6) Dep. Ex. 12; Martinez 30(b)(6) Dep. Ex. 6) | |
| 135. | Email from Kathryn Cook (Centurion) to John Lay dated April 17, 2024, regarding GD concerns at FWRC (CENT PROD 002050 through 002052; Lay 30(b)(6) Dep. Ex. 13) | |
| 136. | Email (with attachment-FDC GD HSB announcement (CENT 9-19-24).docx) from Ruth Feltner to Deana Johnson dated September 19, 2024 regarding Gender Dysphoria script (CENT PROD 001966 through 001968; Lay 30(b)(6) Dep. Ex. 14) | |
| 137. | Florida Department of Corrections - Gender Dysphoria Variance Request for the Initiation of Cross-Sex Hormonal Therapy (CENT PROD 013870 through 013877; Lay 30(b)(6) Dep. Ex. 15; Martinez Dep. Ex. 27) | |
| 138. | Expert Report of Kristopher Kaliebe, MD (Kaliebe Dep. Ex. 1; Hamnvik Dep. Ex. 4) | Hearsay |
| 139. | Deposition of Kristopher Kaliebe, MD (*Dekker v. Weida, et al.*) (Kaliebe Dep. Ex. 2) | Hearsay |
| 140. | Supplemental Expert Report of Kristopher Kaliebe, MD (*Boe v. Hon. Steve Marshall, et al.*) (Kaliebe Dep. Ex. 3) | Hearsay |
| 141. | Emails marked Exhibit 182 (*Boe v. Hon. Steve Marshall, et al.*) (Kaliebe Dep. Ex. 4) | Hearsay |

24

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 142. | Treatment for Pediatric Gender Dysphoria \| Review of Evidence and Best Practices; Department of Health and Human Services dated November 19, 2025 (Kaliebe Dep. Ex. 5) | Hearsay |
| 143. | Hyperlink to President's Executive Order (Kaliebe Dep. Ex. 6) | |
| 144. | Stephanie Winn Podcast (Kaliebe Dep. Ex. 7) | |
| 145. | Kristopher Kaliebe, MD list of dates and places of expert testimony over the last 5 years compiled on December 2, 2025 (Kaliebe Dep. Ex. 8) | |
| 146. | Kristopher Kaliebe, MD invoices for professional services (Kaliebe Dep. Ex. 9) | |
| 147. | Alternative Inmate General Population Canteen – Male and Female Order Form (FDC_OFFICIALS_003867) | |
| 148. | Florida Department of Corrections Female Canteen Menu (FDC_OFFICIALS_003868 through 003872) | |
| 149. | Florida Department of Corrections Male Canteen Menu (FDC_OFFICIALS_003873 through 003877) | |
| 150. | Alternative Quarterly Order Male and Female Order Form (FDC_OFFICIALS_036622) | |
| 151. | Third Amended Notice of 30(b)(6) Deposition of Florida Department of Corrections Representative and Production Demand (McManus Dep. Ex. 1) | |

25

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 152. | Email from Katy Fabian to Suzonne Kline dated January 13, 2023, regarding Gender Dysphoria program referencing AHCA report and June 2, 2022, Press Release (FDC_OFFICIALS _045490 through 045493) | |
| 153. | June 2022 AHCA Report "Generally Accepted Professional Medical Standards Determination on the Treatment of Gender Dysphoria" (FDC_OFFICIALS_031236 through FDC_OFFICIALS_031281) | Hearsay |
| 154. | Rebuttal Expert Report of Quentin Van Meter (FDC_OFFICIALS_047576 through FDC_OFFICIALS_047608) | Hearsay Lack of disclosure |
| 155. | Reflections on the Legal Battles Over Prisoners with Gender Dysphoria by Stephen B. Levine, MD (FDC_OFFICIALS_047619 through FDC_OFFICIALS_047628) | Hearsay Lack of disclosure |
| 156. | Gender Dysphoria Research Literature: Dr. Suzonne Kline Running Notes (FDC_OFFICIALS_047643 through FDC_OFFICIALS_047652) | Hearsay |
| 157. | The Present State of Housing and Treatment of Transgender Incarcerated Persons by Lauren K. Robinson, MD, MPH, Juliette Dupre, MD, MA, MSc, Ariana Nesbit Huselid, MD, MBE, and Shane Burke, MD (FDC_OFFICIALS_047653 through FDC_OFFICIALS_047662) | Hearsay Lack of disclosure |
| 158. | Current Concerns About Gender-Affirming Therapy in Adolescents by Stephen B. Levine and E. Abbruzzese (FDC_OFFICIALS_047520 through FDC_OFFICIALS_047523) | Hearsay Lack of disclosure |

26

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 159. | Reflections on the Clinician's Role with Individuals Who Self-Identify as Transgender by Stephen B. Levine (FDC_OFFICIALS_047609 through FDC_OFFICIALS_047618) | Hearsay<br>Lack of disclosure |
| 160. | Transition Regret and Detransition: Meanings and Uncertainty by Sarah C. J. Jorgensen (FDC_OFFICIALS_047663 through FDC_OFFICIALS_047674) | Hearsay<br>Lack of disclosure |
| 161. | Long-Term Follow-up of Transsexual Persons Undergoing Sex Reassignment Surgery by Cecilia Dhejne, Paul Lichtenstein, Marcus Boman, Anna L.V. Johansson, Niklas Langstrom, Mikael Lande´n (FDC_OFFICIALS_047558 through FDC_OFFICIALS_047565) | Hearsay<br>Lack of disclosure |
| 162. | One Size Does Not Fit All by Roberto D'Angelo, Ema Syrulnik, Sasha Ayad, Lisa Marchiano, Dianna Theadora Kenny, Patrick Clarke (FDC_OFFICIALS_047566 through FDC_OFFICIALS_047575) | Hearsay<br>Lack of disclosure |
| 163. | Gender-affirming treatment and mental health diagnoses in Danish transgender persons by Glintborg, Dorte; Møller, Jens-Jakob Kjer; Rubin, Katrine Hass; Lidegaard, Øjvind; T'Sjoen, Guy; Larsen, Mie-Louise Julie Ørsted; Hilden, Malene; Andersen, Marianne Skovsager (FDC_OFFICIALS_047524 through FDC_OFFICIALS_047557) | Hearsay<br>Lack of disclosure |
| 164. | State of Florida Department of Corrections Centurion of Florida Psychological Autopsy of Inmate (FDC_OFFICIALS_044292 through FDC_OFFICIALS_044324) | |

27

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 165. | Florida Department of Corrections Office of the Inspector General Investigative Activity Report regarding Inmate (FDC_OFFICIALS_044325 through FDC_OFFICIALS_045109) | Lack of disclosure |
| 166. | *Curriculum Vitae* of Dr. Suzonne Kline (FDC_OFFICIALS_047629 through FDC_OFFICIALS_047642) | |
| 167. | *Curriculum Vitae* of Dr. Danny Martinez | |
| 168. | Mental Health Closure Summary by Dr. Peggy Watkins-Ferrell    (FDC_OFFICIALS_047330 through FDC_OFFICIALS_047332) | Lack of disclosure. |
| 169. | Florida Medical Practice Act (Chapter 458): Defines requirements for licensure, discipline, and scope of practice for Medical Doctors | |
| 170. | Florida Medical General Provisions (Chapter 456): Governs health professions, including regulations on telehealth, patient records, and license renewal | |
| 171. | Florida Board of Medicine Rules (64B8 F.A.C.): Specific rules regarding standards of care, such as those for operating a medical office, surgical procedures, and record keeping | |
| 172. | Next 1 Anti-bacterial Deodorant Sport Bar | |
| 173. | Next 1 Moisturizing Soap Bar | |
| 174. | Freshscent Lady Stick Deodorant | |
| 175. | Power Up Deodorant Stick | |
| 176. | Gigi Hair Removal Cream | |

28

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 177. | Magic Razorless Shave Cream | |
| 178. | FreeStyle Boar Bristle Military Club Brush | |
| 179. | Black plastic brush | |
| 180. | White long johns | |
| 181. | Cream long johns | |
| 182. | Style No. 21 black boots | |
| 183. | White Shaq shoes | |
| 184. | Gray t-shirt | |
| 185. | White t-shirt | |
| 186. | Any document produced by any party in this action | This refers to a voluminous amount of documents, which must instead be identified individually |
| 187. | Any document relied upon by any consulting or testifying expert for expert opinions or recommendations related to this action | This refers to a voluminous amount of documents, which must instead be identified individually |

29

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 188. | Any document produced in this matter by any current or former party | This refers to a voluminous amount of documents, which must instead be identified individually |
| 189. | Any document produced by a third party via subpoena or otherwise in this matter | Vague. This must identified specifically. |
| 190. | Any exhibit identified after the filing of this exhibit list and necessary to establish defenses available to the FDC Officials | Vague. This must be identified specifically. |
| 191. | Any exhibit marked during the deposition of any witness deposed in this action | This refers to a voluminous amount of documents, which must instead be identified individually. |
| 192. | Any document used for rebuttal purposes | Vague. This must be identified specifically. |
| 193. | Any document used for impeachment purposes | Plaintiffs reserve the right to object to the admissibility of any such documents. |

| Exhibit No. | Description | Objection(s) |
|---|---|---|
| 194. | Any exhibit summarizing, illustrating, and/or demonstrating testimony, information, and/or data provided through discovery or during the course of the trial in this case | Vague. This must be identified specifically. Moreover, illustrative aids under Rule 107 are only permitted "if the aid's utility in assisting comprehension is not substantially outweigh by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, or wasting time." It is impossible to register an objection on these grounds if the exhibit is not identified in advance on this list. |

31