# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

REIYN KEOHANE, *et al.*,                    :
                                            :
     *Plaintiffs*,                         :
                                            :
v.                                          :        Case No. 4:24-cv-434-AW-MAF
                                            :
RICKY D. DIXON, in his                      :
official capacity as Secretary              :
of the Florida Department of                :
Corrections; *et al.*,                      :
                                            :
     *Defendants*.                         :

**EXHIBIT C: PLAINTIFFS' WITNESS LIST FOR TRIAL**

Plaintiffs hereby file this Witness List for Trial attached to the Pretrial Stipulation as Exhibit C.

Plaintiffs reserve the right to call by designation any witnesses who are unavailable for trial, and to call live any witness identified as testifying by designation.

| Party Calling Witness | Witness Identification | Objections |
|---|---|---|
| Plaintiffs | Reiyn J. Keohane | |
| Plaintiffs | Sasha (George) Mendoza | |
| Plaintiffs | Sheila Diamond (Kelvin L. Coleman Jr.) | |
| Plaintiffs | Karter (Candace) Jackson | |
| Plaintiffs | Nelson (Natasha) Boothe | |
| Plaintiffs | Dr. Dan Karasic | Rule 702 |
| Plaintiffs | Dr. Jennifer Evans | Rule 702 |

| Plaintiffs | Dr. Stephen Sinclair, if needed for rebuttal | |
|---|---|---|
| Plaintiffs | Dr. John Lay | |
| Plaintiffs | Dr. Jillian Martell | |
| Plaintiffs | Dr. Peggy Watkins-Ferrell | |
| Plaintiffs | Dr. Aloka Joshi | |
| Plaintiffs | Dr. Danny Martinez (by designation) | Object to Plaintiffs submitting deposition designations for FDC witnesses. |
| Plaintiffs | Dr. Suzonne Kline (by designation) | Object to Plaintiffs submitting deposition designations for FDC witnesses. |
| Plaintiffs | Clayton Weiss (by designation) | Object to Plaintiffs submitting deposition designations for FDC witnesses. |
| Plaintiffs | Michael Harrell (by designation) | Object to Plaintiffs submitting deposition designations for FDC witnesses. |
| Plaintiffs | Timothy Fitzgerald (by designation) | Object to Plaintiffs submitting deposition designations for FDC witnesses. |
| Plaintiffs | Dr. Adam Wasserman (by designation) | Object to Plaintiffs submitting deposition designations for FDC witnesses. |
| Plaintiffs | FDC's custodian of records* | |
| Plaintiffs | Centurion's custodian of records* | |

*Plaintiffs have asked Defendants' counsel to stipulate to the admissibility of documents

produced by FDC and Centurion in this litigation, which may obviate the need for this witness.