# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| **REIYN KEOHANE,** *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:24-cv-00434-AW-MAF** |
| | ) | |
| **RICKY D. DIXON,** *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**EXHIBIT D: THE FDC OFFICIALS' WITNESS LIST**

Ricky D. Dixon ("Secretary Dixon"), in his official capacity as Secretary of the Florida Department of Corrections ("FDC"), Clayton Weiss, in his official capacity as Health Services Director of the Florida Department of Corrections ("Weiss"), Gary Hewett, in his official capacity as Warden of Wakulla Correctional Institution ("Hewett"), Alonzo Horner, in his official capacity as Warden of Homestead Correctional Institution ("Horner"), and Nan Jeffcoat, in her official capacity a Warden of Florida Women's Reception Center ("Jeffcoat," and together with Secretary Dixon, Weiss, Hewett, and Horner, the "FDC Officials"), hereby submit their witness list.

**WITNESS LIST**

The FDC Officials object to any testimony relating to subject matters and issues that warrant exclusion from trial, but reserve the right to offer testimony from

witnesses not otherwise identified in their witness list as necessary or appropriate in the event the Court permits Plaintiffs to offer evidence or argument relating to any such subject matter or issues.  By identifying a witness on their witness list, the FDC Officials do not waive, and hereby expressly preserve, any and all objections to the admissibility of all testimony offered by witnesses so identified.

The FDC Officials may call the following witnesses during the trial of this matter:

1. Michael Harrell

2. Warden Gary Hewett

3. Warden Alonzo Horner

4. Warden Nan Jeffcoat

5. Dr. Aloka Joshi, Psy.D.

6. Expert Kristopher Kaliebe, MD

7. Dr. Suzonne Kline, Psy.D

8. Dr. John Lay, MD

9. Jillian Martell

10. Dr. Danny Martinez, MD

11. Ralph Miller (DC # N06312)

12. Dr. Adam Wasserman, Ph.D.

13. Dr. Peggy Watkins-Ferrell, MD

14.   Clayton Weiss

15.   Any witness on the witness list of any other party.

16.   Any witness deposed in this action or, upon such witness's availability, the designated deposition testimony of that unavailable witness.

17.   Any witness identified after the filing of this witness list and necessary to establish defenses available to the FDC Officials.

18.   Any witness necessary for rebuttal or impeachment purposes or to authenticate any document.

3