# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

REIYN KEOHANE, *et al.*,          :
                                  :
     *Plaintiffs*,                :
                                  :
v.                                :          Case No. 4:24-cv-434-AW-MAF
                                  :
RICKY D. DIXON, in his            :
official capacity as Secretary    :
of the Florida Department of      :
Corrections; *et al.*,            :
                                  :
     *Defendants.*                :


**TRIAL DEPOSITION DESIGNATIONS OF PLAINTIFFS**


**Danny Martinez, M.D. Deposition, November 6, 2025**

| Start Page: Line | End Page: Line |
| --- | --- |
| 6:10 | 6:16 |
| 10:5 | 11:8 |
| 11:19 | 11:21 |
| 13:3 | 13:15 |
| 24:14 | 25:5 |
| 26:25 | 27:3 |

| | |
|---|---|
| 49:10 | 49:22 |
| 50:13 | 51:23 |
| 56:21 | 57:4 |
| 60:4 | 61:8 |
| 67:18 | 72:15 |
| 72:17 | 74:16 |
| 90:22 | 91:7 |
| 92:19 | 93:25 |
| 106:19 | 106:23 |
| 114:19 | 115:11 |
| 143:24 | 144:8 |
| 148:9 | 148:15 |
| 151:19 | 152:20 |
| 154:6 | 155:3 |
| 157:16 | 158:13 |
| 159:8 | 159:21 |
| 162:12 | 164:20 |
| 185:2 | 185:18 |
| 200:12 | 204:24 |
| 205:25 | 208:13 |
| 208:14 | 211:15 |
| 214:3 | 217:16 |

| 218:23 | 219:8 |
|--------|-------|
| 225:4  | 228:6 |

## Tim Fitzgerald Deposition, December 10, 2025

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 6:12 | 6:18 |
| 7:2 | 7:4 |
| 11:7 | 11:14 |
| 12:9 | 12:13 |
| 13:23 | 14:6 |
| 14:15 | 14:21 |
| 15:4 | 15:5 |
| 15:8 | 15:11 |
| 15:19 | 15:20 |
| 15:23 | 16:1 |
| 18:11 | 18:12 |
| 18:17 | 19:2 |
| 23:17 | 24:4 |
| 24:19 | 25:9 |
| 26:19 | 28:4 |
| 30:4 | 30:6 |
| 30:9 | 30:17 |
| 34:15 | 35:4 |
| 36:22 | 36:24 |
| 37:1 | 37:1 |

| | |
|---|---|
| 39:15 | 39:24 |
| 40:2 | 40:3 |
| 40:14 | 40:22 |
| 41:14 | 41:21 |
| 41:24 | 41:24 |
| 42:1 | 42:9 |
| 43:6 | 43:25 |
| 47:23 | 48:23 |
| 49:1 | 49:1 |
| 49:17 | 50:4 |
| 50:8 | 50:9 |
| 50:12 | 50:12 |
| 50:22 | 50:25 |
| 51:2 | 51:2 |
| 57:10 | 57:19 |
| 58:9 | 58:13 |
| 62:16 | 64:14 |
| 64:24 | 65:19 |
| 68:23 | 69:5 |
| 69:8 | 69:8 |
| 71:17 | 72:7 |
| 73:24 | 76:19 |

| | |
|---|---|
| 76:23 | 76:24 |
| 77:22 | 79:1 |
| 79:4 | 79:15 |
| 80:17 | 80:22 |
| 80:25 | 81:1 |
| 82:18 | 83:5 |
| 87:8 | 87:11 |
| 90:18 | 91:1 |
| 91:3 | 92:14 |
| 94:11 | 94:24 |
| 95:1 | 95:24 |
| 96:20 | 97:7 |
| 97:12 | 98:15 |
| 98:18 | 98:25 |
| 99:12 | 99:14 |
| 99:21 | 100:12 |
| 100:15 | 101:6 |
| 101:12 | 101:17 |
| 101:20 | 101:20 |
| 102:7 | 102:14 |
| 102:16 | 102:16 |
| 103:9 | 103:15 |

| 103:17 | 105:9 |
|--------|-------|
| 105:22 | 105:25 |

7

**Adam Wasserman Ph.D. Deposition, November 04, 2025**

| Start Page: Line | End Page: Line |
| --- | --- |
| 4:13 | 4:16 |
| 6:1 | 9:7 |
| 13:5 | 13:21 |
| 14:18 | 14:22 |
| 14:23 | 17:1 |
| 17:2 | 17:4 |
| 19:4 | 21:6 |
| 24:14 | 25:1 |
| 26:11 | 27:16 |
| 55:12 | 57:16 |
| 92:18 | 92:21 |
| 110:24 | 112:1 |
| 112:15 | 113:1 |
| 115:17 | 116:3 |

**Danny Martinez, M.D. 30(b)(6) Deposition, October 14, 2025**

| Start Page: Line | End Page: Line |
|---|---|
| 4:13 | 4:14 |
| 7:9 | 8:4 |
| 10:21 | 12:3 |
| 27:21 | 29:9 |
| 30:5 | 31:7 |
| 34:7 | 34:17 |
| 39:7 | 40:8 |
| 41:18 | 42:15 |
| 45:6 | 45:10 |
| 50:6 | 50:8 |
| 51:11 | 52:1 |
| 52:14 | 53:12 |
| 54:23 | 55:11 |
| 57:15 | 58:2 |
| 60:6 | 60:18 |
| 70:8 | 71:19 |
| 73:20 | 74:5 |
| 74:6 | 76:17 |
| 80:22 | 82:12 |
| 88:17 | 89:19 |

| 93:18 | 97:1 |
|---|---|
| 101:19 | 102:9 |
| 119:21 | 120:17 |
| 155:8 | 156:24 |
| 160:1 | 160:8 |
| 161:9 | 162:24 |
| 163:13 | 164:10 |
| 164:12 | 164:17 |
| 176:14 | 177:2 |
| 181:2 | 181:12 |
| 204:9 | 204:17 |

**Michael Harrell Deposition, August 19, 2025**

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 11:3 | 15:23 |
| 21:8 | 29:16 |
| 30:8 | 33:6 |
| 34:21 | 38:13 |
| 41:6 | 43:7 |
| 45:13 | 47:5 |
| 49:14 | 49:24 |
| 76:13 | 81:6 |

**Suzonne Kline, Psy.D. Deposition, November 13, 2025**

| Start Page: Line | End Page: Line |
|:---:|:---:|
| 11:20 | 11:22 |
| 15:12 | 15:17 |
| 20:18 | 20:25 |
| 21:14 | 22:25 |
| 24:6 | 26:9 |
| 28:14 | 31:5 |
| 31:25 | 32:10 |
| 33:7 | 37:11 |
| 41:10 | 41:13 |
| 42:5 | 42:9 |
| 49:6 | 49:12 |
| 50:15 | 50:25 |
| 52:18 | 53:16 |
| 53:22 | 56:24 |
| 62:25 | 63:25 |
| 74:13 | 76:8 |
| 77:13 | 78:7 |
| 80:22 | 81:15 |
| 90:6 | 90:9 |
| 92:16 | 92:25 |

| | |
|---|---|
| 94:6 | 94:12 |
| 107:5 | 107:13 |
| 113:25 | 115:4 |
| 116:21 | 117:14 |
| 117:5 | 117:12 |
| 122:11 | 123:2 |
| 146:6 | 146:10 |
| 169:6 | 169:13 |
| 170:5 | 171:16 |
| 172:10 | 172:17 |
| 173:10 | 173:22 |
| 188:17 | 190:23 |
| 206:7 | 206:13 |
| 206:7 | 208:23 |
| 208:16 | 208:23 |
| 224:19 | 225:2 |
| 226:10 | 227:1 |
| 229:19 | 231:16 |
| 232:6 | 233:3 |
| 234:6 | 234:20 |
| 243:1 | 255:23 |
| 259:25 | 260:12 |

13

| 261:14 | 265:4 |
|---|---|
| 268:14 | 269:12 |
| 272:1 | 272:23 |
| 285:14 | 285:20 |
| 286:25 | 287:23 |

**Clayton Weiss Deposition, August 12, 2025**

| Start Page: Line | End Page: Line |
|---|---|
| 9:21 | 10:5 |
| 17:2 | 17:17 |
| 19:21 | 24:14 |
| 31:10 | 32:16 |
| 36:8 | 37:2 |
| 47:6 | 48:17 |
| 71:16 | 71:25 |
| 73:18 | 74:5 |
| 74:20 | 75:25 |
| 108:5 | 108:19 |
| 112:21 | 116:14 |
| 143:10 | 144:19 |
| 173:7 | 173:12 |