**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| REIYN KEOHANE, *et al.*, | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | Case No. 4:24-cv-434-AW-MAF |
| | : | |
| RICKY D. DIXON, in his official capacity as Secretary of the Florida Department of Corrections; *et al.*, | : | |
| | : | |
| *Defendants.* | : | |

## PLAINTIFFS' NOTICE OF FILING DEPOSITION DESIGNATIONS

Consistent with the Court's direction at the Pre-Trial Conference held today, Plaintiffs attach deposition designations for the following witnesses to be added to the trial record: Clayton Weiss, Dr. Adam Wasserman, Dr. Danny Martinez, Dr. Suzonne Kline, Michael Harrell, and Timothy Fitzgerald.

Respectfully submitted,

Dated: July 1, 2026

/s/ Daniel B. Tilley

Samantha J. Past (FBN 1054519)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2714

Li Nowlin-Sohl (*pro hac vice*)
Leslie Cooper
Sruti J. Swaminathan (*pro hac vice*)
**ACLU Foundation**
125 Broad St.
New York, NY 10004

spast@aclufl.org
dtilley@aclufl.org

Tel: (212) 549-2584
lnowlin-sohl@aclu.org
lcooper@aclu.org
sswaminathan@aclu.org

Anthony J. Anscombe (*pro hac vice*)
George Desh (*pro hac vice*)
Sadaf Misbah (*pro hac vice*)
Sarah Norise (*pro hac vice*)
**Steptoe LLP**
227 West Monroe Street, Suite 4700
Chicago, IL 60606
Tel. (312) 577-1300
aanscombe@steptoe.com
gdesh@steptoe.com
smisbah@steptoe.com
snorise@steptoe.com