## Keohane v. Dixon, No. 4:24-cv-434
### Master Exhibit List: Joint Exhibits

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 1 | Centurion Clinical Guidelines | FDC_OFFICIALS_037250 | Defendants' Exhibit 124 | |
| 2 | 2019 Procedure 403.012 | FDC_OFFICIALS_023085 | Defendants' Exhibit 42, 125 | |
| 3 | Accommodations Pass Sample | FDC_OFFICIALS_035780 | | |
| 4 | GDRT Approval Form | FDC_OFFICIALS_026084 | | |
| 5 | Martinez Email | FDC_OFFICIALS_023302 | Defendants' Exhibit 15, 53 | |
| 6 | Draft Script (FDC Update Re Hormone Treatment) | FDC_OFFICIALS_036260 | Defendants' Exhibit 22 | |
| 8 | Health Services Bulletin Script re Undergarments, Hair, and Alternate Canteen Items | FDC_OFFICIALS_043880 and 043881 | | |
| 9[1] | Medical Record | FDC_OFFICIALS_019703 | Defendants' Exhibit 39, 66, 130 | |
| 10 | Medical Record | FDC_OFFICIALS_019676 | Defendants' Exhibit 97 | |
| 11 | FDC Mental Health Case Management | FDC_OFFICIALS_037826-29 (excerpt) | | |

---

[1] Blue highlighting indicates request to file exhibit under seal.

1

FILED IN OPEN COURT THIS
7-7-26
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 12 | Inmate Psychological Examination | FDC_OFFICIALS_036667 | Defendants' Exhibit 68, 132 | |
| 13 | Inmate Psychological Examination | FDC_OFFICIALS_036657 | Defendants' Exhibit 133 | |
| 14 | Centurian Email | CENT PROD 002050 | Defendants' Exhibit 135 | |
| 15 | Gender Dysphoria Variance Request | CENT PROD 013870 | Defendants' Exhibit 41, 69, 137 | |
| 16 | Health Services Bulletin 15.05.23 | FDC_OFFICIALS_029191 | Defendants' Exhibit 11, 51, 121, 87, 126 | |
| 18 | First Amended Complaint for Declaratory and Injunctive Relief filed on March 13, 2025 | Document 66 | Defendants' Exhibit 1 | |
| 19 | Email with Attached Documents | FDC_OFFICIALS_027657 | | |
| 20 | Email Chain | FDC_OFFICIALS_030279 | | |
| 21 | Email Chain | FDC_OFFICIALS_026108 | | |
| 22 | FDC Gender Dysphoria Review Team | FDC_OFFICIALS_026118 | Defendants' Exhibit 92 | |
| 23 | FDC Accommodation Pass | FDC_OFFICIALS_026119 | Defendants' Exhibit 93 | |
| 24 | FDC Estrogen/Anti-androgens Informed Consent | FDC_OFFICIALS_026120 | Defendants' Exhibit 94 | |

2

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 25 | FDC Testosterone Informed Consent | FDC_OFFICIALS_026125 | Defendants' Exhibit 95 | |
| 26 | FDC Psychological Evaluation | FDC_OFFICIALS_026129 | Defendants' Exhibit 96 | |
| 27 | Procedure 403.012 | Martinez 30(b)(6) Ex. 2 | Defendants' Exhibit 3 | |
| 28 | Procedure 403.012 (2019) | Martinez 30(b)(6) Ex. 3 | Defendants' Exhibit 4 | |
| 29 | Third Amended Notice of 30(b)(6) Deposition of Florida Department of Corrections Representative and Production Demand | Martinez 30(b)(6) Dep. Ex. 1 | Defendants' Exhibit 2 | |
| 30 | Jackson Evaluation | FDC_OFFICIALS_022769 | Defendants' Exhibit 7, 134 | |
| 31 | Email Chain | FDC_OFFICIALS_027455 - 027469 | Defendants' Exhibit 5 | |
| 32 | Medical Report | FDC_OFFICIALS_019726 | Defendants' Exhibit 12 | |
| 33 | Medical Report | FDC_OFFICIALS_019749 | Defendants' Exhibit 6, 14, 131 | |
| 34 | Medical Report | FDC_OFFICIALS_019741 | Defendants' Exhibit 13 | |
| 36 | FDC Email | FDC_OFFICIALS_043237 | | |
| 37 | FDC Email | FDC_OFFICIALS_043257 | | |
| 38 | Email Chain | FDC_OFFICIALS_023069 | | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 39 | FDC Email | FDC_OFFICIALS_023092 | | |
| 40 | Email Chain | FDC_OFFICIALS_043282 | Defendants' Exhibit 76 | |
| 41 | Email Chain | FDC_OFFICIALS_041768 | | |
| 42 | Email Chain | FDC_OFFICIALS_043575 | Defendants' Exhibit 80 | |
| 43 | FDC Email | FDC_OFFICIALS_024865 | Defendants' Exhibit 45, 78 | |
| 44 | FDC Email | FDC_OFFICIALS_003773 | Defendants' Exhibit 81 | |
| 45 | FDC Email with Presentation | FDC_OFFICIALS_027756 | Defendants' Exhibit 82 | |
| 46 | Procedure 403.012 (2019) | FDC_OFFICIALS_023051 | | |
| 47 | GDRT Monthly Meeting | FDC_OFFICIALS_003906 | | |
| 48 | FDC Email | FDC_OFFICIALS_043569 | Defendants' Exhibit 44 | |
| 49 | Email Chain | FDC_OFFICIALS_045490 | Defendants' Exhibit 152 | |
| 50 | HSB 15.05.23 | FDC_OFFICIALS_029033 | | |
| 51 | HSB 15.05.23 Operational Plan | FDC_OFFICIALS_027659 | Defendants' Exhibit 9 | |
| 52 | Draft HSB 15.05.xx | FDC_OFFICIALS_036256 | Defendants' Exhibit 20, 49 | |
| 53 | Diagnostic Review and Treatment Recommendations | FDC_OFFICIALS_019749 through 019756 | Defendants' Exhibit 6 | |
| 54 | Health Record | FDC_OFFICIALS_005710-5723 | | |
| 55 | Medical Evaluation | FDC_OFFICIALS_044277 | | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 56 | Procedure 403.012 (2019) | CENT PROD 002977 | | |
| 57 | Email Chain | CENT PROD 015294 | Defendants' Exhibit 52 | |
| 60 | Email Chain | FDC_OFFICIALS_024957 | Defendants' Exhibit 129 | |
| 61 | Email Chain | FDC_OFFICIALS_047011 | | |
| 62 | Email Chain | FDC_OFFICIALS_040726 | | |
| 67 | Email Chain | CENT PROD 004227 | | |
| 74 | Email Chain | CENT PROD 002083 | Defendants' Exhibit 98 | |
| 75 | Email Chain | CENT PROD 004447 | Defendants' Exhibit 99 | |
| 76 | Email Chain | CENT PROD 001774 | Defendants' Exhibit 100 | |
| 77 | Email Chain | CENT PROD 004611 | Defendants' Exhibit 101 | |
| 78 | Email Chain | CENT PROD 021434 | Defendants' Exhibit 19, 102 | |
| 79 | Email Chain | CENT PROD 000089 | Defendants' Exhibit 103 | |
| 80 | Diagnostic Review and Treatment Recommendations | FDC_OFFICIALS_019749 through 019756 | Defendants' Exhibit 14 | |
| 81 | Email Chain with Attachments | FDC_OFFICIALS_035660 through 035689 | Defendants' Exhibit 16 | Yes – but only as to cover email (not attachments)<br><br>Plaintiffs object to exhibits only as hearsay. |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 82 | Email Chain | FDC_OFFICIALS_024869 through 024930 | Defendants' Exhibit 18 | |
| 83 | Email Chain | CENT PROD 000146 | Defendants' Exhibit 107 | |
| 84 | Email With Attachment | CENT PROD 004513 | Defendants' Exhibit 104 | |
| 85 | HSB 15.05.23 Draft | CENT PROD 000002 | Defendants' Exhibit 109 | |
| 86 | Email Chain | CENT PROD 002077 | Defendants' Exhibit 111 | |
| 87 | Email Chain | CENT PROD 001938 | Defendants' Exhibit 112 | |
| 88 | Centurian Email | CENT PROD 004774 | Defendants' Exhibit 113 | |
| 89 | Draft Update re Hormone Treatment | CENT PROD 004775 | Defendants' Exhibit 114 | |
| 90 | Email Chain | CENT PROD 001966 | Defendants' Exhibit 115 | |
| 91 | Draft Update re Gender Dysphoria Treatment | CENT PROD 001968 | Defendants' Exhibit 116 | |
| 92 | Email Chain | CENT PROD 001413 | Defendants' Exhibit 117 | |
| 93 | Email Chain | CENT PROD 000821 | Defendants' Exhibit 119 | |
| 94 | Email Chain | CENT PROD 001739 | Defendants' Exhibit 120 | |
| 95 | Email Chain | CENT PROD 001962 | Defendants' Exhibit 122 | |
| 96 | Email Chain | FDC_OFFICIALS_023317 | Defendants' Exhibit 54 | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 97 | Presentation | FDC_OFFICIALS_036723 | Defendants' Exhibit 8, 23, 56, 83 | |
| 98 | HSB 15.05.23 | FDC_OFFICIALS_032510 | Defendants' Exhibit 24, 57 | |
| 99 | Draft HSB 15.05.23 | FDC_OFFICIALS_033728 | Defendants' Exhibit 58 | |
| 100 | Update re Gender Dysphoria Treatment | FDC_OFFICIALS_034298 | Defendants' Exhibit 50 | |
| 101 | Update re Hormone Treatment | FDC_OFFICIALS_033526 | Defendants' Exhibit 55, 60 | |
| 102 | Email Chain | FDC_OFFICIALS_045110 | Defendants' Exhibit 27, 61, 110, 128 | |
| 103 | Email Chain | CENT PROD 000082 | Defendants' Exhibit 32, 62, 118 | |
| 104 | HSB 15.05.23 Action Plan | FDC_OFFICIALS_003768 | Defendants' Exhibit 37, 63 | |
| 105 | Script Regarding Certain Items | FDC_OFFICIALS_003772 | Defendants' Exhibit 40, 64 | |
| 106 | FAQ re Gender Dysphoria | FDC_OFFICIALS_027662 | Defendants' Exhibit 65 | |
| 107 | Treatment Evaluation | FDC_OFFICIALS_043764 | Defendants' Exhibit 33, 67 | |
| 108 | FDC Email | FDC_OFFICIALS_030769 | Defendants' Exhibit 70 | |
| 112 | Email chain with attachments | FDC_OFFICIALS_030474 through 030492; | Defendants' Exhibit 29 | |
| 115 | Email Chain | FDC_OFFICIALS_029253 through 029255 | Defendants' Exhibit 34 | |
| 117 | FDC Memo | FDC_OFFICIALS_043679 | Defendants' Exhibit 35 | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 118 | FDC Officials' Privilege Log | Kline Dep. Ex. 5 | Defendants' Exhibit 46 | |
| 119 | Email Chain | FDC_OFFICIALS_035660 (just email, not attachments) | | |
| 120 | Presentation | FDC_OFFICIALS_024870 | Defendants' Exhibit 17 | |
| 121 | FDC Email | FDC_OFFICIALS_024869 | | |
| 122 | Draft Health Services Bulletin 15.05.XX | FDC_OFFICIALS_032769 | Defendants' Exhibit 21 | |
| 123 | Draft Health Services Bulletin 15.05.23 | FDC_OFFICIALS_033463 | Defendants' Exhibit 25 | |
| 124 | Draft Health Services Bulletin 15.05.23 | FDC_OFFICIALS_033677 | Defendants' Exhibit 26 | |
| 125 | FDC Email | FDC_OFFICIALS_040959 | Defendants' Exhibit 28 | |
| 126 | Email with Attachments | FDC_OFFICIALS_003773 through 003821 | Defendants' Exhibit 47, 86 | Yes – but only as to cover email (not attachments)<br><br>Plaintiffs object to exhibits as hearsay |
| 127 | Health Services Bulletin 15.05.23 | FDC_OFFICIALS_030485 | Defendants' Exhibit 30 | |
| 128 | Hormone Treatment Update | CENT PROD 004010 | Defendants' Exhibit 31 | |
| 130 | Variance Request | FDC_OFFICIALS_043701 | Defendants' Exhibit 36 | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 131 | List of Frequently Asked Questions re Gender Dysphoria | FDC_OFFICIALS_003769 | Defendants' Exhibit 38 | |
| 132 | Email Chain | FDC_OFFICIALS_043572 | Defendants' Exhibit 43 | |
| 133 | Interim Guidance for Administration of Sex Reassignment Medications | CENT PROD 004514 through 004515 | Defendants' Exhibit 105 | |
| 134 | Email Chain | FDC_OFFICIALS_022716 | Defendants' Exhibit 50 | |
| 137 | Email with attachments | FDC_OFFICIALS_043237 through 043256 | Defendants' Exhibit 72 | |
| 138 | Inmate Psychological Evaluation | FDC_OFFICIALS_006634-6637 (excerpt, Mendoza Dep. Ex. 3) | | |
| 139 | Inmate Psychological Evaluation | FDC_OFFICIALS_036659-36666 (excerpt, Mendoza Dep. Ex. 4) | | |
| 140 | GDRT Disposition | Mendoza Dep. Ex. 5 (no bates) | | |
| 141 | Inmate Request | FDC_OFFICIALS_006696-6697 (excerpt) | | |
| 142 | GDRT Disposition | FDC_OFFICIALS_035774 | | |
| 143 | Accommodation Pass | FDC_OFFICIALS_035778 | | |
| 144 | Inmate Request | FDC_OFFICIALS_014821 (excerpt) | | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 145 | Inmate Request | FDC_OFFICIALS_038151 (excerpt) | | |
| 146 | GD Re-Evaluation | FDC_OFFICIALS_044285-044291 (excerpt) | | |
| 147 | GDVT Approval | FDC_OFFICIALS_043627 | | |
| 148 | 2017 procedure | Ex.8 to Plaintiffs' MSJ Opposition, ECF 161. | | |
| 149 | Declaration of Dr. Martinez, Nov. 13, 2024 | Doc. 38-1 | | |
| 159 | Inmate Medical Records | FDC_OFFICIALS_037772-037776 (excerpt) (Coleman Dep. Ex. 3) | | |
| 160 | Inmate Variance Determination | FDC_OFFICIALS_037753 (Coleman Dep. Ex. 4) | | |
| 163 | Inmate Medical Records | FDC_OFFICIALS_005227-005229 (excerpt) | | |
| 164 | Inmate Medical Records | FDC_OFFICIALS_005290 (excerpt) | | |
| 165 | Inmate Medical Records | FDC_OFFICIALS_005485 (excerpt) | | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 166 | Inmate Medical Records | FDC_OFFICIALS_005817-005819 (excerpt) | | |
| 168 | Inmate Medical Records | FDC_OFFICIALS_005994-005996 (excerpt) | | |
| 169 | Inmate Medical Records | FDC_OFFICIALS_037711-037714 (excerpt) | | |
| 170 | Inmate Medical Records | FDC_OFFICIALS_037820-037822 (excerpt) | | |
| 172 | Email- Recommendations for GDRT | FDC_OFFICIALS_022840 | | |
| 174 | Inmate Medical Records | FDC_OFFICIALS_04247-4256 (excerpt) | | |
| 175 | Inmate Medical Records | FDC_OFFICIALS_04265-04272 (excerpt) | | |
| 176 | Inmate Medical Records | FDC_OFFICIALS_04289-04314 (excerpt) | | |
| 177 | Inmate Medical Records | CENT PROD 2113 | | |
| 178 | Inmate Medical Records | FDC_OFFICIALS_000024-26 | | |

11

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 180 | Inmate Medical Records | FDC_OFFICIALS_00086-89 | | |
| 181 | Inmate Medical Records | FDC_OFFICIALS_003247-4252 (excerpt) | | |
| 182 | Inmate Medical Records | FDC_OFFICIALS_00451-457 (excerpt) | | |
| 186 | Email with Attachment | FDC_OFFICIALS_043257 through 043276 | Defendants' Exhibit 73 | |
| 187 | Email with Attachment | FDC_OFFICIALS_023069 through 023091 | Defendants' Exhibit 74 | |
| 188 | Email Chain | FDC_OFFICIALS_023092 through 023100 | Defendants' Exhibit 75 | |
| 189 | Email Chain with Attachments | FDC_OFFICIALS_041768 through 041811 | Defendants' Exhibit 77 | |
| 190 | Email | FDC_OFFICIALS_043569 | Defendants' Exhibit 79 | |
| 191 | Florida Department of Corrections - Health Services website Home page | Weiss Dep. Ex. 2 (no Bates number) | Defendants' Exhibit 85 | |
| 192 | Email with Attachments | FDC_OFFICIALS_026543 through 026556 | Defendants' Exhibit 88 | |
| 193 | Email with attachment | FDC_OFFICIALS_ 027657 through 027664 | Defendants' Exhibit 89 | |
| 194 | Email with attachment | FDC_OFFICIALS_030279 through 030310 | Defendants' Exhibit 90 | |
| 195 | Email with attachment | FDC_OFFICIALS_026108 through 026130 | Defendants' Exhibit 91 | |
| 196 | Email Chain | CENT PROD 002088 through 002090 | Defendants' Exhibit 106 | |
| 197 | Email with attachment | CENT PROD 000001 | Defendants' Exhibit 108 | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 198 | Notice to Take Deposition of 30(b)(6) witness of Centurion | Lay 30(b)(6) Dep. Ex. 1 (no Bates number) | Defendants' Exhibit 123 | |
| 199 | Email Chain | CENT PROD 001962 through 001963 | Defendants' Exhibit 127 | |
| 200 | Email with attachment | CENT PROD 001966 through 001968 | Defendants' Exhibit 136 | |
| 205 | Hyperlink to President's Executive Order | Kaliebe Dep. Ex. 6 (no Bates number) | Defendants' Exhibit 143 | |
| 206 | Stephanie Winn Podcast | Kaliebe Dep. Ex. 7 (no Bates number) | Defendants' Exhibit 144 | |
| 207 | Kristopher Kaliebe, MD list of dates and places of expert testimony over the last 5 years | FDC_OFFICIALS_047327 - 047329 Kaliebe Dep. Ex. 8 | Defendants' Exhibit 145 | |
| 208 | Kristopher Kaliebe, MD invoices for professional services | FDC_OFFICIALS_047021 Kaliebe Dep. Ex. 9 | Defendants' Exhibit 146 | |
| 209 | Alternative Inmate General Population Canteen | FDC_OFFICIALS_003867 | Defendants' Exhibit 147 | |
| 210 | Florida Department of Corrections Female Canteen Menu | FDC_OFFICIALS_003868 through 003872 | Defendants' Exhibit 148 | |
| 211 | Florida Department of Corrections Male Canteen Menu | FDC_OFFICIALS_003873 through 003877 | Defendants' Exhibit 149 | |
| 212 | Alternative Quarterly Order Male and Female Order Form | FDC_OFFICIALS_036622 | Defendants' Exhibit 150 | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 213 | Third Amended Notice of 30(b)(6) Deposition | McManus Dep. Ex. 1 | Defendants' Exhibit 151 | |
| 225 | State of Florida Department of Corrections Centurion of Florida Psychological Autopsy of Inmate | FDC_OFFICIALS_044292 through FDC_OFFICIALS_044324 | Defendants' Exhibit 164 | |
| 227 | Curriculum Vitae of Dr. Suzonne Kline | FDC_OFFICIALS_047629 through FDC_OFFICIALS_047642 | Defendants' Exhibit 166 | |
| 228 | Curriculum Vitae of Dr. Danny Martinez | | Defendants' Exhibit 167 | |
| 230 | Florida Medical Practice Act (Chapter 458) | | Defendants' Exhibit 169 | |
| 231 | Florida Medical General Provisions (Chapter 456) | | Defendants' Exhibit 170 | |
| 232 | Florida Board of Medicine Rules (64B8 F.A.C.) | | Defendants' Exhibit 171 (**Defendants to Provide**) | |
| 233 | Next 1 Anti-bacterial Deodorant Sport Bar | | Defendants' Exhibit 172 | |
| 234 | Next 1 Moisturizing Soap Bar | | Defendants' Exhibit 173 | |
| 235 | Freshscent Lady Stick Deodorant | | Defendants' Exhibit 174 | |
| 236 | Power Up Deodorant Stick | | Defendants' Exhibit 175 | |
| 237 | Gigi Hair Removal Cream | | Defendants' Exhibit 176 | |

| Exhibit No. | Document | Bates Number | Defendants' Original Exhibit | Joint Exhibit? (Yes, unless otherwise indicated) |
|---|---|---|---|---|
| 238 | Magic Razorless Shave Cream | | Defendants' Exhibit 177 | |
| 239 | FreeStyle Boar Bristle Military Club Brush | | Defendants' Exhibit 178 | |
| 240 | Black plastic brush | | Defendants' Exhibit 179 | |
| 241 | White long johns | | Defendants' Exhibit 180 | |
| 242 | Cream long johns | | Defendants' Exhibit 181 | |
| 243 | Style No. 21 black boots | | Defendants' Exhibit 182 | |
| 244 | White Shaq shoes | | Defendants' Exhibit 183 | |
| 245 | Gray t-shirt | | Defendants' Exhibit 184 | |
| 246 | White t-shirt | | Defendants' Exhibit 185 | |
| 256 | FDC OHS HSB 15.05.23 and drafts | FDC_OFFICIALS_029191 through 029198; 032769-032772; 034031-034034; 032510- 032514; 033677-033684; 033319-033329; 031057-031064; 045110- 045132; 031927-031934; 032528-032535; 031033; 031073- 031080; 030988-030995 | | |