**Keohane v. Dixon, No. 4:24-cv-434**
**Plaintiffs' List of Additional Exhibits (Admitted at Trial)**

| Exhibit No. | Document | Bates Number/Description | Admitted During Testimony of Witness |
|---|---|---|---|
| **Plaintiffs' Exhibit 73** | Email Chain | CENT PROD 003006-003008 | Dr. Watkins-Ferrell |
| **Defendants' Exhibit 168**[1] | Mental Health Closure Summary by Dr. Peggy Watkins-Ferrell | FDC_OFFICIALS_047330 through FDC_OFFICIALS_047332 | Dr. Watkins-Ferrell |
| **Plaintiffs' Exhibit 150** | Dr. Karasic's CV | Doc. 78-1, Exh. A | Dr. Kaliebe |
| **Plaintiffs' Exhibit 151** | Dr. Evans' CV | Doc. 162-12, exhibit | Dr. Kaliebe |

[1] Blue highlighting indicates request to file exhibit under seal.